| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | **New Jersey Orthopaedic Institute LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0403560** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **504 Valley Road** **Suite 200** **Wayne, NJ 07470** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Passaic** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    8011

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **New Jersey Orthopaedic Institute LLC**     Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Northlands Orthopaedic Institute LLC** | Relationship | **Affiliate** |
| District | **New Jersey** | When | **2/10/25** | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **New Jersey Orthopaedic Institute LLC** _____ Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2025**
             MM / DD / YYYY

**X /s/ Vincent McInerney**                            **Vincent McInerney**
Signature of authorized representative of debtor       Printed name

Title   **Sole Member**

**18. Signature of attorney**

**X /s/ Stephen B. Ravin**                             Date **February 10, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**Stephen B. Ravin 7074**
Printed name

**Saul Ewing LLP**
Firm name

**1037 Raymond Blvd.**
**Suite 1520**
**Newark, NJ 07102**
Number, Street, City, State & ZIP Code

Contact phone  **(973)286-6714**    Email address  **stephen.ravin@saul.com**

**7074 NJ**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New Jersey Orthopaedic Institute LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Academy Orthopaedics LLC, et als.** c/o Paul DeMartino, Esq. Brach Eichler LLC 101 Eisenhower Parkway Roseland, NJ 07068 | Paul DeMartino, Esq. pdemartino@bracheichler.com 973.364.5228 · | **Judgment** | **Disputed** | | | $7,600,000.00 |
| **Valley Partners** c/o Lota & Bernard, LLC 6 Prospect St #3a, Midland Park, NJ 07432 | info@lotacpa.com (201) 444-4411 | **Landlord** | | | | $632,206.00 |
| **622 Eagle Rock Ave. Realty, LLC** c/o Tracey Goldstein, Esq., Goldstein Kelin LLC 290 W. Mt. Pleasant Ave., Suite 1340 Livingston, NJ 07039 | Tracey Goldstein, Esq., tgoldstein@gkllc.com (973-324-5400 | **Landlord** | | | | $595,234.71 |
| **Frier Levitt** 84 Bloomfield Ave Pine Brook, NJ 07058 | Charles Newman, Esq. cnewman@frierlevitt.com 973.852.8366 | **Legal Fees** | | | | $412,945.25 |
| **Michael K Shindle** 11 Wisteria Court Madison, NJ 07940 | mikeshindle@gmail.com 973-441-0118 | **Professional Services** | | | | $208,562.68 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **New Jersey Orthopaedic Institute LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Merrill Lynch Pierce Fenner & Smith** Two Bala Plaza, Suite 601 Bala Cynwyd, PA 19004 | | **Pension Plan** | | | | $190,075.18 |
| **MagMutual** 3535 Piedmont Rd. NE Bldg. 14-1000 Atlanta, GA 30305 | | **Malpractice Insurance** | | | | $130,000.00 |
| **Johnson & Johnson Health Care Systems** 4301 West Boy Scout Boulevard Tampa, FL 33607 | | **Supplier** | | | | $66,260.00 |
| **Valley National Bank** PO BOX 950 Wayne, NJ 07474-0950 | | **Credit Card** | | | | $30,828.67 |
| **Association Member Trust** 636 Morris Turnpike, Suite 2A Short Hills, NJ 07078 | | **Health Insurer** | | | | $23,844.62 |
| **Artrex Inc** PO BOX 403511 Atlanta, GA 30384-3511 | | **Supplier** | | | | $22,500.00 |
| **McKesson Medical-Surgical, Inc** 9954 Mayland Dr, Suite 4000 Atlanta, GA 23233 | | **Supplier** | | | | $19,176.52 |
| **AHS Investment Corporation** 200 American Rd Morristown, NJ 07960 | | **Landlord** | | | | $13,013.00 |
| **Radiant Imaging Solutions** 163 E Main St. PMB 307 Little Falls, NJ 07424 | | **Radiology Servicer** | | | | $6,862.50 |
| **MJD Realty** 1900 Union Valley Road, Ste 303 Hewitt, NJ 07421 | | **Landlord** | | | | $5,250.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **New Jersey Orthopaedic Institute LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Medent** <br> **15 Hulbert Street** <br> **Auburn, NY 13021** | | **Electronic Health System** | | | | **$5,072.05** |
| **CNA** <br> **151 North Franklin Street, Chicago, IL 6** <br> **Chicago, IL 60606** | **branchcommunications@cna.com** <br> **800-262-3249** | | | | | **$5,000.00** |
| **Cablevision LightPath, LLC** <br> **PO BOX 788632** <br> **Philadelphia, PA 19178-8632** | | **Phone System** | | | | **$4,167.69** |
| **Future Plan by Ascensus** <br> **23693 Network Place** <br> **Chicago, IL 60673-1236** | | **3rd Party Adminstrator** | | | | **$3,885.25** |
| **Elizabeth Hawruk, MD** <br> **N. Jersey Center for Arthritis and Osteo** <br> **45 Carey Avenue** <br> **Butler, NJ 07405** | | **Landlord** | | | | **$2,200.00** |

```
622 Eagle Rock Ave. Realty, LLC
c/o Tracey Goldstein, Esq.,
Goldstein Kelin LLC
290 W. Mt. Pleasant Ave., Suite 1340
Livingston, NJ 07039


Academy Orthopaedics LLC, et als.
c/o Paul DeMartino, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068


AHS Investment Corporation
200 American Rd
Morristown, NJ 07960


Allscripts Healthcare, LLC
305 Church at North Hills Street
Raleigh, NC 27609


Anthony Festa, M.D.
32 Condit Rd
Mountain Lakes, NJ 07046


Anthony Scillia, M.D
1125 Maxwell Lane
Unit 600
Hoboken, NJ 07030


Artrex Inc
PO BOX 403511
Atlanta, GA 30384-3511


Association Member Trust
636 Morris Turnpike, Suite 2A
Short Hills, NJ 07078


Cablevision LightPath, LLC
PO BOX 788632
Philadelphia, PA 19178-8632


Casey Pierce, M.D.
105 Andover Rd
Wayne, NJ 07470
```

Charles Newman, Esq.
Frier Levitt
84 Bloomfield Ave
Pine Brook, NJ 07058


CNA
151 North Franklin Street, Chicago, IL 6
Chicago, IL 60606


CNA
184 Liberty Corner Road, 4th Floor
Suite 402
Warren, NJ 07059


Craig Wright, M.D.
3 Briar Hill Rd
Montclair, NJ 07042


Daniels Sharpsmart, Inc
PO BOX 735290
Dallas, TX 75373-5290


Dictation Source
PO BOX 12835
Pittsburgh, PA 15241


Elizabeth Hawruk, MD
N. Jersey Center for Arthritis and Osteo
45 Carey Avenue
Butler, NJ 07405


Frier Levitt
84 Bloomfield Ave
Pine Brook, NJ 07058


Future Plan by Ascensus
23693 Network Place
Chicago, IL 60673-1236


John Callaghan, M.D.
107 Upper Mountain Avenue
Montclair, NJ 07042

```
Johnson & Johnson Health Care Systems
4301 West Boy Scout Boulevard
Tampa, FL 33607


Law Office of Robert M. Fields, PLLC
6 Captain Lawrence Drive
South Salem, NY 10590


Lynch, Lynch, Held and Rosenberg PC
440 Route 17 North
Hasbrouck Heights, NJ 07604


MagMutual
3535 Piedmont Rd. NE
Bldg. 14-1000
Atlanta, GA 30305


MagMutual
PO Box 52979
Atlanta, GA 30355


McKesson Medical-Surgical, Inc
9954 Mayland Dr, Suite 4000
Atlanta, GA 23233


Medent
15 Hulbert Street
Auburn, NY 13021


Merrill Lynch Pierce Fenner & Smith
Two Bala Plaza, Suite 601
Bala Cynwyd, PA 19004


Michael K Shindle
11 Wisteria Court
Madison, NJ 07940


MJD Realty
1900 Union Valley Road, Ste 303
Hewitt, NJ 07421


NJBIA
10 West Lafayette Street
Trenton, NJ 08608-2002
```

```
ODP Business Solution
PO BOX 7241
Sioux Falls, SD 57117-7241


Paul DeMartino, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068


Radiant Imaging Solutions
163 E Main St. PMB 307
Little Falls, NJ 07424


RevSpring
26988 Network Place
Chicago, IL 60673-1269


Sk Paper Shred
P.O. Box 201
Branchville, NJ 07826


The Paul Revere
1 Fountan Square,
Chattanooga, TN 37402


TNTMAX
PO BOX 605
Wycokoff, NJ 07481


Tracey Goldstein, Esq.,
Goldstein Kelin LLC
290 W. Mt. Pleasant Ave., Suite 1340
Livingston, NJ 07039


Valley National Bank
PO BOX 950
Wayne, NJ 07474-0950


Valley Partners
c/o Lota & Bernard, LLC
6 Prospect St #3a,
Midland Park, NJ 07432
```

# United States Bankruptcy Court
### District of New Jersey

In re **New Jersey Orthopaedic Institute LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **New Jersey Orthopaedic Institute LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2025**  
Date

**/s/ Stephen B. Ravin**  
**Stephen B. Ravin 7074**  
Signature of Attorney or Litigant  
Counsel for  **New Jersey Orthopaedic Institute LLC**  
**Saul Ewing LLP**  
**1037 Raymond Blvd.**  
**Suite 1520**  
**Newark, NJ 07102**  
**(973)286-6714**  
**stephen.ravin@saul.com**