UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Paul DeMartino, Esq.**
**BRACH EICHLER, L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
Tel No.: (973) 364-5228
Fax No.: (973) 860-4221
E-mail:  pdemartino@bracheichler.com
*Attorneys for Creditors, Anthony Festa, M.D., Anthony Scillia,*
*M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Pierce,*
*M.D. and Academy Orthopaedics, LLC*

| | |
|---|---|
| **IN RE:** | Case No.:    25-11370(JKS) |
| **NEW JERSEY ORTHOPAEDIC INSTITUTE LLC** | Chapter 11 |
| Debtor, | Hon. John K. Sherwood, U.S.B.J. |

## NOTICE OF APPEARANCE

**To:    CLERK, UNITED STATES BANKRUPTCY COURT**

**PLEASE TAKE NOTICE** that the undersigned, with the law firm Brach Eichler L.L.C., hereby appears in the above captioned Chapter 11 case on behalf of creditors, Anthony Festa, M.D., Anthony Scillia, M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Pierce, M.D. and Academy Orthopaedics, LLC pursuant to Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), and demand is hereby made for copies of all notices given or required to be given in this case and all papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned at the address and telephone number and electronic mail address as set forth below:

Paul DeMartino, Esq.
BRACH EICHLER L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
Phone: (973) 364-5228
Fax:  (973) 860-4221
E-Mail:  pdemartino@bracheichler.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above but also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or  otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in this case.

Dated:      February 24, 2025
             Roseland, New Jersey

**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
 Roseland, New Jersey  07068-1067
Attorneys for *Creditors, Anthony Festa, M.D.,
Anthony Scillia, M.D., Craig Wright, M.D., John
Callaghan, M.D., Casey Pierce, M.D. and Academy
Orthopaedics, LLC*

BY: /s/ Paul DeMartino, Esq.
    PAUL DEMARTINO, ESQ.

- 2 -

BE.15979280.1/ACA028-281497

- 3 -

BE.15979280.1/ACA028-281497