**Fill in this information to identify the case:**

Debtor name    **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-11370**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2025**          *X* **/s/ Vincent McInerney**
_____          _____
                                          Signature of individual signing on behalf of debtor

                                          **Vincent McInerney**
                                          _____
                                          Printed name

                                          **Sole Member**
                                          _____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **25-11370**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $      5,897,554.67

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $      5,897,554.67

| Part 2: | Summary of Liabilities |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      7,782,152.73

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $         98,049.75

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$      2,603,074.65

4.   Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b                                                                        $     10,483,277.13

**Fill in this information to identify the case:**

Debtor name   **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **25-11370**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Operating** | **5229** | **$2,572.98** |
| 3.2. | **Wells Fargo** | **Payroll** | **5179** | **$13,999.30** |
| 3.3. | **Valley National Bank** | **Operating** | **9931** | **$0.00** |
| 3.4. | **Valley National Bank** | **Savings** | **7645** | **$10.00** |
| 3.5. | **Chase Bank** | **Savings** | **4604** | **$236.21** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Escrowed Deposit with Friar Levitt firm** | | **$875,000.00** |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(If known)* | **25-11370** |
|---|---|---|---|
| | Name | | |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $891,818.49 |
|---|---|

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,165,898.52 | - | 0.00 | = .... | $1,165,898.52 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $1,165,898.52 |
|---|---|

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Medical Supplies** | | $75,000.00 | Recent cost | $75,000.00 |
| **1900 Union Valley Rd, Hewitt, NJ 07421** | | $0.00 | Comparable sale | $0.00 |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $75,000.00 |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(if known)* **25-11370** |
|---|---|---|
| | Name | |

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture - tables, chairs, computers - net of depreciation** | **$0.00** | | **$0.00** |
| 40. **Office fixtures** **Leasehold Improvements net of depreciation** | **$98,000.00** | **Recent cost** | **$98,000.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Portable ultrasound machine and accessories** | **$1,000.00** | | **$1,000.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$99,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(If known)* **25-11370** |
|---|---|---|
| | Name | |

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **504 Valley Rd, Suite 22, Wayne, NJ 07470** | Lease | $0.00 | Comparable sale | $0.00 |
| 55.2.  **111 Madison Ave, Suite 400, Morristown, NJ 07962** | Lease | $0.00 | Comparable sale | $0.00 |
| 55.3.  **45 Carey Avenue, Butler, NJ 07405** | Lease | $0.00 | Comparable sale | $0.00 |

| | |
|---|---|
| 56.    **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $0.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:**   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**https://www.njorthoinstitute.com/** | Unknown | N/A | Unknown |

Debtor    **New Jersey Orthopaedic Institute LLC**                    Case number *(If known)* **25-11370**
       Name

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

|  |
|---|
| **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)
**Intracompany recievable from**              3,665,837.66    -                    0.00   =        **$3,665,837.66**
**Northlands Orthopaedic Institute LLC**   Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

**Medical Malpractice Insurance - MagMutual**                                    Unknown

**Workers' Compensation Insurance - CNA Insurance**                              Unknown

**Employment Practices liability insurance - United States
Liability Ins. Company**                                                         Unknown

**Cyber Security insurance - MagMutual**                                         Unknown

Debtor    **New Jersey Orthopaedic Institute LLC**                                Case number *(If known)*  **25-11370**
              Name

| | |
|---|---|
| **Business Overhead Insurance - UNUM** | **Unknown** |

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | |
|---|---|
| **New York Giants Tickets** | **Unknown** |

| | |
|---|---|
| **New Jersey Devils Tickets** | **Unknown** |

| | |
|---|---|
| 78. | **Total of Part 11.** | **$3,665,837.66** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **New Jersey Orthopaedic Institute LLC**                    Case number *(If known)* **25-11370**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $891,818.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,165,898.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $99,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,665,837.66 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,897,554.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,897,554.67 |

**Fill in this information to identify the case:**

Debtor name  **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  **25-11370**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Academy Orthopaedics LLC, et als.** | | $7,782,152.73 | $891,572.28 |
|---|---|---|---|---|

Creditor's Name

**c/o Paul DeMartino, Esq.**
**Brach Eichler LLC**
**101 Eisenhower Parkway,**
**Roseland, NJ 07068**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Wells Fargo - Operating - Acct# 5229**
**Wells Fargo - Payroll - Acct# 5179**
**Escrowed Deposit with Friar Levitt Firm**

Creditor's email address, if known

**Describe the lien**
**Garnishment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| $7,782,152.73 |
|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Anthony Festa, M.D.**<br>**32 Condit Rd**<br>**Mountain Lakes, NJ 07046** | Line  **2.1** | |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

**Anthony Scillia, M.D**
**1125 Maxwell Lane**
**Unit 600**
**Hoboken, NJ 07030**

Line  **2.1**

---

**Casey Pierce, M.D.**
**105 Andover Rd**
**Wayne, NJ 07470**

Line  **2.1**

---

**Craig Wright, M.D.**

Line  **2.1**

---

**John Callaghan, M.D.**
**107 Upper Mountain Avenue**
**Montclair, NJ 07042**

Line  **2.1**

---

**Paul DeMartino, Esq.**
**Brach Eichler LLC**
**101 Eisenhower Parkway**
**Roseland, NJ 07068**

Line  **2.1**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-11370**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Andrew Sawires**<br>**2 2nd st. Apartment 3704**<br>**Jersey City, NJ 07302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,076.00 | $15,150.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**SSN: XXX-XX-0374** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Angela Reyes**<br>**79 Maple Ave 1st FL**<br>**Little Falls, NJ 07424** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,388.00 | $2,388.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|

**Ashley Minetti**
**38 Benham Way**
**Sparta, NJ 07871**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.00** | **$600.00** |
|---|---|---|---|---|

**Barbara J Davis**
**22 Hilton Street**
**Pequannock, NJ 07440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,038.38** | **$2,038.38** |
|---|---|---|---|---|

**Barbara M Orlos**
**370 High Crest Dr**
**West Milford, NJ 07480**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,958.25** | **$1,958.25** |
|---|---|---|---|---|

**Christina Cavero**
**479 East 31st**
**Paterson, NJ 07504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,480.63 | $2,480.63

**Deborah M Lopez**
**56 Newark Place**
**Belleville, NJ 07109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,807.60 | $4,807.60

**Jason E Kooch**
**250 W. 27th St.**
**New York, NY 10001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,757.00 | $1,757.00

**Jennifer Cruz**
**184 Lily Street**
**Paterson, NJ 07522**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,160.00 | $2,160.00

**Jissel Valerio**
**332 Trenton Ave**
**Paterson, NJ 07503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,500.00** | **$7,500.00** |
|---|---|---|---|---|

**Kinga Skalska-Dybas**
**16 Trafalgar Court**
**Hackettstown, NJ 07840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,175.20** | **$1,175.20** |
|---|---|---|---|---|

**Laurelle A. McInerney**
**P.O. Box 479**
**New Vernon, NJ 07976**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,800.00** | **$4,800.00** |
|---|---|---|---|---|

**Lisa McInerney**
**10 Boxwood Dr**
**Morristown, NJ 07960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,230.40** | **$4,230.40** |
|---|---|---|---|---|

**Marc Mortellaro**
**209 Broadway**
**Keyport, NJ 07735**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,388.00** | **$2,388.00** |
|---|---|---|---|---|

**Melissa Ellis**
**82 Randolph Place**
**West Orange, NJ 07052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,384.80** | **$15,150.00** |
|---|---|---|---|---|

**Michael K Shindle**
**35 Meadow Lane**
**Morristown, NJ 07960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,798.40** | **$12,798.40** |
|---|---|---|---|---|

**Robert Palacios**
**304 South Pascack Road**
**Nanuet, NY 10954**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,825.97** | **$1,825.97** |
|---|---|---|---|---|

**Tatiana Yascaribay**
**398 Taylor Ave**
**Hackensack, NJ 07601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.42 | $93.42 |
|---|---|---|---|---|
| | **Wyatt J Montferrante** | Check all that apply. | | |
| | **12 2nd Street** | ☐ Contingent | | |
| | **Butler, NJ 07405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.70 | $1,587.70 |
|---|---|---|---|---|
| | **Xaiomy Burgos** | Check all that apply. | | |
| | **425 Roe Street** | ☐ Contingent | | |
| | **Haledon, NJ 07508** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$595,234.71** |
|---|---|---|---|
| | **622 Eagle Rock Ave. Realty, LLC** | | |
| | **c/o Tracey Goldstein, Esq.,** | ■ Contingent | |
| | **Goldstein Kelin LLC** | ☐ Unliquidated | |
| | **290 W. Mt. Pleasant Ave., Suite 1340** | ☐ Disputed | |
| | **Livingston, NJ 07039** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Settlement | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$258.25** |
|---|---|---|---|
| | **Aetna Inc.** | | |
| | **PO Box 639715** | ☐ Contingent | |
| | **Cincinnati, OH 45263** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Insurance overpayment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$13,013.00** |
|---|---|---|---|
| | **AHS Investment Corporation** | | |
| | **200 American Rd** | ■ Contingent | |
| | **Morristown, NJ 07960** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Landlord | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.75 |

**Allscripts Healthcare, LLC**
**305 Church at North Hills Street**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Practice Management Systems**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |

**Artrex Inc**
**PO BOX 403511**
**Atlanta, GA 30384-3511**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,844.62 |

**Association Member Trust**
**636 Morris Turnpike, Suite 2A**
**Short Hills, NJ 07078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Insurer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,167.69 |

**Cablevision LightPath, LLC**
**PO BOX 788632**
**Philadelphia, PA 19178-8632**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone System**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**CNA**
**151 North Franklin Street, Chicago, IL 6**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.29 |

**Daniels Sharpsmart, Inc**
**PO BOX 735290**
**Dallas, TX 75373-5290**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Waste Disposal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.20 |

**Dayforce Inc.**
**PO BOX 772830**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll processing**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,271.66 |

**Dictation Source**
**PO BOX 12835**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Medical Transcription Services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |

**Elizabeth Hawruk, MD**
**N. Jersey Center for Arthritis and Osteo**
**45 Carey Avenue**
**Butler, NJ 07405**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Landlord__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |

**Freshbooks**
**225 King St W, Ste 1200**
**Toronto, Ontario M5V 3M2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Cloud Accounting__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412,945.25 |

**Frier Levitt**
**84 Bloomfield Ave**
**Pine Brook, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Legal Services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,885.25 |

**Future Plan by Ascensus**
**23693 Network Place**
**Chicago, IL 60673-1236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __3rd Party Adminstrator__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,260.00 |

**Johnson & Johnson Health Care Systems**
**4301 West Boy Scout Boulevard**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Supplier__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.35 |

**Keystone Answering Service**
**141 Friends Lane, Ste. 200**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Answering system__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.00 |
|---|---|---|---|

**Law Office of Robert M. Fields, PLLC**
**6 Captain Lawrence Drive**
**South Salem, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836.62 |
|---|---|---|---|

**Leaf**
**PO BOX 5066**
**Hartford, CT 06102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Copier lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynch, Lynch, Held and Rosenberg PC**
**440 Route 17 North**
**Hasbrouck Heights, NJ 07604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**MagMutual**
**3535 Piedmont Rd. NE**
**Bldg. 14-1000**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Malpractice Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,176.52 |
|---|---|---|---|

**McKesson Medical-Surgical, Inc**
**9954 Mayland Dr, Suite 4000**
**Atlanta, GA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,072.05 |
|---|---|---|---|

**Medent**
**15 Hulbert Street**
**Auburn, NY 13021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electronic Health System**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190,075.18 |
|---|---|---|---|

**Merrill Lynch Pierce Fenner & Smith**
**Two Bala Plaza, Suite 601**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pension Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

---

**3.25**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$190,075.18** |
| **Merrill Lynch Wealth Management** | ☐ Contingent |
| **Merrill Lynch Pierce Fenner & Smith** | ☐ Unliquidated |
| **Two Bala Plaza, Suite 601** | ☐ Disputed |
| **Bala Cynwyd, PA 19004** | |
| Date(s) debt was incurred _ | Basis for the claim: **Funding Shortfall - NJ Ortho Institute Cash Balance Plan** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.26**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$208,562.68** |
| **Michael K Shindle** | ☐ Contingent |
| **11 Wisteria Court** | ☐ Unliquidated |
| **Madison, NJ 07940** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Professional Services** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.27**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **Mindware Connections** | ☐ Contingent |
| **144 Village Landing #310** | ☐ Unliquidated |
| **Fairport, NY 14450** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.28**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$5,250.00** |
| **MJD Realty** | ■ Contingent |
| **1900 Union Valley Road, Ste 303** | ☐ Unliquidated |
| **Hewitt, NJ 07421** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Landlord** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.29**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$165.00** |
| **Navinet, Inc.** | ☐ Contingent |
| **PO Box 8048** | ☐ Unliquidated |
| **Carol Stream, IL 60197** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Insurance claims system** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.30**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$690.00** |
| **NJ Business & Industry Association** | ☐ Contingent |
| **10 West Lafayette Street** | ☐ Unliquidated |
| **Trenton, NJ 08608-2002** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Organization Membership** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.31**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$1,829.58** |
| **ODP Business Solution** | ☐ Contingent |
| **PO BOX 7241** | ☐ Unliquidated |
| **Sioux Falls, SD 57117-7241** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Office Supplies** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ☐ No  ■ Yes |

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pitney Bowes Global Financial**
PO BOX 981022
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Mailing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,862.50** |
|---|---|---|---|

**Radiant Imaging Solutions**
163 E Main St. PMB 307
Little Falls, NJ 07424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Radiology Servicer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.84** |
|---|---|---|---|

**RevSpring**
26988 Network Place
Chicago, IL 60673-1269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Appointment reminder system**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.61** |
|---|---|---|---|

**Sk Paper Shred**
P.O. Box 201
Branchville, NJ 07826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Shredding Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.85** |
|---|---|---|---|

**The Paul Revere**
1 Fountan Square,
Chattanooga, TN 37402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,147.32** |
|---|---|---|---|

**TNTMAX**
PO BOX 605
Wycokoff, NJ 07481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Computer Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.85** |
|---|---|---|---|

**UNUM**
1 Fountain Square
Chattanooga, TN 37402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance - Business Overhead**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (if known) | **25-11370** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,828.67**
---|---|---|---

**Valley National Bank**
**PO BOX 950**
**Wayne, NJ 07474-0950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Credit Card__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$632,206.00**

**Valley Partners**
**c/o Lota & Bernard, LLC**
**6 Prospect St #3a,**
**Midland Park, NJ 07432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Landlord__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.76**

**Verizon**
**P.O. Box 408**
**Trenton, NJ 08650-4830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Phone service__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,046.17**

**Vincent K. McInerney**
**10 Boxwood Drive**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Guaranteed Minimum Distribution and Benefits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Wayne Fire Bureau**
**475 Valley Road**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.25**

**Workeasy Software**
**1200 SW 145th Ave Suite 200**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Time tracking software__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number (*if known*) | **25-11370** |
|--------|------------------------------------------|--------------------------|--------------|
|        | Name |  |  |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles Newman, Esq.**<br>**Frier Levitt**<br>**84 Bloomfield Ave**<br>**Pine Brook, NJ 07058** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CNA**<br>**184 Liberty Corner Road, 4th Floor**<br>**Suite 402**<br>**Warren, NJ 07059** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **MagMutual**<br>**PO Box 52979**<br>**Atlanta, GA 30355** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Tracey Goldstein, Esq.,**<br>**Goldstein Kelin LLC**<br>**290 W. Mt. Pleasant Ave., Suite 1340**<br>**Livingston, NJ 07039** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 98,049.75 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,603,074.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,701,124.40 |

**Fill in this information to identify the case:**

Debtor name    **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-11370**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of 111 Madison Ave, Suite 400, Morristown, NJ 07962** |
| State the term remaining | **AHS Investment Corporation** |
| List the contract number of any government contract | **200 American Rd Morristown, NJ 07960** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Phone services** |
| State the term remaining | **Cablevision LightPath, LLC** |
| List the contract number of any government contract | **PO BOX 788632 Philadelphia, PA 19178-8632** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Cloud accounting system** |
| State the term remaining | **Freshbooks** |
| List the contract number of any government contract | **225 King St W, Ste 1200 Toronto, Ontario M5V 3M2 Canada** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Answering service** |
| State the term remaining | **Keystone Answering Service** |
| List the contract number of any government contract | **141 Friends Lane, Ste. 200 Newtown, PA 18940** |

| Debtor 1 | **New Jersey Orthopaedic Institute LLC** | | Case number (*if known*) | **25-11370** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leaf**<br>**PO  BOX 5066**<br>**Hartford, CT 06102** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Medical records** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medent**<br>**15 Hulbert Street**<br>**Auburn, NY 13021** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Dictation software** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mindware Connections**<br>**144 Village Landing #310**<br>**Fairport, NY 14450** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **1900 Union Valley Rd, Hewitt, NJ 07421 lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MJD Realty**<br>**1900 Union Valley Road, Ste 303**<br>**Hewitt, NJ 07421** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **45 Carey Avenue, Butler, NJ 07405** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **N. Jersey Center for Arthritis and Osteo**<br>**c/o Elizabeth Hawruk, MD**<br>**45 Carey Avenue**<br>**Butler, NJ 07405** |

| Debtor 1 | **New Jersey Orthopaedic Institute LLC** | | | Case number *(if known)* | **25-11370** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance claims software** | |
| | State the term remaining | | **Navinet, Inc.** |
| | List the contract number of any government contract | | **PO Box 8048** **Carol Stream, IL 60197** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **A/R management services contract** | |
| | State the term remaining | | **RevSpring** |
| | List the contract number of any government contract | | **26988 Network Place** **Chicago, IL 60673-1269** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Shredding contract** | |
| | State the term remaining | | **Sk Paper Shred** |
| | List the contract number of any government contract | | **P.O. Box 201** **Branchville, NJ 07826** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Computer and internet services** | |
| | State the term remaining | | **TNTMAX** |
| | List the contract number of any government contract | | **PO BOX 605** **Wycokoff, NJ 07481** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **504 Valley Rd, Suite 22, Wayne, NJ 07470 lease** | |
| | State the term remaining | | **Valley Partners** **c/o Lota & Bernard, LLC** |
| | List the contract number of any government contract | | **6 Prospect St #3a,** **Midland Park, NJ 07432** |

Debtor 1   **New Jersey Orthopaedic Institute LLC** _____   Case number *(if known)*   **25-11370**
             First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Phone service** | |
|---|---|---|---|
| | State the term remaining | | **Verizon** |
| | List the contract number of any government contract | | **P.O. Box 408** |
| | | | **Trenton, NJ 08650-4830** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Timekeeping system** | |
|---|---|---|---|
| | State the term remaining | | **Workeasy Software** |
| | List the contract number of any government contract | | **1200 SW 145th Ave Suite 200** |
| | | | **Hollywood, FL 33027** |

| Fill in this information to identify the case: |
|---|

Debtor name __**New Jersey Orthopaedic Institute LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __**25-11370**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Northlands Orthopaedic Institute LLC** | **504 Valley Road Suite 200 Wayne, NJ 07470** | **Academy Orthopaedics LLC, et als.** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **New Jersey Orthopaedic Institute LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **25-11370**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$173,000.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,000,000.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,081,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ SEE ATTACHED EXHIBIT

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(if known)* **25-11370** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Vincent K. McInerney 10 Boxwood Drive Morristown, NJ 07960 Principal** | **Bi-weekly for 26 pay periods** | **$495,199.64** | **Regular distributions** |
| 4.2. **Lisa McInerney 10 Boxwood Dr Morristown, NJ 07960 Spouse of Principal** | **Bi-weekly for 26 pay periods** | **$124,800.00** | **Salary** |
| 4.3. **Laurelle A. McInerney P.O. Box 479 New Vernon, NJ 07976 Daughter of Principal** | **Bi-weekly for 26 pay periods** | **$37,403.20** | **Salary** |
| 4.4. **Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298** | **11/15/24, 12/18/24** | **$685.60** | **Reimbursement of Lisa McInerney business-related document shredding costs** |
| 4.5. **Genesis Financial PO Box 20829 Fountain Valley, CA 92728** | **Monthly** | **$17,911.56** | **Car payment ($1,492.63 per month) for Principal's business vehicle** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Academy Orthopaedics LLC, et als. v Debtor PAS-C-26-24** | **Entry of Arbitral Award** | **Super. Ct. NJ: Passaic Cty. Chancery** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    **New Jersey Orthopaedic Institute LLC**

Case number *(if known)* **25-11370**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **622 Eagle Rock Ave. Realty, LLC v. Debtor**<br>**ESX-LT-21737-24** | Landlord-Tenant | **Super Ct. NJ: Essex Special Civil** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Seaton Hall Preperatory School** | **Charitable Contribution** | 4/29/24 | $1,000.00 |
| Recipients relationship to debtor | | | |
| 9.2. **St. Joseph's Hospital** | **Charitable Contribution** | 12/10/24, 8/14/23 | $11,500.00 |
| Recipients relationship to debtor | | | |
| 9.3. **Black Bear Sports Group** | **Charitable Contribution** | 8/14/23, 1/9/24, 4/9/24, 7/3/24, 8/28/24 | $22,500.00 |
| Recipients relationship to debtor | | | |
| 9.4. **Educating Athletes** | **Charitable Contribution** | 1/9/24, 5/11/23, 5/18/23 | $12,000.00 |
| Recipients relationship to debtor | | | |
| 9.5. **Friends of Congressman Tom Mast** | **Networking/Political Contribution** | 3/26/24, 2/17/23, 5/18/23 | $6,200.00 |
| Recipients relationship to debtor | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **New Jersey Orthopaedic Institute LLC**                                  Case number *(if known)*  **25-11370**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **EJI Excellence in Medicine Awards** | **Sponsorship** | **3/30/23** | **$10,000.00** |
| | Recipients relationship to debtor | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Saul Ewing LLP<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark, NJ 07102** | **Attorney Fees** | **2/10/25** | **$53,476.00** |
| | Email or website address<br>**stephen.ravin@saul.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

---

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(if known)* **25-11370** |
|---|---|---|

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **622 Eagle Rock**<br>**West Orange, NJ 07052** | **Through January 2025** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **N. Jersey Center for Arthritis and Osteo**<br>**c/o Elizabeth Hawruk, MD**<br>**45 Carey Avenue**<br>**Butler, NJ 07405** | **Orthopaedic practice**<br><br>Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**504 Valley Rd, Suite 22, Wayne, NJ 07470** | **How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☐ Paper |
| 15.2. | **New Jersey Orthopaedic Institute**<br>**111 Madison Ave, Suite 400**<br>**Morristown, NJ 07962** | **Orthopaedic practice**<br><br>Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**504 Valley Rd, Suite 22, Wayne, NJ 07470** | **How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☐ Paper |
| 15.3. | **New Jersey Orthopaedic Institute**<br>**1900 Union Valley Road, Ste 303**<br>**Hewitt, NJ 07421** | **Orthopaedic practice**<br><br>Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**504 Valley Rd, Suite 22, Wayne, NJ 07470** | **How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

---

Debtor  **New Jersey Orthopaedic Institute LLC**                         Case number *(if known)* **25-11370**

---

**HIPAA-protected personally-identifiable information**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   **X** Yes. Does the debtor serve as plan administrator?  **NO.**

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**

   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   |---|---|---|---|

20. **Off-premises storage**

   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
   |---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **New Jersey Orthopaedic Institute LLC** | | Case number *(if known)* **25-11370** |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Walter Loeffler, CPA/ABV/CCF**<br>**BusinessValuation Services**<br>**Morristown, NJ 07960** | |
| 26a.2. **Kinga Skalska-Dybas, Practice Admin**<br>**504 Valley Road, Suite 200**<br>**Wayne, NJ 07470** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(if known)* **25-11370** |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Walter Loeffler, CPA/ABV/CCF** <br> **BusinessValuation Services** <br> **Morristown, NJ 07960** | |
| 26c.2. **Kinga Skalska-Dybas, Practice Admin** <br> **504 Valley Road, Suite 200** <br> **Wayne, NJ 07470** | |
| 26c.3. **Deborah A. Nappi, CPA, MST** <br> **389 Interpace Parkway, STE 3** <br> **Parsippany, NJ 07054** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Academy Orthopaedics LLC, et als.** <br> **c/o Paul DeMartino, Esq.** <br> **Brach Eichler LLC** <br> **101 Eisenhower Parkway,** <br> **Roseland, NJ 07068** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vincent K. McInerney** | **10 Boxwood Drive** <br> **Morristown, NJ 07960** | **Managing Member** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Northlands Orthopaedic Institute LLC** | | **Member** | **99%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor   **New Jersey Orthopaedic Institute LLC**                              Case number *(if known)*   **25-11370**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **New Jersey Orthopaedic Institute Cash Balance Plan held at Merrill Lynch Wealth Management** | **EIN:** |

| Debtor | **New Jersey Orthopaedic Institute LLC** | Case number *(if known)* | **25-11370** |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2025**

| **/s/ Vincent McInerney** | **Vincent McInerney** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ Yes

Statement of Financial Affairs: Question 3 - 90-Day Payments to Creditors Exceeding $7,575.00

| Date | Recipient | Purpose | Amount Transferred |
|------|-----------|---------|-------------------|
| 11/26/2024 | Association Member Trust | Insurance coverage December 20 | ($23,777.46) |
| 12/24/2024 | Association Member Trust | Insurance coverage 01-01-25 | ($23,778.06) |
| | | **Total** | **($47,555.52)** |
| | | | |
| 11/12/2024 | J & J Health Care Systems, INC | Medical products | ($3,570.00) |
| 11/12/2024 | J & J Health Care Systems, INC | Medical products | ($3,570.00) |
| 11/22/2024 | J & J Health Care Systems, INC | Medical products | ($16,270.00) |
| 12/10/2024 | J & J Health Care Systems, INC | Medical products | ($3,570.00) |
| 12/24/2024 | J & J Health Care Systems, INC | Medical products | ($3,570.00) |
| 1/16/2025 | J & J Health Care Systems, INC | Medical products | ($3,570.00) |
| | | **Total** | **($34,120.00)** |
| | | | |
| 11/22/2024 | McKesson Medical Surgical | Medical products | ($548.72) |
| 12/10/2024 | McKesson Medical Surgical | Medical products | ($10,573.50) |
| 1/8/2025 | McKesson Medical Surgical | Medical products | ($1,449.99) |
| | | **Total** | **($12,572.21)** |
| | | | |
| 11/12/2024 | MEDENT | Practice Management Software | ($84.04) |
| 11/15/2024 | MEDENT | Practice Management Software | ($269.86) |
| 11/22/2024 | MEDENT | Practice Management Software | ($465.34) |
| 11/26/2024 | MEDENT | Practice Management Software | ($219.19) |
| 12/10/2024 | MEDENT | Practice Management Software | ($359.96) |
| 12/20/2024 | MEDENT | Practice Management Software | ($352.13) |
| 12/24/2024 | MEDENT | Practice Management Software | ($439.91) |
| 12/27/2024 | MEDENT | Practice Management Software | ($3,296.60) |
| 1/8/2025 | MEDENT | Practice Management Software | ($320.20) |
| 1/8/2025 | MEDENT | Practice Management Software | ($6,796.99) |
| 1/16/2025 | MEDENT | Practice Management Software | ($494.53) |
| | | **Total** | **($13,098.75)** |
| | | | |
| 11/22/2024 | Saul Ewing. LLP | Legal Fees | ($7,234.50) |
| 12/20/2024 | Saul Ewing. LLP | Legal Fees | ($4,054.50) |
| 2/10/2025 | Saul Ewing. LLP | Legal Fees | ($53,476.00) |
| | | **Total** | **($64,765.00)** |
| | | | |
| 11/22/2024 | SportsCare Institute, Inc | Medical Staffing | ($8,333.32) |
| 12/10/2024 | SportsCare Institute, Inc | Medical Staffing | ($4,166.66) |
| 1/16/2025 | SportsCare Institute, Inc | Medical Staffing | ($4,166.66) |
| | | **Total** | **($16,666.64)** |
| | | | |
| 11/12/2024 | Valley National Bank | Credit Card | ($7,516.72) |
| 12/10/2024 | Valley National Bank | Credit Card | ($5,063.92) |
| 1/16/2025 | Valley National Bank | Credit Card | ($8,800.62) |
| | | **Total** | **($21,381.26)** |
| | | | |
| 11/12/2024 | Valley Partners, LLC | Rent - Wayne | ($16,637.00) |
| 12/10/2024 | Valley Partners, LLC | Rent - Wayne | ($16,637.00) |
| 12/20/2024 | Valley Partners, LLC | Rent - Wayne | ($16,637.00) |
| | | **Total** | **($49,911.00)** |
| | | | |
| 11/22/2024 | Walter  E. Loeffler | Professional Fees | ($14,725.00) |
| 1/8/2025 | Walter Loeffler, CPA | Professional Fees | ($5,125.00) |
| | | **Total** | **($19,850.00)** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  __New Jersey Orthopaedic Institute LLC__ _____  Case No.  __25-11370__
                                                    Debtor(s)    Chapter  __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 53,476.00 |
| Prior to the filing of this statement I have received | $ | 53,476.00 |
| Balance Due | $ | 0.00 |

2.  $__1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):    **Debtor and Northlands Orthopaedic Institute LLC**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Retainer plus filing fee; hourly billing for all bankruptcy and adversary services**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__February 25, 2025__ _____
*Date*

**/s/ Stephen B. Ravin**
**Stephen B. Ravin 7074**
*Signature of Attorney*
**Saul Ewing LLP**
**1037 Raymond Blvd.**
**Suite 1520**
**Newark, NJ 07102**
**(973)286-6714**
**stephen.ravin@saul.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re    **New Jersey Orthopaedic Institute LLC**

Debtor(s)

Case No.    **25-11370**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Northlands Orthopaedic Institute LLC** | | **99%** | **Membership** |
| **Vincent K. McInerney**<br>**10 Boxwood Drive**<br>**Morristown, NJ 07960** | | **1%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 25, 2025**

Signature    **/s/ Vincent McInerney**

**Vincent McInerney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re  **New Jersey Orthopaedic Institute LLC**

Debtor(s)

Case No.  **25-11370**

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **New Jersey Orthopaedic Institute LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Northlands Orthopaedic Institute LLC**

☐ None [*Check if applicable*]

**February 25, 2025**

Date

**/s/ Stephen B. Ravin**

**Stephen B. Ravin 7074**

Signature of Attorney or Litigant

Counsel for  **New Jersey Orthopaedic Institute LLC**

**Saul Ewing LLP**
**1037 Raymond Blvd.**
**Suite 1520**
**Newark, NJ 07102**
**(973)286-6714**
**stephen.ravin@saul.com**