Aetna Inc.
PO Box 639715
Cincinnati, OH 45263

Andrew Sawires
2 2nd st. Apartment 3704
Jersey City, NJ 07302

Angela Reyes
79 Maple Ave 1st FL
Little Falls, NJ 07424

Ashley Minetti
38 Benham Way
Sparta, NJ 07871

Barbara J Davis
22 Hilton Street
Pequannock, NJ 07440

Barbara M Orlos
370 High Crest Dr
West Milford, NJ 07480

Christina Cavero
479 East 31st
Paterson, NJ 07504

Dayforce Inc.
PO BOX 772830
Chicago, IL 60677

Deborah M Lopez
56 Newark Place
Belleville, NJ 07109

Freshbooks
225 King St W, Ste 1200
Toronto, Ontario M5V 3M2
Canada

Jason E Kooch
250 W. 27th St.
New York, NY 10001

Jennifer Cruz
184 Lily Street
Paterson, NJ 07522


Jissel Valerio
332 Trenton Ave
Paterson, NJ 07503


Keystone Answering Service
141 Friends Lane, Ste. 200
Newtown, PA 18940


Kinga Skalska-Dybas
16 Trafalgar Court
Hackettstown, NJ 07840


Laurelle A. McInerney
P.O. Box 479
New Vernon, NJ 07976


Leaf
PO BOX 5066
Hartford, CT 06102


Lisa McInerney
10 Boxwood Dr
Morristown, NJ 07960


Marc Mortellaro
209 Broadway
Keyport, NJ 07735


Melissa Ellis
82 Randolph Place
West Orange, NJ 07052


Mindware Connections
144 Village Landing #310
Fairport, NY 14450


Navinet, Inc.
PO Box 8048
Carol Stream, IL 60197

Pitney Bowes Global Financial
PO BOX 981022
Boston, MA 02298


Robert Palacios
304 South Pascack Road
Nanuet, NY 10954


Tatiana Yascaribay
398 Taylor Ave
Hackensack, NJ 07601


UNUM
1 Fountain Square
Chattanooga, TN 37402


Verizon
P.O. Box 408
Trenton, NJ 08650-4830


Wayne Fire Bureau
475 Valley Road
Wayne, NJ 07470


Workeasy Software
1200 SW 145th Ave Suite 200
Hollywood, FL 33027


Wyatt J Montferrante
12 2nd Street
Butler, NJ 07405


Xaiomy Burgos
425 Roe Street
Haledon, NJ 07508