**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **New Jersey Orthopaedic Institute LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | **25-11370** |

■ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Academy Orthopaedics LLC, et als.** c/o Paul DeMartino, Esq. **Brach Eichler LLC 101 Eisenhower Parkway, Roseland, NJ 07068** | | **Wells Fargo - Operating - Acct# 5229 Wells Fargo - Payroll - Acct# 5179 Escrowed Deposit with Friar Levitt Firm** | **Disputed** | $7,782,152.73 | $891,572.28 | $6,891,180.45 |
| **Valley Partners c/o Lota & Bernard, LLC 6 Prospect St #3a, Midland Park, NJ 07432** | info@lotacpa.com (201) 444-4411 | Landlord | Contingent | | | $632,206.00 |
| **622 Eagle Rock Ave. Realty, LLC c/o Tracey Goldstein, Esq., Goldstein Kelin LLC 290 W. Mt. Pleasant Ave., Suite 1340 Livingston, NJ 07039** | Tracey Goldstein, Esq., tgoldstein@gkllc.com (973-324-5400 | Landlord | Contingent Subject to Setoff | | | $595,234.71 |
| **Frier Levitt 84 Bloomfield Ave Pine Brook, NJ 07058** | Charles Newman, Esq. cnewman@frierlevitt.com 973.852.8366 | Legal Fees | | | | $412,945.25 |
| **Michael K Shindle 11 Wisteria Court Madison, NJ 07940** | mikeshindle@gmail.com 973-441-0118 | Professional Services | | | | $208,562.68 |

| Debtor | **New Jersey Orthopaedic Institute LLC** | | | Case number *(if known)* | **25-11370** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Merrill Lynch Wealth Management Merrill Lynch Pierce Fenner & Smith Two Bala Plaza, Suite 601 Bala Cynwyd, PA 19004** | | **Funding Shortfall - NJ Ortho Institute Cash Balance Plan** | | | | **$190,075.18** |
| **Merrill Lynch Pierce Fenner & Smith Two Bala Plaza, Suite 601 Bala Cynwyd, PA 19004** | | **Pension Plan** | | | | **$190,075.18** |
| **MagMutual 3535 Piedmont Rd. NE Bldg. 14-1000 Atlanta, GA 30305** | | **Malpractice Insurance** | | | | **$130,000.00** |
| **Johnson & Johnson Health Care Systems 4301 West Boy Scout Boulevard Tampa, FL 33607** | | **Supplier** | | | | **$66,260.00** |
| **Valley National Bank PO BOX 950 Wayne, NJ 07474-0950** | | **Credit Card** | | | | **$30,828.67** |
| **Association Member Trust 636 Morris Turnpike, Suite 2A Short Hills, NJ 07078** | | **Health Insurer** | | | | **$23,844.62** |
| **Andrew Sawires 2 2nd st. Apartment 3704 Jersey City, NJ 07302** | | **SSN: XXX-XX-0374** | | | | **$23,076.00** |
| **Artrex Inc PO BOX 403511 Atlanta, GA 30384-3511** | | **Supplier** | | | | **$22,500.00** |
| **McKesson Medical-Surgical, Inc 9954 Mayland Dr, Suite 4000 Atlanta, GA 23233** | | **Supplier** | | | | **$19,176.52** |

Debtor  **New Jersey Orthopaedic Institute LLC**
 Name

Case number *(if known)*  **25-11370**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vincent K. McInerney 10 Boxwood Drive Morristown, NJ 07960** | | **Guaranteed Minimum Distribution and Benefits** | | | | **$19,046.17** |
| **Michael K Shindle 35 Meadow Lane Morristown, NJ 07960** | | | | | | **$15,384.80** |
| **AHS Investment Corporation 200 American Rd Morristown, NJ 07960** | | **Landlord** | **Contingent** | | | **$13,013.00** |
| **Robert Palacios 304 South Pascack Road Nanuet, NY 10954** | | | | | | **$12,798.40** |
| **Kinga Skalska-Dybas 16 Trafalgar Court Hackettstown, NJ 07840** | | | | | | **$7,500.00** |
| **Radiant Imaging Solutions 163 E Main St. PMB 307 Little Falls, NJ 07424** | | **Radiology Servicer** | | | | **$6,862.50** |