# EXHIBIT A

(Proposed Order)

55104506.7

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>             turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

**ORDER EXCUSING THE REQUIREMENT TO APPOINT A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

The relief set forth on the following page numbered two (2) is **ORDERED.**

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55104506.7

Page 2
Debtors:   New Jersey Orthopaedic Institute LLC, *et al.*
Case No.   25-11370 (JKS)
Caption:   ORDER EXCUSING THE REQUIREMENT TO APPOINT A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333

AND NOW, upon consideration of the Debtors' motion for entry of an order excusing the requirement to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333 (the "Motion") [2]; adequate notice of the Motion having been given under the circumstances; and the Court being fully advised in the premises and finding the appointment of a patient care ombudsman not necessary in these bankruptcy cases; it is hereby ORDERED and DECREED as follows:

1.   The requirement to appoint a patient care ombudsman, pursuant to 11 U.S.C. § 333, is hereby excused.

2.   Pursuant to Federal Rule Bankruptcy Procedure 2007.2(b), this Court retains jurisdiction to order the appointment of a patient care ombudsman at a later time if found necessary to protect patients.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

55104506.7