# **EXHIBIT A**

(Insurance Policies)

55111307.5

MagMutual
3535 Piedmont Rd NE, Bldg. 14-1000
Atlanta, GA 30305-1518
Malpractice Insurance

CNA Insurance
P.O. Box 74007619
Chicago, IL 60674-7619
Worker's Compensation Insurance

United States Liability Insurance Company, a Berkshire Hathaway Company
1190 Devon Park Drive
Wayne, PA 19087-2191
Employment Practices Liability Insurance

MagMutual
3535 Piedmont Rd NE, Bldg. 14-1000
Atlanta, GA 30305-1518
Cyber Security Coverage

UNUM - The Paul Revere Life Insurance Company
1 Fountain Square
Chattanooga, TN 37402
Business Overhead Expenses Insurance