# EXHIBIT A

(Utility Companies)

55109114.4

2

Valley Partners LLC
c/o Lota & Bernard, LLC
6 Prospect St. #3a,
Midland Park, NJ 07432
Landlord Providing Most Traditional Utility Services

Cablevision LightPath, LLC
P.O. Box 788632
Philadelphia, PA 19178-8632
Phone Services

TNTMAX
P.O. Box 605
Wycokoff, NJ 07481
Computer and Internet Services