UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

In Re:

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.

Debtors.

Case No.: 25-11370 (JKS)

Chapter: 11

Hearing Date: March 11, 2025 at 2:00 p.m.

Judge: John K. Sherwood

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Stephen B. Ravin, Esq. (Saul Ewing LLP)__, on behalf of __the Debtors__ requests that the time period to/for __hearing on the motions described below in #1__ as required by __D.N.J. LBR 9013-2__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
Relief for the motions to excuse the appointment of an ombudsman and prohibit utilities from altering, refusing or discontinuing services must be entered within 30 days after the Petition Date and insurance is paramount to the Debtors.

2. State the hearing dates requested:
March 11, 2025 at 2:00 p.m.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 2/28/2025

/s/ Stephen B. Ravin, Esq.
Signature

*rev.8/1/15*