UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

Order Filed on February 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.

Debtors.

Case No.: 25-11370 (JKS)

Chapter: 11

Judge: John K. Sherwood

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 28, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Stephen B. Ravin, Esq. (Saul Ewing LLP)__ for the reduction of time for a hearing on _the Debtors' Motion for Entry of an Order Excusing Appointment of Patient Care Ombudsman, Motion for Authority to Maintain, Renew, and Continue Insurance Policies and Programs, and Motion Prohibiting Utilities from Altering, Refusing, or Discontinuing Services_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __March 11, 2025__ at __2:00 p.m.__ in the United States Bankruptcy Court, __50 Walnut Street, 3rd Floor, Newark, N.J. 07102__, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _(i) the Office of the United States Trustee for the District of New Jersey; (ii) all secured creditors and their counsel, if known_

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _all other parties having filed a notice appearance in the instant case_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____3____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

X - Movant's Counsel and any individual/party opposing the motion must appear at the hearing either in-person or via Court Solutions by registering for the hearing on Court Solutions.

X - Other individuals/parties/counsel may attend the hearing in-person or via Court Solutions by registering for the hearing on Court Solutions.

*rev.1/12/22*