**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:  stephen.ravin@saul.com
          turner.falk@saul.com

*Proposed Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

## NOTICE RE TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting presently scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on Wednesday, March 12, 2025 shall instead take place Wednesday, March 12, 2025 by conference call commencing at 3:00 PM EDT. If you wish to participate in the call, please e-mail Debtors' counsel at stephen.ravin@saul.com no later than the end of business on March 11, 2025.  The dial-in instructions are:: **Phone: 866-662-7571; Code:  9549430#**. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

Dated: March 6, 2025

        **SAUL EWING LLP**

        By: */s/ Stephen B. Ravin*
        Stephen B. Ravin, Esquire
        Turner N. Falk, Esquire
        1037 Raymond Blvd., Suite 1520
        Newark, NJ 07102-5426
        Telephone: (973) 286-6714
        E-mail: stephen.ravin@saul.com
                turner.falk@saul.com

        *Proposed Counsel for Debtors and Debtors in Possession*

55221067.1