# BRACH | EICHLER LLC

Carl J. Soranno
Direct Dial: 973-403-3127
Direct Fax: 973-618-5527
E-mail: csoranno@bracheichler.com

March 4, 2025

**VIA E-MAIL**

Turner N. Falk, Esq.
Saul Ewing LLP
One Riverfront Plaza
1037 Raymond Blvd., Ste. 1520
Newark, NJ  07102-5426

>    Re:    **In re: New Jersey Orthopaedic Institute LLC, et. al.
>           Case No.: 25-11370-JKS (Jointly Administered)**
>
>           **New Jersey Othopaedic Institute LLC v. Festa, et. al.
>           Adv No.: 25-01036(JKS)**

Dear Turner:

Please accept this letter in furtherance of our telephone call of February 28, 2025 regarding the Debtors' response to our Rule 2004 Examination Notice, currently returnable on Thursday, March 6, 2025.  We tentatively agreed to reschedule this deposition during the week of March 24, 2025, while you work to provide documents responsive to our examination on a rolling basis beginning later this week.  I am available to conduct this examination on Monday, March 24th, Thursday, March 27th and Friday, March 28th.  Please let me know which of these dates is agreeable to your client to complete the 2004 examination.

Additionally, we discussed the Debtors' obligation to provide our client with a rolling production of documents, (i) in order to conduct the 2004 examination; and (ii) [REDACTED SETTLEMENT CO███████████████████████████████████████████████████████].

Of particular relevance are the Debtors' accounting reports, which you indicated would be difficult for the Debtors to provide.  We inquired whether the Debtors utilized QuickBooks or any other accounting software for the practice.  To the extent QuickBooks, Quicken or other accounting software was used, a .QBB / .QBW export should be easy to produce.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

2875 South Ocean Blvd., Suite 200
Palm Beach, Florida 33480
561.899.0177

www.bracheichler.com

BE.16025600.1/ACA028-281497

Turner N. Falk, Esq.
March 4, 2025
Page 2

    Additionally, the Debtors' electronic bank statements and Trial Payroll Registers[1] were also requested. **REDACTED SETTLEMENT COMMUNICATION**. The Debtors should also provide an itemized statement on their gross receipt and expenditures since the Petition Date and a budget of anticipated post-petition expenses during the next several months.

    Finally, **REDACTED SETTLEMENT COMMUNICATION** **REDACTED SETTLEMENT COMMUNICATION**

    Please confirm that, at a minimum, you will be able to provide these records to me by the end of the week. Please also provide the statements related to the MagMutual insurance coverage in question so we can determined the applicable policy periods. We understand that Dr. Shindle is leaving the practice, so we would like additional information on why this coverage would need to be maintained by the Debtors post-petition.

    If you have any questions or concerns regarding any of these outstanding requests, please do not hesitate to contact me.

                              Very truly yours,

                              /s/

                              Carl J. Soranno

CJS/jm

cc:    Stephen B. Ravin, Esq. (via email)
        Maxwell Hanamirian, Esq. (via email)
        Paul DeMartino, Esq. (via email)

---

[1] Your client brought one of these reports to the Bankruptcy Court during the initial Order to Show Cause hearing, so they should be very easy to generate.