**New Jersey Orthopaedics Institute LLC and Northlands Orthopaedics Institute LLC**
**13-week cash flow report**

| | | Cash Requirements | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| | week ended | 3/7/25 | 3/14/25 | 3/21/25 | 3/28/25 | 4/4/25 | 4/11/25 | 4/18/25 | 4/25/25 | 5/2/25 | 5/9/25 | 5/16/25 | 5/23/25 | 5/30/25 | Total |
| **Opening Cash Balances** | | | | | | | | | | | | | | | |
|   NJ Orthopaedics | | 4,000 | | | | | | | | | | | | | 4,000 |
|   Northlands | | 638,371 | | | | | | | | | | | | | 638,371 |
|   Total | | 642,371 | 670,957 | 618,301 | 649,825 | 600,004 | 622,300 | 610,103 | 682,087 | 679,726 | 723,660 | 705,678 | 753,476 | 743,430 | 642,371 |
| | | | | | | | | | | | | | | | |
| NOI Cash receipts | | 48,285 | 48,285 | 48,285 | 48,285 | 59,886 | 59,886 | 59,886 | 59,886 | 57,845 | 64,272 | 64,272 | 64,272 | 64,272 | 747,616 |
| NJOI Cash receipts | | 32,389 | 32,389 | 32,389 | 32,389 | 55,748 | 55,748 | 55,748 | 55,748 | 36,677 | 36,677 | 36,677 | 36,677 | 36,677 | 535,932 |
| **Total Cash Available** | | 723,045 | 751,631 | 698,975 | 730,499 | 715,638 | 737,934 | 725,737 | 797,721 | 774,248 | 824,608 | 806,626 | 854,425 | 844,379 | 1,925,919 |
| | | | | | | | | | | | | | | | |
| **Expenses:** | | | | | | | | | | | | | | | |
| Salaries | | | 78,633 | | 78,633 | | 78,633 | | 78,633 | | 78,633 | | 78,633 | | 471,798 |
| Executive Salary | | | 14,285 | | 14,285 | | 14,285 | | 14,285 | | 14,285 | | 14,285 | | 85,708 |
| Payroll Taxes | | | 7,077 | | 7,077 | | 7,077 | | 7,077 | | 7,077 | | 7,077 | | 42,462 |
| Copier and equipment lease | | 88 | 836 | | | 88 | 836 | | | 88 | 836 | | | | 2,772 |
| Office Expenses | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | | 1,000 | | 1,000 | | 6,000 |
| Dues | | 250 | | | | | | | 500 | 250 | 600 | | | | 1,600 |
| Advertising | | 500 | 500 | 500 | 500 | | | | | | | | | | 2,000 |
| Telephone | | 2,000 | | | | 2,000 | | | | | 2,000 | | | | 6,000 |
| Credit card - office, advtg,dues | | | 9,000 | | | | 9,000 | | | | | 9,000 | | | 27,000 |
| Medical Expenses: | | | | | | | | | | | | | | | |
|   Allscripts | | | | 150 | | | | 150 | | | | 150 | | | 450 |
|   Daniels Sharpsmart, Inc | | | 500 | | | | 500 | | | | 500 | | | | 1,500 |
|   J & J Health Care Systems, INC | | | | 7,500 | | 15,000 | | 7,500 | | | | 7,500 | | 15,000 | 52,500 |
|   McKesson Medical Surgical | | | 8,000 | | | | 8,000 | | | | 8,000 | | | | 24,000 |
| Health Insurance | | 18,000 | | | | 18,000 | | | | | 18,000 | | | | 54,000 |
| Auto expense | | | 1,500 | | | | 1,500 | | | | | 1,500 | | | 4,500 |
| Collection Expense | | 4,500 | | | | 4,500 | | | | | 4,500 | | | | 13,500 |
| Computer, Internet | | | | 10,000 | | | | | | 10,000 | | | 10,000 | | 30,000 |
| Rent & Utilities | | 25,750 | | | | 25,750 | | | | | 25,750 | | | | 77,250 |
|  Workers Comp | | | 3,000 | | | | 3,000 | | | | 3,000 | | | | 9,000 |
|  Medical Malpractice | | | | | | 27,000 | | | | | | | | | 27,000 |
| Professional Fees | | | | | | | | | | | | | | | |
|  Legal - Saul Ewing | | | | 30,000 | | | | 30,000 | | | | 30,000 | | | 90,000 |
|  Legal - Non Bankruptcy | | | 5,000 | | | | 5,000 | | | | 5,000 | | | | 15,000 |
|  Accounting, taxes | | | | | 20,000 | | | | | | | | | | 20,000 |
|  Restructuring Expenses | | | | | 10,000 | | | | 7,500 | | | | | 5,000 | 22,500 |
|  Other - bookkeeping | | | 5,000 | | | | 5,000 | | | | | 5,000 | | | 15,000 |

**New Jersey Orthopaedics Institute LLC and Northlands Orthopaedics Institute LLC**

**13-week cash flow report**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expenses** | | 52,088 | 133,331 | 49,150 | 130,495 | 93,338 | 127,831 | 43,650 | 117,995 | 50,588 | 118,931 | 53,150 | 110,995 | 20,000 | 1,101,539 |
| **Ending Cash Balance** | | 670,957 | 618,301 | 649,825 | 600,004 | 622,300 | 610,103 | 682,087 | 679,726 | 723,660 | 705,678 | 753,476 | 743,430 | 824,379 | 824,379 |