UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
         turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

In Re:

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.

Debtors.

Case No.:   25-11370 (JKS)

Judge:   John K. Sherwood

Chapter:   11

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Stephen B. Ravin (Saul Ewing LLP), being of full age, certify as follows:

1. I am seeking authorization to be retained as counsel to the Debtors.

2. My professional credentials include: admission to the following bars: NJ (008261979) and NY (2015618). I am admitted to practice in the Bankruptcy Court for Southern District of New York, the Bankruptcy Court for the Eastern District of New York, the District Court for the District of New Jersey, and the District Court for the Eastern District of New York.

3. I am a member of or associated with the firm of: Saul Ewing LLP
_____.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows For its primarily involved attorneys, Saul Ewing will charge hourly rates of $860.00 for Stephen B. Ravin, $485.00 for Turner N. Falk, and $325.00 for Maxwell M. Hanamirian. The firm will be reimbursed for reasonable and necessary expenses.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: I provided the debtors with legal assistance in the months leading up to the bankruptcy filing.

_____

6.  To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection: Saul Ewing LLP provided the debtors with legal assistance in the months leading up to the bankruptcy filing.

_____

7.  To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: Saul Ewing LLP had outstanding invoices for services rendered prior to the Chapter 11 filing in the sum of $15,315.50. Saul Ewing LLP has waived its rights to the collection of said sum.

8.  If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: _____

_____

_____

2

b. The proposed method of calculation of my compensation, including rates and formulas, is: _____

_____

_____

Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _____

_____

_____

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No        ☐ Yes (explain below)

_____

_____

_____

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

_____

_____

I certify under penalty of perjury that the above information is true.

Date: __March 12, 2025_____        __/s/ Stephen B. Ravin, Esq. (Saul Ewing LLP)_____
                                                                    Signature of Professional

*rev.8/1/15*

3