UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
 turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

| | |
|---|---|
| In Re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.<br>                                            Debtors. | Case No.:   25-11370 (JKS)<br>Chapter:   11<br>Judge:   John K. Sherwood |

**ORDER AUTHORIZING RETENTION OF**

**SAUL EWING LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF** FEBRUARY 10, 2025

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain _____Saul Ewing LLP_____ as _____counsel to the Debtors_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: One Riverfront Plaza
   1037 Raymond Blvd., Suite 1520
   Newark, NJ 07102-5425

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is February 10, 2025.

*rev.8/1/15*