| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>         turner.falk@saul.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | <br><br>**Order Filed on March 12, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

### INTERIM ORDER EXCUSING THE REQUIREMENT TO APPOINT A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333

The relief set forth on the following pages numbered two (2) through three (3) is

**ORDERED.**

**DATED: March 12, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case 25-11370-JKS    Doc 48    Filed 03/12/25    Entered 03/12/25 15:31:05    Desc Main
Document    Page 2 of 3

Page 2
Debtors: New Jersey Orthopaedic Institute LLC, *et al.*
Case No. 25-11370 (JKS)
Caption: INTERIM ORDER EXCUSING THE REQUIREMENT TO APPOINT A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333

AND NOW, upon consideration of the Debtors' motion for entry of an order excusing the requirement to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333 (the "<u>Motion</u>") [2]; the Response of the United States Trustee to the Motion; adequate notice of the Motion having been given under the circumstances; and the Court being fully advised in the premises and finding the appointment of a patient care ombudsman not necessary in these bankruptcy cases; it is hereby ORDERED and DECREED as follows:

1. The Motion is granted, as set forth herein.

2. The requirement to appoint a patient care ombudsman in both of the Debtors' cases, pursuant to 11 U.S.C. § 333, is hereby excused on an interim basis, pending the Subsequent Hearing as defined below.

3. The Motion shall be rescheduled for a subsequent hearing date of May 13, 2025 at 10:00 a.m. (the "<u>Subsequent Hearing</u>").

4. No later than 14 days before the Subsequent Hearing, the Debtors shall file a supplemental declaration by the Debtors (the "<u>Supplemental Declaration</u>") updating the status of the Debtors' operations and continued maintenance of patient care.

5. No later than 7 days before the Subsequent Hearing, the U.S. Trustee shall file any response to the Supplemental Declaration and/or the Motion.

6. The date of the Subsequent Hearing and the filing deadlines outlined in paragraphs 4 and 5 above may be extended upon agreement between the Debtors and the United States Trustee, or by the Court.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Page 3
Debtors:   New Jersey Orthopaedic Institute LLC, *et al.*
Case No.   25-11370 (JKS)
Caption:   INTERIM ORDER EXCUSING THE REQUIREMENT TO APPOINT A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333

7. Pursuant to Federal Rule of Bankruptcy Procedure 2007.2(b), this Court retains jurisdiction to order the appointment of a patient care ombudsman at any time after the entry of this Order if found necessary to protect patients. Notwithstanding anything in this Order to the contrary, the United States Trustee's rights are fully preserved during the interim period established by this Order and thereafter to seek the appointment of a patient care ombudsman.