| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bruce J. Wisotsky, Esq.<br>NORRIS McLAUGHLIN, P.A.<br>400 Crossing Boulevard, 8th Floor<br>P.O. Box 5933<br>Bridgewater, New Jersey 08807-5933<br>Tel.: (908) 722-0700<br>bjwisotsky@norris-law.com<br>*Attorneys for Creditor,*<br>*622 Eagle Rock Avenue Realty, LLC* | |
| In Re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE, LLC,<br><br>Debtor. | Case No.:   25-11370 (JKS)<br><br>Chapter:   7<br><br>Judge:   Hon. John K. Sherwood |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of 622 Eagle Rock Avenue Realty, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Bruce J. Wisotsky, Esq.
NORRIS McLAUGHLIN, P.A.
400 Crossing Blvd., 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
Tel.: (908) 722-0700
E-mail: **bjwisotsky@norris-law.com**

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**NORRIS McLAUGHLIN, P.A.**
*Attorneys for Creditor,*
*622 Eagle Rock Avenue Realty, LLC*

Dated: March 13, 2025                    By: /s/ *Bruce J. Wisotsky*
                                              Bruce J. Wisotsky