UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

In Re:

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.

Debtors.

Case No.: 25-11370 (JKS)

Judge: John K. Sherwood

Chapter: 11

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __New Jersey Orthopaedic Institute LLC__, is the (check all that apply):

   ☐ Trustee:   ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☒ Debtor:    ☒ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Elementary Business Inc.__ to serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor      ☐ Appraiser      ☐ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): Accounting Consultant

3. The employment of the professional is necessary because:
financial consulting services are essential to helping the Debtors successfully navigate their Chapter 11 cases and comply with provisions of the United States Bankruptcy Code.

4. The professional has been selected because:
of their experience in providing Chapter 11 debtors with financial and operational services and assisting corporations with their restructuring efforts.

5. The professional services to be rendered are as follows:
preparing 13 week cash flow analyses, preparing the Debtors' monthly operating reports, and drafting financial projections.

6. The proposed arrangement for compensation is as follows:
an hourly rate of $350.00 for services rendered by Elementary Business Inc.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____
   _____
   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____
   _____
   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.


Date: __March 17, 2025__                    /s/ Kinga Skalska-Dybas, CFO for the Debtors
                                            Signature of Applicant

*rev.8/1/15*