UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

In Re:

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.

Debtors.

Case No.: 25-11370 (JKS)

Chapter: 11

Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, Stephen Ravin:

    ☒ Proposed Counsel to the Debtors and Debtors in Possession in this matter.

    ☐ am the secretary/paralegal for ____., who represents ____ in this matter.

    ☐ am the ____ in this case and am representing myself.

2. On March 17, 2025, I sent a copy of the following pleadings and/or documents to the parties listed on the attached service list.

    **Application to retain Elementary Business Inc., Accounting Consultant to the Debtor, Certification in Support and Proposed Order**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated on the attached service list.

Date: March 18, 2025

/S/ Stephen Ravin
Stephen Ravin

# SERVICE LIST

***Via Email***
Paul DeMartino, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

***Via Email***
Carl J. Soranno, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

***Via Email***
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

***Via Email***
Bruce J. Wisotsky, Esq.
NORRIS McLAUGHLIN, P.A.
400 Crossing Blvd., 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807-5933