UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

| | |
|---|---|
| In Re:<br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.<br>Debtors. | Case No.: __25-11370 (JKS)__<br>Judge: __John K. Sherwood__<br>Chapter: __11__ |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, __Charles H. Newman (Frier Levitt)__, being of full age, certify as follows:

1. I am seeking authorization to be retained as __Special Counsel to the Debtors__.

2. My professional credentials include: __admission to the following bars:__
   __NJ (040871989); NY (1919638); and PA (308549).__

3. I am a member of or associated with the firm of: __Frier Levitt__.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows __The hourly rate range for attorneys is $290.00 to $885.00 per hour and the hourly rate range for legal assistants is $165 to $245.00 per hour.__

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: I provided a variety of healthcare and transactional related services to the Debtors and represented the Debtors in connection to the matter of Anthony Festa M.D., et al v. Vincent McInerney M.D. and the Debtors prior to the bankruptcy filing.

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection: Frier Levitt provided a variety of healthcare and transactional related services to the Debtors and represented the Debtors in connection to the matter of Anthony Festa, M.D., et al v. Vincent McInerney M.D. and the Debtors pre-bankruptcy filing.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☐ do not hold an adverse interest to the estate.

☐ do not represent an adverse interest to the estate.

☐ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____
_____
_____

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: _____
_____
_____

2

  b. The proposed method of calculation of my compensation, including rates and formulas, is: _____

_____

_____

Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

  c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _____

_____

_____

  d. Have you, or a principal of your firm, been convicted of a criminal offense?

   ☐ No  ☐ Yes (explain below)

_____

_____

_____

  e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

_____

_____

I certify under penalty of perjury that the above information is true.

Date: March 19, 2025       /s/ Charles H. Newman, Esq. (Frier Levitt)
                 Signature of Professional

*rev.8/1/15*

3