**New Jersey Orthopaedic Institute, LLC**
**Summary of Cash Receipts and Disbursements**
**For the Period February 10 to 28, 2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Cash Disbursements | Closing Bal |
|---|---|---|---|---|---|
| CHASE - 4604 | Opening cash balance | $ 25,722.21 | | | |
| CHASE - 4604 | Expenses | | $ (25,500.96) | | $ 221.25 |
| Wells PR - 5179 - DIP | Opening cash balance | $ 13,999.30 | | | |
| Wells PR - 5179 - DIP | Cash Receipts | | $ 137,947.53 | | |
| Wells PR - 5179 - DIP | Expenses | | | $ (148,255.13) | $ 3,691.70 |
| Wells Fargo 5229 - DIP | Opening cash balance | $ (730.42) | | | |
| Wells Fargo 5229 - DIP | Cash Receipts | | $ 32,338.49 | | |
| Wells Fargo 5229 - DIP | Expenses | | | $ (29,497.23) | $ 2,110.84 |
| VNB - 9931 | Opening cash balance | $ (27,918.06) | | | |
| VNB - 9931 | Cash Receipts | | $ 207,775.91 | | |
| VNB - 9931 | Expenses | | | $ (134,606.16) | $ 45,251.69 |
| VNB - MMA - 7645 | Opening cash balance | $ 10.00 | | | |
| VNB - MMA - 7645 | Cash Receipts | | $ 0.08 | | |
| VNB - MMA - 7645 | Expenses | | | $ (25.00) | $ (14.92) |
| **ENDING BALANCE** | | $ 11,083.03 | $ 352,561.05 | $ (312,383.52) | $ 51,260.56 |