**New Jersey Orthopaedic Institute LLC**
**Balance Sheet**
**As of February 28, 2025**

|  | February 28, 2025 | |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Checking/Savings | | |
|   Cash in Bank - CHASE - 4604 | $ 221.25 | |
|   Cash in Bank - Wells PR - 5179 | $ 3,691.70 | |
|   Cash in Bank - Wells Fargo 5229 | $ 2,110.84 | |
|   Cash in Bank VNB - 9931 | $ 45,251.69 | |
|   Cash in Bank VNB - MMA - 7645 | $ (14.92) | |
|   Total Checking/Savings | | $ 51,260.56 |
| Accounts Receivable - Net | | $ 681,960.18 |
| Medical Supplies | | $ 75,000.00 |
| **Total Current Assets** | | $ 808,220.74 |
| **Fixed Assets** | | |
|   Equipment | $ 24,555.16 | |
|   Accum Deprec - Equip | $ (24,555.16) | |
|   Equipment - Valley | $ 60,195.63 | |
|   Accum Deprec - Equip Valley | $ (60,195.63) | |
|   Leasehold Improvements | $ 338,239.89 | |
|   Accum Amort - LI | $ (241,972.59) | |
|   **Total Fixed Assets** | | $ 96,267.30 |
| **Other Assets:** | | |
|   Escrow with Friar Levitt firm | | $ 875,000.00 |
| **TOTAL ASSETS** | | **$ 1,779,488.04** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
|   Accounts Payable - Pre Petition | $ 2,698,237.94 | |
|   Accounts Payable - Post Petition | $ 2,886.45 | |
|   401 K Withheld/Pension | $ 10,557.27 | |
|   **Total Current Liabilities** | | $ 2,711,681.66 |
| Intercompany - Due to Northlands | $ 3,710,837.66 | |
| Intercompany adjustment | $ (3,710,837.66) | $ - |
| Academy Orthopaedics LLC | | $ 7,782,152.73 |
| **Total Liabilities** | | $ 10,493,834.39 |
| **Equity** | | |
|   Capital Account - AF | $ 5,111.28 | |
|   Capital Account - AS | $ 5,111.29 | |
|   Capital Account - CP | $ 5,111.30 | |
|   Capital Account - CW | $ 5,111.29 | |
|   Capital Account - JC | $ 5,111.30 | |
|   Capital Account - VKM | $ (33,949.62) | $ (8,393.16) |
|   Retained Earnings | | $ (2,767,979.54) |
|   Liability Adjustment | | $ (7,782,152.73) |
|   Accounts Receivable accrual adj | | $ (681,960.18) |
|   Prior years adjustments | | $ (819,939.45) |
|   Intercompany adjustment | | $ 3,710,837.66 |
|   Net Income | | $ (364,758.96) |
| **Total Equity** | | $ (8,714,346.36) |
| **TOTAL LIABILITIES & EQUITY** | | **$ 1,779,488.04** |