**New Jersey Orthopaedic Institute LLC**
**Profit and Loss Statement**
**For the Period February 10 to 28, 2025**

| | | |
|---|---:|---:|
| **Income** | | |
| Interest Income | $ 0.12 | |
| Patient Fees > 1/1/11 | $ 171,248.48 | |
| **Total Income** | | $ 171,248.60 |
| **Gross Profit** | | $ 171,248.60 |
| **Expense** | | |
| Auto Expenses | | |
| Automobile Expense - VKM | $ 1,492.63 | |
| Bank Service Charges | $ 586.27 | |
| Bankruptcy Expenses | $ (2,572.98) | |
| Computer and Internet Expenses | $ 69.18 | |
| Health Insurance | | |
|   Health Insurance-MS | $ 4,143.40 | |
|   Health Insurance - RP | $ 4,497.97 | |
|   Health Insurance - VKM | $ 5,323.78 | |
|   Other Employees | $ 7,489.45 | |
|   Health Insurance - Other | $ 828.56 | |
| Office Supplies | $ 74.64 | |
| Payroll Expenses - Processing | $ 2.00 | |
| Payroll Other-Medical Staffing | $ 4,166.66 | |
| FUTA Tax Expense | $ 76.58 | |
| Payroll Tax Expense - 941 | $ 13,439.58 | |
| Payroll Tax Expense - SUI | $ 790.12 | |
| Administrative Salaries | $ 78,077.20 | |
| Salaries and Wages - Other | $ 99,165.20 | |
| **Total Expense** | | $ 217,650.24 |
| Net Ordinary Income | | $ (46,401.64) |
| **Net Income** | | **$ (46,401.64)** |

$ 14,306.28