NJOI Accounts Receivable as of February 28, 2025

| Faci | Facility Name | As Of 02/28/25 | Open A/R | Unappl Paym | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 180 to 365 (6 Mos) | $45.37 | $0.00 | $45.37 | 2.85% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | OVER 365 (1 Yr) | $1,549.08 | $0.00 | $1,549.08 | 97.15% |
| **1** | **ST. JOSEPH'S WAYNE HOSPITAL** | **Total** | **$1,594.45** | **$0.00** | **$1,594.45** | **100.00%** |
| 2 | ELITE SURGICAL CENTER, LLC | Current | $373.83 | $0.00 | $373.83 | 0.10% |
| 2 | ELITE SURGICAL CENTER, LLC | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | OVER 365 (1 Yr) | $391,295.75 | $0.00 | $391,295.75 | 99.90% |
| **2** | **ELITE SURGICAL CENTER, LLC** | **Total** | **$391,669.58** | **$0.00** | **$391,669.58** | **100.00%** |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | Current | $261,928.01 | $0.00 | $261,928.01 | 21.70% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 30 to 59 | $186,109.46 | $0.00 | $186,109.46 | 15.42% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 60 to 89 | $97,952.01 | $0.00 | $97,952.01 | 8.11% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 180 to 365 (6 Mos) | $301.54 | $0.00 | $301.54 | 0.02% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | OVER 365 (1 Yr) | $660,843.00 | $0.00 | $660,843.00 | 54.74% |
| **3** | **ST. JOSEPH'S HOSPITAL   MEDICA** | **Total** | **$1,207,134.02** | **$0.00** | **$1,207,134.02** | **100.00%** |
| 4 | MORRISTOWN MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00/% |
| 4 | MORRISTOWN MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | OVER 365 (1 Yr) | $6,683.85 | $0.00 | $6,683.85 | 100.00% |
| **4** | **MORRISTOWN MEDICAL CENTER** | **Total** | **$6,683.85** | **$0.00** | **$6,683.85** | **100.00%** |

NJOI Accounts Receivable as of February 28, 2025

| Faci | Facility Name | As Of 02/28/25 | Open A/R | Unappl Paym | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|
| 6 | MORRISTOWN AMBULATORY SURGICAL | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | OVER 365 (1 Yr) | $6,218.45 | $0.00 | $6,218.45 | 100.00% |
| 6 | **MORRISTOWN AMBULATORY SURGICAL** | **Total** | **$6,218.45** | **$0.00** | **$6,218.45** | **100.00%** |
| 7 | WAYNE SURGICAL CENTER | Current | $22,655.96 | $0.00 | $22,655.96 | 83.24% |
| 7 | WAYNE SURGICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | OVER 365 (1 Yr) | $4,560.62 | $0.00 | $4,560.62 | 16.76% |
| 7 | **WAYNE SURGICAL CENTER** | **Total** | **$27,216.58** | **$0.00** | **$27,216.58** | **100.00%** |
| 12 | MOUNTAINSIDE MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | OVER 365 (1 Yr) | $1.41 | $0.00 | $1.41 | 100.00% |
| 12 | **MOUNTAINSIDE MEDICAL CENTER** | **Total** | **$1.41** | **$0.00** | **$1.41** | **100.00%** |
| 15 | HACKETTSTOWN MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | OVER 365 (1 Yr) | $3,858.47 | $0.00 | $3,858.47 | 100.00% |

NJOI Accounts Receivable as of February 28, 2025

| Faci | Facility Name | As Of 02/28/25 | Open A/R | Unappl Paym | Net A/R | % of Net A/R |
|---|---|---|---:|---:|---:|---:|
| 15 | **HACKETTSTOWN MEDICAL CENTER** | **Total** | **$3,858.47** | **$0.00** | **$3,858.47** | **100.00%** |
| | | | | | | |
| 16 | NEWTON MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | OVER 365 (1 Yr) | $303.16 | $0.00 | $303.16 | 100.00% |
| 16 | **NEWTON MEDICAL CENTER** | **Total** | **$303.16** | **$0.00** | **$303.16** | **100.00%** |
| | | | | | | |
| 17 | EMMAUS SURGICAL CENTER | Current | $147,825.00 | $0.00 | $147,825.00 | 99.80% |
| 17 | EMMAUS SURGICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | 120 to 179 | $296.96 | $0.00 | $296.96 | 0.20% |
| 17 | EMMAUS SURGICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | **EMMAUS SURGICAL CENTER** | **Total** | **$148,121.96** | **$0.00** | **$148,121.96** | **100.00%** |
| | | | | | | |
| 18 | MILLENNIUM HEALTHCARE | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 30 to 59 | $142.66 | $0.00 | $142.66 | 1.41% |
| 18 | MILLENNIUM HEALTHCARE | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 180 to 365 (6 Mos) | $9,964.00 | $0.00 | $9,964.00 | 98.42% |
| 18 | MILLENNIUM HEALTHCARE | OVER 365 (1 Yr) | $16.93 | $0.00 | $16.93 | 0.17% |
| 18 | **MILLENNIUM HEALTHCARE** | **Total** | **$10,123.59** | **$0.00** | **$10,123.59** | **100.00%** |
| | | | | | | |
| 19 | ROCKLAND BERGEN SURGERY CENT | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND BERGEN SURGERY CENT | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND BERGEN SURGERY CENT | 60 to 89 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND BERGEN SURGERY CENT | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND BERGEN SURGERY CENT | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND BERGEN SURGERY CENT | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |

NJOI Accounts Receivable as of February 28, 2025

| Faci | Facility Name | As Of 02/28/25 | Open A/R | Unappl Paym | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|
| 19 | ROCKLAND BERGEN SURGERY CENT | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | 0.00% |
| **19** | **ROCKLAND BERGEN SURGERY CENT** | **Total** | **$0.00** | **$0.00** | **$0.00** | **0.00%** |
| 22 | TEAMMD SURGERY CENTER | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 60 to 89 | $36.56 | $0.00 | $36.56 | 60.00% |
| 22 | TEAMMD SURGERY CENTER | 90 to 119 | $24.37 | $0.00 | $24.37 | 40.00% |
| 22 | TEAMMD SURGERY CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | 0.00% |
| **22** | **TEAMMD SURGERY CENTER** | **Total** | **$60.93** | **$0.00** | **$60.93** | **100.00%** |
| 51 | Office | Current | $524,350.37 | $1,529.79 | $522,820.58 | 54.72% |
| 51 | Office | 30 to 59 | $79,248.75 | $1,486.44 | $77,762.31 | 8.14% |
| 51 | Office | 60 to 89 | $48,088.06 | $1,774.09 | $46,313.97 | 4.85% |
| 51 | Office | 90 to 119 | $21,157.81 | $1,609.42 | $19,548.39 | 2.05% |
| 51 | Office | 120 to 179 | $39,041.84 | $4,166.26 | $34,875.58 | 3.65% |
| 51 | Office | 180 to 365 (6 Mos) | $81,189.29 | $16,624.08 | $64,565.21 | 6.76% |
| 51 | Office | OVER 365 (1 Yr) | $324,248.81 | $134,774.78 | $189,474.03 | 19.83% |
| **51** | **Office** | **Total** | **$1,117,324.93** | **$161,964.86** | **$955,360.07** | **100.00%** |
| All | | Current | $957,133.17 | $1,529.79 | $955,603.38 | 34.64% |
| All | | 30 to 59 | $265,500.87 | $1,486.44 | $264,014.43 | 9.57% |
| All | | 60 to 89 | $146,076.63 | $1,774.09 | $144,302.54 | 5.23% |
| All | | 90 to 119 | $21,182.18 | $1,609.42 | $19,572.76 | 0.71% |
| All | | 120 to 179 | $39,338.80 | $4,166.26 | $35,172.54 | 1.28% |
| All | | 180 to 365 (6 Mos) | $91,500.20 | $16,624.08 | $74,876.12 | 2.71% |
| All | | OVER 365 (1 Yr) | $1,399,579.53 | $134,774.78 | $1,264,804.75 | 45.85% |
| **All** | | **Total** | **$2,920,311.38** | **$161,964.86** | **$2,758,346.52** | **100.00%** |
| | | Less: over 89 | | | $1,394,426.17 | |
| | | Net | | | $1,363,920.35 | |
| | | **Collectable 50%** | | | **$681,960.18** | |