**New Jersey Orthopaedic Institute, LLC**
**Post Petition Payables**

| Date | Payee | Amount | Description |
|---|---|---|---|
| 2/24/2025 | Optimum | $ 69.18 | Cable TV |
| 2/12/2025 | GF Genesis Finance | $ 1,492.63 | DR. M car |
| 2/11/2025 | Clover APP | $ 74.64 | office supplyy |
| 2/15/2025 | Your Practice Online | $ 1,250.00 | Advertising |
| | Total | $ 2,886.45 | |