# Commercial Basic Checking

February 28, 2025 ■ Page 1 of 4



NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

## Questions?

Call your Customer Service Officer or Client Services

**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

A new twist on romance scams

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
Watch for: Promises of big returns, help with downloading a crypto app, or requests to wire money.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $13,999.30 |
| Deposits/Credits | 137,947.53 |
| Withdrawals/Debits | - 148,255.13 |
| **Ending balance on 2/28** | **$3,691.70** |

Account number: ████ 5179 **(primary account)**

**NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)**

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/4 | | Legal Order Debit - Contact Morris County Sheriff's Office (973) 829-8068 - Case# 7930825 | | 13,999.30 | 0.00 |
| 2/10 | | Direct Pay Individual Pymt Trans | | 1.00 | |
| 2/10 | | Direct Pay Monthly Base | | 10.00 | -11.00 |
| 2/14 | | Reversal of Outstanding Account Fees Following Bankruptcy | 11.00 | | 0.00 |
| 2/18 | | Deposit Made In A Branch/Store | 35,000.00 | | |
| 2/18 | | Deposit Made In A Branch/Store | 4,847.94 | | |
| 2/18 | | Deposit Made In A Branch/Store | 9,789.29 | | |
| 2/18 | | Legal Order Reversal - Contact Morris County Sheriff's Office (973) 829-8068 - Case# 7930825 | 13,999.30 | | |
| 2/18 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250217 P3887-003536830 NEW Jersey Orthopaedic | | 32,483.03 | 31,153.50 |
| 2/20 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250219 1123H 002 Wells Fargo | | 4,004.84 | |
| 2/20 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250219 1123H 001 Wells Fargo | | 5,508.34 | 21,640.32 |
| 2/25 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rfry8K7 Commercial Business Checkin Payroll Pay Date 2.28.25 | 27,000.00 | | 48,640.32 |
| 2/26 | | Deposit Made In A Branch/Store | 45,000.00 | | |
| 2/26 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rg3Shn2 Commercial Business Checkin to Payroll 2.28.25 | 2,300.00 | | 95,940.32 |
| 2/27 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250226 P3887-003557640 NEW Jersey Orthopaedic | | 36,021.24 | |
| 2/27 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250226 P3887-003550908 NEW Jersey Orthopaedic | | 56,227.38 | 3,691.70 |
| **Totals** | | | **$137,947.53** | **$148,255.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 02/01/2025 - 02/28/2025 | Standard monthly service fee $14.00 | You paid $0.00 |



*Monthly service fee summary (continued)*

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $7,500.00 | $13,015.00 |

DG/DG

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 46 | 200 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✔ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                     $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801