# Commercial Business Checking

Account number: ▇▇▇▇5229 ■ February 1, 2025 - February 28, 2025 ■ Page 1 of 3



NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9817165229 | $2,090.56 | $32,338.49 | -$32,318.21 | $2,110.84 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 02/03 | 4,167.08 | Desktop Check Deposit |
|  | 02/04 | 371.73 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882502901024747*1066033492\ |
|  | 02/05 | 16.50 | Cigna Hcclaimpmt 013125 xxxxx3560 TRN*1*250131090003732*1591031071\ |
|  | 02/05 | 70.03 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882503001053480*1066033492\ |
|  | 02/05 | 175.61 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892503001046221*1066033492\ |
|  | 02/06 | 52.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892503201093091*1066033492\ |
|  | 02/06 | 148.20 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882503201047970*1066033492\ |
|  | 02/07 | 222.15 | Dfec Treas 310 Misc Pay 020725 xxxxx1500 NEW Jersey Orthopaedic |
|  | 02/07 | 592.58 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825035000018577*1066033492\ |
|  | 02/10 | 42.24 | Cigna Hcclaimpmt 020625 xxxxx3560 TRN*1*250206090005571*1591031071\ |
|  | 02/10 | 73.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892503501075816*1066033492\ |
|  | 02/10 | 619.04 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882503501016498*1066033492\ |
|  | 02/12 | 107.72 | Cigna Edge Trans Hcclaimpmt 600601050308 TRN*1*600601050308*1591031071~ |
|  | 02/12 | 120.93 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882503701067727*1066033492\ |
|  | 02/13 | 36.85 | 36 Treas 310 Misc Pay 021325 xxxxx0012 E*15*142852639\GE*1*99756839\Iea*1*099756805\ |
|  | 02/14 | 77.72 | Cigna Edge Trans Hcclaimpmt 601300750985 TRN*1*601300750985*1591031071~ |
|  | 02/14 | 88.85 | Cigna Hcclaimpmt 021125 xxxxx3560 TRN*1*250211090004395*1591031071\ |
|  | 02/14 | 174.74 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892504101046495*1066033492\ |
|  | 02/14 | 201.35 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882504101023983*1066033492\ |
|  | 02/14 | 1,113.06 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825042000017236*1066033492\ |
|  | 02/18 | 43.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892504201072041*1066033492\ |
|  | 02/18 | 555.09 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882504201016279*1066033492\ |

Account number: 9817165229 ■ February 1, 2025 - February 28, 2025 ■ Page 2 of 3



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 02/18 | 2,572.98 | Legal Order Reversal - Contact Morris County Sheriff's Office (973) 829-8068 - Case# 7930825 |
| | 02/19 | 155.62 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882504301059885*1066033492\ |
| | 02/19 | 239.00 | Deposit Made In A Branch/Store |
| | 02/19 | 3,973.12 | Deposit Made In A Branch/Store |
| | 02/20 | 19.85 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825046000002418*1066033492\ |
| | 02/20 | 78.29 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882504401056440*1066033492\ |
| | 02/20 | 85.92 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892504501065268*1066033492\ |
| | 02/20 | 224.44 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882504501036473*1066033492\ |
| | 02/21 | 488.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825049000147311*1066033492\ |
| | 02/24 | 28.00 | Cigna Hcclaimpmt 022025 xxxxx3560 TRN*1*250220090005781*1591031071\ |
| | 02/24 | 1,810.77 | Deposit Made In A Branch/Store |
| | 02/24 | 9,544.73 | Deposit Made In A Branch/Store |
| | 02/25 | 852.66 | Desktop Check Deposit |
| | 02/26 | 13.00 | Cigna Edge Trans Hcclaimpmt 603200690381 TRN*1*603200690381*1591031071~ |
| | 02/26 | 36.85 | 36 Treas 310 Misc Pay 022625 xxxxx0012 SE*15*143172812\GE*1*100077012\lea*1*100076978\ |
| | 02/26 | 99.26 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825053000000426*1066033492\ |
| | 02/26 | 107.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892505101094852*1066033492\ |
| | 02/26 | 836.42 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882505101014250*1066033492\ |
| | 02/28 | 38.51 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825056000111785*1066033492\ |
| | 02/28 | 314.10 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882505501023329*1066033492\ |
| | 02/28 | 593.56 | Aetna A04 Hcclaimpmt 1194218008 TRN*1*825056000111778*1066033492\ |
| | 02/28 | 1,154.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825056000111840*1066033492\ |
| | | **$32,338.49** | Total electronic deposits/bank credits |
| | | **$32,338.49** | Total credits |

## Debits

*Electronic debits/bank debits*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 02/04 | 2,572.98 | Legal Order Debit - Contact Morris County Sheriff's Office (973) 829-8068 - Case# 7930825 |
| | 02/04 | 60.00 | Legal Order Fee Debit Case# 7930825 |
| | 02/07 | 100.00 | Withdrawal Made In A Branch/Store |
| | 02/07 | 88.00 < | Business to Business ACH Debit - Fdms Fdms Pymt 250207 052-1368366-000 McInerney Orthopaedic |
| | 02/11 | 197.23 | Client Analysis Srvc Chrg 250210 Svc Chge 0125 000009817165229 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: 9817165229 ■ February 1, 2025 - February 28, 2025 ■ Page 3 of 3



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/25 | 27,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rfry8K7 Commercial Basic Checking Payroll Pay Date 2.28.25 |
| | 02/26 | 2,300.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rg3Shn2 Commercial Basic Checking to Payroll 2.28.25 |
| | | $32,318.21 | Total electronic debits/bank debits |
| | | $32,318.21 | Total debits |

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 2,090.56 | 02/11 | 5,623.47 | 02/20 | 15,492.51 |
| 02/03 | 6,257.64 | 02/12 | 5,852.12 | 02/21 | 15,981.02 |
| 02/04 | 3,996.39 | 02/13 | 5,888.97 | 02/24 | 27,364.52 |
| 02/05 | 4,258.53 | 02/14 | 7,544.69 | 02/25 | 1,217.18 |
| 02/06 | 4,459.24 | 02/18 | 10,716.27 | 02/26 | 10.22 |
| 02/07 | 5,085.97 | 02/19 | 15,084.01 | 02/28 | 2,110.84 |
| 02/10 | 5,820.70 | | | | |

Average daily ledger balance    $7,561.56

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.