**Northlands Accounts Receivable as of February 28, 2025**

| Facility | Facility Name | As Of 02/28/25 | Open A/R | Unapp paym | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|
| 2 | ELITE SURGICAL CENTER, LLC | Current | $5,850.00 | $0.00 | $5,850.00 | 0.28% |
| 2 | ELITE SURGICAL CENTER, LLC | 30 to 59 | $165,159.74 | $0.00 | $165,159.74 | 7.85% |
| 2 | ELITE SURGICAL CENTER, LLC | 60 to 89 | $349,919.04 | $0.00 | $349,919.04 | 16.63% |
| 2 | ELITE SURGICAL CENTER, LLC | 90 to 119 | $502,245.04 | $0.00 | $502,245.04 | 23.87% |
| 2 | ELITE SURGICAL CENTER, LLC | 120 to 179 | $348,060.75 | $0.00 | $348,060.75 | 16.54% |
| 2 | ELITE SURGICAL CENTER, LLC | 180 to 365 (6 Mos) | $155,815.46 | $0.00 | $155,815.46 | 7.40% |
| 2 | ELITE SURGICAL CENTER, LLC | OVER 365 (1 Yr) | $577,406.08 | $0.00 | $577,406.08 | 27.44% |
| **2** | **ELITE SURGICAL CENTER, LLC** | **Total** | **$2,104,456.11** | **$0.00** | **$2,104,456.11** | **100.00%** |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | Current | $207,097.00 | $0.00 | $207,097.00 | 27.89% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 30 to 59 | $68,872.00 | $0.00 | $68,872.00 | 9.28% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 60 to 89 | $20,424.12 | $0.00 | $20,424.12 | 2.75% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 90 to 119 | $131,977.47 | $0.00 | $131,977.47 | 17.78% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 120 to 179 | $16,958.95 | $0.00 | $16,958.95 | 2.28% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 180 to 365 (6 Mos) | $136,714.35 | $0.00 | $136,714.35 | 18.41% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | OVER 365 (1 Yr) | $160,410.51 | $0.00 | $160,410.51 | 21.61% |
| **3** | **ST. JOSEPH'S HOSPITAL   MEDICA** | **Total** | **$742,454.40** | **$0.00** | **$742,454.40** | **100.00%** |
| 7 | WAYNE SURGICAL CENTER | Current | $9,752.54 | $0.00 | $9,752.54 | 5.48% |
| 7 | WAYNE SURGICAL CENTER | 30 to 59 | $22,518.00 | $0.00 | $22,518.00 | 12.66% |
| 7 | WAYNE SURGICAL CENTER | 60 to 89 | $40,266.95 | $0.00 | $40,266.95 | 22.64% |
| 7 | WAYNE SURGICAL CENTER | 90 to 119 | $143.73 | $0.00 | $143.73 | 0.08% |
| 7 | WAYNE SURGICAL CENTER | 120 to 179 | $48,602.34 | $0.00 | $48,602.34 | 27.32% |
| 7 | WAYNE SURGICAL CENTER | 180 to 365 (6 Mos) | $56,596.00 | $0.00 | $56,596.00 | 31.82% |
| 7 | WAYNE SURGICAL CENTER | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | 0.00% |
| **7** | **WAYNE SURGICAL CENTER** | **Total** | **$177,879.56** | **$0.00** | **$177,879.56** | **100.00%** |
| 17 | EMMAUS SURGICAL CENTER | Current | $317,565.00 | $0.00 | $317,565.00 | 38.72% |
| 17 | EMMAUS SURGICAL CENTER | 30 to 59 | $555.29 | $0.00 | $555.29 | 0.07% |
| 17 | EMMAUS SURGICAL CENTER | 60 to 89 | $500,165.67 | $0.00 | $500,165.67 | 60.98% |
| 17 | EMMAUS SURGICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |

**Northlands Accounts Receivable as of February 28, 2025**

| Facility | Facility Name | As Of 02/28/25 | Open A/R | Unapp paym | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|
| 17 | EMMAUS SURGICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | OVER 365 (1 Yr) | $1,885.99 | $0.00 | $1,885.99 | 0.23% |
| 17 | **EMMAUS SURGICAL CENTER** | **Total** | **$820,171.95** | **$0.00** | **$820,171.95** | **100.00%** |
| 18 | MILLENNIUM HEALTHCARE | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 30 to 59 | $44,845.08 | $0.00 | $44,845.08 | 11.51% |
| 18 | MILLENNIUM HEALTHCARE | 60 to 89 | $41,016.20 | $0.00 | $41,016.20 | 10.53% |
| 18 | MILLENNIUM HEALTHCARE | 90 to 119 | $304.64 | $0.00 | $304.64 | 0.08% |
| 18 | MILLENNIUM HEALTHCARE | 120 to 179 | $10,263.78 | $0.00 | $10,263.78 | 2.63% |
| 18 | MILLENNIUM HEALTHCARE | 180 to 365 (6 Mos) | $138,781.20 | $0.00 | $138,781.20 | 35.63% |
| 18 | MILLENNIUM HEALTHCARE | OVER 365 (1 Yr) | $154,307.12 | $0.00 | $154,307.12 | 39.61% |
| 18 | **MILLENNIUM HEALTHCARE** | **Total** | **$389,518.02** | **$0.00** | **$389,518.02** | **100.00%** |
| 19 | ROCKLAND   BERGEN SURGERY CENT | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 60 to 89 | $22,518.00 | $0.00 | $22,518.00 | 4.08% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 90 to 119 | $67,528.80 | $0.00 | $67,528.80 | 12.25% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 120 to 179 | $20,971.44 | $0.00 | $20,971.44 | 3.80% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 180 to 365 (6 Mos) | $210,326.85 | $0.00 | $210,326.85 | 38.15% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | OVER 365 (1 Yr) | $229,912.99 | $0.00 | $229,912.99 | 41.71% |
| 19 | **ROCKLAND   BERGEN SURGERY CEN** | **Total** | **$551,258.08** | **$0.00** | **$551,258.08** | **100.00%** |
| 22 | TEAMMD SURGERY CENTER | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 60 to 89 | $10,703.07 | $0.00 | $10,703.07 | 12.21% |
| 22 | TEAMMD SURGERY CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 120 to 179 | $10,202.29 | $0.00 | $10,202.29 | 11.64% |
| 22 | TEAMMD SURGERY CENTER | 180 to 365 (6 Mos) | $66,712.95 | $0.00 | $66,712.95 | 76.10% |
| 22 | TEAMMD SURGERY CENTER | OVER 365 (1 Yr) | $47.29 | $0.00 | $47.29 | 0.05% |
| 22 | **TEAMMD SURGERY CENTER** | **Total** | **$87,665.60** | **$0.00** | **$87,665.60** | **100.00%** |

**Northlands Accounts Receivable as of February 28, 2025**

| Facility | Facility Name | As Of 02/28/25 | Open A/R | Unapp paym | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|
| 24 | HUDSON REGIONAL HOSPITAL | Current | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 30 to 59 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 60 to 89 | $128,282.31 | $0.00 | $128,282.31 | 100.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 90 to 119 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 120 to 179 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | 0.00% |
| **24** | **HUDSON REGIONAL HOSPITAL** | **Total** | **$128,282.31** | **$0.00** | **$128,282.31** | **100.00%** |
| 51 | Office | Current | $302,283.09 | $10.00 | $302,273.09 | 15.90% |
| 51 | Office | 30 to 59 | $192,883.35 | $10.00 | $192,873.35 | 10.15% |
| 51 | Office | 60 to 89 | $87,217.35 | $458.25 | $86,759.10 | 4.56% |
| 51 | Office | 90 to 119 | $319,499.27 | $313.07 | $319,186.20 | 16.79% |
| 51 | Office | 120 to 179 | $191,321.66 | $921.13 | $190,400.53 | 10.02% |
| 51 | Office | 180 to 365 (6 Mos) | $396,490.03 | $10,988.40 | $385,501.63 | 20.28% |
| 51 | Office | OVER 365 (1 Yr) | $453,767.51 | $29,953.38 | $423,814.13 | 22.30% |
| **51** | **Office** | **Total** | **$1,943,462.26** | **$42,654.23** | **$1,900,808.03** | **100.00%** |
| All | | Current | $842,547.63 | $10.00 | $842,537.63 | 12.21% |
| All | | 30 to 59 | $494,833.46 | $10.00 | $494,823.46 | 7.17% |
| All | | 60 to 89 | $1,200,512.71 | $458.25 | $1,200,054.46 | 17.39% |
| All | | 90 to 119 | $1,021,698.95 | $313.07 | $1,021,385.88 | 14.80% |
| All | | 120 to 179 | $646,381.21 | $921.13 | $645,460.08 | 9.35% |
| All | | 180 to 365 (6 Mos) | $1,161,436.84 | $10,988.40 | $1,150,448.44 | 16.67% |
| All | | OVER 365 (1 Yr) | $1,577,737.49 | $29,953.38 | $1,547,784.11 | 22.42% |
| **All** | | **Total** | **$6,945,148.29** | **$42,654.23** | **$6,902,494.06** | **100.00%** |
| | | | | Less: over 89 | $4,365,078.51 | |
| | | | | Net | $2,537,415.55 | |
| | | | | **Collectable 30%** | **$761,224.67** | |