**Northlands Orthopaedic Institute LLC**
**Summary of Cash Receipts and Disbursements**
**For the Period February 10 to 28, 2025**

| Bank or other | Transaction type | Opening Balance | Cash Transactions | Closing Bal |
|---|---|---|---|---|
| Wells Fargo - DIP Account - 2324 | Opening cash balance | $ (92,429.52) | | |
| Wells Fargo - DIP Account - 2324 | Cash Receipts | | $ 126,170.18 | |
| Wells Fargo - DIP Account - 2324 | Disbursements | | $ - | $ 33,740.66 |
| **ENDING BALANCE** | | **$ (92,429.52)** | **$ 126,170.18** | **$ 33,740.66** |