**Northlands Orthopaedic Institute LLC**
**Balance Sheet**
**February 28, 2025**

### ASSETS

**Current Assets**

| | | | |
|---|---|---|---|
| Cash - Wells Fargo | | $ | 33,740.66 |
| Total Checking/Savings | | $ | 33,740.66 |
| Accounts Receivable - Net | | $ | 761,224.67 |
| Total Current Assets | | $ | 794,965.33 |

**Other Assets:**

| | | | |
|---|---|---|---|
| Due from NJOI | $ 3,710,837.66 | | |
| Intercompany adjustment | $ (3,710,837.66) | $ | - |
| Cash - Bank - Trustee's Account | | $ | 657,800.43 |
| Cash - Frier & Levitt Trust A/C | | $ | 875,000.00 |
| **TOTAL ASSETS** | | **$** | **2,327,765.76** |

### LIABILITIES & EQUITY

**Liabilities**
**Current Liabilities**

| | | | |
|---|---|---|---|
| Academy Orthopaedics LLC | | $ | 7,782,152.73 |
| Total Current Liabilities | | $ | 7,782,152.73 |

**Equity**

| | | | |
|---|---|---|---|
| Capital Account - AF | $ | 688,242.21 | |
| Capital Account - AS | $ | 755,577.04 | |
| Capital Account - CP | $ | 860,181.19 | |
| Capital Account - CW | $ | 617,899.54 | |
| Capital Account - JC | $ | 627,787.04 | $ 3,549,687.02 |
| VKM - Drawing | $ | (170,000.00) | |
| Capital Account - VKM - Other | $ | 270,787.06 | $ 100,787.06 |
| Retained Earnings | | | $ 2,271,246.20 |
| Net Income | | | $ 230,658.47 |
| Liability Adjustment | | | $ (7,782,152.73) |
| Accounts Receivable accrual adj | | | $ (761,224.67) |
| Intercompany adjustment | | | $ (3,710,837.66) |
| Prior years adjustments | | | $ 647,449.34 |
| Total Equity | | | $ (5,454,386.97) |
| **TOTAL LIABILITIES & EQUITY** | | | **$ 2,327,765.76** |