**Northlands Orthopaedic Institute LLC**
**Profit and Loss Statement**
**For the Period February 10 to 28, 2025**

| | |
|---|---:|
| **Income** | |
| Fee for Service Income | $126,169.36 |
| Nonmedical Income | |
| Interest Income | $0.82 |
| Total Nonmedical Income | $0.82 |
| **Total Income** | **$126,170.18** |
| **Expense** | |
| Total Expense | - |
| Net Ordinary Income | $126,170.18 |
| **Net Income** | **$126,170.18** |