**Northlands Orthopaedic Institute LLC**
**Summary of Cash Receipts and Disbursements**
**For the Month of March 2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Disbursements | Closing Bal |
|---|---|---|---|---|---|
| Wells Fargo - DIP Account - 2324 | Opening cash balance | $ 33,740.66 | | | |
| Wells Fargo - DIP Account - 2324 | Cash Receipts | | $ 74,205.66 | | |
| Wells Fargo - DIP Account - 2324 | Intercompany | | | $ (65,000.00) | $ 42,946.32 |
| Trustee's Account | Balance | $ 657,800.43 | | $ (80,305.54) | $ 577,494.89 |
| Cash - Frier & Levitt Trust A/C | Balance | $ 1,750,000.00 | | | $ 1,750,000.00 |
| **ENDING BALANCE** | | **$ 2,441,541.09** | **$ 74,205.66** | **$ (145,305.54)** | **$ 2,370,441.21** |