# Northlands Orthopaedic Institute, LLC
# Profit and Loss
### March 2025

|  | Total |
|---|---:|
| **Income** | |
|   Fee for Service Income | 74,205.38 |
|   Nonmedical Income | |
|     Interest Income | 0.28 |
|   Total Nonmedical Income | $ **0.28** |
| **Total Income** | $ **74,205.66** |
| **Expenses** | |
| **Total Expenses** | |
| **Net Operating Income** | $ **74,205.66** |
| **Net Income** | $ **74,205.66** |