Northlands Orthopaedic Institute, LLC

**Cash - Wells Fargo (2324), Period Ending 03/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/11/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                                     USD

| | |
|---|---:|
| Statement beginning balance | 33,740.66 |
| Checks and payments cleared (1) | -65,000.00 |
| Deposits and other credits cleared (78) | 74,205.66 |
| Statement ending balance | 42,946.32 |
| | |
| Register balance as of 03/31/2025 | 42,946.32 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | -35,789.09 |
| Register balance as of 04/11/2025 | 7,157.23 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/13/2025 | Expense | | New Jersey Orthopaedic Instit… | -65,000.00 |
| Total | | | | -65,000.00 |

Deposits and other credits cleared (78)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/03/2025 | Deposit | | | 3,397.70 |
| 03/03/2025 | Deposit | | | 814.40 |
| 03/03/2025 | Deposit | | Aetna | 315.02 |
| 03/03/2025 | Deposit | | | 48.21 |
| 03/04/2025 | Deposit | | Aetna | 3,369.48 |
| 03/04/2025 | Deposit | | | 320.69 |
| 03/04/2025 | Deposit | | | 838.40 |
| 03/04/2025 | Deposit | | | 2,892.33 |
| 03/04/2025 | Deposit | | | 635.18 |
| 03/04/2025 | Deposit | | | 366.37 |
| 03/04/2025 | Deposit | | Aetna | 214.21 |
| 03/05/2025 | Deposit | | | 196.06 |
| 03/05/2025 | Deposit | | | 59.33 |
| 03/05/2025 | Deposit | | Aetna | 1,121.84 |
| 03/06/2025 | Deposit | 996911000 | Northlands Orthopaedic Institute | 4,919.27 |
| 03/06/2025 | Deposit | | Aetna | 457.89 |
| 03/07/2025 | Deposit | | | 83.84 |
| 03/07/2025 | Deposit | | | 184.83 |
| 03/07/2025 | Deposit | | Aetna | 508.16 |
| 03/10/2025 | Deposit | 219998383 | Northlands Orthopaedic Institute | 1,711.31 |
| 03/10/2025 | Deposit | 996910996 | Northlands Orthopaedic Institute | 7,831.19 |
| 03/10/2025 | Deposit | | Aetna | 241.09 |
| 03/10/2025 | Deposit | | | 242.84 |
| 03/11/2025 | Deposit | | | 175.20 |
| 03/11/2025 | Deposit | | Aetna | 69.66 |
| 03/11/2025 | Deposit | | | 587.97 |
| 03/11/2025 | Deposit | | | 14.14 |
| 03/11/2025 | Deposit | | | 83.30 |
| 03/12/2025 | Deposit | | | 107.15 |
| 03/12/2025 | Deposit | | Aetna | 60.00 |
| 03/13/2025 | Deposit | | | 190.00 |
| 03/13/2025 | Deposit | | | 280.52 |
| 03/14/2025 | Deposit | | Aetna | 613.79 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/14/2025 | Deposit | | Aetna | 988.66 |
| 03/14/2025 | Deposit | | | 247.25 |
| 03/14/2025 | Deposit | | | 95.58 |
| 03/14/2025 | Deposit | | | 151.34 |
| 03/14/2025 | Deposit | | | 54.85 |
| 03/14/2025 | Deposit | | | 72.31 |
| 03/14/2025 | Deposit | | | 98.00 |
| 03/14/2025 | Deposit | | | 87.78 |
| 03/17/2025 | Deposit | | Aetna | 371.21 |
| 03/17/2025 | Deposit | 219998388 | Northlands Orthopaedic Institute | 7,691.09 |
| 03/17/2025 | Deposit | | | 132.30 |
| 03/17/2025 | Deposit | | | 240.00 |
| 03/18/2025 | Deposit | | | 176.00 |
| 03/18/2025 | Deposit | | | 1,699.62 |
| 03/18/2025 | Deposit | | | 1,008.66 |
| 03/18/2025 | Deposit | | | 123.32 |
| 03/18/2025 | Deposit | | | 2,389.50 |
| 03/19/2025 | Deposit | | | 94.68 |
| 03/19/2025 | Deposit | | | 58.14 |
| 03/19/2025 | Deposit | | | 138.14 |
| 03/20/2025 | Deposit | | | 10.63 |
| 03/20/2025 | Deposit | | | 133.09 |
| 03/21/2025 | Deposit | | Aetna | 363.27 |
| 03/21/2025 | Deposit | | | 310.22 |
| 03/21/2025 | Deposit | | | 54.85 |
| 03/21/2025 | Deposit | | | 179.90 |
| 03/21/2025 | Deposit | | | 158.91 |
| 03/21/2025 | Deposit | | Aetna | 121.60 |
| 03/24/2025 | Deposit | | Aetna | 167.85 |
| 03/24/2025 | Deposit | | | 48.21 |
| 03/24/2025 | Deposit | | | 441.76 |
| 03/25/2025 | Deposit | 219998375 | Northlands Orthopaedic Institute | 19,885.04 |
| 03/25/2025 | Deposit | | | 100.57 |
| 03/25/2025 | Deposit | | | 117.34 |
| 03/25/2025 | Deposit | | | 143.35 |
| 03/25/2025 | Deposit | | | 0.01 |
| 03/26/2025 | Deposit | | Aetna | 338.19 |
| 03/27/2025 | Deposit | | | 658.67 |
| 03/28/2025 | Deposit | | | 176.70 |
| 03/28/2025 | Deposit | | Aetna | 704.88 |
| 03/28/2025 | Deposit | | | 249.48 |
| 03/28/2025 | Deposit | | | 78.32 |
| 03/28/2025 | Deposit | | Aetna | 753.26 |
| 03/31/2025 | Deposit | | Wells-Fargo | 0.28 |
| 03/31/2025 | Deposit | | Aetna | 139.48 |
| Total | | | | 74,205.66 |

**Additional Information**

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/09/2025 | Expense | | New Jersey Orthopaedic Instit… | -70,000.00 |
| Total | | | | -70,000.00 |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | | 95.37 |
| 04/01/2025 | Deposit | | Aetna | 386.36 |
| 04/01/2025 | Deposit | | | 365.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | | 112.00 |
| 04/01/2025 | Deposit | | | 86.40 |
| 04/02/2025 | Deposit | | Aetna | 495.11 |
| 04/02/2025 | Deposit | 999377898 | Northlands Orthopaedic Institute | 4,253.79 |
| 04/02/2025 | Deposit | | | 138.45 |
| 04/02/2025 | Deposit | | Aetna | 94.14 |
| 04/03/2025 | Deposit | | | 304.50 |
| 04/03/2025 | Deposit | | | 934.42 |
| 04/03/2025 | Deposit | | | 1,748.21 |
| 04/03/2025 | Deposit | | Aetna | 168.73 |
| 04/04/2025 | Deposit | | | 787.57 |
| 04/04/2025 | Deposit | | | 246.29 |
| 04/04/2025 | Deposit | | | 1,032.48 |
| 04/04/2025 | Deposit | | | 413.54 |
| 04/07/2025 | Deposit | | Aetna | 380.22 |
| 04/07/2025 | Deposit | | Aetna | 11,292.00 |
| 04/08/2025 | Deposit | | | 1,373.13 |
| 04/08/2025 | Deposit | | | 154.00 |
| 04/08/2025 | Deposit | | Aetna | 293.50 |
| 04/09/2025 | Deposit | | Aetna | 647.48 |
| 04/09/2025 | Deposit | 219998392 | Northlands Orthopaedic Institute | 6,399.13 |
| 04/09/2025 | Deposit | 219998381 | Northlands Orthopaedic Institute | 1,714.59 |
| 04/09/2025 | Deposit | | | 97.34 |
| 04/09/2025 | Deposit | | Aetna | 197.16 |
| Total | | | | 34,210.91 |