**New Jersey Orthopaedic Institute LLC**
**Balance Sheet**
**As of March 31, 2025**

|  |  | **March 31, 2025** |  |  |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Checking/Savings | | | | |
|   Cash in Bank - Wells  PR - 5179 | $ | 38,386.72 | | |
|   Cash in Bank - Wells Fargo 5229 | $ | 1,973.00 | | |
|   Cash in Bank VNB - 9931 | $ | 39,736.00 | | |
|     Total Checking/Savings | | | $ | 80,095.72 |
|   Accounts Receivable - Net | | | $ | 341,961.83 |
|   Medical Supplies | | | $ | 75,000.00 |
|     Total Current Assets | | | $ | 497,057.55 |
| **Fixed Assets** | | | | |
|   Equipment | $ | 24,555.16 | | |
|   Accum Deprec - Equip | $ | (24,555.16) | | |
|   Equipment - Valley | $ | 60,195.63 | | |
|   Accum Deprec - Equip Valley | $ | (60,195.63) | | |
|   Leasehold Improvements | $ | 338,239.89 | | |
|   Accum Amort - LI | $ | (241,972.59) | | |
|     Total Fixed Assets | | | $ | 96,267.30 |
| **Other Assets:** | | | | |
|   Escrow with Friar Levitt firm | | | $ | 875,000.00 |
| **TOTAL ASSETS** | | | **$** | **1,468,324.85** |

**New Jersey Orthopaedic Institute LLC**
**Balance Sheet**
**As of March 31, 2025**

|  |  | March 31, 2025 |  |  |
|---|---|---:|---|---:|
| **LIABILITIES & EQUITY** |  |  |  |  |
| **Liabilities** |  |  |  |  |
| **Current Liabilities** |  |  |  |  |
| Accounts Payable - Pre Petition | $ | 2,698,237.94 |  |  |
| Accounts Payable - Post Petition | $ | 3,453.42 |  |  |
| 401 K Withheld/Pension | $ | 10,557.27 |  |  |
| Total Current Liabilities |  |  | $ | 2,712,248.63 |
| Intercompany - Due to Northlands | $ | 3,775,837.54 |  |  |
| Intercompany adjustment | $ | (3,775,837.54) | $ | - |
| Academy Orthopaedics LLC |  |  | $ | 7,782,152.73 |
| **Total Liabilities** |  |  | $ | 10,494,401.36 |
| **Equity** |  |  |  |  |
| Capital Account - AF | $ | 5,111.28 |  |  |
| Capital Account - AS | $ | 5,111.29 |  |  |
| Capital Account - CP | $ | 5,111.30 |  |  |
| Capital Account - CW | $ | 5,111.29 |  |  |
| Capital Account - JC | $ | 5,111.30 |  |  |
| Capital Account - VKM | $ | (33,949.62) | $ | (8,393.16) |
| Retained Earnings |  |  | $ | (2,767,979.54) |
| Liability Adjustment |  |  | $ | (7,782,152.73) |
| Accounts Receivable accrual adj |  |  | $ | (341,961.83) |
| Prior years adjustments |  |  | $ | (1,418,948.95) |
| Intercompany adjustment |  |  | $ | 3,775,837.54 |
| Net Income |  |  | $ | (482,477.84) |
| **Total Equity** |  |  | $ | (9,026,076.51) |
| **TOTAL LIABILITIES & EQUITY** |  |  | $ | 1,468,324.85 |