## New Jersey Orthopaedic Institute, LLC
## Summary of Cash Receipts and Disbursements
## For the month - March 2025

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Cash Disbursements | Transfers | Intercompany | Closing Bal |
|---|---|---|---|---|---|---|---|
| CHASE - 4604 | Opening cash balance | $ 221.25 | | | | | |
| CHASE - 4604 | Expenses | | | $ (221.25) | | | $ - |
| Wells PR - 5179 - DIP | Opening cash balance | $ 3,691.70 | | | | | |
| Wells PR - 5179 - DIP | Cash Receipts | | $ 20,221.25 | | | | |
| Wells PR - 5179 - DIP | Expenses | | | $ (195,226.23) | | | |
| Wells PR - 5179 - DIP | Transfers | | | | $ 144,700.00 | | |
| Wells PR - 5179 - DIP | Intercompany | | | | | $ 65,000.00 | $ 38,386.72 |
| Wells Fargo 5229 - DIP | Opening cash balance | $ 2,110.84 | | | | | |
| Wells Fargo 5229 - DIP | Cash Receipts | | $ 64,866.07 | | | | |
| Wells Fargo 5229 - DIP | Expenses | | | $ (303.99) | | | |
| Wells Fargo 5229 - DIP | Transfers | | | | $ (64,700.00) | | $ 1,972.92 |
| VNB - 9931- DIP | Opening cash balance | $ 45,251.69 | | | | | |
| VNB - 9931- DIP | Cash Receipts | | $ 182,128.18 | | | | |
| VNB - 9931- DIP | Expenses | | | $ (107,644.34) | | | |
| VNB - 9931- DIP | Transfers | | | | $ (80,000.00) | | $ 39,735.53 |
| VNB - MMA - 7645 | Opening cash balance | $ (14.95) | | | | | |
| VNB - MMA - 7645 | Cash Receipts | | | | | | |
| VNB - MMA - 7645 | Expenses | | | $ 14.95 | | | $ - |
| **ENDING BALANCE** | | $ 51,260.53 | $ 266,994.25 | $ (303,159.61) | $ - | $ 65,000.00 | $ 80,095.17 |