# New Jersey Orthopaedic Institute, LLC
## Insiders Compensation
**March 2025**

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/07/2025 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | (14,284.60) |
| 03/19/2025 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | (14,284.60) |
| 03/26/2025 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | (14,284.60) |
| | | Total | **(42,853.80)** |
| March | Laurelle McInerney | Payroll - March 2025 | **2,350.40** |