**New Jersey Orthopaedic Institute LLC**

**Profit and Loss Statement**

**For the month of March 225**

| | | |
|---|---:|---:|
| **Income** | | |
| Patient Fees > 1/1/11 | $ 135,356.71 | |
| **Total Income** | | $ 135,356.71 |
| **Medical Expenses** | | $ 29,504.75 |
| **Gross Profit** | | $ 105,851.96 |
| **Expense** | | |
| Automobile Expense | $ 1,492.63 | |
| Office Expense | $ 5,351.96 | |
| Telephone, Computer & Internet | $ 5,733.79 | |
| Licenses | $ 1,050.00 | |
| Health Insurance | $ 20,693.99 | |
| Malpractice Insurance | $ (31,324.00) | |
| Administrative Salaries | $ 42,853.80 | |
| Salaries and Wages - Other | $ 142,933.43 | |
| Payroll Taxes | $ 11,215.64 | |
| Rent | $ 19,150.60 | |
| Other Expense | $ 4,419.00 | |
| **Total Expense** | | $ 223,570.84 |
| **Net Income** | | **$ (117,718.88)** |