New Jersey Orthopaedic Institute, LLC

**Cash in Bank VNB - 9931, Period Ending 03/31/2025**

### RECONCILIATION REPORT

Reconciled on: 04/14/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 39,851.69 |
| Checks and payments cleared (27) | -158,902.96 |
| Deposits and other credits cleared (125) | 182,128.18 |
| Statement ending balance | 63,076.91 |
| | |
| Uncleared transactions as of 03/31/2025 | -28,207.71 |
| Register balance as of 03/31/2025 | 34,869.20 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | -13,490.18 |
| Register balance as of 04/14/2025 | 21,379.02 |

**Details**

Checks and payments cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2025 | Expense | | PNC Bank | -1,792.67 |
| 03/03/2025 | Expense | | PNC Bank | -92.89 |
| 03/05/2025 | Check | 3647 | Barbara Davis | -539.19 |
| 03/06/2025 | Expense | | | -14.92 |
| 03/06/2025 | Check | 3648 | Valley Partners, LLC | -16,637.00 |
| 03/06/2025 | Check | 3649 | AHS Investment Corporation | -1,330.60 |
| 03/06/2025 | Expense | | | -20,010.00 |
| 03/07/2025 | Check | 3653 | Pitney Bowes Global Financia… | -169.89 |
| 03/07/2025 | Check | 3652 | SK Paper Shred | -122.61 |
| 03/07/2025 | Check | 3651 | leaf | -836.62 |
| 03/07/2025 | Check | 3650 | MEDENT | -3,416.39 |
| 03/07/2025 | Check | 3654 | TNT Max | -1,544.80 |
| 03/11/2025 | Expense | | Clover APP | -74.64 |
| 03/11/2025 | Check | 3656 | SK Paper Shred | -122.61 |
| 03/12/2025 | Check | 3658 | Travelers CL Remittance Center | -2,874.20 |
| 03/12/2025 | Check | 3659 | Keystone Answering Service | -511.16 |
| 03/12/2025 | Expense | | GF Genesis Finance | -1,492.63 |
| 03/12/2025 | Check | 3657 | Cablevision Lightpath LLC | -3,649.42 |
| 03/13/2025 | Transfer | | | -40,000.00 |
| 03/13/2025 | Check | 3660 | Verizon Wireless | -278.88 |
| 03/17/2025 | Expense | | Valley National Bank | -332.34 |
| 03/17/2025 | Expense | | Valley National Bank | -3.91 |
| 03/20/2025 | Check | 3662 | Associatio Member Trust | -20,693.99 |
| 03/20/2025 | Check | 3664 | TNT Max | -1,455.80 |
| 03/20/2025 | Check | 3663 | leaf | -836.62 |
| 03/24/2025 | Expense | | Optimum | -69.18 |
| 03/26/2025 | Transfer | | | -40,000.00 |
| **Total** | | | | **-158,902.96** |

Deposits and other credits cleared (125)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2025 | Deposit | | | 80,305.54 |
| 03/03/2025 | Deposit | | AARP | 181.28 |
| 03/03/2025 | Deposit | | NJOI | 2,034.89 |
| 03/03/2025 | Deposit | | NJOI | 5,216.06 |
| 03/03/2025 | Deposit | | Horizon Blue Cross and Blue … | 27.87 |
| 03/03/2025 | Deposit | | Horizon Blue Cross and Blue … | 251.71 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/03/2025 | Deposit | | NJ Am Better | 71.30 |
| 03/04/2025 | Deposit | | Clover Health | 345.70 |
| 03/04/2025 | Deposit | | Horizon Blue Cross and Blue … | 178.68 |
| 03/04/2025 | Deposit | | Horizon Blue Cross and Blue … | 681.25 |
| 03/04/2025 | Deposit | | Horizon Blue Cross and Blue … | 678.82 |
| 03/04/2025 | Deposit | | Horizon Blue Cross and Blue … | 112.41 |
| 03/04/2025 | Deposit | | United Healthcare | 48.75 |
| 03/04/2025 | Deposit | | Clover Health | 291.32 |
| 03/05/2025 | Deposit | | Clover Health | 375.87 |
| 03/05/2025 | Deposit | | United Healthcare | 67.70 |
| 03/05/2025 | Deposit | | Oxford Health Plans | 45.97 |
| 03/05/2025 | Deposit | | NJOI | 392.00 |
| 03/06/2025 | Deposit | | Horizon Blue Cross and Blue … | 586.30 |
| 03/06/2025 | Deposit | | Novitas Solutions, Inc. | 5,655.38 |
| 03/06/2025 | Deposit | | Oxford Health Plans | 140.93 |
| 03/06/2025 | Deposit | | Horizon Blue Cross and Blue … | 506.36 |
| 03/06/2025 | Deposit | | Healthier NJ | 520.55 |
| 03/06/2025 | Deposit | | HC Claim Payment | 23.17 |
| 03/06/2025 | Deposit | | NJOI | 509.47 |
| 03/06/2025 | Deposit | | AARP | 48.75 |
| 03/07/2025 | Deposit | | Well Care New Jersey | 45.75 |
| 03/07/2025 | Deposit | | United Healthcare | 70.63 |
| 03/07/2025 | Deposit | | Oxford Health Plans | 59.36 |
| 03/07/2025 | Deposit | | Horizon Blue Cross and Blue … | 95.46 |
| 03/07/2025 | Deposit | | Horizon Blue Cross and Blue … | 502.49 |
| 03/07/2025 | Deposit | | Clover Health | 1,213.37 |
| 03/07/2025 | Deposit | | Clover Health | 1,530.00 |
| 03/07/2025 | Deposit | | NJOI | 569.59 |
| 03/07/2025 | Deposit | | AARP | 947.86 |
| 03/10/2025 | Deposit | | AARP | 48.58 |
| 03/10/2025 | Deposit | | NJOI | 755.33 |
| 03/10/2025 | Deposit | | NJOI | 4,346.94 |
| 03/10/2025 | Deposit | | NJOI | 60.00 |
| 03/10/2025 | Deposit | | Horizon Blue Cross and Blue … | 729.88 |
| 03/10/2025 | Deposit | | United Healthcare | 52.06 |
| 03/11/2025 | Deposit | | Horizon Blue Cross and Blue … | 213.11 |
| 03/11/2025 | Deposit | | United Healthcare | 88.72 |
| 03/11/2025 | Deposit | | Novitas Solutions, Inc. | 8,448.54 |
| 03/11/2025 | Deposit | | Horizon Blue Cross and Blue … | 25.69 |
| 03/11/2025 | Deposit | | AARP | 219.33 |
| 03/11/2025 | Deposit | | United Healthcare | 119.10 |
| 03/12/2025 | Deposit | | Novitas Solutions, Inc. | 2,269.19 |
| 03/12/2025 | Deposit | | NJOI | 807.94 |
| 03/12/2025 | Deposit | | Clover Health | 1,969.11 |
| 03/12/2025 | Deposit | | Geha | 27.87 |
| 03/12/2025 | Deposit | | Horizon Blue Cross and Blue … | 299.62 |
| 03/13/2025 | Deposit | | NJOI | 2,576.47 |
| 03/13/2025 | Deposit | | Clover Health | 1,449.69 |
| 03/13/2025 | Deposit | | HC Claim Payment | 57.28 |
| 03/13/2025 | Deposit | | Horizon Blue Cross and Blue … | 201.95 |
| 03/13/2025 | Deposit | | Horizon Blue Cross and Blue … | 289.02 |
| 03/13/2025 | Deposit | | Novitas Solutions, Inc. | 3,380.56 |
| 03/13/2025 | Deposit | | AARP | 211.19 |
| 03/14/2025 | Deposit | | Horizon Blue Cross and Blue … | 187.74 |
| 03/14/2025 | Deposit | | NJOI | 2,522.43 |
| 03/14/2025 | Deposit | | Horizon Blue Cross and Blue … | 4.33 |
| 03/14/2025 | Deposit | | United Healthcare | 67.70 |
| 03/17/2025 | Deposit | | AARP | 573.84 |
| 03/17/2025 | Deposit | | NJOI | 1,586.46 |
| 03/17/2025 | Deposit | | NJOI | 125.00 |
| 03/17/2025 | Deposit | | NJOI | 327.00 |
| 03/17/2025 | Deposit | | HC Claim Payment | 39.02 |
| 03/17/2025 | Deposit | | Horizon Blue Cross and Blue … | 289.85 |
| 03/17/2025 | Deposit | | Horizon Blue Cross and Blue … | 250.31 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/17/2025 | Deposit | | Novitas Solutions, Inc. | 5,963.53 |
| 03/18/2025 | Deposit | | HC Claim Payment | 60.16 |
| 03/18/2025 | Deposit | | United Healthcare | 84.54 |
| 03/18/2025 | Deposit | | United Healthcare | 39.17 |
| 03/18/2025 | Deposit | | Horizon Blue Cross and Blue … | 614.90 |
| 03/18/2025 | Deposit | | Horizon Blue Cross and Blue … | 167.76 |
| 03/19/2025 | Deposit | | NJOI | 1,707.14 |
| 03/19/2025 | Deposit | | Novitas Solutions, Inc. | 399.10 |
| 03/19/2025 | Deposit | | Optum | 81.79 |
| 03/19/2025 | Deposit | | Horizon Blue Cross and Blue … | 170.79 |
| 03/20/2025 | Deposit | | AARP | 407.75 |
| 03/20/2025 | Deposit | | NJOI | 1,119.81 |
| 03/20/2025 | Deposit | | Clover Health | 78.31 |
| 03/20/2025 | Deposit | | Horizon Blue Cross and Blue … | 41.45 |
| 03/20/2025 | Deposit | | Horizon Blue Cross and Blue … | 271.05 |
| 03/21/2025 | Deposit | | HC Claim Payment | 36.26 |
| 03/21/2025 | Deposit | | Oxford Health Plans | 59.36 |
| 03/21/2025 | Deposit | | UMR | 350.90 |
| 03/21/2025 | Deposit | | United Healthcare | 152.79 |
| 03/21/2025 | Deposit | | NJOI | 310.00 |
| 03/24/2025 | Deposit | | NJOI | 767.13 |
| 03/24/2025 | Deposit | | AARP | 473.26 |
| 03/24/2025 | Deposit | | NJOI | 3,146.74 |
| 03/24/2025 | Deposit | | HC Claim Payment | 19.11 |
| 03/24/2025 | Deposit | | Horizon Blue Cross and Blue … | 649.88 |
| 03/24/2025 | Deposit | | Horizon Blue Cross and Blue … | 404.42 |
| 03/25/2025 | Deposit | | Clover Health | 1,130.44 |
| 03/25/2025 | Deposit | | United Healthcare | 181.24 |
| 03/25/2025 | Deposit | | Novitas Solutions, Inc. | 8,541.86 |
| 03/25/2025 | Deposit | | Horizon Blue Cross and Blue … | 118.54 |
| 03/25/2025 | Deposit | | Horizon Blue Cross and Blue … | 194.78 |
| 03/25/2025 | Deposit | | Horizon Blue Cross and Blue … | 97.28 |
| 03/25/2025 | Deposit | | Healthier NJ | 149.62 |
| 03/26/2025 | Deposit | | United Healthcare | 67.27 |
| 03/26/2025 | Deposit | | AARP | 170.61 |
| 03/26/2025 | Deposit | | NJOI | 340.00 |
| 03/26/2025 | Deposit | | Horizon Blue Cross and Blue … | 151.00 |
| 03/26/2025 | Deposit | | Valley National Bank | 5,400.00 |
| 03/27/2025 | Deposit | | AARP | 524.17 |
| 03/27/2025 | Deposit | | Oxford Health Plans | 88.53 |
| 03/27/2025 | Deposit | | Horizon Blue Cross and Blue … | 532.29 |
| 03/27/2025 | Deposit | | Healthier NJ | 64.25 |
| 03/27/2025 | Deposit | | Clover Health | 305.10 |
| 03/27/2025 | Deposit | | NJOI | 950.70 |
| 03/28/2025 | Deposit | | United Healthcare | 65.23 |
| 03/28/2025 | Deposit | | NJOI | 756.89 |
| 03/28/2025 | Deposit | | Clover Health | 322.20 |
| 03/28/2025 | Deposit | | Horizon Blue Cross and Blue … | 737.06 |
| 03/28/2025 | Deposit | | Horizon Blue Cross and Blue … | 165.37 |
| 03/31/2025 | Deposit | | Clover Health | 189.26 |
| 03/31/2025 | Deposit | | Novitas Solutions, Inc. | 1,830.49 |
| 03/31/2025 | Deposit | | NJOI | 105.00 |
| 03/31/2025 | Deposit | | NJOI | 920.00 |
| 03/31/2025 | Deposit | | Horizon Blue Cross and Blue … | 243.25 |
| 03/31/2025 | Deposit | | NJOI | 1,255.26 |

| Total | | | | 182,128.18 |
|---|---|---|---|---:|

**Additional Information**

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/07/2024 | Check | | MDAdvantage Ins. Co. of NJ | -3,584.84 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/11/2024 | Check | 3449 | Harsh H. Patel, M.D. | -300.00 |
| 11/15/2024 | Check | 3510 | Chase Card Services | -281.49 |
| 11/22/2024 | Check | 3520 | Mountainside Hospital Medica… | -400.00 |
| 12/31/2024 | Check | 3588 | Waleska Claudio | -150.00 |
| 12/31/2024 | Check | 3583 | Department of Family Medicine | -150.00 |
| 03/13/2025 | Check | 3661 | McKesson Medical Surgical | -19,409.18 |
| 03/26/2025 | Check | 3665 | SK Paper Shred | -122.61 |
| 03/26/2025 | Check | 3666 | MEDENT | -911.35 |
| 03/31/2025 | Check | 3668 | Chilton Hospital Medical Staff | -1,050.00 |
| 03/31/2025 | Check | 3669 | Verizon Wireless | -280.51 |
| 03/31/2025 | Check | 3670 | AHS Investment Corporation | -1,183.00 |
| 03/31/2025 | Check | 3667 | Dayforce, Inc. | -384.73 |

Total   -28,207.71

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/02/2025 | Check | 3675 | MEDENT | -2,429.52 |
| 04/02/2025 | Check | 3674 | AANA | -895.00 |
| 04/02/2025 | Check | 3673 | Associatio Member Trust | -15,538.23 |
| 04/02/2025 | Check | 3671 | J & J Health Care Systems, INC | -5,400.00 |
| 04/02/2025 | Check | 3672 | Tulpehocken Spring Water | -211.80 |
| 04/03/2025 | Expense | | PNC Bank | -92.89 |
| 04/03/2025 | Expense | | PNC Bank | -1,238.34 |
| 04/04/2025 | Expense | | MDAdvantage Ins. Co. of NJ | -21,467.45 |
| 04/08/2025 | Check | 3678 | Daniels Sharpsmart, Inc | -940.92 |
| 04/08/2025 | Check | 3679 | CNA | -371.89 |
| 04/08/2025 | Check | 3677 | Dayforce, Inc. | -374.40 |
| 04/08/2025 | Check | 3676 | RevSpring Inc. | -299.48 |
| 04/09/2025 | Check | 3680 | SK Paper Shred | -122.61 |
| 04/11/2025 | Expense | | Clover APP | -87.38 |
| 04/11/2025 | Expense | | Valley National Bank | -436.47 |

Total   -49,906.38

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | HC Claim Payment | 70.11 |
| 04/01/2025 | Deposit | | United Healthcare | 144.38 |
| 04/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 119.48 |
| 04/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 64.53 |
| 04/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 59.11 |
| 04/02/2025 | Deposit | | Healthier NJ | 63.51 |
| 04/02/2025 | Deposit | | Novitas Solutions, Inc. | 4,039.55 |
| 04/02/2025 | Deposit | | Clover Health | 175.69 |
| 04/02/2025 | Deposit | | NJOI | 2,262.36 |
| 04/03/2025 | Deposit | | NJOI | 1,190.90 |
| 04/03/2025 | Deposit | | NJ Am Better | 52.51 |
| 04/03/2025 | Deposit | | Horizon Blue Cross and Blue … | 64.53 |
| 04/04/2025 | Deposit | | Novitas Solutions, Inc. | 1,827.21 |
| 04/04/2025 | Deposit | | Horizon Blue Cross and Blue … | 373.59 |
| 04/04/2025 | Deposit | | HC Claim Payment | 19.11 |
| 04/04/2025 | Deposit | | Clover Health | 97.27 |
| 04/04/2025 | Deposit | | NJOI | 5,694.93 |
| 04/04/2025 | Deposit | | AARP | 507.30 |
| 04/04/2025 | Deposit | | United Healthcare | 149.09 |
| 04/07/2025 | Deposit | | NJOI | 1,260.78 |
| 04/07/2025 | Deposit | | NJOI | 60.00 |
| 04/07/2025 | Deposit | | NJOI | 4,194.22 |
| 04/07/2025 | Deposit | | Clover Health | 696.91 |
| 04/07/2025 | Deposit | | Horizon Blue Cross and Blue … | 300.87 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Deposit | | Horizon Blue Cross and Blue … | 225.44 |
| 04/08/2025 | Deposit | | Novitas Solutions, Inc. | 5,666.88 |
| 04/08/2025 | Deposit | | Horizon Blue Cross and Blue … | 252.21 |
| 04/08/2025 | Deposit | | Clover Health | 167.85 |
| 04/08/2025 | Deposit | | HC Claim Payment | 93.11 |
| 04/08/2025 | Deposit | | Horizon Blue Cross and Blue … | 143.70 |
| 04/08/2025 | Deposit | | Horizon Blue Cross and Blue … | 124.57 |
| 04/09/2025 | Deposit | | NJOI | 1,192.81 |
| 04/09/2025 | Deposit | | Healthier NJ | 39.11 |
| 04/09/2025 | Deposit | | Horizon Blue Cross and Blue … | 277.49 |
| 04/09/2025 | Deposit | | Oxford Health Plans | 25.03 |
| 04/10/2025 | Deposit | | Healthier NJ | 76.26 |
| 04/10/2025 | Deposit | | AARP | 198.88 |
| 04/10/2025 | Deposit | | NJOI | 1,674.36 |
| 04/10/2025 | Deposit | | Horizon Blue Cross and Blue … | 491.23 |
| 04/10/2025 | Deposit | | Horizon Blue Cross and Blue … | 34.30 |
| 04/10/2025 | Deposit | | Novitas Solutions, Inc. | 557.89 |
| 04/11/2025 | Deposit | | United Healthcare | 108.06 |
| 04/11/2025 | Deposit | | Horizon Blue Cross and Blue … | 678.78 |
| 04/11/2025 | Deposit | | NJOI | 781.29 |
| 04/11/2025 | Deposit | | Clover Health | 119.01 |
| Total | | | | 36,416.20 |