

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Last Statement: February 28, 2025
Statement Ending: March 31, 2025
Page: 1 of 13

13471 M0656DDA040125083206 04 000000000 68988 013

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC
OPERATING ACCOUNT
DIP 2/10/2025, CASE#2511370
504 VALLEY RD SUITE 200
WAYNE NJ 07470-3534

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

### BUSINESS ANALYSIS CHECKING - XXXXXX9931

**SUMMARY FOR THE PERIOD: 03/01/25 - 03/31/25**

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC

| Beginning Balance | + | Deposits & Other Credits | − | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $45,251.69 | | $182,128.18 | | $164,302.96 | | $63,076.91 |

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $45,251.69 |
| 03/03 | ACH CREDIT<br>NJ AMBETTER CLAI HCCLAIMPMT 0923095445*1203174 593\ | | $71.30 | $45,322.99 |
| 03/03 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0075497226*1220999 690\ | | $251.71 | $45,574.70 |
| 03/03 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0028056303*1220999 690\ | | $27.87 | $45,602.57 |
| 03/03 | ACH CREDIT<br>AARP Supplementa HCCLAIMPMT 11211659493*136273 9571*000036273\ | | $181.28 | $45,783.85 |
| 03/03 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250303 447202026889 | | $2,034.89 | $47,818.74 |
| 03/03 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250303 447202026889 | | $5,216.06 | $53,034.80 |
| 03/03 | WIRE IN<br>202503030025066 SAUL EWING LLP SUBACCOUNT NJOI 39 0703.00001 | | $80,305.54 | $133,340.34 |
| 03/03 | ACH DEBIT<br>MERCHANT BANKCD FEE 250303 447202026889 | -$92.89 | | $133,247.45 |
| 03/03 | ACH DEBIT | -$1,792.67 | | $131,454.78 |





**Valley**

| | |
|---|---|
| Account Number: | XXXXXX9931 |
| Statement Date: | 03/31/2025 |
| Page: | 2 of 13 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT BANKCD DISCOUNT 250303 447202026889 | | | |
| 03/04 | ACH CREDIT UNITEDHEALTHCARE HCCLAIMPMT W315075179*1411289 245*000087726\ | | $48.75 | $131,503.53 |
| 03/04 | ACH CREDIT HORIZON HCCLAIMPMT 0075507868*1220999 690\ | | $112.41 | $131,615.94 |
| 03/04 | ACH CREDIT HORIZON HCCLAIMPMT 0075502714*1220999 690\ | | $178.68 | $131,794.62 |
| 03/04 | ACH CREDIT Clover HMO of Ne HCCLAIMPMT 3565517*1384057194 *000013285\ | | $291.32 | $132,085.94 |
| 03/04 | ACH CREDIT Clover Health In HCCLAIMPMT 3567476*1310522223 *000013285\ | | $345.70 | $132,431.64 |
| 03/04 | ACH CREDIT HORIZON HCCLAIMPMT 0028064815*1220999 690\ | | $678.82 | $133,110.46 |
| 03/04 | ACH CREDIT HORIZON HCCLAIMPMT 0028074248*1220999 690\ | | $681.25 | $133,791.71 |
| 03/05 | ACH CREDIT OXFORD HEALTH IN HCCLAIMPMT 36873412*106111851 5*000006111\ | | $45.97 | $133,837.68 |
| 03/05 | ACH CREDIT UnitedHealthcare HCCLAIMPMT S6620646*141128924 5*000087726\ | | $67.70 | $133,905.38 |
| 03/05 | ACH CREDIT Clover Health In HCCLAIMPMT 3571299*1310522223 *000013285\ | | $375.87 | $134,281.25 |
| 03/05 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250305 447202026889 | | $392.00 | $134,673.25 |
| 03/06 | ACH CREDIT 4220999690 HCCLAIMPMT 0085061517*1220999 690\ | | $23.17 | $134,696.42 |
| 03/06 | ACH CREDIT AARP Supplementa HCCLAIMPMT 11213853210*136273 9571*000036273\ | | $48.75 | $134,745.17 |
| 03/06 | ACH CREDIT OXFORD HEALTH IN HCCLAIMPMT 36948215*106111851 5*000006111\ | | $140.93 | $134,886.10 |
| 03/06 | ACH CREDIT HORIZON HCCLAIMPMT 0075513688*1220999 690\ | | $506.36 | $135,392.46 |
| 03/06 | ACH CREDIT HEALTHIER NJ CL HEALTHIER TRN*1*0001287134*2 843673030\ | | $520.55 | $135,913.01 |
| 03/06 | ACH CREDIT | | $586.30 | $136,499.31 |



Have Questions?  800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 

P.O. Box 558
Wayne, NJ 07474-0558

| | | | Account Number: | XXXXXX9931 |
| | | | Statement Date: | 03/31/2025 |
| | | | Page : | 3 of 13 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | HORIZON HCCLAIMPMT 0028087548*1220999 690\ | | | |
| 03/06 | ACH CREDIT<br>NOVITAS HCCLAIMPMT 898559792*1205296137~ | | $5,655.38 | $142,154.69 |
| 03/06 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250306 447202026889 | | $509.47 | $142,664.16 |
| 03/06 | CHECK  3647 | -$539.19 | | $142,124.97 |
| 03/06 | CHECKING WITHDRAWAL | -$14.92 | | $142,110.05 |
| 03/06 | CHECKING WITHDRAWAL | -$20,010.00 | | $122,100.05 |
| 03/07 | ACH CREDIT<br>WELLCARENEWJERSE HCCLAIMPMT 1001376814*1208017 319\ | | $45.75 | $122,145.80 |
| 03/07 | ACH CREDIT<br>OXFORD HEALTH IN HCCLAIMPMT 37036566*106111851 5*000006111\ | | $59.36 | $122,205.16 |
| 03/07 | ACH CREDIT<br>UnitedHealthcare HCCLAIMPMT S6722022*141128924 5*000087726\ | | $70.63 | $122,275.79 |
| 03/07 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0075519511*1220999 690\ | | $95.46 | $122,371.25 |
| 03/07 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0028097679*1220999 690\ | | $502.49 | $122,873.74 |
| 03/07 | ACH CREDIT<br>AARP Supplementa HCCLAIMPMT 11214504952*136273 9571*000036273\ | | $947.86 | $123,821.60 |
| 03/07 | ACH CREDIT<br>Clover Health In HCCLAIMPMT 3575739*1310522223 *000013285\ | | $1,213.37 | $125,034.97 |
| 03/07 | ACH CREDIT<br>Clover Health In HCCLAIMPMT 3579191*1310522223 *000013285\ | | $1,530.00 | $126,564.97 |
| 03/07 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250307 447202026889 | | $569.59 | $127,134.56 |
| 03/10 | ACH CREDIT<br>AARP Supplementa HCCLAIMPMT 11215234479*136273 9571*000036273\ | | $48.58 | $127,183.14 |
| 03/10 | ACH CREDIT<br>UnitedHealthcare HCCLAIMPMT S6853451*141128924 5*000087726\ | | $52.06 | $127,235.20 |
| 03/10 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0028106777*1220999 690\ | | $729.88 | $127,965.08 |
| 03/10 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250310 447202026889 | | $60.00 | $128,025.08 |
| 03/10 | ACH CREDIT | | $755.33 | $128,780.41 |





**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page: 4 of 13

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT BANKCD DEPOSIT 250310 447202026889 | | | |
| 03/10 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250310 447202026889 | | $4,346.94 | $133,127.35 |
| 03/11 | ACH CREDIT HORIZON HCCLAIMPMT 0075535253*1220999 690\ | | $25.69 | $133,153.04 |
| 03/11 | ACH CREDIT UNITEDHEALTHCARE HCCLAIMPMT W315806257*1411289 245*000087726\ | | $88.72 | $133,241.76 |
| 03/11 | ACH CREDIT United HealthCar HCCLAIMPMT SG15526791*1411289 245*000087726\ | | $119.10 | $133,360.86 |
| 03/11 | ACH CREDIT HORIZON HCCLAIMPMT 0028124742*1220999 690\ | | $213.11 | $133,573.97 |
| 03/11 | ACH CREDIT AARP Supplementa HCCLAIMPMT 11216016834*136273 9571*000036273\ | | $219.33 | $133,793.30 |
| 03/11 | ACH CREDIT NOVITAS HCCLAIMPMT 898571308*12052961 37~ | | $8,448.54 | $142,241.84 |
| 03/11 | ACH DEBIT CLOVER APP CLOVER APP 250311 | -$74.64 | | $142,167.20 |
| 03/12 | ACH CREDIT GEHA UMR HCCLAIMPMT CN1740407803678506 3128108*1391995276 *0000UMR01\ | | $27.87 | $142,195.07 |
| 03/12 | ACH CREDIT HORIZON HCCLAIMPMT 0028130325*1220999 690\ | | $299.62 | $142,494.69 |
| 03/12 | ACH CREDIT Clover Health In HCCLAIMPMT 3595042*1310522223 *000013285\ | | $1,969.11 | $144,463.80 |
| 03/12 | ACH CREDIT NOVITAS HCCLAIMPMT 898575674*12052961 37~ | | $2,269.19 | $146,732.99 |
| 03/12 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250312 447202026889 | | $807.94 | $147,540.93 |
| 03/12 | ACH DEBIT GF Genesis Fi 250312 | -$1,492.63 | | $146,048.30 |
| 03/13 | ACH CREDIT 4220999690 HCCLAIMPMT 0085071284*1220999 690\ | | $57.28 | $146,105.58 |
| 03/13 | ACH CREDIT HORIZON HCCLAIMPMT 0075541176*1220999 690\ | | $201.95 | $146,307.53 |
| 03/13 | ACH CREDIT AARP Supplementa HCCLAIMPMT 11217493649*136273 9571*000036273\ | | $211.19 | $146,518.72 |




Have Questions? 800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
13471 0291182 0004-0013 M0656DDA040125083206 04 L 68988

**Valley**

| Account Number: | XXXXXX9931 |
|---|---|
| Statement Date: | 03/31/2025 |
| Page : | 5 of 13 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 03/13 | ACH CREDIT HORIZON HCCLAIMPMT 0028138751*1220999 690\ | | $289.02 | $146,807.74 |
| 03/13 | ACH CREDIT Clover Health In HCCLAIMPMT 3597342*1310522223 *000013285\ | | $1,449.69 | $148,257.43 |
| 03/13 | ACH CREDIT NOVITAS HCCLAIMPMT 898579568*12052961 37~ | | $3,380.56 | $151,637.99 |
| 03/13 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250313 447202026889 | | $2,576.47 | $154,214.46 |
| 03/13 | WIRE OUT 202503130011660 NEW JERSEY ORTHOPA EDIC INSTITUTE LL | -$40,000.00 | | $114,214.46 |
| 03/13 | CHECK 3656 | -$122.61 | | $114,091.85 |
| 03/13 | CHECK 3654 | -$1,544.80 | | $112,547.05 |
| 03/14 | ACH CREDIT HORIZON HCCLAIMPMT 0028148748*1220999 690\ | | $4.33 | $112,551.38 |
| 03/14 | ACH CREDIT UnitedHealthcare HCCLAIMPMT S7097646*141128924 5*000087726\ | | $67.70 | $112,619.08 |
| 03/14 | ACH CREDIT HORIZON HCCLAIMPMT 0075546576*1220999 690\ | | $187.74 | $112,806.82 |
| 03/14 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250314 447202026889 | | $2,522.43 | $115,329.25 |
| 03/14 | CHECK 3651 | -$836.62 | | $114,492.63 |
| 03/17 | ACH CREDIT 9220999690 HCCLAIMPMT 0075032964*1220999 690\ | | $39.02 | $114,531.65 |
| 03/17 | ACH CREDIT HORIZON HCCLAIMPMT 0075552223*1220999 690\ | | $289.85 | $114,821.50 |
| 03/17 | ACH CREDIT HORIZON HCCLAIMPMT 0028158114*1220999 690\ | | $250.31 | $115,071.81 |
| 03/17 | ACH CREDIT AARP Supplementa HCCLAIMPMT 11218896791*136273 9571*000036273\ | | $573.84 | $115,645.65 |
| 03/17 | ACH CREDIT NOVITAS HCCLAIMPMT 898587088*12052961 37~ | | $5,963.53 | $121,609.18 |
| 03/17 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250317 447202026889 | | $125.00 | $121,734.18 |
| 03/17 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250317 447202026889 | | $327.00 | $122,061.18 |
| 03/17 | ACH CREDIT | | $1,586.46 | $123,647.64 |





![Valley logo]

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page : 6 of 13

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT BANKCD DEPOSIT 250317 447202026889 | | | |
| 03/17 | CHECK  3650 | -$3,416.39 | | $120,231.25 |
| 03/17 | FEE BASED CHARGE FEE BASED ACTIVITY  FOR 02/25 | -$3.91 | | $120,227.34 |
| 03/17 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY  FOR 02/25 | -$332.34 | | $119,895.00 |
| 03/18 | ACH CREDIT UNITEDHEALTHCARE HCCLAIMPMT W316549782*1411289 245*000087726\ | | $39.17 | $119,934.17 |
| 03/18 | ACH CREDIT 4220999690 HCCLAIMPMT 0085078944*1220999 690\ | | $60.16 | $119,994.33 |
| 03/18 | ACH CREDIT UnitedHealthcare HCCLAIMPMT S7292663*141128924 5*000087726\ | | $84.54 | $120,078.87 |
| 03/18 | ACH CREDIT HORIZON HCCLAIMPMT 0028166802*1220999 690\ | | $167.76 | $120,246.63 |
| 03/18 | ACH CREDIT HORIZON HCCLAIMPMT 0028176689*1220999 690\ | | $614.90 | $120,861.53 |
| 03/18 | CHECK  3652 | -$122.61 | | $120,738.92 |
| 03/18 | CHECK  3653 | -$169.89 | | $120,569.03 |
| 03/18 | CHECK  3660 | -$278.88 | | $120,290.15 |
| 03/18 | CHECK  3659 | -$511.16 | | $119,778.99 |
| 03/19 | ACH CREDIT HORIZON HCCLAIMPMT 0028181421*1220999 690\ | | $170.79 | $119,949.78 |
| 03/19 | ACH CREDIT Optum HCCLAIMPMT 2858508459*1300029 448*0000LIFE1\ | | $81.79 | $120,031.57 |
| 03/19 | ACH CREDIT NOVITAS HCCLAIMPMT 898595315*12052961 37~ | | $399.10 | $120,430.67 |
| 03/19 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250319 447202026889 | | $1,707.14 | $122,137.81 |
| 03/19 | CHECK  3649 | -$1,330.60 | | $120,807.21 |
| 03/19 | CHECK  3657 | -$3,649.42 | | $117,157.79 |
| 03/20 | ACH CREDIT HORIZON HCCLAIMPMT 0075568782*1220999 690\ | | $41.45 | $117,199.24 |
| 03/20 | ACH CREDIT Clover Health In HCCLAIMPMT 3621368*1310522223 *000013285\ | | $78.31 | $117,277.55 |
| 03/20 | ACH CREDIT HORIZON HCCLAIMPMT 0028189749*1220999 690\ | | $271.05 | $117,548.60 |
| 03/20 | ACH CREDIT AARP Supplementa HCCLAIMPMT 11221250719*136273 9571*000036273\ | | $407.75 | $117,956.35 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | Account Number: | XXXXXX9931 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 7 of 13 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 03/20 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250320 447202026889 | | $1,119.81 | $119,076.16 |
| 03/20 | CHECK  3658 | -$2,874.20 | | $116,201.96 |
| 03/21 | ACH CREDIT 9220999690 HCCLAIMPMT 0075037422*1220999 690\ | | $36.26 | $116,238.22 |
| 03/21 | ACH CREDIT OXFORD HEALTH IN HCCLAIMPMT 37534575*106111851 5*000006111\ | | $59.36 | $116,297.58 |
| 03/21 | ACH CREDIT UnitedHealthcare HCCLAIMPMT S7461629*141128924 5*000087726\ | | $152.79 | $116,450.37 |
| 03/21 | ACH CREDIT UMR HCCLAIMPMT CF9070710262115506 6487402*1391995276 *0000UMR01\ | | $350.90 | $116,801.27 |
| 03/21 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250321 447202026889 | | $310.00 | $117,111.27 |
| 03/24 | ACH CREDIT 4220999690 HCCLAIMPMT 0085084975*1220999 690\ | | $19.11 | $117,130.38 |
| 03/24 | ACH CREDIT HORIZON HCCLAIMPMT 0028209402*1220999 690\ | | $404.42 | $117,534.80 |
| 03/24 | ACH CREDIT AARP Supplementa HCCLAIMPMT 11222661333*136273 9571*000036273\ | | $473.26 | $118,008.06 |
| 03/24 | ACH CREDIT HORIZON HCCLAIMPMT 0075580361*1220999 690\ | | $649.88 | $118,657.94 |
| 03/24 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250324 447202026889 | | $767.13 | $119,425.07 |
| 03/24 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250324 447202026889 | | $3,146.74 | $122,571.81 |
| 03/24 | ACH DEBIT OPTIMUM 7870 CABLE PMNT 250324 | -$69.18 | | $122,502.63 |
| 03/25 | ACH CREDIT HORIZON HCCLAIMPMT 0075591377*1220999 690\ | | $97.28 | $122,599.91 |
| 03/25 | ACH CREDIT HORIZON HCCLAIMPMT 0028227604*1220999 690\ | | $118.54 | $122,718.45 |
| 03/25 | ACH CREDIT HEALTHIER NJ CL HEALTHIER TRN*1*0001311439*2 843673030\ | | $149.62 | $122,868.07 |
| 03/25 | ACH CREDIT HORIZON HCCLAIMPMT 0075585907*1220999 690\ | | $194.78 | $123,062.85 |
| 03/25 | ACH CREDIT | | $8,541.86 | $131,604.71 |





**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page : 8 of 13

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | NOVITAS HCCLAIMPMT 898610622*1205296137~ | | | |
| 03/25 | ACH CREDIT<br>UNITEDHEALTHCARE HCCLAIMPMT W317321309*1411289 245*000087726\ | | $181.24 | $131,785.95 |
| 03/25 | ACH CREDIT<br>Clover Health In HCCLAIMPMT 3634990*1310522223 *000013285\ | | $1,130.44 | $132,916.39 |
| 03/25 | CHECK  3655 | -$5,400.00 | | $127,516.39 |
| 03/25 | CHECK  3662 | -$20,693.99 | | $106,822.40 |
| 03/26 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0028233645*1220999 690\ | | $151.00 | $106,973.40 |
| 03/26 | ACH CREDIT<br>AARP Supplementa HCCLAIMPMT 11224269873*136273 9571*000036273\ | | $170.61 | $107,144.01 |
| 03/26 | ACH CREDIT<br>UnitedHealthcare HCCLAIMPMT T0194384*141128924 5*000087726\ | | $67.27 | $107,211.28 |
| 03/26 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250326 447202026889 | | $340.00 | $107,551.28 |
| 03/26 | RETURN ITEM<br>NOT AUTHORIZED CHECK  3655 | | $5,400.00 | $112,951.28 |
| 03/26 | CHECKING WITHDRAWAL | -$40,000.00 | | $72,951.28 |
| 03/27 | ACH CREDIT<br>HEALTHIER NJ CL HEALTHIER TRN*1*0001315357*2 843673030\ | | $64.25 | $73,015.53 |
| 03/27 | ACH CREDIT<br>OXFORD HEALTH IN HCCLAIMPMT 37665195*106111851 5*000006111\ | | $88.53 | $73,104.06 |
| 03/27 | ACH CREDIT<br>Clover Health In HCCLAIMPMT 3643118*1310522223 *000013285\ | | $305.10 | $73,409.16 |
| 03/27 | ACH CREDIT<br>AARP Supplementa HCCLAIMPMT 11225053862*136273 9571*000036273\ | | $524.17 | $73,933.33 |
| 03/27 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0028242132*1220999 690\ | | $532.29 | $74,465.62 |
| 03/27 | ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 250327 447202026889 | | $950.70 | $75,416.32 |
| 03/27 | CHECK  3663 | -$836.62 | | $74,579.70 |
| 03/27 | CHECK  3664 | -$1,455.80 | | $73,123.90 |
| 03/27 | CHECK  3648 | -$16,637.00 | | $56,486.90 |
| 03/28 | ACH CREDIT<br>UnitedHealthcare HCCLAIMPMT T0297906*141128924 5*000087726\ | | $65.23 | $56,552.13 |
| 03/28 | ACH CREDIT<br>HORIZON HCCLAIMPMT 0075602926*1220999 690\ | | $165.37 | $56,717.50 |



Have Questions?  800-522-4100   valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
13471 0291186 0008-0013 M0656DDA040125083206 04  L  68988



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page: 9 of 13

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---:|---:|---:|
| 03/28 | ACH CREDIT Clover Health In HCCLAIMPMT 3649110*1310522223 *000013285\ | | $322.20 | $57,039.70 |
| 03/28 | ACH CREDIT HORIZON HCCLAIMPMT 0028252262*1220999 690\ | | $737.06 | $57,776.76 |
| 03/28 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250328 447202026889 | | $756.89 | $58,533.65 |
| 03/31 | ACH CREDIT Clover Health In HCCLAIMPMT 3653401*1310522223 *000013285\ | | $189.26 | $58,722.91 |
| 03/31 | ACH CREDIT HORIZON HCCLAIMPMT 0028261383*1220999 690\ | | $243.25 | $58,966.16 |
| 03/31 | ACH CREDIT NOVITAS HCCLAIMPMT 898626823*1205296137~ | | $1,830.49 | $60,796.65 |
| 03/31 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250331 447202026889 | | $105.00 | $60,901.65 |
| 03/31 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250331 447202026889 | | $920.00 | $61,821.65 |
| 03/31 | ACH CREDIT MERCHANT BANKCD DEPOSIT 250331 447202026889 | | $1,255.26 | $63,076.91 |

**Ending Balance** $63,076.91

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 03/06 | 3647 | $539.19 | 03/13 | 3656 | $122.61 |
| 03/27 | 3648 | $16,637.00 | 03/19 | 3657 | $3,649.42 |
| 03/19 | 3649 | $1,330.60 | 03/20 | 3658 | $2,874.20 |
| 03/17 | 3650 | $3,416.39 | 03/18 | 3659 | $511.16 |
| 03/14 | 3651 | $836.62 | 03/18 | 3660 | $278.88 |
| 03/18 | 3652 | $122.61 | 03/25 | 3662* | $20,693.99 |
| 03/18 | 3653 | $169.89 | 03/27 | 3663 | $836.62 |
| 03/13 | 3654 | $1,544.80 | 03/27 | 3664 | $1,455.80 |
| 03/25 | 3655 | $5,400.00 | | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.



## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---:|---:|
| **Total Overdraft Fees:** | $0.00 | $30.00 |

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page: 10 of 13

## Check Images for Account XXXXXX9931



| 03/06/2025 | # 3647 | $539.19 |
| 03/17/2025 | # 3650 | $3,416.39 |



| 03/27/2025 | # 3648 | $16,637.00 |
| 03/14/2025 | # 3651 | $836.62 |




| 03/19/2025 | # 3649 | $1,330.60 |
| 03/18/2025 | # 3652 | $122.61 |



**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page: 11 of 13

## Check Images for Account XXXXXX9931 (Continued)



03/18/2025    # 3653    $169.89



03/13/2025    # 3656    $122.61



03/13/2025    # 3654    $1,544.80



03/19/2025    # 3657    $3,649.42



03/25/2025    # 3655    $5,400.00



03/20/2025    # 3658    $2,874.20



![Valley Bank logo]

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX9931
Statement Date: 03/31/2025
Page: 12 of 13

## Check Images for Account XXXXXX9931 (Continued)



03/18/2025    # 3659    $511.16



03/27/2025    # 3663    $836.62



03/18/2025    # 3660    $278.88



03/27/2025    # 3664    $1,455.80



03/25/2025    # 3662    $20,693.99

13471 0291190 0012-0013 M0656DDA040125083206 04 L 68988

![Valley]

| | |
|---|---|
| **Account Number:** | XXXXXX9931 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 13 of 13 |

P.O. Box 558
Wayne, NJ 07474-0558

### To Reconcile Your Account
1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

### Balance Reconciliation

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit
The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**

68988 0291191 0013-0013 68988

