New Jersey Orthopaedic Institute, LLC

**Cash in Bank - Wells PR - 5179, Period Ending 03/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/17/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 3,691.70 |
| Checks and payments cleared (12) | -192,799.97 |
| Deposits and other credits cleared (9) | 229,921.25 |
| Statement ending balance | 40,812.98 |
| | |
| Uncleared transactions as of 03/31/2025 | -2,426.26 |
| Register balance as of 03/31/2025 | 38,386.72 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | -5,229.29 |
| Register balance as of 04/17/2025 | 33,157.43 |

**Details**

Checks and payments cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/07/2025 | Expense | | Fidelity Investments Inst. Ope… | -4,008.85 |
| 03/07/2025 | Expense | | Dr. Vincent K. McInerney | -14,284.60 |
| 03/10/2025 | Expense | | Wells Fargo | -0.50 |
| 03/10/2025 | Expense | | Wells Fargo | -10.00 |
| 03/13/2025 | Check | 1776 | Giananthony Palango | -1,422.33 |
| 03/13/2025 | Expense | | Ceridian Small Business | -75,375.88 |
| 03/13/2025 | Check | 1775 | Jack David | -266.90 |
| 03/18/2025 | Expense | | Fidelity Investments Inst. Ope… | -4,025.72 |
| 03/19/2025 | Expense | | Dr. Vincent K. McInerney | -14,284.60 |
| 03/26/2025 | Expense | | Dr. Vincent K. McInerney | -14,284.60 |
| 03/27/2025 | Expense | | Ceridian Small Business | -63,828.45 |
| 03/27/2025 | Check | 1779 | Kate Fein | -1,007.54 |
| Total | | | | -192,799.97 |

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/06/2025 | Deposit | 999677526 | NJOI | 20,221.25 |
| 03/06/2025 | Transfer | | | 3,000.00 |
| 03/12/2025 | Transfer | | | 9,900.00 |
| 03/13/2025 | Deposit | 663624 | NOI | 65,000.00 |
| 03/13/2025 | Transfer | | | 40,000.00 |
| 03/20/2025 | Transfer | | | 8,000.00 |
| 03/24/2025 | Transfer | | | 10,800.00 |
| 03/26/2025 | Transfer | | | 33,000.00 |
| 03/26/2025 | Transfer | | | 40,000.00 |
| Total | | | | 229,921.25 |

**Additional Information**

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/27/2025 | Check | 234 | Giananthony Palango | -1,894.18 |
| 03/27/2025 | Check | 1777 | Jack David | -532.08 |
| Total | | | | -2,426.26 |

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/08/2025 | Expense | | | -10.00 |
| 04/08/2025 | Expense | | | -1.00 |
| 04/09/2025 | Expense | | Dr. Vincent K. McInerney | -14,284.60 |
| 04/10/2025 | Check | TBD | Jack David | -387.10 |
| 04/10/2025 | Expense | | Ceridian Small Business | -65,471.74 |
| 04/11/2025 | Check | 1781 | Giananthony Palango | -1,515.02 |
| 04/14/2025 | Expense | | Fidelity Investments Inst. Ope… | -2,282.12 |
| 04/14/2025 | Expense | | Fidelity Investments Inst. Ope… | -2,277.71 |
| Total | | | | -86,229.29 |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Transfer | | | 11,000.00 |
| 04/09/2025 | Deposit | 216628919 | NOI | 70,000.00 |
| Total | | | | 81,000.00 |