# Commercial Basic Checking

March 31, 2025 ■ Page 1 of 4

WELLS FARGO

NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

## Questions?

Call your Customer Service Officer or Client Services

**1-800-AT WELLS**  (1-800-289-3557)

5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

This tax season, don't get scammed by an IRS impersonator.

Scammers are impersonating the Internal Revenue Service to steal your identity and convince you to send them money.

Know that the IRS will not:
- Initiate contact with you or request sensitive information by email, text, or social media.
- Demand immediate payment or offer to assist you with receiving a payment.
- Threaten to immediately have you arrested, deported, or revoke your driver's license for not paying.
- Ask you to pay your taxes using a gift or prepaid card, cryptocurrency, or wire transfer.

If you do get an unexpected call from the IRS, hang up right away, and do not provide any additional information, even if the caller already has the last four digits of your Social Security number.

Remember, if you do owe taxes, the IRS will contact you by mail before attempting to call you.

Learn more at wellsfargo.com/spottaxscams

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $3,691.70 |
| Deposits/Credits | 229,921.25 |
| Withdrawals/Debits | - 192,799.97 |
| **Ending balance on 3/31** | **$40,812.98** |

Account number: ▓▓▓▓ 5179 (primary account)

**NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-11370 (NJ)**

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▓▓▓▓0025

For Wire Transfers use
Routing Number (RTN): ▓▓▓▓0248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/6 | | Deposit Made In A Branch/Store | 20,221.25 | | |
| 3/6 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0Rk7Qcvx on 03/06/25 | 3,000.00 | | 26,912.95 |
| 3/7 | | WF Direct Pay-Payment- Payroll Pay for 2.28.25-Tran ID Dpaaada5Uw | | 14,284.60 | |
| 3/7 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250306 1123H 001 Wells Fargo | | 4,008.85 | 8,619.50 |
| 3/10 | | Direct Pay Individual Pymt Trans | | 0.50 | |
| 3/10 | | Direct Pay Monthly Base | | 10.00 | 8,609.00 |
| 3/12 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rm8Xq52 Commercial Business Checkin to 5179 Payroll 3.14.25 | 9,900.00 | | 18,509.00 |
| 3/13 | | Deposit Made In A Branch/Store | 65,000.00 | | |
| 3/13 | | WT Fed#01319 Valley National Ba /Org=NEW Jersey Orthopaedic Institute Ll Srf# 202503130011660 Trn#250313136940 Rfb# | 40,000.00 | | |
| 3/13 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250312 P3887-003575848 NEW Jersey Orthopaedic | | 75,375.88 | 48,133.12 |
| 3/17 | 1775 | Check | | 266.90 | 47,866.22 |
| 3/18 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250317 1123H 001 Wells Fargo | | 4,025.72 | |
| 3/18 | 1776 | Check | | 1,422.33 | 42,418.17 |
| 3/19 | | WF Direct Pay-Payment- Payroll Pay Date 3.14.2025-Tran ID Dpaaadk9lt | | 14,284.60 | 28,133.57 |
| 3/20 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0Rq28Vrf on 03/20/25 | 8,000.00 | | 36,133.57 |
| 3/24 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rr797NJ Commercial Business Checkin to Acc 5179 | 10,800.00 | | 46,933.57 |
| 3/26 | | Deposit Made In A Branch/Store | 40,000.00 | | |
| 3/26 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rs284W2 Commercial Business Checkin Payroll Pay Date 3.28.25 | 33,000.00 | | |
| 3/26 | | WF Direct Pay-Payment- Payroll-Tran ID Dpaaadq8Vw | | 14,284.60 | 105,648.97 |
| 3/27 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250326 P3887-003600230 NEW Jersey Orthopaedic | | 63,828.45 | 41,820.52 |
| 3/28 | 1779 | Check | | 1,007.54 | 40,812.98 |
| **Totals** | | | **$229,921.25** | **$192,799.97** | |

**WELLS FARGO**

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1775 | 3/17 | 266.90 | 1776 | 3/18 | 1,422.33 | 1779 * | 3/28 | 1,007.54 |

*\* Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2025 - 03/31/2025 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $7,500.00 | $31,195.00 ☑ |

DG/DG

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 14 | 200 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ☑ IMPORTANT ACCOUNT INFORMATION

---

Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                          $ _____
   register or transfers into                           $ _____
   your account which are not                           $ _____
   shown on your statement.                           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                                       TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801