New Jersey Orthopaedic Institute, LLC

**Cash in Bank - Wells Fargo 5229, Period Ending 03/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/14/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 2,110.84 |
| Checks and payments cleared (8) | -65,003.99 |
| Deposits and other credits cleared (46) | 64,866.07 |
| Statement ending balance | 1,972.92 |
| | |
| Uncleared transactions as of 03/31/2025 | -36,333.43 |
| Register balance as of 03/31/2025 | -34,360.51 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | 5,139.94 |
| Register balance as of 04/14/2025 | -29,220.57 |

## Details

Checks and payments cleared (8)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/06/2025 | Transfer | | | -3,000.00 |
| 03/07/2025 | Expense | | FDMS | -88.00 |
| 03/11/2025 | Expense | | Wells Fargo | -207.99 |
| 03/12/2025 | Transfer | | | -9,900.00 |
| 03/20/2025 | Transfer | | | -8,000.00 |
| 03/24/2025 | Transfer | | | -10,800.00 |
| 03/26/2025 | Transfer | | | -33,000.00 |
| 03/26/2025 | Expense | | NJOI | -8.00 |
| Total | | | | -65,003.99 |

Deposits and other credits cleared (46)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2025 | Deposit | | Cigna Insurance Co. | 21.50 |
| 03/04/2025 | Deposit | | Aetna | 8.45 |
| 03/04/2025 | Deposit | | Aetna | 338.04 |
| 03/05/2025 | Deposit | | Aetna | 212.64 |
| 03/05/2025 | Deposit | | Aetna | 140.13 |
| 03/05/2025 | Deposit | | Cigna Insurance Co. | 63.00 |
| 03/06/2025 | Deposit | | Aetna | 261.19 |
| 03/06/2025 | Deposit | 996910998 | NJOI | 2,310.66 |
| 03/06/2025 | Deposit | 219998394 | NJOI | 137.00 |
| 03/07/2025 | Deposit | | NJOI | 5,746.00 |
| 03/07/2025 | Deposit | | Cigna Insurance Co. | 89.40 |
| 03/07/2025 | Deposit | | Aetna | 253.82 |
| 03/07/2025 | Deposit | | Aetna | 615.89 |
| 03/07/2025 | Deposit | | Dfec Treasury | 380.01 |
| 03/10/2025 | Deposit | 219998378 | NJOI | 282.00 |
| 03/10/2025 | Deposit | | | 0.36 |
| 03/11/2025 | Deposit | | Aetna | 160.52 |
| 03/11/2025 | Deposit | | Aetna | 86.28 |
| 03/13/2025 | Deposit | | Aetna | 163.25 |
| 03/14/2025 | Deposit | | Palmetto | 48.43 |
| 03/14/2025 | Deposit | | Aetna | 2,091.98 |
| 03/14/2025 | Deposit | | Aetna | 572.20 |
| 03/14/2025 | Deposit | | Aetna | 53.10 |
| 03/14/2025 | Deposit | | Cigna Insurance Co. | 130.32 |
| 03/14/2025 | Deposit | | NJOI | 4,630.32 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/17/2025 | Deposit | | Cigna Insurance Co. | 19.85 |
| 03/17/2025 | Deposit | | Aetna | 193.45 |
| 03/17/2025 | Deposit | 999377894 | NJOI | 172.00 |
| 03/19/2025 | Deposit | | Cigna Insurance Co. | 206.61 |
| 03/19/2025 | Deposit | | Cigna Insurance Co. | 77.72 |
| 03/21/2025 | Deposit | | NJOI | 9,255.45 |
| 03/21/2025 | Deposit | | Aetna | 1,164.61 |
| 03/24/2025 | Deposit | | Aetna | 95.08 |
| 03/25/2025 | Deposit | | Aetna | 339.93 |
| 03/25/2025 | Deposit | | Aetna | 505.93 |
| 03/25/2025 | Deposit | 999377902 | NJOI | 225.00 |
| 03/26/2025 | Deposit | | Aetna | 281.45 |
| 03/26/2025 | Deposit | | Cigna Insurance Co. | 6.50 |
| 03/26/2025 | Deposit | | Aetna | 320.63 |
| 03/26/2025 | Deposit | | NJOI | 26,193.00 |
| 03/26/2025 | Deposit | | NJOI | 5,131.00 |
| 03/27/2025 | Deposit | | Aetna | 68.45 |
| 03/28/2025 | Deposit | | Aetna | 565.36 |
| 03/31/2025 | Deposit | | NJOI | 871.98 |
| 03/31/2025 | Deposit | | Aetna | 342.07 |
| 03/31/2025 | Deposit | | Aetna | 33.51 |
| Total | | | | 64,866.07 |

**Additional Information**

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2019 | Check | 8337 | Boris Pesed | -60.00 |
| 09/09/2019 | Check | 8702 | Dr. Tom Novack | -300.00 |
| 10/04/2019 | Check | 8762 | Chase Card Services | -1,870.00 |
| 10/10/2019 | Check | 8785 | Dr. Thomas Lardner | -300.00 |
| 11/05/2019 | Check | 8841 | Anthony J. Scillia, MD | -1,557.00 |
| 11/05/2019 | Check | 8853 | Dr. Thomas Lardner | -600.00 |
| 11/14/2019 | Check | 8867 | Alphagraphics | -156.05 |
| 11/25/2019 | Check | 8898 | Saint Barnabas Medical Center | -600.00 |
| 05/06/2020 | Check | 9263 | MEDENT | -683.33 |
| 06/25/2020 | Check | 9335 | 622 Eagle Rock Ave. Realty, L… | -8,208.00 |
| 12/23/2020 | Check | 9703 | Stephanie Castellanos | -50.00 |
| 01/15/2021 | Check | 9759 | Margeritte Carlson | -80.00 |
| 02/28/2021 | Check | ach | Exchange | -5,297.00 |
| 08/18/2021 | Check | 10183 | Morristown Medical Center | -400.00 |
| 09/03/2021 | Check | 10210 | Simple Domain Host | -180.00 |
| 11/05/2021 | Check | 10337 | Daniels Sharpsmart, Inc | -270.63 |
| 12/30/2021 | Check | 10448 | Delicato Transport, LLC | -43.66 |
| 02/03/2022 | Check | 10502 | SK Paper Shred | -245.23 |
| 02/18/2022 | Check | 10527 | Hackensack UMC-Mountainsi… | -300.00 |
| 03/02/2023 | Check | 10564 | Valley National Bank | -15,132.53 |
| Total | | | | -36,333.43 |

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Transfer | | | -11,000.00 |
| 04/08/2025 | Expense | | FDMS | -88.00 |
| 04/11/2025 | Expense | | Wells Fargo | -229.72 |
| Total | | | | -11,317.72 |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | Aetna | 363.68 |
| 04/01/2025 | Deposit | | Cigna Insurance Co. | 27.87 |
| 04/01/2025 | Deposit | | Aetna | 119.99 |
| 04/02/2025 | Deposit | 999377901 | NJOI | 375.00 |
| 04/02/2025 | Deposit | | Aetna | 78.29 |
| 04/04/2025 | Deposit | | Dfec Treasury | 157.86 |
| 04/04/2025 | Deposit | | NJOI | 7,662.16 |
| 04/07/2025 | Deposit | | Aetna | 490.44 |
| 04/07/2025 | Deposit | | Aetna | 279.02 |
| 04/09/2025 | Deposit | | Aetna | 78.45 |
| 04/09/2025 | Deposit | | Aetna | 33.51 |
| 04/09/2025 | Deposit | 999377895 | NJOI | 185.00 |
| 04/09/2025 | Deposit | | Aetna | 148.96 |
| 04/11/2025 | Deposit | | NJOI | 5,702.00 |
| 04/11/2025 | Deposit | | Dfec Treasury | 222.15 |
| 04/11/2025 | Deposit | | Aetna | 533.28 |
| Total | | | | 16,457.66 |