# Commercial Business Checking

Account number: ▮▮▮▮5229 ■ March 1, 2025 - March 31, 2025 ■ Page 1 of 3



NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

Questions?

Call your Customer Service Officer or Client Services
 1-800-AT WELLS (1-800-289-3557)
 5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
 P.O. Box 6995
 Portland, OR  97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮5229 | $2,110.84 | $64,866.07 | -$65,003.99 | $1,972.92 |

## Credits
Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 03/03 | 21.50 | Cigna Hcclaimpmt 022725 xxxxx3560 TRN*1*250227090005622*1591031071\ |
|  | 03/04 | 8.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892505701092538*1066033492\ |
|  | 03/04 | 338.04 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882505701032549*1066033492\ |
|  | 03/05 | 63.00 | Cigna Hcclaimpmt 022825 xxxxx3560 TRN*1*250228090003142*1591031071\ |
|  | 03/05 | 140.13 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882505901060371*1066033492\ |
|  | 03/05 | 212.64 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882505801046012*1066033492\ |
|  | 03/06 | 137.00 | Deposit Made In A Branch/Store |
|  | 03/06 | 261.19 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882506001046133*1066033492\ |
|  | 03/06 | 2,310.66 | Deposit Made In A Branch/Store |
|  | 03/07 | 89.40 | Cigna Hcclaimpmt 030425 xxxxx3560 TRN*1*250304090006370*1591031071\ |
|  | 03/07 | 253.82 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882506201025446*1066033492\ |
|  | 03/07 | 380.01 | Dfec Treas 310 Misc Pay 030725 xxxxx1500 NEW Jersey Orthopaedic |
|  | 03/07 | 615.89 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825063000010048*1066033492\ |
|  | 03/07 | 5,746.00 | Desktop Check Deposit |
|  | 03/10 | 0.36 | 36 Treas 310 Misc Pay 031025 xxxxx0012 5*143503629\GE*1*100407829\Iea*1*100407795\ |
|  | 03/10 | 282.00 | Deposit Made In A Branch/Store |
|  | 03/11 | 86.28 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825065000284904*1066033492\ |
|  | 03/11 | 160.52 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882506401060098*1066033492\ |
|  | 03/13 | 163.25 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825069000244754*1066033492\ |
|  | 03/14 | 48.43 | Palmetto Gba Hcclaimpmt 250312 1821224429 TRN*1*819716779*1571062326~ |
|  | 03/14 | 53.10 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892506901033420*1066033492\ |
|  | 03/14 | 130.32 | Cigna Hcclaimpmt 031125 xxxxx3560 TRN*1*250311090004624*1591031071\ |
|  | 03/14 | 572.20 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882506901015217*1066033492\ |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 03/14 | 2,091.98 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825070000031135*1066033492\ |
| | 03/14 | 4,630.32 | Desktop Check Deposit |
| | 03/17 | 19.85 | Cigna Hcclaimpmt 031325 xxxxx3560 TRN*1*250313090005720*1591031071\ |
| | 03/17 | 172.00 | Deposit Made In A Branch/Store |
| | 03/17 | 193.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882507001046011*1066033492\ |
| | 03/19 | 77.72 | Cigna Edge Trans Hcclaimpmt 600701100550 TRN*1*600701100550*1591031071~ |
| | 03/19 | 206.61 | Cigna Hcclaimpmt 031525 xxxxx3560 TRN*1*250315090005392*1591031071\ |
| | 03/21 | 1,164.61 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825077000152840*1066033492\ |
| | 03/21 | 9,255.45 | Desktop Check Deposit |
| | 03/24 | 95.08 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882507701043361*1066033492\ |
| | 03/25 | 225.00 | Deposit Made In A Branch/Store |
| | 03/25 | 339.93 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892507801039509*1066033492\ |
| | 03/25 | 505.93 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882507801021260*1066033492\ |
| | 03/26 | 6.50 | Cigna Edge Trans Hcclaimpmt 603300719663 TRN*1*603300719663*1591031071~ |
| | 03/26 | 281.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882507901035597*1066033492\ |
| | 03/26 | 320.63 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882508001027038*1066033492\ |
| | 03/26 | 5,131.00 | Mag Mutual Insur EDI Pymnts Pmt EFT-0021182 9122809_Pra\SE*22*000000093\GE*1*1\Iea*1*08937226 |
| | 03/26 | 26,193.00 | Mag Mutual Insur EDI Pymnts Pmt EFT-0021194 RA\NTE*Inv*Policy#09122879-Pra\SE*22*000000217\GE |
| | 03/27 | 68.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825083000131729*1066033492\ |
| | 03/28 | 565.36 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825084000006250*1066033492\ |
| | 03/31 | 33.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892508401072280*1066033492\ |
| | 03/31 | 342.07 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882508401018006*1066033492\ |
| | 03/31 | 871.98 | Desktop Check Deposit |
| | | **$64,866.07** | Total electronic deposits/bank credits |
| | | **$64,866.07** | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 03/06 | 3,000.00 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Rk7Qcvx on 03/06/25 |
| | 03/07 | 88.00 | < | Business to Business ACH Debit - Fdms Fdms Pymt 250307 052-1368366-000 McInerney Orthopaedic |
| | 03/11 | 207.99 | | Client Analysis Srvc Chrg 250310 Svc Chge 0225 000009817165229 |
| | 03/12 | 9,900.00 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rm8Xq52 Commercial Basic Checking to 5179 Payroll 3.14.25 |
| | 03/20 | 8,000.00 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Rq28Vrf on 03/20/25 |
| | 03/24 | 10,800.00 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rr797NJ Commercial Basic Checking to Acc 5179 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 03/26 | 8.00 | Deposited Item Retn Unpaid - Paper 250326 |
| | 03/26 | 33,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rs284W2 Commercial Basic Checking Payroll Pay Date 3.28.25 |
| | | **$65,003.99** | Total electronic debits/bank debits |
| | | **$65,003.99** | Total debits |

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 02/28 | 2,110.84 | 03/11 | 9,921.74 | 03/21 | 10,801.03 |
| 03/03 | 2,132.34 | 03/12 | 21.74 | 03/24 | 96.11 |
| 03/04 | 2,478.83 | 03/13 | 184.99 | 03/25 | 1,166.97 |
| 03/05 | 2,894.60 | 03/14 | 7,711.34 | 03/26 | 91.55 |
| 03/06 | 2,603.45 | 03/17 | 8,096.64 | 03/27 | 160.00 |
| 03/07 | 9,600.57 | 03/19 | 8,380.97 | 03/28 | 725.36 |
| 03/10 | 9,882.93 | 03/20 | 380.97 | 03/31 | 1,972.92 |

Average daily ledger balance    $4,816.12

---

Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.