| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>              turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

### SUPPLEMENTAL DECLARATION OF KINGA SKALSKA-DYBAS, CHIEF FINANCIAL OFFICER OF THE DEBTORS, PURSUANT TO 11 U.S.C § 333

I, Kinga Skalska-Dybas, hereby declare as follows:

1.  I am the Chief Financial Officer ("CFO") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

2.  I submit this supplemental declaration in further support of the Debtors' *Motion For Entry Of An Order Excusing Appointment Of Patient Care Ombudsman* (the "Motion")[2].

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

[2] Capitalized defined terms have the same meaning as in the Motion.

3. The Debtors operate out of one location, where both surgical and primary care services are provided. Surgeons provide services on behalf of Northlands Orthopaedic Institute and claims by surgeons reimbursement are submitted on behalf of Northlands Orthopaedic Institute. Surgeons are, for the most part out-of-network with insurance carriers. Primary care providers provide services on behalf of New Jersey Orthopaedic Institute, which is a subsidiary of Northlands Orthopaedic Institute. Claims by primary care providers are submitted on behalf of New Jersey Orthopaedic Institute. The primary care providers are in-network with most insurance carriers. Note that both Northlands Orthopaedic Institute and New Jersey Orthopaedic Institute accept Medicare. The Debtors routinely receive payment for services from private health insurers and governmental entities for services performed. Together, the Debtors are an orthopedic and sports medicine practice that provides medical and surgical services to patients. The practice also offers services to numerous local schools, as well as medical coverage during high school football games. The majority of the patients treated by the Debtors are adults.

4. The Debtors operate an entirely outpatient facility treating members of their local communities; they are not an inpatient facility that treats a high volume of patients. When the Debtors perform orthopedic surgeries, these procedures are performed either in surgical centers or hospitals, not the Debtors' facility.

5. The Debtors' Medical Professionals remain duly licensed to practice medicine in New Jersey and their licenses are in good standing. More specifically, the Debtors' doctors maintain their in-network, Medicare certifications and follow the rules of Medicare. The Debtors abide by HIPAA regulations and train their employees on these regulations. The Debtors also have an electronic medical record system in place for HIPAA purposes and encrypt their emails to

assure the protection of sensitive information. The Debtors' patients also have access to their medical records through a secured HIPAA related portal.

6. Since the Petition Date, the Debtors have maintained supplies needed for patient care, in the ordinary course of their business.

7. The Debtors are current on all rent that came due postpetition.

8. The Debtors submit they are current on all utility charges that came due postpetition, and have no knowledge of any facts that would cause an interruption in utility services.

9. The Debtors have their facility thoroughly cleaned on a daily basis. The Debtors train their employees on how to properly handle and dispose of waste and also employ a third party to remove waste from the facility properly. The Debtors hire MedSafe on an annual basis to evaluate the cleanliness of their facility. MedSafe examines factors such as the status of waste, where medications are stored and how they are stored, and whether information of patients and staff are properly secured.

10. The Debtors have medical malpractice insurance which is current and in place. The Debtors also maintain all other appropriate insurance.

11. The Debtors' patient records, both paper and electronic, are held at or accessible from the Debtors' facility located at 504 Valley Road, Suite 200, Wayne, New Jersey 07470.

12. The Debtors perform billing in preparation of claims in-house.

13. The Debtors maintain all other operational necessities for their business.

14. All the goods, certifications, insurance, services and other arrangements described above have been maintained without interruption since the Petition Date through the present.

15. I believe that it is not necessary to appoint an ombudsman to monitor the quality of care that the Debtors' patients will receive, or to otherwise represent or protect the interest of the Debtors' patients. The Debtors will continue to deliver the same level of patient care that the Debtors have provided throughout the history of their medical practice. Further, the patient records have always been and will continue to be maintained at the Debtors' facility. Finally, the Debtors' cash flow is in jeopardy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 2, 2025				Respectfully submitted,

						*/s/ Kinga Skalska-Dybas*
						Kinga Skalska-Dybas
						Chief Financial Officer