UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Case No.:

Chapter:

Judge:

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent via Regular Mail.

Date: _____    _____
                                                                                    Signature

# SERVICE LIST

622 Eagle Rock Ave. Realty, LLC
c/o Tracey Goldstein, Esq.,
Goldstein Kelin LLC
290 W. Mt. Pleasant Ave., Suite 1340
Livingston, NJ 07039

622 Eagle Rock Avenue Realty, LLC
The Progressive Companies c/o Richard Di
2 Sylvan Way, Suite 304
Parsippany, NJ 07054

Academy Orthopaedics LLC, et als.
c/o Paul DeMartino, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

Aetna Inc.
PO Box 639715
Cincinnati, OH 45263

Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

AHS Investment Corporation
200 American Rd
Morristown, NJ 07960

Allscripts Healthcare, LLC
305 Church at North Hills Street
Raleigh, NC 27609

Andrew Sawires
2 2nd st. Apartment 3704
Jersey City, NJ 07302

Angela Reyes
79 Maple Ave 1st FL
Little Falls, NJ 07424

Anthony Festa, M.D.
32 Condit Rd
Mountain Lakes, NJ 07046

Anthony Scillia, M.D
1125 Maxwell Lane
Unit 600
Hoboken, NJ 07030

Arthrex Inc.
14550 Plantation Rd
Fort Meyers, FL 33912

Artrex Inc
PO BOX 403511
Atlanta, GA 30384-3511

Ashley Minetti
38 Benham Way
Sparta, NJ 07871

Association Member Trust 636
Morris Turnpike, Suite 2A
Short Hills, NJ 07078

Barbara J Davis
22 Hilton Street
Pequannock, NJ 07440

Barbara M Orlos
370 High Crest Dr
West Milford, NJ 07480

Cablevision LightPath, LLC
PO BOX 788632
Philadelphia, PA 19178-8632

Casey Pierce, M.D.
105 Andover Rd
Wayne, NJ 07470

'

Charles Newman, Esq.
Frier Levitt
84 Bloomfield Ave
Pine Brook, NJ 07058

Christina Cavero
479 East 31st
Paterson, NJ 07504

CNA
151 North Franklin Street, Chicago, IL 6
Chicago, IL 60606

CNA
184 Liberty Corner Road, 4th Floor
Suite 402
Warren, NJ 07059

Craig Wright, M.D.
3 Briar Hill Rd
Montclair, NJ 07042

Daniels Sharpsmart, Inc
PO BOX 735290
Dallas, TX 75373-5290

Dayforce Inc.
PO BOX 772830
Chicago, IL 60677

Deborah M Lopez
56 Newark Place
Belleville, NJ 07109

Dictation Source
PO BOX 12835
Pittsburgh, PA 15241

Elizabeth Hawruk, MD
N. Jersey Center for Arthritis and Osteo
45 Carey Avenue
Butler, NJ 07405

Freshbooks
225 King St W, Ste 1200
Toronto, Ontario M5V 3M2
Canada

Frier Levitt
84 Bloomfield Ave
Pine Brook, NJ 07058

Future Plan by Ascensus
23693 Network Place
Chicago, IL 60673-1236

Internal Revenue Service
Po Box 7346
Philadelphia, Pa 19101

Jason E Kooch
250 W. 27th St.
New York, NY 10001

Jennifer Cruz
184 Lily Street
Paterson, NJ 07522

Jissel Valerio
332 Trenton Ave
Paterson, NJ 07503

John Callaghan, M.D.
107 Upper Mountain Avenue
Montclair, NJ 07042

Johnson & Johnson Health Care Systems
4301 West Boy Scout Boulevard
Tampa, FL 33607

Keystone Answering Service
141 Friends Lane, Ste. 200
Newtown, PA 18940

Kinga Skalska-Dybas
16 Trafalgar Court
Hackettstown, NJ 07840

Laurelle A. McInerney
P.O. Box 479
New Vernon, NJ 07976

Law Office of Robert M. Fields, PLLC
6 Captain Lawrence Drive
South Salem, NY 10590

Leaf
PO BOX 5066
Hartford, CT 06102

Lisa McInerney
10 Boxwood Dr
Morristown, NJ 07960

Lynch, Lynch, Held and Rosenberg PC
440 Route 17 North
Hasbrouck Heights, NJ 07604

MAG Mutual Insurance Company
3535 Piedmont Rd NE
Bldg 14-1000
Atlanta, GA 30305

MagMutual
PO Box 52979
Atlanta, GA 30355

MagMutual
3535 Piedmont Rd. NE
Bldg. 14-1000
Atlanta, GA 30305

Marc Mortellaro
209 Broadway
Keyport, NJ 07735

McKesson Medical-Surgical Inc.
9954 Mayland Drive, Suite 4000
Attn: Stephanie Hampton
Hapeville, VA 23233

McKesson Medical-Surgical, Inc
9954 Mayland Dr, Suite 4000
Atlanta, GA 23233

Medent
15 Hulbert Street
Auburn, NY 13021

Melissa Ellis
82 Randolph Place
West Orange, NJ 07052

Merrill Lynch Pierce Fenner & Smith
Two Bala Plaza, Suite 601
Bala Cynwyd, PA 19004

Michael K Shindle
11 Wisteria Court
Madison, NJ 07940

MICHAEL SHINDLE
25 MEADOW LANE
MORRISTOWN, NJ 07960

MICHAEL SHINDLE
35 MEADOW LAND
MORRISTOWN, NJ 07960

Mindware Connections
144 Village Landing #310
Fairport, NY 14450

MJD Realty
1900 Union Valley Road, Ste 303
Hewitt, NJ 07421


National Fire Insurance Company of Hartford
500 Colonial Center Company
Lake Mary, FL 32746

Navinet, Inc.
PO Box 8048
Carol Stream, IL 60197

NJBIA
10 West Lafayette Street
Trenton, NJ 08608-2002

ODP Business Solution
PO BOX 7241
Sioux Falls, SD 57117-7241

ODP Business Solutions, LLC
6600 N Military Trl
Boca Raton, FL 33487

Paul DeMartino, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

Pitney Bowes Global Financial
PO BOX 981022
Boston, MA 02298

Radiant Imaging Solutions
163 E Main St. PMB 307
Little Falls, NJ 07424

RevSpring
26988 Network Place
Chicago, IL 60673-1269

Robert Palacios
304 South Pascack Road
Nanuet, NY 10954

Sk Paper Shred
P.O. Box 201
Branchville, NJ 07826

Tatiana Yascaribay
398 Taylor Ave
Hackensack, NJ 07601

The Paul Revere
1 Fountan Square,
Chattanooga, TN 37402

TNTMAX
PO BOX 605
Wycokoff, NJ 07481

Tracey Goldstein, Esq.
Goldstein Kelin LLC
290 W. Mt. Pleasant Ave., Suite 1340
Livingston, NJ 07039

UNUM
1 Fountain Square
Chattanooga, TN 37402

Valley National Bank
PO BOX 950
Wayne, NJ 07474-0950

Valley Partners
c/o Lota & Bernard, LLC
6 Prospect St #3a,
Midland Park, NJ 07432

Valley Partners, LLC
John M. Manfredonia, Esq.
Manfredonia Law, LLC
Cresskill, NJ 07626

Verizon
P.O. Box 408
Trenton, NJ 08650-4830

Wayne Fire Bureau
475 Valley Road
Wayne, NJ 07470

Workeasy Software
1200 SW 145th Ave Suite 200
Hollywood, FL 33027

Wyatt J Montferrante
12 2nd Street
Butler, NJ 07405

Xaiomy Burgos
425 Roe Street
Haledon, NJ 07508

Gramercy Pain Center LLC
2124 NJ 35
Holmdel, NJ 07733