### New Jersey Orthopaedic Institute

**Cash in Bank - Wells PR - 5179, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/02/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 40,812.98 |
| Checks and payments cleared (14) | -167,441.66 |
| Deposits and other credits cleared (5) | 127,700.00 |
| Statement ending balance | 1,071.32 |
| | |
| Register balance as of 04/30/2025 | 1,071.32 |

**Details**

Checks and payments cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/27/2025 | Check | 1777 | Jack David | -532.08 |
| 03/27/2025 | Check | 234 | Giananthony Palango | -1,894.18 |
| 04/08/2025 | Expense | | Wells Fargo | -1.00 |
| 04/08/2025 | Expense | | Wells Fargo | -10.00 |
| 04/09/2025 | Expense | | Dr. Vincent K. McInerney | -14,284.60 |
| 04/10/2025 | Check | TBD | Jack David | -387.10 |
| 04/10/2025 | Expense | | Ceridian Small Business | -65,471.74 |
| 04/11/2025 | Check | 1781 | Giananthony Palango | -1,515.02 |
| 04/14/2025 | Expense | | Fidelity Investments Inst. Ope… | -2,282.12 |
| 04/14/2025 | Expense | | Fidelity Investments Inst. Ope… | -2,277.71 |
| 04/24/2025 | Expense | | Dr. Vincent K. McInerney | -14,284.60 |
| 04/24/2025 | Expense | | Ceridian Small Business | -62,755.91 |
| 04/28/2025 | Check | 1784 | Samantha Lowe | -899.14 |
| 04/29/2025 | Check | 1783 | Giananthony Palango | -846.46 |
| Total | | | | -167,441.66 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Transfer | | | 11,000.00 |
| 04/09/2025 | Deposit | 216628919 | NOI | 70,000.00 |
| 04/21/2025 | Transfer | | | 8,900.00 |
| 04/23/2025 | Transfer | | | 7,800.00 |
| 04/23/2025 | Deposit | 216628987 | Northlands Operating Account | 30,000.00 |
| Total | | | | 127,700.00 |