New Jersey Orthopaedic Institute

**Cash in Bank - Wells Fargo 5229, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/02/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 1,972.92 |
| Checks and payments cleared (5) | -28,017.72 |
| Deposits and other credits cleared (40) | 31,437.28 |
| Statement ending balance | 5,392.48 |
| | |
| Uncleared transactions as of 04/30/2025 | 0.00 |
| Register balance as of 04/30/2025 | 5,392.48 |

**Details**

Checks and payments cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Transfer | | | -11,000.00 |
| 04/08/2025 | Expense | | FDMS | -88.00 |
| 04/11/2025 | Expense | | Wells Fargo | -229.72 |
| 04/21/2025 | Transfer | | | -8,900.00 |
| 04/23/2025 | Transfer | | | -7,800.00 |
| Total | | | | -28,017.72 |

Deposits and other credits cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | Aetna | 119.99 |
| 04/01/2025 | Deposit | | Cigna Insurance Co. | 27.87 |
| 04/01/2025 | Deposit | | Aetna | 363.68 |
| 04/02/2025 | Deposit | | Aetna | 78.29 |
| 04/02/2025 | Deposit | 999377901 | NJOI | 375.00 |
| 04/04/2025 | Deposit | | NJOI | 7,662.16 |
| 04/04/2025 | Deposit | | Dfec Treasury | 157.86 |
| 04/07/2025 | Deposit | | Aetna | 279.02 |
| 04/07/2025 | Deposit | | Aetna | 490.44 |
| 04/09/2025 | Deposit | | Aetna | 78.45 |
| 04/09/2025 | Deposit | 999377895 | NJOI | 185.00 |
| 04/09/2025 | Deposit | | Aetna | 148.96 |
| 04/09/2025 | Deposit | | Aetna | 33.51 |
| 04/11/2025 | Deposit | | Dfec Treasury | 222.15 |
| 04/11/2025 | Deposit | | NJOI | 5,702.00 |
| 04/11/2025 | Deposit | | Aetna | 533.28 |
| 04/14/2025 | Deposit | 219998391 | NJOI | 439.00 |
| 04/15/2025 | Deposit | | Aetna | 51.96 |
| 04/15/2025 | Deposit | | Aetna | 204.93 |
| 04/16/2025 | Deposit | | Aetna | 42.64 |
| 04/16/2025 | Deposit | | Cigna Insurance Co. | 99.09 |
| 04/16/2025 | Deposit | | Aetna | 127.51 |
| 04/16/2025 | Deposit | | Aetna | 155.62 |
| 04/18/2025 | Deposit | | Aetna | 393.20 |
| 04/18/2025 | Deposit | | Aetna | 288.12 |
| 04/21/2025 | Deposit | | | 7,118.42 |
| 04/22/2025 | Deposit | | Aetna | 3.51 |
| 04/23/2025 | Deposit | | Aetna | 152.36 |
| 04/23/2025 | Deposit | 219998382 | NJOI | 542.00 |
| 04/23/2025 | Deposit | | Cigna Insurance Co. | 33.00 |
| 04/25/2025 | Deposit | | Aetna | 398.38 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/25/2025 | Deposit | | Aetna | 68.45 |
| 04/25/2025 | Deposit | | Dfec Treasury | 222.15 |
| 04/25/2025 | Deposit | | Cigna Insurance Co. | 36.50 |
| 04/25/2025 | Deposit | | Aetna | 44.57 |
| 04/25/2025 | Deposit | | NJOI | 4,147.00 |
| 04/28/2025 | Deposit | | Aetna | 127.92 |
| 04/28/2025 | Deposit | | Aetna | 8.45 |
| 04/28/2025 | Deposit | 219998385 | NJOI | 237.00 |
| 04/30/2025 | Deposit | | | 37.84 |

| Total | | | | 31,437.28 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2019 | Check | 8337 | Boris Pesed | -60.00 |
| 09/09/2019 | Check | 8702 | Dr. Tom Novack | -300.00 |
| 10/04/2019 | Check | 8762 | Chase Card Services | -1,870.00 |
| 10/10/2019 | Check | 8785 | Dr. Thomas Lardner | -300.00 |
| 11/05/2019 | Check | 8853 | Dr. Thomas Lardner | -600.00 |
| 11/05/2019 | Check | 8841 | Anthony J. Scillia, MD | -1,557.00 |
| 11/14/2019 | Check | 8867 | Alphagraphics | -156.05 |
| 11/25/2019 | Check | 8898 | Saint Barnabas Medical Center | -600.00 |
| 05/06/2020 | Check | 9263 | MEDENT | -683.33 |
| 06/25/2020 | Check | 9335 | 622 Eagle Rock Ave. Realty, L… | -8,208.00 |
| 12/23/2020 | Check | 9703 | Stephanie Castellanos | -50.00 |
| 01/15/2021 | Check | 9759 | Margeritte Carlson | -80.00 |
| 02/28/2021 | Check | ach | Exchange | -5,297.00 |
| 08/18/2021 | Check | 10183 | Morristown Medical Center | -400.00 |
| 09/03/2021 | Check | 10210 | Simple Domain Host | -180.00 |
| 11/05/2021 | Check | 10337 | Daniels Sharpsmart, Inc | -270.63 |
| 12/30/2021 | Check | 10448 | Delicato Transport, LLC | -43.66 |
| 02/03/2022 | Check | 10502 | SK Paper Shred | -245.23 |
| 02/18/2022 | Check | 10527 | Hackensack UMC-Mountainsi… | -300.00 |
| 03/02/2023 | Check | 10564 | Valley National Bank | -15,132.53 |

| Total | | | | -36,333.43 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Deposit | | | 36,333.43 |

| Total | | | | 36,333.43 |
|---|---|---|---|---|