New Jersey Orthopaedic Institute

**Cash in Bank VNB - 9931, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/02/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 63,076.91 |
| Checks and payments cleared (36) | -80,461.19 |
| Deposits and other credits cleared (130) | 95,755.22 |
| Statement ending balance | 78,370.94 |
| | |
| Uncleared transactions as of 04/30/2025 | -24,275.51 |
| Register balance as of 04/30/2025 | 54,095.43 |
| Cleared transactions after 04/30/2025 | 0.00 |
| Uncleared transactions after 04/30/2025 | 682.76 |
| Register balance as of 05/02/2025 | 54,778.19 |

**Details**

Checks and payments cleared (36)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/26/2025 | Check | 3665 | SK Paper Shred | -122.61 |
| 03/26/2025 | Check | 3666 | MEDENT | -911.35 |
| 03/31/2025 | Check | 3667 | Dayforce, Inc. | -384.73 |
| 03/31/2025 | Check | 3670 | AHS Investment Corporation | -1,183.00 |
| 03/31/2025 | Check | 3669 | Verizon Wireless | -280.51 |
| 03/31/2025 | Check | 3668 | Chilton Hospital Medical Staff | -1,050.00 |
| 04/02/2025 | Check | 3675 | MEDENT | -2,429.52 |
| 04/02/2025 | Check | 3673 | Associatio Member Trust | -15,538.23 |
| 04/02/2025 | Check | 3672 | Tulpehocken Spring Water | -211.80 |
| 04/02/2025 | Check | 3674 | AANA | -895.00 |
| 04/03/2025 | Expense | | PNC Bank | -1,238.34 |
| 04/03/2025 | Expense | | PNC Bank | -92.89 |
| 04/04/2025 | Expense | | MDAdvantage Ins. Co. of NJ | -21,467.45 |
| 04/08/2025 | Check | 3678 | Daniels Sharpsmart, Inc | -940.92 |
| 04/08/2025 | Check | 3677 | Dayforce, Inc. | -374.40 |
| 04/08/2025 | Check | 3676 | RevSpring Inc. | -299.48 |
| 04/08/2025 | Check | 3679 | CNA | -371.89 |
| 04/09/2025 | Check | 3680 | SK Paper Shred | -122.61 |
| 04/11/2025 | Expense | | Clover APP | -87.38 |
| 04/11/2025 | Expense | | Valley National Bank | -436.47 |
| 04/14/2025 | Check | 3671 | J & J Health Care Systems, INC | -5,400.00 |
| 04/14/2025 | Credit Card Payment | | | -1,747.16 |
| 04/14/2025 | Expense | | GF Genesis Finance | -1,492.63 |
| 04/14/2025 | Credit Card Payment | | | -2,692.31 |
| 04/15/2025 | Expense | | Valley National Bank | -335.17 |
| 04/17/2025 | Expense | | leaf | -920.28 |
| 04/17/2025 | Expense | | Keystone Answering Service | -542.26 |
| 04/18/2025 | Expense | | MEDENT | -247.78 |
| 04/18/2025 | Expense | | Travelers CL Remittance Center | -1,073.70 |
| 04/22/2025 | Expense | | RevSpring Inc. | -287.38 |
| 04/22/2025 | Expense | | Dictation Source | -4,172.61 |
| 04/23/2025 | Expense | | McKesson Medical Surgical | -11,039.97 |
| 04/23/2025 | Expense | | Optimum | -69.18 |
| 04/29/2025 | Expense | | TNT Max | -1,565.80 |
| 04/29/2025 | Expense | | KDJ Total Solutions LLC | -239.91 |
| 04/29/2025 | Expense | | Pitney Bowes Global Financia… | -196.47 |
| **Total** | | | | **-80,461.19** |

Deposits and other credits cleared (130)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 64.53 |
| 04/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 119.48 |
| 04/01/2025 | Deposit | | HC Claim Payment | 70.11 |
| 04/01/2025 | Deposit | | United Healthcare | 144.38 |
| 04/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 59.11 |
| 04/02/2025 | Deposit | | Clover Health | 175.69 |
| 04/02/2025 | Deposit | | Healthier NJ | 63.51 |
| 04/02/2025 | Deposit | | Novitas Solutions, Inc. | 4,039.55 |
| 04/02/2025 | Deposit | | NJOI | 2,262.36 |
| 04/03/2025 | Deposit | | Horizon Blue Cross and Blue … | 64.53 |
| 04/03/2025 | Deposit | | NJ Am Better | 52.51 |
| 04/03/2025 | Deposit | | NJOI | 1,190.90 |
| 04/04/2025 | Deposit | | HC Claim Payment | 19.11 |
| 04/04/2025 | Deposit | | AARP | 507.30 |
| 04/04/2025 | Deposit | | NJOI | 5,694.93 |
| 04/04/2025 | Deposit | | Clover Health | 97.27 |
| 04/04/2025 | Deposit | | Horizon Blue Cross and Blue … | 373.59 |
| 04/04/2025 | Deposit | | Novitas Solutions, Inc. | 1,827.21 |
| 04/04/2025 | Deposit | | United Healthcare | 149.09 |
| 04/07/2025 | Deposit | | Horizon Blue Cross and Blue … | 225.44 |
| 04/07/2025 | Deposit | | NJOI | 1,260.78 |
| 04/07/2025 | Deposit | | NJOI | 60.00 |
| 04/07/2025 | Deposit | | NJOI | 4,194.22 |
| 04/07/2025 | Deposit | | Clover Health | 696.91 |
| 04/07/2025 | Deposit | | Horizon Blue Cross and Blue … | 300.87 |
| 04/08/2025 | Deposit | | Novitas Solutions, Inc. | 5,666.88 |
| 04/08/2025 | Deposit | | Horizon Blue Cross and Blue … | 143.70 |
| 04/08/2025 | Deposit | | Horizon Blue Cross and Blue … | 124.57 |
| 04/08/2025 | Deposit | | Horizon Blue Cross and Blue … | 252.21 |
| 04/08/2025 | Deposit | | HC Claim Payment | 93.11 |
| 04/08/2025 | Deposit | | Clover Health | 167.85 |
| 04/09/2025 | Deposit | | NJOI | 1,192.81 |
| 04/09/2025 | Deposit | | Healthier NJ | 39.11 |
| 04/09/2025 | Deposit | | Oxford Health Plans | 25.03 |
| 04/09/2025 | Deposit | | Horizon Blue Cross and Blue … | 277.49 |
| 04/10/2025 | Deposit | | Horizon Blue Cross and Blue … | 34.30 |
| 04/10/2025 | Deposit | | Healthier NJ | 76.26 |
| 04/10/2025 | Deposit | | Horizon Blue Cross and Blue … | 491.23 |
| 04/10/2025 | Deposit | | NJOI | 1,674.36 |
| 04/10/2025 | Deposit | | AARP | 198.88 |
| 04/10/2025 | Deposit | | Novitas Solutions, Inc. | 557.89 |
| 04/11/2025 | Deposit | | NJOI | 781.29 |
| 04/11/2025 | Deposit | | Clover Health | 119.01 |
| 04/11/2025 | Deposit | | Horizon Blue Cross and Blue … | 678.78 |
| 04/11/2025 | Deposit | | United Healthcare | 108.06 |
| 04/14/2025 | Deposit | | | 90.36 |
| 04/14/2025 | Deposit | | | 12,412.90 |
| 04/14/2025 | Deposit | | | 752.77 |
| 04/14/2025 | Deposit | | Horizon Blue Cross and Blue … | 533.05 |
| 04/14/2025 | Deposit | | Horizon Blue Cross and Blue … | 271.95 |
| 04/14/2025 | Deposit | | | 43.51 |
| 04/14/2025 | Deposit | | Optum | 45.32 |
| 04/14/2025 | Deposit | | AARP | 570.48 |
| 04/14/2025 | Deposit | | Clover Health | 2,057.90 |
| 04/14/2025 | Deposit | | UMR | 62.45 |
| 04/15/2025 | Deposit | | Horizon Blue Cross and Blue … | 182.50 |
| 04/15/2025 | Deposit | | Novitas Solutions, Inc. | 3,703.49 |
| 04/15/2025 | Deposit | | United Healthcare | 132.22 |
| 04/15/2025 | Deposit | | United Healthcare | 83.34 |
| 04/15/2025 | Deposit | | Horizon Blue Cross and Blue … | 163.95 |
| 04/15/2025 | Deposit | | Horizon Blue Cross and Blue … | 90.46 |
| 04/15/2025 | Deposit | | Horizon Blue Cross and Blue … | 62.20 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/16/2025 | Deposit | | Healthier NJ | 139.77 |
| 04/16/2025 | Deposit | | NJOI | 1,189.72 |
| 04/16/2025 | Deposit | | United Healthcare | 29.17 |
| 04/16/2025 | Deposit | | AARP | 180.47 |
| 04/17/2025 | Deposit | | Novitas Solutions, Inc. | 5,583.78 |
| 04/17/2025 | Deposit | | Oxford Health Plans | 296.49 |
| 04/17/2025 | Deposit | | Clover Health | 296.78 |
| 04/17/2025 | Deposit | | Horizon Blue Cross and Blue … | 145.37 |
| 04/17/2025 | Deposit | | Healthier NJ | 39.11 |
| 04/17/2025 | Deposit | | Horizon Blue Cross and Blue … | 396.76 |
| 04/17/2025 | Deposit | | NJOI | 1,207.54 |
| 04/18/2025 | Deposit | | Oxford Health Plans | 56.74 |
| 04/18/2025 | Deposit | | NJOI | 990.60 |
| 04/18/2025 | Deposit | | AARP | 564.69 |
| 04/18/2025 | Deposit | | Horizon Blue Cross and Blue … | 114.95 |
| 04/18/2025 | Deposit | | United Healthcare | 37.70 |
| 04/18/2025 | Deposit | | United Healthcare | 11.80 |
| 04/21/2025 | Deposit | | Merchant Deposit | 886.56 |
| 04/21/2025 | Deposit | | Horizon Blue Cross and Blue … | 242.62 |
| 04/21/2025 | Deposit | | Merchant Deposit | 926.32 |
| 04/21/2025 | Deposit | | AARP | 38.73 |
| 04/21/2025 | Deposit | | Merchant Deposit | 120.00 |
| 04/21/2025 | Deposit | | Novitas Solutions, Inc. | 995.16 |
| 04/22/2025 | Deposit | | HC Claim Payment | 32.62 |
| 04/22/2025 | Deposit | | Horizon Blue Cross and Blue … | 93.51 |
| 04/22/2025 | Deposit | | Horizon Blue Cross and Blue … | 310.16 |
| 04/22/2025 | Deposit | | United Healthcare | 70.63 |
| 04/22/2025 | Deposit | | HC Claim Payment | 119.45 |
| 04/22/2025 | Deposit | | Clover Health | 346.05 |
| 04/22/2025 | Deposit | | Horizon Blue Cross and Blue … | 107.60 |
| 04/22/2025 | Deposit | | Novitas Solutions, Inc. | 140.97 |
| 04/22/2025 | Deposit | | Horizon Blue Cross and Blue … | 131.39 |
| 04/23/2025 | Deposit | | NJOI | 3,354.32 |
| 04/23/2025 | Deposit | | Geha | 21.65 |
| 04/23/2025 | Deposit | | Oxford Health Plans | 20.75 |
| 04/24/2025 | Deposit | | Optum | 96.08 |
| 04/24/2025 | Deposit | | United Healthcare | 120.74 |
| 04/24/2025 | Deposit | | Horizon Blue Cross and Blue … | 334.08 |
| 04/24/2025 | Deposit | | Horizon Blue Cross and Blue … | 106.26 |
| 04/24/2025 | Deposit | | Clover Health | 495.44 |
| 04/24/2025 | Deposit | | | 19.11 |
| 04/24/2025 | Deposit | | Merchant Deposit | 2,264.86 |
| 04/24/2025 | Deposit | | Novitas Solutions, Inc. | 5,611.78 |
| 04/25/2025 | Deposit | | NJOI | 716.49 |
| 04/25/2025 | Deposit | | Novitas Solutions, Inc. | 431.34 |
| 04/25/2025 | Deposit | | AARP | 274.11 |
| 04/28/2025 | Deposit | | Clover Health | 299.01 |
| 04/28/2025 | Deposit | | AARP | 344.65 |
| 04/28/2025 | Deposit | | Clover Health | 538.86 |
| 04/28/2025 | Deposit | | Horizon Blue Cross and Blue … | 2.87 |
| 04/28/2025 | Deposit | | NJOI | 20.00 |
| 04/28/2025 | Deposit | | Novitas Solutions, Inc. | 613.41 |
| 04/28/2025 | Deposit | | NJOI | 601.52 |
| 04/28/2025 | Deposit | | United Healthcare | 132.32 |
| 04/28/2025 | Deposit | | NJOI | 1,040.13 |
| 04/29/2025 | Deposit | | Horizon Blue Cross and Blue … | 144.90 |
| 04/29/2025 | Deposit | | United Healthcare | 70.14 |
| 04/29/2025 | Deposit | | Horizon Blue Cross and Blue … | 294.00 |
| 04/29/2025 | Deposit | | United Healthcare | 58.76 |
| 04/29/2025 | Deposit | | Horizon Blue Cross and Blue … | 149.79 |
| 04/29/2025 | Deposit | | Clover Health | 358.90 |
| 04/29/2025 | Deposit | | Novitas Solutions, Inc. | 1,840.69 |
| 04/30/2025 | Deposit | | Horizon Blue Cross and Blue … | 43.51 |
| 04/30/2025 | Deposit | | NJOI | 1,547.83 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2025 | Deposit | | Novitas Solutions, Inc. | 134.14 |
| 04/30/2025 | Deposit | | Optum | 45.32 |
| 04/30/2025 | Deposit | | United Healthcare | 29.84 |
| 04/30/2025 | Deposit | | Oxford Health Plans | 59.36 |
| **Total** | | | | **95,755.22** |

**Additional Information**

Uncleared checks and payments as of 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/07/2024 | Check | | MDAdvantage Ins. Co. of NJ | -3,584.84 |
| 10/11/2024 | Check | 3449 | Harsh H. Patel, M.D. | -300.00 |
| 11/15/2024 | Check | 3510 | Chase Card Services | -281.49 |
| 11/22/2024 | Check | 3520 | Mountainside Hospital Medica… | -400.00 |
| 12/31/2024 | Check | 3588 | Waleska Claudio | -150.00 |
| 12/31/2024 | Check | 3583 | Department of Family Medicine | -150.00 |
| 03/13/2025 | Check | 3661 | McKesson Medical Surgical | -19,409.18 |
| **Total** | | | | **-24,275.51** |

Uncleared checks and payments after 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2025 | Expense | | Valley Brooke Cleaners | -104.50 |
| **Total** | | | | **-104.50** |

Uncleared deposits and other credits after 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2025 | Deposit | | Horizon Blue Cross and Blue … | 100.45 |
| 05/01/2025 | Deposit | | United Healthcare | 46.24 |
| 05/01/2025 | Deposit | | AARP | 35.74 |
| 05/01/2025 | Deposit | | Merchant Deposit | 604.83 |
| **Total** | | | | **787.26** |