

Good Evening, Fred Tate

# NJOI Operating **9931

Last Updated: May 13, 2025 5:26 PM

| $70,628.13 | $67,450.99 |
|---|---|
| ⓘ Available Balance | ⓘ Ledger Balance |

**Transactions** | Details & Settings

**Start Date**
04/01/2025

to

**End Date**
04/30/2025

**Description**

**Transaction Type**

**Min Amount**
$ 0.00

to

**Max Amount**
$ 0.00

**Starting Check #**

to

**Ending Check #**

| Date | Description | Amount ⓘ |
|---|---|---|

Help

| Date | Description | Amount |
|---|---|---|
| APR 14 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250414 447202026889 | $752.77 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250414 447202026889 | $90.36 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3694774*1310522223 *000013285\ | $2,057.90 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11233610650*136273 9571*000036273\ | $570.48 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075663125*1220999 690\ | $533.05 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028360549*1220999 690\ | $271.95 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 1999999100 UMR HCCLAIMPMT CF9072812357541508 7295582*1391995276 *0000UMR01\ | $62.45 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 1272337487 Optum HCCLAIMPMT 2901171639*1300029 448*0000LIFE1\ | $45.32 |
| APR 14 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 HCCLAIMPMT 0085115507*1220999 690\ | $43.51 |
| APR 11 2025 | CHECK - 3681 | ($2,692.31) |
| APR 11 2025 | CHECK - 3682 | ($1,747.16) |
| APR 11 2025 | ACH DEBIT CTX CMPY ID: A410216800 Deluxe Small Bus EDI/ACH 250410 17082001658682 | ($436.47) |
| APR 11 2025 | ACH DEBIT PPD CMPY ID: 1841128086 CLOVER APP CLOVER APP 250411 | ($87.38) |
| APR 11 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250411 447202026889 | $781.29 |

| Date | Description | Amount | |
|---|---|---|---|
| APR 11 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028351616*1220999 690\ | $678.78 | |
| APR 11 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3679374*1310522223 *000013285\ | $119.01 | |
| APR 11 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare HCCLAIMPMT T1042110*141128924 5*000087726\ | $108.06 | |
| APR 10 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250410 447202026889 | $1,674.36 | |
| APR 10 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898660180*12052961 37~ | $557.89 | |
| APR 10 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028342146*1220999 690\ | $491.23 | |
| APR 10 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11232385710*136273 9571*000036273\ | $198.88 | |
| APR 10 2025 | ACH CREDIT CCD CMPY ID: 2843673030 HEALTHIER NJ CL HEALTHIER TRN*1*0001334485*2 843673030\ | $76.26 | |
| APR 10 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075652318*1220999 690\ | $34.30 | |
| APR 9 2025 | CHECK - 3675 | ($2,429.52) | |
| APR 9 2025 | CHECK - 3672 | ($211.80) | |
| APR 9 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250409 447202026889 | $1,192.81 | |
| APR 9 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028333860*1220999 690\ | $277.49 | |
| APR 9 2025 | ACH CREDIT CCD CMPY ID: 2843673030 HEALTHIER NJ CL HEALTHIER TRN*1*0001332483*2 843673030\ | $39.11 | |

| Date | Description | Amount | |
|---|---|---|---|
| APR 9 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH IN HCCLAIMPMT 38153242*106111851 5*000006111\ | $25.03 | |
| APR 8 2025 | 🖃 CHECK - 3669 | ($280.51) | |
| APR 8 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898651664*12052961 37~ | $5,666.88 | |
| APR 8 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075640773*1220999 690\ | $252.21 | |
| APR 8 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3677081*1310522223 *000013285\ | $167.85 | |
| APR 8 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028318891*1220999 690\ | $143.70 | |
| APR 8 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028328062*1220999 690\ | $124.57 | |
| APR 8 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 HCCLAIMPMT 0075051644*1220999 690\ | $93.11 | |
| APR 7 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250407 447202026889 | $4,194.22 | |
| APR 7 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250407 447202026889 | $1,260.78 | |
| APR 7 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250407 447202026889 | $60.00 | |
| APR 7 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3674926*1310522223 *000013285\ | $696.91 | |
| APR 7 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028310891*1220999 690\ | $300.87 | |
| APR 7 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075635383*1220999 690\ | $225.44 | |

| Date | Description | Amount | |
|---|---|---|---|
| APR 4 2025 | ACH DEBIT CCD CMPY ID: 0000063576 MDADVANTAGE INSURANCE 250404 9575820 | ($21,467.45) | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250404 447202026889 | $5,694.93 | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11229346287*136273 9571*000036273\ | $507.30 | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare HCCLAIMPMT T0673546*141128924 5*000087726\ | $149.09 | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3669229*1310522223 *000013285\ | $97.27 | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898643451*12052961 37~ | $1,827.21 | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028302128*1220999 690\ | $373.59 | |
| APR 4 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 HCCLAIMPMT 0085102928*1220999 690\ | $19.11 | |
| APR 3 2025 | CHECK - 3666 | ($911.35) | |
| APR 3 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT BANKCD DISCOUNT 250403 447202026889 | ($1,238.34) | |
| APR 3 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT BANKCD FEE 250403 447202026889 | ($92.89) | |
| APR 3 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250403 447202026889 | $1,190.90 | |
| APR 3 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028292735*1220999 690\ | $64.53 | |
| APR 3 2025 | ACH CREDIT CCD CMPY ID: 6391864073 NJ AMBETTER CLAI HCCLAIMPMT 0923749732*1203174 593\ | $52.51 | |

| Date | Description | Amount |
|---|---|---|
| APR 2 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250402 447202026889 | $2,262.36 |
| APR 2 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898635512*12052961 37~ | $4,039.55 |
| APR 2 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3662884*1310522223 *000013285\ | $175.69 |
| APR 2 2025 | ACH CREDIT CCD CMPY ID: 2843673030 HEALTHIER NJ CL HEALTHIER TRN*1*0001323082*2 843673030\ | $63.51 |
| APR 1 2025 | CHECK - 3665 | ($122.61) |
| APR 1 2025 | ACH CREDIT CCD CMPY ID: 1411289245 UNITEDHEALTHCARE HCCLAIMPMT W318007693*1411289 245*000087726\ | $144.38 |
| APR 1 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075613258*1220999 690\ | $119.48 |
| APR 1 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 HCCLAIMPMT 0075044755*1220999 690\ | $70.11 |
| APR 1 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028279367*1220999 690\ | $64.53 |
| APR 1 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028269719*1220999 690\ | $59.11 |

**Page totals:** Credits: [54] **$40,843.99** | Debits: [12] **($31,717.79)**