# Commercial Business Checking

Account number: ▇▇▇▇5229 ■ April 1, 2025 - April 30, 2025 ■ Page 1 of 3



NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▇▇▇5229 | $1,972.92 | $31,437.28 | -$28,017.72 | $5,392.48 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/01 | 27.87 | Cigna Hcclaimpmt 032925 xxxxx3560 TRN*1*250329090005826*1591031071\ |
| | 04/01 | 119.99 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825086000021027*1066033492\ |
| | 04/01 | 363.68 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882508501027727*1066033492\ |
| | 04/02 | 78.29 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882508601052029*1066033492\ |
| | 04/02 | 375.00 | Deposit Made In A Branch/Store |
| | 04/04 | 157.86 | Dfec Treas 310 Misc Pay 040425 xxxxx1500 NEW Jersey Orthopaedic |
| | 04/04 | 7,662.16 | Desktop Check Deposit |
| | 04/07 | 279.02 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892509101025956*1066033492\ |
| | 04/07 | 490.44 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882509101019280*1066033492\ |
| | 04/09 | 33.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892509401094761*1066033492\ |
| | 04/09 | 78.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892509301094267*1066033492\ |
| | 04/09 | 148.96 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882509301053672*1066033492\ |
| | 04/09 | 185.00 | Deposit Made In A Branch/Store |
| | 04/11 | 222.15 | Dfec Treas 310 Misc Pay 041125 xxxxx1500 NEW Jersey Orthopaedic |
| | 04/11 | 533.28 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825098000032799*1066033492\ |
| | 04/11 | 5,702.00 | Desktop Check Deposit |
| | 04/14 | 439.00 | Deposit Made In A Branch/Store |
| | 04/15 | 51.96 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892509901052371*1066033492\ |
| | 04/15 | 204.93 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882509901039870*1066033492\ |
| | 04/16 | 42.64 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882510101086340*1066033492\ |
| | 04/16 | 99.09 | Cigna Hcclaimpmt 041225 xxxxx3560 TRN*1*250412090005865*1591031071\ |
| | 04/16 | 127.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825102000000486*1066033492\ |
| | 04/16 | 155.62 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882510001065765*1066033492\ |
| | 04/18 | 288.12 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882510401030222*1066033492\ |
| | 04/18 | 393.20 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825105000368719*1066033492\ |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ▆▆▆▆ 5229 ■ April 1, 2025 - April 30, 2025 ■ Page 2 of 3



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 04/21 | 7,118.42 | Desktop Check Deposit |
| | 04/22 | 3.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825107000194887*1066033492\ |
| | 04/23 | 33.00 | Cigna Hcclaimpmt 041925 xxxxx3560 TRN*1*250419090005349*1591031071\ |
| | 04/23 | 152.36 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882510801049367*1066033492\ |
| | 04/23 | 542.00 | Deposit Made In A Branch/Store |
| | 04/25 | 36.50 | Cigna Edge Trans Hcclaimpmt 600400737924 TRN*1*600400737924*1591031071~ |
| | 04/25 | 44.57 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882511101051046*1066033492\ |
| | 04/25 | 68.45 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825112000157005*1066033492\ |
| | 04/25 | 222.15 | Dfec Treas 310 Misc Pay 042525 xxxxx1500 NEW Jersey Orthopaedic |
| | 04/25 | 398.38 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825112000157014*1066033492\ |
| | 04/25 | 4,147.00 | Desktop Check Deposit |
| | 04/28 | 8.45 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892511201070570*1066033492\ |
| | 04/28 | 127.92 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882511201035281*1066033492\ |
| | 04/28 | 237.00 | Deposit Made In A Branch/Store |
| | 04/30 | 37.84 | 36 Treas 310 Misc Pay 043025 xxxxx0012 E*15*145493098\GE*1*102397298\Iea*1*102397264\ |
| | | **$31,437.28** | Total electronic deposits/bank credits |
| | | **$31,437.28** | Total credits |

## Debits

*Electronic debits/bank debits*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 04/07 | 11,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Rxgzdbv Commercial Basic Checking for Payroll 4.11.2025 |
| | 04/08 | 88.00 < | Business to Business ACH Debit - Fdms Fdms Pymt 250408 052-1368366-000 McInerney Orthopaedic |
| | 04/11 | 229.72 | Client Analysis Srvc Chrg 250410 Svc Chge 0325 000009817165229 |
| | 04/21 | 8,900.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0S4Bm3SI Commercial Basic Checking to 5179 |
| | 04/23 | 7,800.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0S55Zsc5 on 04/23/25 |
| | | **$28,017.72** | Total electronic debits/bank debits |
| | | **$28,017.72** | Total debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03/31 | 1,972.92 | 04/07 | 527.23 | 04/14 | 7,551.86 |
| 04/01 | 2,484.46 | 04/08 | 439.23 | 04/15 | 7,808.75 |
| 04/02 | 2,937.75 | 04/09 | 885.15 | 04/16 | 8,233.61 |
| 04/04 | 10,757.77 | 04/11 | 7,112.86 | 04/18 | 8,914.93 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary (continued)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/21 | 7,133.35 | 04/23 | 64.22 | 04/28 | 5,354.64 |
| 04/22 | 7,136.86 | 04/25 | 4,981.27 | 04/30 | 5,392.48 |

Average daily ledger balance    $5,624.18

---

Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.