**New Jersey Orthopaedic Institute LLC**

**Balance Sheet**

**As of April 30, 2025**

|  | **April 30, 2025** | |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Checking/Savings | | |
|   Cash in Bank - Wells PR - 5179 | 1,071.32 | |
|   Cash in Bank - Wells Fargo 5229 | 5,392.48 | |
|   Cash in Bank VNB - 9931 | 54,095.43 | |
|   Total Checking/Savings | | $ 60,559.23 |
| Accounts Receivable - Net | | $ 360,113.00 |
| Medical Supplies | | $ 75,000.00 |
| Total Current Assets | | $ 495,672.23 |
| **Fixed Assets** | | |
| Equipment | $ 24,555.16 | |
| Accum Deprec - Equip | $ (24,555.16) | |
| Equipment - Valley | $ 60,195.63 | |
| Accum Deprec - Equip Valley | $ (60,195.63) | |
| Leasehold Improvements | $ 338,239.89 | |
| Accum Amort - LI | $ (241,972.59) | |
| Total Fixed Assets | | $ 96,267.30 |
| **Other Assets:** | | |
| Escrow with Friar Levitt firm | | $ 875,000.00 |
| **TOTAL ASSETS** | | **$ 1,466,939.53** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable - Pre Petition | $ 2,698,237.94 | |
| Accounts Payable - Post Petition | $ - | |
| Credit card payable - Post Petition | $ 36,400.71 | |
| Other Current Liabilities | $ 2,204.73 | |
| 401 K Withheld/Pension | $ 12,439.18 | |
| Total Current Liabilities | | $ 2,749,282.56 |
| Intercompany - Due to Northlands | $ 3,956,143.08 | |
| Intercompany adjustment | $ (3,956,143.08) | $ - |
| Academy Orthopaedics LLC | | $ 7,782,152.73 |
| Total Liabilities | | $ 10,531,435.29 |
| **Equity** | | |
| Capital Account - AF | $ 5,111.28 | |
| Capital Account - AS | $ 5,111.29 | |
| Capital Account - CP | $ 5,111.30 | |
| Capital Account - CW | $ 5,111.29 | |
| Capital Account - JC | $ 5,111.30 | |
| Capital Account - VKM | $ (33,949.62) | $ (8,393.16) |
| Retained Earnings | | $ (2,803,829.54) |
| Liability Adjustment | | $ (7,782,152.73) |
| Accounts Receivable accrual adj | | $ (360,113.00) |
| Prior years adjustments | | $ (1,468,626.23) |
| Intercompany adjustment | | $ 3,956,143.08 |
| Net Income | | $ (597,524.18) |
| **Total Equity** | | $ (9,064,495.76) |
| **TOTAL LIABILITIES & EQUITY** | | **$ 1,466,939.53** |