**New Jersey Orthopaedic Institute, LLC**
**Summary of Cash Receipts and Disbursements**
**For the month - April 2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Cash Disbursements | Transfers | Intercompany | Closing Bal |
|---|---|---|---|---|---|---|---|
| Wells PR - 5179 - DIP | Opening cash balance | $ 38,386.72 | | | | | |
| Wells PR - 5179 - DIP | Cash Receipts | | | | | | |
| Wells PR - 5179 - DIP | Expenses | | | $ (165,015.40) | | | |
| Wells PR - 5179 - DIP | Transfers | | | | $ 27,700.00 | | |
| Wells PR - 5179 - DIP | Intercompany | | | | | $ 100,000.00 | $ 1,071.32 |
| Wells Fargo 5229 - DIP | Opening cash balance | $ 1,972.92 | | | | | |
| Wells Fargo 5229 - DIP | Cash Receipts | | $ 31,437.28 | | | | |
| Wells Fargo 5229 - DIP | Expenses | | | $ (317.72) | | | |
| Wells Fargo 5229 - DIP | Transfers | | | | $ (27,700.00) | | $ 5,392.48 |
| VNB - 9931- DIP | Opening cash balance | $ 39,735.53 | | | | | |
| VNB - 9931- DIP | Adj to opening balance | | | $ (4,866.33) | | | |
| VNB - 9931- DIP | Cash Receipts | | $ 95,755.22 | | | | |
| VNB - 9931- DIP | Expenses | | | $ (76,528.99) | | | $ 54,095.43 |
| **ENDING BALANCE** | | $ 80,095.17 | $ 127,192.50 | $ (246,728.44) | $ - | $ 100,000.00 | $ 60,559.23 |

|  |  |  |
|---|---|---|
| | $ 100,000.00 | Intercompany |
| | **$ 227,192.50** | |