**New Jersey Orthopaedic Institute, LLC**
**Insiders Compensation**
**April 2025**

| | | | |
|---|---|---|---|
| 04/11/25 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | 14,284.60 |
| 04/25/25 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | 14,284.60 |
| | | Total | **28,569.20** |
| | | | |
| April | Laurelle McInerney | Payroll - April 2025 | **2,350.40** |