**New Jersey Orthopaedic Institute LLC**
**Profit and Loss Statement**
**For the month of April 2025**

| | | |
|---|---:|---:|
| **Income** | | |
| Patient Fees | $ 127,192.50 | |
| **Total Income** | | $ 127,192.50 |
| Medical Expenses | | $ 20,058.19 |
| **Gross Profit** | | $ 107,134.31 |
| **Expense** | | |
| Automobile Expense | $ 1,492.63 | |
| Office Expense | $ 5,187.36 | |
| Telephone, Computer & Internet | $ 2,269.29 | |
| Licenses | $ 895.00 | |
| Health Insurance | $ 15,660.84 | |
| Malpractice and Other Insurance | $ 22,913.04 | |
| Administrative Salaries | $ 128,813.19 | |
| Salaries and Wages - Other | $ 30,243.47 | |
| Payroll Taxes | $ 8,786.43 | |
| Recruitment Expense | $ 1,226.61 | |
| Transcript Fee | $ 4,172.61 | |
| Interest Expense | $ 520.18 | |
| **Total Expense** | | $ 222,180.65 |
| **Net Income** | | $ (115,046.34) |