Northlands Orthopaedic Institute, LLC

**Cash - Wells Fargo (2324), Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/02/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 42,946.32 |
| Checks and payments cleared (2) | -100,000.00 |
| Deposits and other credits cleared (72) | 147,939.69 |
| Statement ending balance | 90,886.01 |
| | |
| Register balance as of 04/30/2025 | 90,886.01 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/09/2025 | Expense | | New Jersey Orthopaedic Instit… | -70,000.00 |
| 04/23/2025 | Expense | | New Jersey Orthopaedic Instit… | -30,000.00 |
| Total | | | | -100,000.00 |

Deposits and other credits cleared (72)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | | 112.00 |
| 04/01/2025 | Deposit | | | 86.40 |
| 04/01/2025 | Deposit | | Aetna | 386.36 |
| 04/01/2025 | Deposit | | | 365.00 |
| 04/01/2025 | Deposit | | | 95.37 |
| 04/02/2025 | Deposit | 999377898 | Northlands Orthopaedic Institute | 4,253.79 |
| 04/02/2025 | Deposit | | | 138.45 |
| 04/02/2025 | Deposit | | Aetna | 94.14 |
| 04/02/2025 | Deposit | | Aetna | 495.11 |
| 04/03/2025 | Deposit | | | 934.42 |
| 04/03/2025 | Deposit | | | 1,748.21 |
| 04/03/2025 | Deposit | | Aetna | 168.73 |
| 04/03/2025 | Deposit | | | 304.50 |
| 04/04/2025 | Deposit | | | 246.29 |
| 04/04/2025 | Deposit | | | 1,032.48 |
| 04/04/2025 | Deposit | | | 413.54 |
| 04/04/2025 | Deposit | | | 787.57 |
| 04/07/2025 | Deposit | | Aetna | 380.22 |
| 04/07/2025 | Deposit | | Aetna | 11,292.00 |
| 04/08/2025 | Deposit | | | 154.00 |
| 04/08/2025 | Deposit | | Aetna | 293.50 |
| 04/08/2025 | Deposit | | | 1,373.13 |
| 04/09/2025 | Deposit | 219998392 | Northlands Orthopaedic Institute | 6,399.13 |
| 04/09/2025 | Deposit | 219998381 | Northlands Orthopaedic Institute | 1,714.59 |
| 04/09/2025 | Deposit | | | 97.34 |
| 04/09/2025 | Deposit | | Aetna | 647.48 |
| 04/09/2025 | Deposit | | Aetna | 197.16 |
| 04/10/2025 | Deposit | | Horizon Blue Cross | 71.20 |
| 04/10/2025 | Deposit | | Horizon Blue Cross | 129.60 |
| 04/10/2025 | Deposit | | Aetna | 167.85 |
| 04/11/2025 | Deposit | | Aetna | 138.96 |
| 04/11/2025 | Deposit | | United Healthcare | 153.02 |
| 04/11/2025 | Deposit | | Aetna | 823.06 |
| 04/14/2025 | Deposit | 219998389 | Northlands Orthopaedic Institute | 6,746.35 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/14/2025 | Deposit | | Horizon Blue Cross | 108.15 |
| 04/15/2025 | Deposit | | Horizon Blue Cross | 249.48 |
| 04/15/2025 | Deposit | | Aetna | 263.28 |
| 04/15/2025 | Deposit | | Horizon Blue Cross | 796.98 |
| 04/15/2025 | Deposit | | Optum | 58.14 |
| 04/15/2025 | Deposit | | Horizon Blue Cross | 201.04 |
| 04/16/2025 | Deposit | | Optum | 128.12 |
| 04/16/2025 | Deposit | | Aetna | 248.58 |
| 04/16/2025 | Deposit | | United Healthcare | 107.15 |
| 04/18/2025 | Deposit | | United Healthcare | 27.88 |
| 04/18/2025 | Deposit | | Oxford Health | 18,530.50 |
| 04/18/2025 | Deposit | | Aetna | 251.84 |
| 04/21/2025 | Deposit | | Horizon Blue Cross | 265.30 |
| 04/21/2025 | Deposit | | Horizon Blue Cross | 14,704.29 |
| 04/21/2025 | Deposit | | Healthier NJ | 97.34 |
| 04/21/2025 | Deposit | | United Healthcare | 58.15 |
| 04/22/2025 | Deposit | | Horizon Blue Cross | 382.50 |
| 04/22/2025 | Deposit | | Horizon Blue Cross | 99.69 |
| 04/22/2025 | Deposit | | United Healthcare | 337.71 |
| 04/22/2025 | Deposit | | Healthier NJ | 102.24 |
| 04/22/2025 | Deposit | | Horizon Blue Cross | 256.00 |
| 04/22/2025 | Deposit | | Horizon Blue Cross | 135.18 |
| 04/23/2025 | Deposit | 219998377 | Northlands Orthopaedic Institute | 21,320.27 |
| 04/23/2025 | Deposit | | Aetna | 126.74 |
| 04/24/2025 | Deposit | | Horizon Blue Cross | 2.10 |
| 04/25/2025 | Deposit | | Aetna | 554.44 |
| 04/25/2025 | Deposit | | Healthier NJ | 128.32 |
| 04/28/2025 | Deposit | | United Healthcare | 88.87 |
| 04/28/2025 | Deposit | 219998386 | Northlands Orthopaedic Institute | 44,456.58 |
| 04/29/2025 | Deposit | | Aetna | 77.74 |
| 04/29/2025 | Deposit | | United Healthcare | 224.05 |
| 04/29/2025 | Deposit | | Clover Health | 144.19 |
| 04/29/2025 | Deposit | | Horizon Blue Cross | 202.30 |
| 04/29/2025 | Deposit | | Horizon Blue Cross | 151.76 |
| 04/29/2025 | Deposit | | United Healthcare | 128.15 |
| 04/30/2025 | Deposit | | Wells-Fargo | 0.33 |
| 04/30/2025 | Deposit | | Horizon Blue Cross | 249.48 |
| 04/30/2025 | Deposit | | Clover Health | 233.88 |
| Total | | | | 147,939.69 |