**Northlands Orthopaedic Institute LLC**
**Accounts Receivable Aging**
**April 30, 2025**

| Facility | Facility Name | As Of 04/29/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 2 | ELITE SURGICAL CENTER, LLC | Current | $30,318.00 | $0.00 | $0.00 | $30,318.00 | 1.84% |
| 2 | ELITE SURGICAL CENTER, LLC | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 90 to 119 | $58,641.98 | $0.00 | $0.00 | $58,641.98 | 3.55% |
| 2 | ELITE SURGICAL CENTER, LLC | 120 to 179 | $687,281.86 | $0.00 | $0.00 | $687,281.86 | 41.62% |
| 2 | ELITE SURGICAL CENTER, LLC | 180 to 365 (6 Mos) | $434,443.88 | $9,250.00 | $0.00 | $425,193.88 | 25.75% |
| 2 | ELITE SURGICAL CENTER, LLC | OVER 365 (1 Yr) | $581,017.40 | $130,942.32 | $0.00 | $450,075.08 | 27.25% |
| 2 | **ELITE SURGICAL CENTER, LLC** | **Total** | **$1,791,703.12** | **$140,192.32** | **$0.00** | **$1,651,510.80** | **100.00%** |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | Current | $70,955.00 | $0.00 | $0.00 | $70,955.00 | 16.52% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 60 to 89 | $416.23 | $0.00 | $0.00 | $416.23 | 0.10% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 120 to 179 | $44,122.59 | $0.00 | $0.00 | $44,122.59 | 10.27% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 180 to 365 (6 Mos) | $153,673.30 | $0.00 | $0.00 | $153,673.30 | 35.78% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | OVER 365 (1 Yr) | $160,350.51 | $0.00 | $0.00 | $160,350.51 | 37.33% |
| 3 | **ST. JOSEPH'S HOSPITAL   MEDICA** | **Total** | **$429,517.63** | **$0.00** | **$0.00** | **$429,517.63** | **100.00%** |
| 7 | WAYNE SURGICAL CENTER | Current | $45,036.00 | $0.00 | $0.00 | $45,036.00 | 18.94% |
| 7 | WAYNE SURGICAL CENTER | 30 to 59 | $46,490.00 | $0.00 | $0.00 | $46,490.00 | 19.55% |
| 7 | WAYNE SURGICAL CENTER | 60 to 89 | $2.54 | $0.00 | $0.00 | $2.54 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 90 to 119 | $1,037.20 | $0.00 | $0.00 | $1,037.20 | 0.44% |
| 7 | WAYNE SURGICAL CENTER | 120 to 179 | $40,347.14 | $0.00 | $0.00 | $40,347.14 | 16.96% |
| 7 | WAYNE SURGICAL CENTER | 180 to 365 (6 Mos) | $104,931.15 | $0.00 | $0.00 | $104,931.15 | 44.12% |
| 7 | WAYNE SURGICAL CENTER | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | **WAYNE SURGICAL CENTER** | **Total** | **$237,844.03** | **$0.00** | **$0.00** | **$237,844.03** | **100.00%** |
| 17 | EMMAUS SURGICAL CENTER | Current | $221,039.00 | $0.00 | $0.00 | $221,039.00 | 15.71% |
| 17 | EMMAUS SURGICAL CENTER | 30 to 59 | $391,812.00 | $0.00 | $0.00 | $391,812.00 | 27.84% |
| 17 | EMMAUS SURGICAL CENTER | 60 to 89 | $345,716.60 | $0.00 | $0.00 | $345,716.60 | 24.57% |

**Northlands Orthopaedic Institute LLC**
**Accounts Receivable Aging**
**April 30, 2025**

| Facility | Facility Name | As Of 04/29/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 17 | EMMAUS SURGICAL CENTER | 90 to 119 | $555.29 | $0.00 | $0.00 | $555.29 | 0.04% |
| 17 | EMMAUS SURGICAL CENTER | 120 to 179 | $446,193.06 | $0.00 | $0.00 | $446,193.06 | 31.71% |
| 17 | EMMAUS SURGICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | OVER 365 (1 Yr) | $1,885.99 | $0.00 | $0.00 | $1,885.99 | 0.13% |
| **17** | **EMMAUS SURGICAL CENTER** | **Total** | **$1,407,201.94** | **$0.00** | **$0.00** | **$1,407,201.94** | **100.00%** |
| 18 | MILLENNIUM HEALTHCARE | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 90 to 119 | $34,871.08 | $0.00 | $0.00 | $34,871.08 | 15.21% |
| 18 | MILLENNIUM HEALTHCARE | 120 to 179 | $19,187.89 | $0.00 | $0.00 | $19,187.89 | 8.37% |
| 18 | MILLENNIUM HEALTHCARE | 180 to 365 (6 Mos) | $128,443.11 | $17,040.74 | $0.00 | $111,402.37 | 48.58% |
| 18 | MILLENNIUM HEALTHCARE | OVER 365 (1 Yr) | $174,817.68 | $110,957.12 | $0.00 | $63,860.56 | 27.85% |
| **18** | **MILLENNIUM HEALTHCARE** | **Total** | **$357,319.76** | **$127,997.86** | **$0.00** | **$229,321.90** | **100.00%** |
| 19 | ROCKLAND   BERGEN SURGERY CENT | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 120 to 179 | $67,528.80 | $0.00 | $0.00 | $67,528.80 | 13.36% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 180 to 365 (6 Mos) | $191,298.29 | $0.00 | $0.00 | $191,298.29 | 37.84% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | OVER 365 (1 Yr) | $269,912.99 | $23,255.93 | $0.00 | $246,657.06 | 48.80% |
| **19** | **ROCKLAND   BERGEN SURGERY CENT** | **Total** | **$528,740.08** | **$23,255.93** | **$0.00** | **$505,484.15** | **100.00%** |
| 22 | TEAMMD SURGERY CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 120 to 179 | $8,753.07 | $0.00 | $0.00 | $8,753.07 | 12.96% |
| 22 | TEAMMD SURGERY CENTER | 180 to 365 (6 Mos) | $10,209.74 | $0.00 | $0.00 | $10,209.74 | 15.11% |

**Northlands Orthopaedic Institute LLC**
**Accounts Receivable Aging**
**April 30, 2025**

| Facility | Facility Name | As Of 04/29/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 22 | TEAMMD SURGERY CENTER | OVER 365 (1 Yr) | $66,452.68 | $17,851.26 | $0.00 | $48,601.42 | 71.93% |
| **22** | **TEAMMD SURGERY CENTER** | **Total** | **$85,415.49** | **$17,851.26** | **$0.00** | **$67,564.23** | **100.00%** |
| | | | | | | | |
| 51 | Office | Current | $72,899.16 | $0.00 | $0.00 | $72,899.16 | 4.40% |
| 51 | Office | 30 to 59 | $147,499.86 | $0.00 | $40.00 | $147,459.86 | 8.91% |
| 51 | Office | 60 to 89 | $107,639.53 | $0.00 | $67.96 | $107,571.57 | 6.50% |
| 51 | Office | 90 to 119 | $116,585.38 | $0.00 | $25.25 | $116,560.13 | 7.04% |
| 51 | Office | 120 to 179 | $382,671.27 | $0.00 | $781.32 | $381,889.95 | 23.07% |
| 51 | Office | 180 to 365 (6 Mos) | $464,982.36 | $19,745.18 | $7,119.69 | $438,117.49 | 26.47% |
| 51 | Office | OVER 365 (1 Yr) | $500,467.28 | $75,194.80 | $34,733.15 | $390,539.33 | 23.60% |
| **51** | **Office** | **Total** | **$1,792,744.84** | **$94,939.98** | **$42,767.37** | **$1,655,037.49** | **100.00%** |
| | | | | | | | |
| All | | Current | $440,247.16 | $0.00 | $0.00 | $440,247.16 | 7.12% |
| All | | 30 to 59 | $585,801.86 | $0.00 | $40.00 | $585,761.86 | 9.47% |
| All | | 60 to 89 | $453,774.90 | $0.00 | $67.96 | $453,706.94 | 7.34% |
| All | | 90 to 119 | $211,690.93 | $0.00 | $25.25 | $211,665.68 | 3.42% |
| All | | 120 to 179 | $1,696,085.68 | $0.00 | $781.32 | $1,695,304.36 | 27.42% |
| All | | 180 to 365 (6 Mos) | $1,487,981.83 | $46,035.92 | $7,119.69 | $1,434,826.22 | 23.20% |
| All | | OVER 365 (1 Yr) | $1,754,904.53 | $358,201.43 | $34,733.15 | $1,361,969.95 | 22.03% |
| **All** | | **Total** | **$6,630,486.89** | **$404,237.35** | **$42,767.37** | **$6,183,482.17** | **100.00%** |

| | | |
|---|---|---|
| | Less: over 89 | $4,703,766.21 |
| | Net | **$1,479,715.96** |
| | Collectable 30% | $443,914.79 |