# Northlands Orthopaedic Institute LLC
## Balance Sheet
## April 30, 2025

### ASSETS

**Current Assets**

| | | | |
|---|---|---|---|
| Cash - Wells Fargo | | $ | 90,886.01 |
| Total Checking/Savings | | $ | 90,886.01 |
| Accounts Receivable - Net | | $ | 443,914.79 |
| Total Current Assets | | $ | 534,800.80 |

**Other Assets:**

| | | | |
|---|---|---|---|
| Due from NJOI | $ 3,956,143.08 | | |
| Intercompany adjustment | $ (3,956,143.08) | $ | - |
| Cash - Bank - Trustee's Account | | $ | 577,494.89 |
| Cash - Frier & Levitt Trust A/C | | $ | 875,000.00 |
| **TOTAL ASSETS** | | **$** | **1,987,295.69** |

### LIABILITIES & EQUITY

**Liabilities**

**Current Liabilities**

| | | | |
|---|---|---|---|
| Academy Orthopaedics LLC | | $ | 7,782,152.73 |
| Total Current Liabilities | | $ | 7,782,152.73 |

**Equity**

| | | | |
|---|---|---|---|
| Capital Account - AF | $ | 688,242.21 | |
| Capital Account - AS | $ | 755,577.04 | |
| Capital Account - CP | $ | 860,181.19 | |
| Capital Account - CW | $ | 617,899.54 | |
| Capital Account - JC | $ | 627,787.04 | $ 3,549,687.02 |
| VKM - Drawing | $ | (170,000.00) | |
| Capital Account - VKM - Other | $ | 270,787.06 | $ 100,787.06 |
| Retained Earnings | | | $ 2,271,246.20 |
| Net Income | | | $ 348,315.53 |
| Liability Adjustment | | | $ (7,782,152.73) |
| Accounts Receivable accrual adj | | | $ (443,914.79) |
| Intercompany adjustment | | | $ (3,956,143.08) |
| Prior years adjustments | | | $ 117,317.75 |
| Total Equity | | | $ (5,794,857.04) |
| **TOTAL LIABILITIES & EQUITY** | | | **$ 1,987,295.69** |