**Northlands Orthopaedic Institute LLC**
**Summary of Cash Receipts and Disbursements**
**For the Month of April 2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Disbursements | Closing Balance |
|---|---|---|---|---|---|
| Wells Fargo - DIP Account - 2324 | Opening cash balance | $ 42,946.32 | | | |
| Wells Fargo - DIP Account - 2324 | Cash Receipts | | $ 147,939.69 | | |
| Wells Fargo - DIP Account - 2324 | Intercompany | | | $ (100,000.00) | $ 90,886.01 |
| Trustee's Account | Balance | $ 577,494.89 | | $ - | $ 577,494.89 |
| Cash - Frier & Levitt Trust A/C | Balance | $ 1,750,000.00 | | | $ 1,750,000.00 |
| **ENDING BALANCE** | | $ 2,370,441.21 | $ 147,939.69 | $ (100,000.00) | $ 2,418,380.90 |