# Northlands Orthopaedic Institute, LLC
## Profit and Loss
### April 2025

|  | Total |
|---|---:|
| **Income** | |
|   Fee for Service Income | 147,939.36 |
|   Nonmedical Income | |
|     Interest Income | 0.33 |
|   **Total Nonmedical Income** | **$ 0.33** |
| **Total Income** | **$ 147,939.69** |
| **Expenses** | |
| **Total Expenses** | |
| **Net Operating Income** | **$ 147,939.69** |
| **Net Income** | **$ 147,939.69** |