UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MEYNER AND LANDIS LLP
Angela Nascondiglio Stein, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3432
astein@meyner.com
Attorneys for Creditor
Michael Shindle

| | |
|---|---|
| In Re:<br><br>New Jersey Orthopaedic Institute LLC,<br><br>Chapter 11 Debtor. | Case No.:  25-11370-JKS<br><br>Chapter:  11<br><br>Judge:  Sherrwood |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___MICHAEL SHINDLE___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  MEYNER AND LANDIS LLP
Angela Nascondiglio Stein, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
astein@meyner.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 5/28/2025

/s/Angela Nascondiglio Stein
Signature

*new.8/1/15*