UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Carl J. Soranno, Esq.**
**BRACH EICHLER, L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
Tel No.: (973) 403-3139
Fax No.: (973) 618-5539
E-mail:  csoranno@bracheichler.com
*Attorneys for Creditors, Anthony Festa, M.D., Anthony Scillia, M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Pierce, M.D. and Academy Orthopaedics, LLC*

| | |
|---|---|
| **IN RE:** **NEW JERSEY ORTHOPAEDIC INSTITUTE LLC**  Debtor, | Case No.:    25-11370(JKS) Chapter 11 Hon. John K. Sherwood, U.S.B.J. |
| **IN RE:** **NORTHLANDS ORTHOPAEDIC INSTITUTE LLC**  Debtor, | Case No.:    25-11372(JKS) Chapter 11 **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' APPLICATION TO RETAIN FRIER LEVITT AS SPECIAL COUNSEL.**

**PLEASE TAKE NOTICE** that Creditors / Adversary Proceeding Defendants, Creditors, Anthony Festa, M.D., Anthony Scillia, M.D., Craig Wright, M.D., John Callaghan, M.D., Casey Pierce, M.D. (the "Individual Objectors") and Academy Orthopaedics, LLC ("Academy") hereby withdrawl their objection to Debtors' Application to retain Frier Levitt as its Special Counsel pursuant to 11 U.S.C. § 327(e) *[ECF # 56]*

- 2 -

Dated:  May 30, 2025
        Roseland, New Jersey

                                            BY:  /s/ Carl J. Soranno, Esq.
                                                 Carl J. Soranno, Esq.

BE.16264288.1/ACA028-281497