# EXHIBIT A

## LIQUIDATION ANALYSIS

4860-3756-3138

**New Jersey Orthopaedic Institute LLC**
**Northlands Orthopaedic Institute LLC**
**Liquidation Analysis report**
**As of May 27, 2025**

|  | Total |  | Value % | Value $ |
|---|---:|---:|---:|---:|
| **ASSETS** |  |  |  |  |
| **Current Assets** |  |  |  |  |
| **Bank Accounts** |  |  |  |  |
| Cash in Bank - Wells PR - 5179 NJOI |  | 5,000.00 | 100% | 5,000 |
| Cash in Bank - Wells Fargo 5229 NJOI |  | 500.00 | 100% | 500 |
| Cash in Bank VNB - 9931 - NJOI |  | 500.00 | 100% | 500 |
| Cash - Wells Fargo (2324) - NOI |  | 2,500.00 | 100% | 2,500 |
| **Total Bank Accounts** | $ | 8,500.00 |  | 8,500 |
| Cash - Bank - Trustee's Account |  | 577,494.89 | 100% | 577,495 |
| Cash - Frier & Levitt Trust A/C |  | 1,750,000.00 | 100% | 1,750,000 |
| Accounts Receivable - NJOI | 1,979,343.00 |  |  |  |
| Less: over 90 days | -1,259,117.00 | 720,226.00 | 50% | 360,113 |
| Accounts Receivable - NOI | 6,183,482.00 |  |  |  |
| Less: over 90 days | -4,703,766.00 | 1,479,716.00 | 30% | 443,915 |
| Accounts Receivable - NOI - NET |  |  |  |  |
| **Total** | $ | 2,208,442.00 |  | 3,140,023 |
| **Fixed Assets** |  |  |  |  |
| Equipment |  | 24,555.16 | 0% | - |
| Accum Deprec - Equip |  | -24,555.16 | 0% | - |
| Equipment - Valley |  | 60,195.63 | 0% | - |
| Accum Deprec - Equip Valley |  | -60,195.63 | 0% | - |
| Leasehold Improvements |  | 338,239.89 | 0% | - |
| Accum Amort - LI |  | -241,972.59 | 0% | - |
| **TOTAL ASSET Value - Net** | $ | 96,267.30 |  | 3,140,023 |
| **Liabilities** |  |  |  |  |
| Valley Bank Visa |  | 36,400.71 | 100% | **-36,401** |
| 401 K Withheld/Pension |  | 15,181.39 | 100% | **-15,181** |
| PreTax Medical & Dental |  | 2,033.57 | 100% | **-2,034** |
| Professional Fees |  | 590,000.00 | 100% | **-590,000** |
| Secured Claim |  | 2,434,565.41 | 100% | **-2,434,565** |
| Unecured Part of secured claim |  | 5,373,822.31 | 100% | **-5,373,822** |
| Prepetition Priority Debt |  |  |  | **-98,050** |
| Unsecured Creditors |  |  |  | **-2,603,075** |
| **TOTAL LIABILITIES** |  |  |  | **-11,153,128** |
|  |  |  |  |  |
| **Net Deficiency** |  |  |  | **-8,013,106** |