| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>             turner.falk@saul.com <br> <br> *Counsel to the Debtors and Debtors in Possession* | |
| In re: <br> <br> NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, <br> <br> Debtors.[1] | Chapter 11 <br> <br> Case No. 25-11370 (JKS) <br> <br> (Jointly Administered) |

### ORDER GRANTING DEBTORS' MOTION FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT, COMBINED HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND RELATED RELIEF

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55670570.2

Page 2

| | |
|---|---|
| Debtors: | New Jersey Orthopaedic Institute LLC, *et al.* |
| Case No: | 25-11370 (JKS) |
| Caption of Order: | ORDER GRANTING DEBTORS' MOTION FOR CONDITIONAL APPROVAL OF THE DISCLOSURE STATEMENT, COMBINED HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND RELATED RELIEF |

---

AND NOW, upon consideration of the Debtors' Motion (the "Motion")[2] pursuant to sections 105, 1121, 1125, 1126 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rules 3014, 3016, 3017, 3017.1, 3018, 9006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rules 3016-1 and 3018-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey (the "Local Rules") to conditionally approve the Disclosure Statement dated June 4, 2025 for solicitation, set a date for a combined hearing on final approval of the Disclosure Statement and confirmation of the Plan and related relief, and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby **ORDERED**:

1. The Disclosure Statement dated June 4, 2025 is conditionally approved.

2. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

3. July 8, 2025 is fixed as the last day for filing and serving written objections to final approval of the Disclosure Statement and confirmation of the Plan.

4. July 8, 2025 is fixed as the last day for creditors to make the election pursuant to 11 U.S.C. §1111(b).

5. July 8, 2025 is fixed as the last day for filing written acceptances or rejections of

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

55670570.2

Page 3

| | |
|---|---|
| Debtors: | New Jersey Orthopaedic Institute LLC, *et al.* |
| Case No: | 25-11370 (JKS) |
| Caption of Order: | ORDER GRANTING DEBTORS' MOTION FOR CONDITIONAL APPROVAL OF THE DISCLOSURE STATEMENT, COMBINED HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND RELATED RELIEF |

---

the Plan under D.N.J. LBR 3018-1.

6. The Debtors shall file a report of plan voting on or before July 11, 2025.

7. A hearing shall be held on July 15, 2025 at 10:00 a.m. for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable John K. Sherwood, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102, in Courtroom 3D.

55670570.2