UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Counsel to the Debtors and Debtors in Possession



Order Filed on June 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.,

Debtors.

Case No.: 25-11370 (JKS)

Chapter: Chapter 11

Judge: John K. Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: June 4, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __the Debtors__ for a reduction of time for a hearing on __the Motion to Approve the Debtors' Disclosure Statement__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __June 11, 2025__ at __10:00 A.M.__ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. __3D__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __(i) the Office of the United States Trustee for the District of New Jersey; (ii) all creditors and their counsel, if known__

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __all other parties having filed a notice of appearance in the instant case__

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __2__ day(s) prior to the scheduled hearing; or

   ❏ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

   ❏ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ Movant's Counsel and any individual/party opposing the motion must appear at the hearing either in-person or via Court Solutions by registering for the hearing on Court Solutions.

10. ☒ Other individuals/parties/counsel may attend the hearing in-person or via Court Solutions by registering for the hearing on Court Solutions.

*rev.5/19/2025*