## EXHIBIT A

### LIQUIDATION ANALYSIS

**New Jersey Orthopaedic Institute LLC**
**Northlands Orthopaedic Institute LLC**
**Liquidation Analysis report**
**As of May 27, 2025**

| | Total | Value % | Value $ |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| Cash in Bank - Wells  PR - 5179 NJOI | 5,000.00 | 100% | 5,000 |
| Cash in Bank - Wells Fargo 5229 NJOI | 500.00 | 100% | 500 |
| Cash in Bank VNB - 9931 - NJOI | 500.00 | 100% | 500 |
| Cash - Wells Fargo (2324) - NOI | 2,500.00 | 100% | 2,500 |
| **Total Bank Accounts** | $ 8,500.00 | | 8,500 |
| Cash - Bank - Trustee's Account | 577,494.89 | 100% | 577,495 |
| Cash - Frier & Levitt Trust A/C | 1,750,000.00 | 100% | 1,750,000 |
| Accounts Receivable - NJOI | 1,979,343.00 | | |
| Less: over 90 days | -1,259,117.00    720,226.00 | 50% | 360,113 |
| Accounts Receivable - NOI | 6,183,482.00 | | |
| Less: over 90 days | -4,703,766.00    1,479,716.00 | 30% | 443,915 |
| Accounts Receivable - NOI - NET | | | |
| **Total** | $ 2,208,442.00 | | 3,140,023 |
| **Fixed Assets** | | | |
| Equipment | 24,555.16 | 0% | - |
| Accum Deprec - Equip | -24,555.16 | 0% | - |
| Equipment - Valley | 60,195.63 | 0% | - |
| Accum Deprec - Equip Valley | -60,195.63 | 0% | - |
| Leasehold Improvements | 338,239.89 | 0% | - |
| Accum Amort - LI | -241,972.59 | 0% | - |
| **TOTAL ASSET Value - Net** | $ 96,267.30 | | 3,140,023 |
| **Liabilities** | | | |
| Valley Bank Visa | 36,400.71 | 100% | **-36,401** |
| 401 K  Withheld/Pension | 15,181.39 | 100% | **-15,181** |
| PreTax Medical & Dental | 2,033.57 | 100% | **-2,034** |
| Professional Fees | 590,000.00 | 100% | **-590,000** |
| Secured Claim | 2,434,565.41 | 100% | **-2,434,565** |
| Unecured Part of secured claim | 5,373,822.31 | 100% | **-5,373,822** |
| Prepetition Priority Debt | | | **-98,050** |
| Unsecured Creditors | | | **-2,603,075** |
| **TOTAL LIABILITIES** | | | **-11,153,128** |
| | | | |
| **Net Deficiency** | | | **-8,013,106** |