# Northlands Orthopaedic Institute LLC
## Balance Sheet
### As of May 31, 2025

**ASSETS**

**Current Assets**

| | | |
|---|---:|---:|
| Cash - Wells Fargo | | $ 25,368.22 |
| Total Checking/Savings | | $ 25,368.22 |
| Accounts Receivable - Net | | $ 501,203.09 |
| Total Current Assets | | $ 526,571.31 |
| **Other Assets:** | | |
| Due from NJOI | $ 4,062,143.08 | |
| Intercompany adjustment | $ (4,062,143.08) | $ - |
| Cash - Bank - Trustee's Account | | $ 577,494.89 |
| Cash - Frier & Levitt Trust A/C | | $ 875,000.00 |
| **TOTAL ASSETS** | | **$ 1,979,066.20** |

**LIABILITIES & EQUITY**

**Liabilities**

**Current Liabilities**

| | | |
|---|---:|---:|
| Academy Orthopaedics LLC | | $ 7,782,152.73 |
| Total Current Liabilities | | $ 7,782,152.73 |
| **Equity** | | |
| Capital Account - AF | $ 688,242.21 | |
| Capital Account - AS | $ 755,577.04 | |
| Capital Account - CP | $ 860,181.19 | |
| Capital Account - CW | $ 617,899.54 | |
| Capital Account - JC | $ 627,787.04 | $ 3,549,687.02 |
| VKM - Drawing | $ (170,000.00) | |
| Capital Account - VKM - Other | $ 270,787.06 | $ 100,787.06 |
| Retained Earnings | | $ 2,271,246.20 |
| Net Income | | $ 521,286.03 |
| Liability Adjustment | | $ (7,782,152.73) |
| Accounts Receivable accrual adj | | $ (501,203.09) |
| Intercompany adjustment | | $ (4,062,143.08) |
| Prior years adjustments | | $ 99,406.06 |
| Total Equity | | $ (5,803,086.53) |
| **TOTAL LIABILITIES & EQUITY** | | **$ 1,979,066.20** |