**Northlands Orthopaedic Institute LLC**
**Summary of Cash Receipts and Disbursements**
**For the Month of May 2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Disbursements | Intercompany | Closing Balance |
|---|---|---|---|---|---|---|
| Wells Fargo - DIP Account - 2324 | Opening cash balance | $ 90,886.01 | | | | |
| Wells Fargo - DIP Account - 2324 | Cash Receipts | | $ 40,482.21 | | | |
| Wells Fargo - DIP Account - 2324 | Disbursements | | | $ - | | |
| Wells Fargo - DIP Account - 2324 | Intercompany | | | | $ (106,000.00) | $ 25,368.22 |
| Trustee's Account | Balance | $ 577,494.89 | | | $ - | $ 577,494.89 |
| Cash - Frier & Levitt Trust A/C | Balance | $ 1,750,000.00 | | | | $1,750,000.00 |
| **ENDING BALANCE** | | $ 2,418,380.90 | $ 40,482.21 | $ - | $ (106,000.00) | $ 2,352,863.11 |