# Northlands Orthopaedic Institute, LLC
## Profit  Loss
### May 2025

| | Total |
|---|---|
| **Income** | |
| Fee for Service Income | 40,481.94 |
| Interest Income | 0.27 |
| **Total Income** | **$ 40,482.21** |
| **Expenses** | |
| **Total Expenses** | |
| **Net Operating Income** | **$ 40,482.21** |
| **Net Income** | **$ 40,482.21** |