## Northlands Orthopaedic Institute, LLC

### Cash - Wells Fargo (2324), Period Ending 05/31/2025

### RECONCILIATION REPORT

Reconciled on: 06/05/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---:|
| Statement beginning balance | 90,886.01 |
| Checks and payments cleared (2) | -106,000.00 |
| Deposits and other credits cleared (44) | 40,482.21 |
| Statement ending balance | 25,368.22 |
| | |
| Register balance as of 05/31/2025 | 25,368.22 |
| Cleared transactions after 05/31/2025 | 0.00 |
| Uncleared transactions after 05/31/2025 | -24,618.97 |
| Register balance as of 06/05/2025 | 749.25 |

### Details

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/08/2025 | Expense | | New Jersey Orthop… | -90,000.00 |
| 05/21/2025 | Expense | | New Jersey Orthop… | -16,000.00 |
| Total | | | | -106,000.00 |

Deposits and other credits cleared (44)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/01/2025 | Deposit | | Horizon Blue Cross | 1,118.22 |
| 05/01/2025 | Deposit | | Horizon Blue Cross | 143.76 |
| 05/01/2025 | Deposit | | United Healthcare | 107.15 |
| 05/02/2025 | Deposit | | Horizon Blue Cross | 123.48 |
| 05/02/2025 | Deposit | | United Healthcare | 58.15 |
| 05/02/2025 | Deposit | | Aetna | 1,679.98 |
| 05/05/2025 | Deposit | 999827771 | Northlands Orthop… | 6,212.72 |
| 05/05/2025 | Deposit | | Aetna | 54.84 |
| 05/06/2025 | Deposit | | Horizon Blue Cross | 558.20 |
| 05/06/2025 | Deposit | | | 165.57 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/06/2025 | Deposit | | Horizon Blue Cross | 523.60 |
| 05/06/2025 | Deposit | | Aetna | 246.91 |
| 05/06/2025 | Deposit | | United Healthcare | 93.51 |
| 05/07/2025 | Deposit | | Optum | 112.82 |
| 05/08/2025 | Deposit | | Horizon Blue Cross | 49.92 |
| 05/09/2025 | Deposit | | Aetna | 252.00 |
| 05/12/2025 | Deposit | | Horizon Blue Cross | 65.45 |
| 05/12/2025 | Deposit | | Aetna | 395.20 |
| 05/14/2025 | Deposit | | United Healthcare | 58.15 |
| 05/14/2025 | Deposit | | Aetna | 292.00 |
| 05/15/2025 | Deposit | 216875730 | Northlands Orthop… | 356.00 |
| 05/16/2025 | Deposit | | Horizon Blue Cross | 1,598.11 |
| 05/19/2025 | Deposit | | HC Claim Payment | 572.15 |
| 05/20/2025 | Deposit | | Aetna | 755.54 |
| 05/20/2025 | Deposit | | United Healthcare | 170.97 |
| 05/23/2025 | Deposit | | United Healthcare | 58.15 |
| 05/23/2025 | Deposit | | Horizon Blue Cross | 778.74 |
| 05/23/2025 | Deposit | | Horizon Blue Cross | 629.97 |
| 05/23/2025 | Deposit | | Horizon Blue Cross | 300.16 |
| 05/23/2025 | Deposit | | Novitas | 470.38 |
| 05/27/2025 | Deposit | | Horizon Blue Cross | 11,697.84 |
| 05/28/2025 | Deposit | | Horizon Blue Cross | 164.40 |
| 05/28/2025 | Deposit | | Horizon Blue Cross | 140.64 |
| 05/28/2025 | Deposit | | United Healthcare | 183.71 |
| 05/29/2025 | Deposit | | Aetna | 941.52 |
| 05/29/2025 | Deposit | | Aetna | 95.03 |
| 05/29/2025 | Deposit | | Healthier NJ | 191.22 |
| 05/29/2025 | Deposit | | Aetna | 1,993.63 |
| 05/29/2025 | Deposit | | Aetna | 481.92 |
| 05/29/2025 | Deposit | | Aetna | 902.24 |
| 05/30/2025 | Deposit | | Healthier NJ | 264.91 |
| 05/30/2025 | Deposit | | Aetna | 458.74 |
| 05/30/2025 | Deposit | 999827773 | Northlands Orthop… | 4,964.34 |
| 05/31/2025 | Deposit | | Wells-Fargo | 0.27 |

Total                                                                                       40,482.21

# Additional Information

Uncleared checks and payments after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2025 | Expense | | New Jersey Orthop… | -30,000.00 |
| Total | | | | -30,000.00 |

Uncleared deposits and other credits after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2025 | Deposit | | United Healthcare | 4,114.78 |
| 06/03/2025 | Deposit | | Horizon Blue Cross | 263.66 |
| 06/03/2025 | Deposit | | Horizon Blue Cross | 332.15 |
| 06/04/2025 | Deposit | | Aetna | 167.94 |
| 06/04/2025 | Deposit | | Optum | 99.25 |
| 06/04/2025 | Deposit | 999827780 | Northlands Orthop… | 112.70 |
| 06/04/2025 | Deposit | | Aetna | 168.70 |
| 06/04/2025 | Deposit | | United Healthcare | 121.85 |
| Total | | | | 5,381.03 |