**New Jersey Orthopaedic Institute LLC**
**Balance Sheet**
**As of May 31, 2025**

|  | | May 31, 2025 | |
|---|---|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Checking/Savings | | | |
|   Cash in Bank - Wells PR - 5179 | | 18,891.89 | |
|   Cash in Bank - Wells Fargo 5229 | | 6,895.12 | |
|   Cash in Bank VNB - 9931 | | 10,716.00 | |
|     Total Checking/Savings | | | $ 36,503.01 |
|   Accounts Receivable - Net | | | $ 416,508.00 |
|   Medical Supplies | | | $ 75,000.00 |
|   **Total Current Assets** | | | $ 528,011.01 |
| **Fixed Assets** | | | |
|   Equipment | $ | 24,555.16 | |
|   Accum Deprec - Equip | $ | (24,555.16) | |
|   Equipment - Valley | $ | 60,195.63 | |
|   Accum Deprec - Equip Valley | $ | (60,195.63) | |
|   Leasehold Improvements | $ | 338,239.89 | |
|   Accum Amort - LI | $ | (241,972.59) | |
|   **Total Fixed Assets** | | | $ 96,267.30 |
| **Other Assets:** | | | |
|   Escrow with Friar Levitt firm | | | $ 875,000.00 |
| **TOTAL ASSETS** | | | **$ 1,499,278.31** |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
|   Accounts Payable - Pre Petition | $ | 2,698,237.94 | |
|   Credit card payable - Post Petition | $ | 36,947.70 | |
|   Other Current Liabilities | $ | 2,346.78 | |
|   401 K Withheld/Pension | $ | 17,936.10 | |
|     Total Current Liabilities | | | $ 2,755,468.52 |
|   Intercompany - Due to Northlands | $ | 4,062,143.08 | |
|   Intercompany adjustment | $ | (4,062,143.08) | $ - |
|   Academy Orthopaedics LLC | | | $ 7,782,152.73 |
|   **Total Liabilities** | | | $ 10,537,621.25 |
| **Equity** | | | |
|   Capital Account - AF | $ | 5,111.28 | |
|   Capital Account - AS | $ | 5,111.29 | |
|   Capital Account - CP | $ | 5,111.30 | |
|   Capital Account - CW | $ | 5,111.29 | |
|   Capital Account - JC | $ | 5,111.30 | |
|   Capital Account - VKM | $ | (33,949.62) | $ (8,393.16) |
|   Retained Earnings | | | $ (2,803,829.54) |
|   Liability Adjustment | | | $ (7,782,152.73) |
|   Accounts Receivable accrual adj | | | $ (416,508.00) |
|   Prior years adjustments | | | $ (1,097,462.67) |
|   Intercompany adjustment | | | $ 4,062,143.08 |
|   Net Income | | | $ (992,139.92) |
| **Total Equity** | | | $ (9,038,342.94) |
| **TOTAL LIABILITIES & EQUITY** | | | **$ 1,499,278.31** |