**New Jersey Orthopaedic Institute, LLC**
**Summary of Cash Receipts and Disbursements**
**For the month - May 2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Cash Disbursements | Transfers | Intercompany | Closing Bal |
|---|---|---|---|---|---|---|---|
| Wells PR - 5179 - DIP | Opening cash balance | $ 1,071.32 | | | | | |
| Wells PR - 5179 - DIP | Cash Receipts | | $ - | | | | |
| Wells PR - 5179 - DIP | Expenses | | | $ (150,479.43) | | | |
| Wells PR - 5179 - DIP | Transfers | | | | $ 62,300.00 | | |
| Wells PR - 5179 - DIP | Intercompany | | | | | $ 106,000.00 | $ 18,891.89 |
| Wells Fargo 5229 - DIP | Opening cash balance | $ 5,392.48 | | | | | |
| Wells Fargo 5229 - DIP | Cash Receipts | | $ 39,126.07 | | | | |
| Wells Fargo 5229 - DIP | Expenses | | | $ (323.43) | | | |
| Wells Fargo 5229 - DIP | Transfers | | | | $ (37,300.00) | | $ 6,895.12 |
| VNB - 9931- DIP | Opening cash balance | $ 54,095.43 | | | | | |
| VNB - 9931- DIP | Cash Receipts | | $ 46,670.82 | | | | |
| VNB - 9931- DIP | Expenses | | | $ (65,050.25) | | | |
| VNB - 9931- DIP | Transfers | | | | $ (25,000.00) | | $ 10,716.00 |
| **ENDING BALANCE** | | **$ 60,559.23** | **$ 85,796.89** | **$ (215,853.11)** | **$ -** | **$ 106,000.00** | **$ 36,503.01** |

$ 106,000.00  Intercompany
**$ 191,796.89**