**New Jersey Orthopaedic Institute, LLC**
**Insiders Compensation**
**May 2025**

| Date | Name | Description | Amount |
|---|---|---|---|
| 5/9/202025 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | 14,284.60 |
| 05/21/25 | Dr. Vincent K. McInerney | WF Direct Pay-Payment- Payroll | 14,284.60 |
| | | Total | **28,569.20** |
| May | Laurelle McInerney | Payroll - April 2025 | **2,350.40** |