**New Jersey Orthopaedic Institute LLC**
**Profit and Loss Statement**
**For the month of May 2025**

| | | |
|---|---:|---:|
| **Income** | | |
| Patient Fees | $ 101,796.88 | |
| **Total Income** | | $ 101,796.88 |
| Medical Expenses | | $ 24,349.32 |
| **Gross Profit** | | $ 77,447.56 |
| **Expense** | | |
| Automobile Expense | $ 1,492.63 | |
| Advertising | $ 600.00 | |
| Rent | $ 17,820.00 | |
| Office Expense | $ 4,231.11 | |
| Telephone, Computer & Internet | $ 5,924.79 | |
| Licenses | $ 3,715.00 | |
| Malpractice and Other Insurance | $ 1,953.82 | |
| Administrative Salaries | $ 119,238.92 | |
| Salaries and Wages - Other | $ 30,302.97 | |
| Payroll Taxes | $ 6,565.01 | |
| Pension professional fee | $ 5,337.50 | |
| Interest Expense | $ 507.99 | |
| **Total Expense** | | $ 197,689.74 |
| **Net Income** | | **$ (120,242.18)** |