# New Jersey Orthopaedic Institute

## Cash in Bank VNB - 9931, Period Ending 05/31/2025

### RECONCILIATION REPORT

Reconciled on: 06/04/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

## Summary
USD

| | |
|---|---:|
| Statement beginning balance | 78,370.94 |
| Checks and payments cleared (33) | -89,300.25 |
| Deposits and other credits cleared (78) | 46,670.82 |
| Statement ending balance | 35,741.51 |
| | |
| Uncleared transactions as of 05/31/2025 | -25,025.51 |
| Register balance as of 05/31/2025 | 10,716.00 |
| Cleared transactions after 05/31/2025 | 0.00 |
| Uncleared transactions after 05/31/2025 | 2,607.94 |
| Register balance as of 06/04/2025 | 13,323.94 |

## Details

Checks and payments cleared (33)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/01/2025 | Expense | | Valley Brooke Clea… | -104.50 |
| 05/02/2025 | Expense | 3683 | WAYSTAR | -724.08 |
| 05/02/2025 | Expense | | Cablevision Lightp… | -2,819.75 |
| 05/05/2025 | Expense | | Kinga Skalska-Dybas | -1,502.78 |
| 05/05/2025 | Expense | | PNC Bank | -1,894.63 |
| 05/05/2025 | Expense | | PNC Bank | -92.89 |
| 05/05/2025 | Expense | | Kinga Skalska-Dybas | -1,834.84 |
| 05/06/2025 | Expense | | Mountainside Hos… | -400.00 |
| 05/07/2025 | Expense | | BBEA | -600.00 |
| 05/07/2025 | Expense | | Verizon Wireless | -232.19 |
| 05/08/2025 | Expense | | SK Paper Shred | -122.61 |
| 05/08/2025 | Expense | | AHS Investment C… | -1,183.00 |
| 05/09/2025 | Expense | | Valley Partners, LLC | -16,637.00 |
| 05/12/2025 | Check | 3713 | leaf | -836.62 |
| 05/12/2025 | Expense | | GF Genesis Finance | -1,492.63 |
| 05/12/2025 | Check | 3715 | Medical-Dental Sta… | -750.00 |
| 05/12/2025 | Check | 3714 | Travelers CL Remit… | -1,073.70 |
| 05/13/2025 | Expense | | Clover APP | -87.38 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/14/2025 | Expense | | Dragon | -0.01 |
| 05/15/2025 | Expense | | Valley National Bank | -311.88 |
| 05/16/2025 | Expense | | Tulpehocken Sprin… | -47.23 |
| 05/16/2025 | Expense | | Dragon | -79.00 |
| 05/16/2025 | Expense | | Cablevision Lightp… | -75.52 |
| 05/19/2025 | Expense | | CNA | -880.12 |
| 05/19/2025 | Expense | | Keystone Answerin… | -467.50 |
| 05/19/2025 | Expense | | J & J Health Care … | -22,000.00 |
| 05/19/2025 | Expense | | MEDENT | -1,999.60 |
| 05/20/2025 | Expense | | WAYSTAR | -511.50 |
| 05/20/2025 | Expense | | FuturePlan by Asc… | -5,337.50 |
| 05/21/2025 | Expense | | | -10.00 |
| 05/21/2025 | Transfer | | | -25,000.00 |
| 05/21/2025 | Expense | | SK Paper Shred | -122.61 |
| 05/23/2025 | Expense | | Optimum | -69.18 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -89,300.25 |

Deposits and other credits cleared (78)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2025 | Deposit | | United Healthcare | 46.24 |
| 05/01/2025 | Deposit | | AARP | 35.74 |
| 05/01/2025 | Deposit | | Merchant Deposit | 604.83 |
| 05/01/2025 | Deposit | | Horizon Blue Cros… | 100.45 |
| 05/02/2025 | Deposit | | Clover Health | 444.47 |
| 05/02/2025 | Deposit | | NJOI | 324.11 |
| 05/02/2025 | Deposit | | Novitas Solutions, … | 1,653.59 |
| 05/05/2025 | Deposit | | NJOI | 455.00 |
| 05/05/2025 | Deposit | | Clover Health | 359.79 |
| 05/05/2025 | Deposit | | NJOI | 4,330.49 |
| 05/05/2025 | Deposit | | NJOI | 15.00 |
| 05/05/2025 | Deposit | | Horizon Blue Cros… | 26.73 |
| 05/05/2025 | Deposit | | AARP | 553.83 |
| 05/06/2025 | Deposit | | AARP | 34.21 |
| 05/06/2025 | Deposit | | United Healthcare | 161.59 |
| 05/06/2025 | Deposit | | Novitas Solutions, … | 1,209.12 |
| 05/06/2025 | Deposit | | United Healthcare | 83.59 |
| 05/07/2025 | Deposit | | Horizon Blue Cros… | 231.69 |
| 05/07/2025 | Deposit | | NJOI | 1,230.60 |
| 05/08/2025 | Deposit | | NJOI | 830.12 |
| 05/08/2025 | Deposit | | Novitas Solutions, … | 3,233.24 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/08/2025 | Deposit | | HC Claim Payment | 49.80 |
| 05/08/2025 | Deposit | | AARP | 47.72 |
| 05/09/2025 | Deposit | | Horizon Blue Cros… | 118.33 |
| 05/09/2025 | Deposit | | NJOI | 205.00 |
| 05/09/2025 | Deposit | | AARP | 92.81 |
| 05/09/2025 | Deposit | | Oxford Health Plans | 25.07 |
| 05/12/2025 | Deposit | | Merchant Deposit | 125.00 |
| 05/12/2025 | Deposit | | United Healthcare | 114.88 |
| 05/12/2025 | Deposit | | Merchant Deposit | 1,160.89 |
| 05/12/2025 | Deposit | | Merchant Deposit | 817.02 |
| 05/13/2025 | Deposit | | Horizon Blue Cros… | 44.61 |
| 05/13/2025 | Deposit | | AARP | 108.58 |
| 05/13/2025 | Deposit | | Novitas Solutions, … | 3,111.33 |
| 05/14/2025 | Deposit | | Horizon Blue Cros… | 54.07 |
| 05/14/2025 | Deposit | | Novitas Solutions, … | 3,225.72 |
| 05/14/2025 | Deposit | | NJOI | 678.30 |
| 05/14/2025 | Deposit | | Dragon | 0.01 |
| 05/14/2025 | Deposit | | United Healthcare | 65.54 |
| 05/15/2025 | Deposit | | Novitas Solutions, … | 134.14 |
| 05/15/2025 | Deposit | | Oxford Health Plans | 21.50 |
| 05/15/2025 | Deposit | | NJOI | 500.00 |
| 05/16/2025 | Deposit | | AARP | 127.75 |
| 05/16/2025 | Deposit | | Horizon Blue Cros… | 83.20 |
| 05/16/2025 | Deposit | | NJOI | 110.00 |
| 05/16/2025 | Deposit | | Oxford Health Plans | 85.54 |
| 05/16/2025 | Deposit | | United Healthcare | 87.06 |
| 05/19/2025 | Deposit | | HC Claim Payment | 67.28 |
| 05/19/2025 | Deposit | | Horizon Blue Cros… | 251.54 |
| 05/19/2025 | Deposit | | NJOI | 551.84 |
| 05/19/2025 | Deposit | | Oxford Health Plans | 25.75 |
| 05/19/2025 | Deposit | | AARP | 151.35 |
| 05/19/2025 | Deposit | | NJOI | 1,121.23 |
| 05/19/2025 | Deposit | | Horizon Blue Cros… | 297.44 |
| 05/19/2025 | Deposit | | NJOI | 30.00 |
| 05/19/2025 | Deposit | | HC Claim Payment | 19.11 |
| 05/20/2025 | Deposit | | Oxford Health Plans | 252.28 |
| 05/20/2025 | Deposit | | Horizon Blue Cros… | 127.02 |
| 05/21/2025 | Deposit | | NJOI | 387.44 |
| 05/22/2025 | Deposit | | Horizon Blue Cros… | 264.84 |
| 05/22/2025 | Deposit | | NJOI | 4,894.67 |
| 05/22/2025 | Deposit | | United Healthcare | 51.80 |
| 05/22/2025 | Deposit | | AARP | 197.34 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/22/2025 | Deposit | | Oxford Health Plans | 14.17 |
| 05/23/2025 | Deposit | | NJOI | 535.21 |
| 05/23/2025 | Deposit | | AARP | 27.87 |
| 05/23/2025 | Deposit | | Horizon Blue Cros… | 44.11 |
| 05/27/2025 | Deposit | | NJOI | 511.07 |
| 05/27/2025 | Deposit | | NJOI | 508.38 |
| 05/27/2025 | Deposit | | AARP | 34.21 |
| 05/28/2025 | Deposit | | Horizon Blue Cros… | 52.52 |
| 05/28/2025 | Deposit | | Horizon Blue Cros… | 59.10 |
| 05/29/2025 | Deposit | | Clover Health | 733.50 |
| 05/29/2025 | Deposit | | NJOI | 1,422.93 |
| 05/29/2025 | Deposit | | Clover Health | 131.64 |
| 05/30/2025 | Deposit | | NJOI | 3,390.28 |
| 05/30/2025 | Deposit | | Novitas Solutions, … | 2,423.10 |
| 05/30/2025 | Deposit | | Clover Health | 933.50 |

Total                                                                           46,670.82

**Additional Information**

Uncleared checks and payments as of 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/07/2024 | Check | | MDAdvantage Ins. … | -3,584.84 |
| 10/11/2024 | Check | 3449 | Harsh H. Patel, M.D. | -300.00 |
| 11/15/2024 | Check | 3510 | Chase Card Services | -281.49 |
| 11/22/2024 | Check | 3520 | Mountainside Hos… | -400.00 |
| 12/31/2024 | Check | 3583 | Department of Fa… | -150.00 |
| 12/31/2024 | Check | 3588 | Waleska Claudio | -150.00 |
| 03/13/2025 | Check | 3661 | McKesson Medical… | -19,409.18 |
| 05/14/2025 | Check | 3716 | St.Joseph's Reg.M… | -750.00 |

Total                                                                           -25,025.51

Uncleared checks and payments after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/03/2025 | Expense | | PNC Bank | -1,066.73 |
| 06/03/2025 | Expense | | PNC Bank | -102.89 |

Total                                                                           -1,169.62

Uncleared deposits and other credits after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2025 | Deposit | | NJOI | 55.00 |
| 06/02/2025 | Deposit | | Horizon Blue Cros… | 337.49 |
| 06/02/2025 | Deposit | | NJOI | 1,115.37 |
| 06/02/2025 | Deposit | | HC Claim Payment | 122.28 |
| 06/02/2025 | Deposit | | Horizon Blue Cros… | 111.47 |
| 06/02/2025 | Deposit | | NJOI | 822.00 |
| 06/03/2025 | Deposit | | HC Claim Payment | 29.11 |
| 06/03/2025 | Deposit | | Clover Health | 478.93 |
| 06/03/2025 | Deposit | | Horizon Blue Cros… | 522.70 |
| 06/03/2025 | Deposit | | Horizon Blue Cros… | 112.24 |
| 06/03/2025 | Deposit | | United Healthcare | 70.97 |
| Total | | | | 3,777.56 |