## New Jersey Orthopaedic Institute

### Cash in Bank - Wells PR - 5179, Period Ending 05/31/2025

### RECONCILIATION REPORT

Reconciled on: 06/04/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---:|
| Statement beginning balance | 1,071.32 |
| Checks and payments cleared (8) | -150,479.43 |
| Deposits and other credits cleared (5) | 168,300.00 |
| Statement ending balance | 18,891.89 |
| | |
| Register balance as of 05/31/2025 | 18,891.89 |
| Cleared transactions after 05/31/2025 | 0.00 |
| Uncleared transactions after 05/31/2025 | 6,000.00 |
| Register balance as of 06/04/2025 | 24,891.89 |

### Details

Checks and payments cleared (8)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/06/2025 | Check | 1782 | Jack David | -484.37 |
| 05/08/2025 | Expense | | Wells Fargo | -10.00 |
| 05/08/2025 | Expense | | Wells Fargo | -1.50 |
| 05/09/2025 | Expense | | Ceridian Small Bus… | -22,023.80 |
| 05/09/2025 | Expense | | Dr. Vincent K. McIn… | -14,284.60 |
| 05/09/2025 | Expense | | Ceridian Small Bus… | -39,673.61 |
| 05/21/2025 | Expense | | Dr. Vincent K. McIn… | -14,284.60 |
| 05/28/2025 | Expense | | Ceridian Small Bus… | -59,716.95 |

| Total | -150,479.43 |
|---|---:|

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/06/2025 | Transfer | | | 8,300.00 |
| 05/08/2025 | Deposit | | NOI | 90,000.00 |
| 05/20/2025 | Transfer | | | 29,000.00 |
| 05/21/2025 | Deposit | 216875768 | | 16,000.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/21/2025 | Transfer | | | 25,000.00 |
| Total | | | | 168,300.00 |

## Additional Information

Uncleared deposits and other credits after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/02/2025 | Transfer | | | 6,000.00 |
| Total | | | | 6,000.00 |