## New Jersey Orthopaedic Institute

### Cash in Bank - Wells Fargo 5229, Period Ending 05/31/2025

### RECONCILIATION REPORT

Reconciled on: 06/04/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 5,392.48 |
| Checks and payments cleared (6) | -39,487.18 |
| Deposits and other credits cleared (17) | 40,989.82 |
| Statement ending balance | 6,895.12 |
| | |
| Uncleared transactions as of 05/31/2025 | 0.00 |
| Register balance as of 05/31/2025 | 6,895.12 |
| Cleared transactions after 05/31/2025 | 0.00 |
| Uncleared transactions after 05/31/2025 | -5,907.28 |
| Register balance as of 06/04/2025 | 987.84 |

### Details

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/05/2025 | Expense | | Wells Fargo | -1,863.75 |
| 05/05/2025 | Expense | | FDMS | -10.20 |
| 05/06/2025 | Transfer | | | -8,300.00 |
| 05/07/2025 | Expense | | FDMS | -88.00 |
| 05/12/2025 | Expense | | Wells Fargo | -225.23 |
| 05/20/2025 | Transfer | | | -29,000.00 |
| Total | | | | -39,487.18 |

Deposits and other credits cleared (17)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2025 | Deposit | | NJOI | 3,801.62 |
| 05/02/2025 | Deposit | | Aetna | 690.18 |
| 05/05/2025 | Deposit | 999827769 | NJOI | 340.00 |
| 05/06/2025 | Deposit | | | 36.26 |
| 05/09/2025 | Deposit | | Aetna | 38.51 |
| 05/09/2025 | Deposit | | Aetna | 62.02 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/12/2025 | Deposit | | | 8,115.30 |
| 05/15/2025 | Deposit | 216875729 | NJOI | 18,250.76 |
| 05/16/2025 | Deposit | | Cigna Insurance Co. | 2,332.40 |
| 05/16/2025 | Deposit | | Aetna | 457.17 |
| 05/16/2025 | Deposit | | Aetna | 38.51 |
| 05/19/2025 | Deposit | | Cigna Insurance Co. | 77.07 |
| 05/20/2025 | Deposit | | Aetna | 417.56 |
| 05/20/2025 | Deposit | | Aetna | 78.99 |
| 05/23/2025 | Deposit | | Aetna | 86.28 |
| 05/29/2025 | Deposit | | NJOI | 5,577.19 |
| 05/30/2025 | Deposit | 999827792 | NJOI | 590.00 |

| Total | | | | 40,989.82 |
|---|---|---|---|---|

## Additional Information

Uncleared checks and payments as of 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2019 | Check | 8337 | Boris Pesed | -60.00 |
| 09/09/2019 | Check | 8702 | Dr. Tom Novack | -300.00 |
| 10/04/2019 | Check | 8762 | Chase Card Services | -1,870.00 |
| 10/10/2019 | Check | 8785 | Dr. Thomas Lardner | -300.00 |
| 11/05/2019 | Check | 8853 | Dr. Thomas Lardner | -600.00 |
| 11/05/2019 | Check | 8841 | Anthony J. Scillia, … | -1,557.00 |
| 11/14/2019 | Check | 8867 | Alphagraphics | -156.05 |
| 11/25/2019 | Check | 8898 | Saint Barnabas Me… | -600.00 |
| 05/06/2020 | Check | 9263 | MEDENT | -683.33 |
| 06/25/2020 | Check | 9335 | 622 Eagle Rock Av… | -8,208.00 |
| 12/23/2020 | Check | 9703 | Stephanie Castella… | -50.00 |
| 01/15/2021 | Check | 9759 | Margeritte Carlson | -80.00 |
| 02/28/2021 | Check | ach | Exchange | -5,297.00 |
| 08/18/2021 | Check | 10183 | Morristown Medica… | -400.00 |
| 09/03/2021 | Check | 10210 | Simple Domain Host | -180.00 |
| 11/05/2021 | Check | 10337 | Daniels Sharpsmar… | -270.63 |
| 12/30/2021 | Check | 10448 | Delicato Transport,… | -43.66 |
| 02/03/2022 | Check | 10502 | SK Paper Shred | -245.23 |
| 02/18/2022 | Check | 10527 | Hackensack UMC-… | -300.00 |
| 03/02/2023 | Check | 10564 | Valley National Bank | -15,132.53 |

| Total | | | | -36,333.43 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Deposit | | | 36,333.43 |
| Total | | | | 36,333.43 |

Uncleared checks and payments after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2025 | Transfer | | | -6,000.00 |
| Total | | | | -6,000.00 |

Uncleared deposits and other credits after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2025 | Deposit | | Cigna Insurance Co. | 92.72 |
| Total | | | | 92.72 |