

Good Morning, Fred Tate

# NJOI Operating **9931

Last Updated: June 19, 2025 9:55 AM

$59,162.39 | $59,162.39
ⓘ Available Balance | ⓘ Ledger Balance

**Transactions** | Details & Settings

**Start Date**

05/01/2025

to

**End Date**

05/31/2025

**Description**

**Transaction Type**

Help

6/19/25, 8:58 AM                                                             Account Details | Valley National Bank

Case 25-11370-JKS    Doc 89-8    Filed 06/23/25    Entered 06/23/25 11:05:17    Desc
Valley National Bank Account Details    Page 2 of 16

**Min Amount**

| $ | 0.00 |

to

**Max Amount**

| $ | 0.00 |

**Starting Check #**

[                    ]

to

**Ending Check #**

[                    ]

| Date | Description | Amount ℹ️ | |
|------|-------------|-----------|---|
| MAY 1 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $35.74 | ⋮ |
| MAY 1 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $46.24 | ⋮ |
| MAY 1 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $100.45 | ⋮ |
| MAY 1 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $604.83 | ⋮ |
| MAY 1 2025 | 💳 CHECK - 3698 | ($104.50) | ⋮ |

| Date | Description | Amount |
|---|---|---|
| MAY 2 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $444.47 |
| MAY 2 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $1,653.59 |
| MAY 2 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $324.11 |
| MAY 2 2025 | CHECK - 3683 | ($724.08) |
| MAY 2 2025 | CHECK - 3697 | ($2,819.75) |
| MAY 5 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $26.73 |
| MAY 5 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $359.79 |
| MAY 5 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $553.83 |
| MAY 5 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $15.00 |

| Date | Description | Amount |
|---|---|---|
| MAY 5 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $455.00 |
| MAY 5 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $4,330.49 |
| MAY 5 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT | ($92.89) |
| MAY 5 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT | ($1,894.63) |
| MAY 5 2025 | CHECK - 3701 | ($1,502.78) |
| MAY 5 2025 | CHECK - 3703 | ($1,834.84) |
| MAY 6 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $34.21 |
| MAY 6 2025 | ACH CREDIT CCD CMPY ID: 1411289245 | $83.59 |
| MAY 6 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $161.59 |

| Date | Description | Amount |
|---|---|---|
| MAY 6 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $1,209.12 |
| MAY 6 2025 | CHECK - 3520 | ($400.00) |
| MAY 7 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $231.69 |
| MAY 7 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $1,230.60 |
| MAY 7 2025 | CHECK - 3700 | ($232.19) |
| MAY 7 2025 | CHECK - 3695 | ($600.00) |
| MAY 8 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 | $49.80 |
| MAY 8 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $3,233.24 |
| MAY 8 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $47.72 |

| Date | Description | Amount |
|---|---|---|
| MAY 8 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $830.12 |
| MAY 8 2025 | CHECK - 3699 | ($122.61) |
| MAY 8 2025 | CHECK - 3696 | ($1,183.00) |
| MAY 9 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $25.07 |
| MAY 9 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $92.81 |
| MAY 9 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $118.33 |
| MAY 9 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $205.00 |
| MAY 9 2025 | CHECK - 3693 | ($16,637.00) |
| MAY 12 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $114.88 |

| Date | Description | Amount |
|---|---|---|
| MAY 12 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $125.00 |
| MAY 12 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $817.02 |
| MAY 12 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $1,160.89 |
| MAY 12 2025 | ACH DEBIT PPD CMPY ID: 9200704262 GF Genesis Fi | ($1,492.63) |
| MAY 13 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $44.61 |
| MAY 13 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $3,111.33 |
| MAY 13 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $108.58 |
| MAY 13 2025 | ACH DEBIT PPD CMPY ID: 1841128086 CLOVER APP | ($87.38) |
| MAY 14 2025 | ACH CREDIT CCD CMPY ID: 4270465600 SMXKVN-DRAGON | $0.01 |

| Date | Description | Amount | |
|---|---|---|---|
| MAY 14 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $54.07 | |
| MAY 14 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $65.54 | |
| MAY 14 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $3,225.72 | |
| MAY 14 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $678.30 | |
| MAY 14 2025 | ACH DEBIT CCD CMPY ID: 1800948598 SMXKVN-DRAGON | ($0.01) | |
| MAY 15 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $21.50 | |
| MAY 15 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $134.14 | |
| MAY 15 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $500.00 | |
| MAY 15 2025 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY FOR 04/25 | ($311.88) | |

| Date | Description | Amount | |
|---|---|---|---|
| MAY 16 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $83.20 | |
| MAY 16 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $85.54 | |
| MAY 16 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $127.75 | |
| MAY 16 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $87.06 | |
| MAY 16 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $110.00 | |
| MAY 16 2025 | ACH DEBIT CCD CMPY ID: 1800948598 DRAGON 201-642- | ($79.00) | |
| MAY 16 2025 | CHECK - 3702 | ($47.23) | |
| MAY 16 2025 | CHECK - 3708 | ($75.52) | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 | $19.11 | |

6/19/25, 8:58 AM  Account Details | Valley National Bank

Case 25-11370-JKS    Doc 89-8    Filed 06/23/25    Entered 06/23/25 11:05:17    Desc
Valley National Bank Account Details    Page 10 of 16

| Date | Description | Amount | |
|---|---|---|---|
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: 1152244375 Oxford Health Pl | $25.75 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 | $67.28 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $151.35 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $251.54 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $297.44 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $30.00 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $551.84 | |
| MAY 19 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $1,121.23 | |
| MAY 19 2025 | CHECK - 3705 | ($467.50) | |

| Date | Description | Amount | |
|---|---|---|---|
| MAY 19 2025 | CHECK - 3713 | ($836.62) | |
| MAY 19 2025 | CHECK - 3711 | ($880.12) | |
| MAY 19 2025 | CHECK - 3710 | ($1,999.60) | |
| MAY 19 2025 | CHECK - 3709 | ($22,000.00) | |
| MAY 20 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $127.02 | |
| MAY 20 2025 | ACH CREDIT CCD CMPY ID: 1152244375 Oxford Health Pl | $252.28 | |
| MAY 20 2025 | ACH DEBIT WEB CMPY ID: 0010160210 Waystar, Inc | ($511.50) | |
| MAY 20 2025 | CHECK - 3714 | ($1,073.70) | |
| MAY 20 2025 | CHECK - 3712 | ($5,337.50) | |

| Date | Description | Amount |
|---|---|---|
| MAY 21 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $387.44 |
| MAY 21 2025 | CHECK - 3707 | ($122.61) |
| MAY 21 2025 | CHECKING WITHDRAWAL | ($25,000.00) |
| MAY 21 2025 | DEBIT MEMO | ($10.00) |
| MAY 22 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $14.17 |
| MAY 22 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $264.84 |
| MAY 22 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $51.80 |
| MAY 22 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $197.34 |
| MAY 22 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $4,894.67 |

| Date | Description | Amount |
|---|---|---|
| MAY 23 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $27.87 |
| MAY 23 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $44.11 |
| MAY 23 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $535.21 |
| MAY 23 2025 | ACH DEBIT PPD CMPY ID: 9078700001 OPTIMUM 7870 | ($69.18) |
| MAY 27 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $34.21 |

**Page totals:** Credits: [68] **$36,504.80** | Debits: [32] **($88,550.25)**



Good Morning, Fred Tate

# NJOI Operating **9931

Last Updated: June 19, 2025 9:55 AM

| $59,162.39 | $59,162.39 |
|---|---|
| ⓘ Available Balance | ⓘ Ledger Balance |

**Transactions**    Details & Settings

**Start Date**

05/01/2025    to    **End Date**    05/31/2025

**Description**

**Transaction Type**

Help

6/19/25, 8:59 AM                    Account Details | Valley National Bank

Case 25-11370-JKS    Doc 89-8    Filed 06/23/25    Entered 06/23/25 11:05:17    Desc
Valley National Bank Account Details    Page 15 of 16

| Min Amount | | Max Amount | |
|---|---|---|---|
| $ 0.00 | to | $ 0.00 | |

| Starting Check # | | Ending Check # |
|---|---|---|
|  | to |  |

| Date | Description | Amount ℹ️ | |
|---|---|---|---|
| MAY 27 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $508.38 | ⋮ |
| MAY 27 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $511.07 | ⋮ |
| MAY 28 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $52.52 | ⋮ |
| MAY 28 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $59.10 | ⋮ |
| MAY 28 2025 | CHECK - 3715 | ($750.00) | ⋮ |

| Date | Description | Amount | |
|---|---|---|---|
| MAY 29 2025 | ACH CREDIT CCD CMPY ID: 1384057194 Clover HMO of Ne | $131.64 | |
| MAY 29 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $733.50 | |
| MAY 29 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $1,422.93 | |
| MAY 30 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $933.50 | |
| MAY 30 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $2,423.10 | |
| MAY 30 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $3,390.28 | |

**Page totals:** Credits: [10] **$10,166.02** | Debits: [1] **($750.00)**