

# Commercial Business Checking

Account number: ░░░░5229 ▪ May 1, 2025 - May 31, 2025 ▪ Page 1 of 2

NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ░░░░5229 | $5,392.48 | $40,989.82 | -$39,487.18 | $6,895.12 |

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/02 | 690.18 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825119000229095*1066033492\ |
| | 05/02 | 3,801.62 | Desktop Check Deposit |
| | 05/05 | 340.00 | Deposit Made In A Branch/Store |
| | 05/06 | 36.26 | 36 Treas 310 Misc Pay 050625 xxxxx0012 SE*15*145778096\GE*1*102682296\lea*1*102682262\ |
| | 05/09 | 38.51 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825126000000518*1066033492\ |
| | 05/09 | 62.02 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825126000000519*1066033492\ |
| | 05/12 | 8,115.30 | Desktop Check Deposit |
| | 05/15 | 18,250.76 | Deposit Made In A Branch/Store |
| | 05/16 | 38.51 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825133000186566*1066033492\ |
| | 05/16 | 457.17 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825133000186567*1066033492\ |
| | 05/16 | 2,332.40 | Cigna Hcclaimpmt 051325 xxxxx3560 TRN*1*250513090006102*1591031071\ |
| | 05/19 | 77.07 | Cigna Hcclaimpmt 051525 xxxxx3560 TRN*1*250515090005889*1591031071\ |
| | 05/20 | 78.99 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892513401068950*1066033492\ |
| | 05/20 | 417.56 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882513401022397*1066033492\ |
| | 05/23 | 86.28 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825140000052466*1066033492\ |
| | 05/29 | 5,577.19 | Desktop Check Deposit |
| | 05/30 | 590.00 | Deposit Made In A Branch/Store |
| | | $40,989.82 | Total electronic deposits/bank credits |
| | | $40,989.82 | Total credits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████5229 ■ May 1, 2025 ■ May 30, 2025 ■ Page 2 of 2



## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 05/05 | 1,863.75 | | Deposit $3,801.62 on 05/02/25 MICR Mismatch - Ref #A-5050511872AZ |
| | 05/05 | 10.20 | < | Business to Business ACH Debit - Fdms Fdms Pymt 250505 052-1368366-000 McInerney Orthopaedic |
| | 05/06 | 8,300.00 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0S9Z7J8F Commercial Basic Checking for Payroll Pay Date 5/9/25 |
| | 05/07 | 88.00 | < | Business to Business ACH Debit - Fdms Fdms Pymt 250507 052-1368366-000 McInerney Orthopaedic |
| | 05/12 | 225.23 | | Client Analysis Srvc Chrg 250509 Svc Chge 0425 000009817165229 |
| | 05/20 | 29,000.00 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Sgrkj3x on 05/20/25 |
| | | $39,487.18 | | Total electronic debits/bank debits |
| | | $39,487.18 | | Total debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 5,392.48 | 05/09 | 99.12 | 05/20 | 641.65 |
| 05/02 | 9,884.28 | 05/12 | 7,989.19 | 05/23 | 727.93 |
| 05/05 | 8,350.33 | 05/15 | 26,239.95 | 05/29 | 6,305.12 |
| 05/06 | 86.59 | 05/16 | 29,068.03 | 05/30 | 6,895.12 |
| 05/07 | -1.41 | 05/19 | 29,145.10 | | |

Average daily ledger balance    $7,636.17

---

Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.