UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al., | Case No.: 25-11370<br>Chapter: 11<br>Judge: John K. Sherwood |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__New Jersey Orthopaedic Institute LLC__, __Debtor-Plaintiffs__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __July 15, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __50 Walnut St. 3rd Floor, Newark, NJ 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Preference Avoidance and recovery, 11 USC 547, 550
Order to Show Cause

Pertinent terms of settlement:
Allowance of Creditor-Defendants' claims;
Transfer of Debtors' property securing allowed claims;
Agreed treatment for Creditor-Defendants in Plan;
Creditor-Defendant support for Plan;
Additional consideration contributed by Debtors' principals.

See Motion for further information.

Objections must be served on, and requests for additional information directed to:

Name: Stephen B. Ravin, Esquire

Address: One Riverfront Plaza 1037 Raymond Blvd., Suite 1520 Newark, NJ 07102-5426

Telephone No.: (973) 286-6714

*rev.8/1/15*