# EXHIBIT A

# Liquidation Analysis

55670570.2

**New Jersey Orthopaedic Institute LLC**
**Northlands Orthopaedic Institute LLC**
**Liquidation Analysis report**
**As of June 20, 2025**

|  | | Total | Value % | Value $ | Unsecured Creditors | |
|---|---|---:|---:|---:|---|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Bank Accounts** | | | | | | |
| Cash in Bank - Wells  PR | | 39,358.00 | 100% | 39,358 | | |
| Cash in Bank - Wells Fargo | | 2,783.00 | 100% | 2,783 | | |
| Cash in Bank VNB - 9931 | | 21,175.00 | 100% | 21,175 | | |
| Cash - Wells Fargo (2324) NOI | | 18,746.00 | 100% | 18,746 | | |
| **Total Bank Accounts** | | $ 82,062.00 | | 82,062 | | |
| Cash - Bank - Trustee's Account | | 527,495.00 | 100% | 527,495 | | |
| Cash - Frier & Levitt Trust A/C | | 1,750,000.00 | 100% | 1,750,000 | | |
| Accounts Receivable - NJOI | 2,023,665 | | | | | |
| Less: over 90 days | -1,190,649 | 833,016.00 | 40% | 333,206 | | |
| Accounts Receivable - NOI | 6,985,345 | | | | | |
| Less: over 90 days | -5,314,668 | 1,670,677.00 | 20% | 334,135 | | |
| **Total** | | $ 2,585,755.00 | | 3,026,899 | | |
| **Fixed Assets** | | | | | | |
| Equipment | | 24,555.16 | 0% | - | | |
| Accum Deprec - Equip | | -24,555.16 | 0% | - | | |
| Equipment - Valley | | 60,195.63 | 0% | - | | |
| Accum Deprec - Equip Valley | | -60,195.63 | 0% | - | | |
| Leasehold Improvements | | 338,239.89 | 0% | - | | |
| Accum Amort - LI | | -241,972.59 | 0% | - | | |
| **TOTAL ASSET Value - Net** | | $ 96,267.30 | | 3,026,899 | **Liquidate assets** | 3,026,899 |
| **Liabilities** | | | | | **Paid Prior to Unsecured** | |
| 401 K  Withheld/Pension | | 14,582.00 | 100% | -426 | 401 K  Withheld/Pension | -426 |
| PreTax Medical & Dental | | 2,660.00 | 100% | -2,660 | PreTax Medical & Dental | -2,660 |
| Prof Fees Chapters 11 plus 7 | | 450,000.00 | 100% | -450,000 | Professional fees - (Chapter 11 and 7) | -450,000 |
| Secured Claim | | 2,434,565.41 | 100% | -2,434,565 | Secured Claim | -2,434,565 |
| Unsecured Part of secured claim | | 5,373,822.31 | 100% | -5,373,822 | Prepetition Priority Debt | -98,050 |
| Prepetition Priority Debt | | | | -98,050 | Total | -2,985,701 |
| Unsecured Creditors | | | | -2,603,075 | Available for Unsecured (.77%) | 41,197 |
| **TOTAL LIABILITIES** | | | | -10,962,599 | **Total Unsecured claims** | -7,976,897 |
| **Net Deficiency** | | | | -7,935,700 | **Unsecured payment (Chapter 11)** | $ 78,092 |
| | | | | | **Benefit of chapter 11 versus chapter 7** | $ 36,895 |

| | |
|---|---|
| 0.77% | 0.00766631 |

| | |
|---|---|
| | 1.5% |
| $ | 1,561,845.00 |

80607.33465