## EXHIBIT B

## Financial Projections

55670570.2

**New Jersey Orthopaedics Institute LLC and Northlands Orthopaedics Institute LLC**
**12 Month Projection - July 2025 to June 2026**

| | Projection | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | | | | | | 2026 | | | | | | |
| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
| **Opening Cash Balances** | | | | | | | | | | | | | |
| NJ Orthopaedics | 50,000 | | | | | | | | | | | | 50,000 |
| Northlands | 542,081 | | | | | | | | | | | | 542,081 |
| Escrow | 1,750,000 | | | | | | | | | | | | 1,750,000 |
| Total | 2,342,081 | 2,047 | 12,013 | 21,980 | 31,946 | 41,912 | 51,878 | 61,845 | 71,811 | 81,777 | 91,743 | 101,710 | 2,342,081 |
| Cash Receipts | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 3,420,000 |
| **Total Cash Available** | 2,627,081 | 287,047 | 297,013 | 306,980 | 316,946 | 326,912 | 336,878 | 346,845 | 356,811 | 366,777 | 376,743 | 386,710 | 5,762,081 |
| **Expenses:** | | | | | | | | | | | | | |
| Medical Expenses | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 8,575 | 102,900 |
| Automobile Expense | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 1,493 | 17,916 |
| Advertising | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Rent | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 156,000 |
| Office Expense | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 34,286 |
| Telephone, Computer & Internet | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 2,714 | 32,571 |
| Licenses & Dues | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 8,220 |
| Malpractice Insurance | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 93,596 |
| Corporate Insurance | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Administrative Salaries | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 720,000 |
| Physician's Salaries | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 127,667 | 1,532,000 |
| Salaries and Wages - Other | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Health Insurance | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 168,000 |
| Payroll Taxes | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 12,390 | 148,680 |
| Credit Card discount fees | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Accounting fees | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 27,000 |
| Professional fees | 300,000 | | | | | | | | | | | | 300,000 |
| Judgement Creditors - 1 | 2,050,000 | | | | | | | | | | | | 2,050,000 |
| Judgment Creditors – Promissory Note | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| Unsecured Creditors | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 2,603 | 31,236 |
| **Total Expenses** | 2,625,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 275,034 | 5,650,405 |
| **Net Change In Cash Position** | 2,047 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 9,966 | 111,676 |
| **Ending Cash Balance** | **2,047** | **12,013** | **21,980** | **31,946** | **41,912** | **51,878** | **61,845** | **71,811** | **81,777** | **91,743** | **101,710** | **111,676** | **111,676** |