# EXHIBIT C

# Rejection Notice

55670570.2

| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>              turner.falk@saul.com <br> <br> *Counsel to the Debtors and Debtors in Possession* | |
|---|---|
| In re: <br> <br> NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, <br> <br> Debtors.[1] | Chapter 11 <br> <br> Case No. 25-11370 (JKS) <br> <br> (Jointly Administered) |

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Subject to confirmation of the plan of reorganization, as amended June 12, 2025, propounded by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Debtors will reject the following executory contracts and leases on the "Rejection Effective Date" listed below:

| **Counterparty** | **Nature of Contract/Lease** | **Rejection Effective Date** |
|---|---|---|
| Valley Partners LLC | Lease of real property located at 504 Valley Rd, Suite 22, Wayne, NJ 07470 | July 15, 2025 |

---

[1]   The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828.  The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55670570.2