| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>           turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>Hearing Date: July 15, 2025 at 10:00 am<br><br>(Jointly Administered) |

**CERTIFICATION OF BALLOTING**

---

[1]    The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828.  The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

4866-6830-2086

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1** | <u>Y</u> | <u>5</u> | <u>5</u> | <u>0</u> | <u>100</u> | <u>$2,434,565.41</u> | <u>$0.00</u> | <u>100</u> | <u>Y</u> |
| **CLASS 2(a)** | <u>Y</u> | <u>5</u> | <u>5</u> | <u>0</u> | <u>100</u> | <u>$5,347,536.00</u> | <u>$0.00</u> | <u>100</u> | <u>Y</u> |
| **CLASS 2(b)** | <u>Y</u> | <u>5</u> | <u>5</u> | <u>0</u> | <u>100</u> | <u>$5,347,536.00</u> | <u>$0.00</u> | <u>100</u> | <u>Y</u> |
| **CLASS 3** | <u>N</u> | <u>0</u> | <u>0</u> | <u>0</u> | <u>0</u> | 0.00 | $0.00 | <u>Deemed to Accept</u> | <u>Y</u> |

If any ballots have not been included in this tally, provide an explanation:
N/A

I, Turner N. Falk, Esq., the attorney for the Debtors, plan proponents in this case, certify under penalty of perjury that the above is true.

Dated: July 10, 2025

**SAUL EWING LLP**

By: */s/ Turner N. Falk*
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
turner.falk@saul.com

*Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                          Debtors.[2] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>Hearing Date: July 15, 2025 at 10:00am<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I hereby certify that on July 10, 2025, I did cause the foregoing *Certification of Balloting* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

Dated: July 10, 2025                                **SAUL EWING LLP**

                                By:*/s/ Turner N. Falk*
                                    Stephen B. Ravin, Esquire
                                    Turner N. Falk, Esquire
                                    One Riverfront Plaza
                                    1037 Raymond Blvd., Suite 1520
                                    Newark, NJ 07102-5426

---

[2]     The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

4866-6830-2086

Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

*Counsel for Debtors and Debtors in Possession*

4866-6830-2086            2