| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>              turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, | Case No. 25-11370 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | Related to Docket No. 30 |

## NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER EXCUSING APPOINTMENT OF PATIENT CARE OMBUDSMAN

PLEASE TAKE NOTICE that the undersigned counsel to the above-captioned debtors and debtors-in-possession hereby withdraw the *Motion for Entry of an Order Excusing Appointment of Patient Care Ombudsman* [Docket No. 30].

[Remainder of page left intentionally blank]

---

[1]        The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828.  The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55891801.1

Dated: July 15, 2025            **SAUL EWING LLP**

           By: */s/ Stephen B. Ravin*
                Stephen B. Ravin, Esquire
                Turner N. Falk, Esquire
                One Riverfront Plaza
                1037 Raymond Blvd., Suite 1520
                Newark, NJ 07102-5426
                Telephone: (973) 286-6714
                E-mail:stephen.ravin@saul.com
                     turner.falk@saul.com

                *Counsel for Debtors and Debtors in Possession*