Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−11370−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New Jersey Orthopaedic Institute LLC
   504 Valley Road
   Suite 200
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   80−0403560

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on July 16, 2025.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: July 16, 2025
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11370-JKS |
| New Jersey Orthopaedic Institute LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 16, 2025 | Form ID: 147 | Total Noticed: 93 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New Jersey Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |
| aty | + | John Valley Partners, LLC, c/o Manfredonia Law, LLC, 120 Piermont Road, Cresskill, NJ 07626, UNITED STATES 07626-1536 |
| aty | + | Saul Ewing LLP, One Riverfront Plaza, 1037 Raymond Boulevard, Suite 1520, Newark, NJ 07102-5423 |
| cr | + | Academy Orthopaedics, LLC, Brach Eichler LLC, c/o Paul DeMartino, Esq., 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| op | | Elementary Business Inc., 4275 Fox Sedge Ln, Denton, TX 76208 |
| cr | + | Michael Shindle, c/o Meyner and Landis LLP, One Gateway Center, Suite 2500, Newark, NJ 07102-5323 |
| 520547815 | + | 622 Eagle Rock Ave. Realty, LLC, c/o Tracey Goldstein, Esq.,, Goldstein Kelin LLC, 290 W. Mt. Pleasant Ave., Suite 1340, Livingston, NJ 07039-2763 |
| 520627479 | + | 622 Eagle Rock Avenue Realty, LLC, The Progressive Companies c/o Richard Di, 2 Sylvan Way, Suite 304, Parsippany, NJ 07054-3809 |
| 520547817 | | AHS Investment Corporation, 200 American Rd, Morristown, NJ 07960 |
| 520547816 | + | Academy Orthopaedics LLC, et als., c/o Paul DeMartino, Esq., Brach Eichler LLC, 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| 520566200 | + | Aetna Inc., PO Box 639715, Cincinnati, OH 45263-9715 |
| 520625645 | | Aetna, Inc., Aaron McCollough, c/o McGuireWoods LLP, 77 West Wacker Drive, Ste. 4100, Chicago, IL 60601-1818 |
| 520566201 | + | Andrew Sawires, 2 2nd st. Apartment 3704, Jersey City, NJ 07302-7027 |
| 520566202 | + | Angela Reyes, 79 Maple Ave 1st FL, Little Falls, NJ 07424-2834 |
| 520547819 | + | Anthony Festa, M.D., 32 Condit Rd, Mountain Lakes, NJ 07046-1227 |
| 520547820 | + | Anthony Scillia, M.D, 1125 Maxwell Lane, Unit 600, Hoboken, NJ 07030-6842 |
| 520615330 | + | Arthrex Inc., 14550 Plantation Rd, Fort Meyers, FL 33912-4328 |
| 520547821 | | Artrex Inc, PO BOX 403511, Atlanta, GA 30384-3511 |
| 520566203 | + | Ashley Minetti, 38 Benham Way, Sparta, NJ 07871-1156 |
| 520547822 | + | Association Member Trust, 636 Morris Turnpike, Suite 2A, Short Hills, NJ 07078-2608 |
| 520566204 | + | Barbara J Davis, 22 Hilton Street, Pequannock, NJ 07440-1311 |
| 520566205 | + | Barbara M Orlos, 370 High Crest Dr, West Milford, NJ 07480-3740 |
| 520547827 | + | CNA, 184 Liberty Corner Road, 4th Floor, Suite 402, Warren, NJ 07059-6868 |
| 520547826 | + | CNA, 151 North Franklin Street, Chicago, IL 6, Chicago, IL 60606-4153 |
| 520547823 | | Cablevision LightPath, LLC, PO BOX 788632, Philadelphia, PA 19178-8632 |
| 520547824 | + | Casey Pierce, M.D., 105 Andover Rd, Wayne, NJ 07470-2951 |
| 520547825 | + | Charles Newman, Esq., Frier Levitt, 84 Bloomfield Ave, Pine Brook, NJ 07058-9709 |
| 520566206 | + | Christina Cavero, 479 East 31st, Paterson, NJ 07504-1886 |
| 520547828 | + | Craig Wright, M.D., 3 Briar Hill Rd, Montclair, NJ 07042-1602 |
| 520547829 | | Daniels Sharpsmart, Inc, PO BOX 735290, Dallas, TX 75373-5290 |
| 520566207 | + | Dayforce Inc., PO BOX 772830, Chicago, IL 60677-0130 |
| 520566208 | + | Deborah M Lopez, 56 Newark Place, Belleville, NJ 07109-1916 |
| 520547830 | + | Dictation Source, PO BOX 12835, Pittsburgh, PA 15241-0835 |
| 520547831 | + | Elizabeth Hawruk, MD, N. Jersey Center for Arthritis and Osteo, 45 Carey Avenue, Butler, NJ 07405-1475 |
| 520566209 | | Freshbooks, 225 King St W, Ste 1200, Toronto, Ontario M5V 3M2, Canada |
| 520547832 | + | Frier Levitt, 84 Bloomfield Ave, Pine Brook, NJ 07058-9709 |
| 520547833 | | Future Plan by Ascensus, 23693 Network Place, Chicago, IL 60673-1236 |
| 520566210 | + | Jason E Kooch, 250 W. 27th St., New York, NY 10001-5908 |
| 520566211 | + | Jennifer Cruz, 184 Lily Street, Paterson, NJ 07522-1241 |
| 520566212 | + | Jissel Valerio, 332 Trenton Ave, Paterson, NJ 07503-1521 |
| 520547834 | + | John Callaghan, M.D., 107 Upper Mountain Avenue, Montclair, NJ 07042-1903 |
| 520547835 | + | Johnson & Johnson Health Care Systems, 4301 West Boy Scout Boulevard, Tampa, FL 33607-5709 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 147 | Total Noticed: 93 |

| | | |
|---|---|---|
| 520566213 | + | Keystone Answering Service, 141 Friends Lane, Ste. 200, Newtown, PA 18940-1823 |
| 520566214 | + | Kinga Skalska-Dybas, 16 Trafalgar Court, Hackettstown, NJ 07840-4240 |
| 520566215 | + | Laurelle A. McInerney, P.O. Box 479, New Vernon, NJ 07976-0479 |
| 520547836 | + | Law Office of Robert M. Fields, PLLC, 6 Captain Lawrence Drive, South Salem, NY 10590-1211 |
| 520566217 | #+ | Lisa McInerney, 10 Boxwood Dr, Morristown, NJ 07960-4545 |
| 520547837 | + | Lynch, Lynch, Held and Rosenberg PC, 440 Route 17 North, Hasbrouck Heights, NJ 07604-3011 |
| 520618094 | + | MAG Mutual Insurance Company, 3535 Piedmont Rd NE, Bldg 14-1000, Atlanta, GA 30305-1635 |
| 520602196 |   | MICHAEL SHINDLE, 25 MEADOW LANE, MORRISTOWN, NJ 07960 |
| 520601029 | + | MICHAEL SHINDLE, 35 MEADOW LAND, MORRISTOWN, NJ 07960-6794 |
| 520547844 | + | MJD Realty, 1900 Union Valley Road, Ste 303, Hewitt, NJ 07421-3024 |
| 520547838 | + | MagMutual, 3535 Piedmont Rd. NE, Bldg. 14-1000, Atlanta, GA 30305-1635 |
| 520547839 | + | MagMutual, PO Box 52979, Atlanta, GA 30355-0979 |
| 520566218 | + | Marc Mortellaro, 209 Broadway, Keyport, NJ 07735-1003 |
| 520547841 | + | Medent, 15 Hulbert Street, Auburn, NY 13021-3484 |
| 520566219 | + | Melissa Ellis, 82 Randolph Place, West Orange, NJ 07052-4853 |
| 520547842 | + | Merrill Lynch Pierce Fenner & Smith, Two Bala Plaza, Suite 601, Bala Cynwyd, PA 19004-1516 |
| 520566220 | + | Mindware Connections, 144 Village Landing #310, Fairport, NY 14450-1804 |
| 520547845 |   | NJBIA, 10 West Lafayette Street, Trenton, NJ 08608-2002 |
| 520614359 | + | National Fire Insurance Company of Hartford, 500 Colonial Center Company, Lake Mary, FL 32746-7630 |
| 520566221 | + | Navinet, Inc., PO Box 8048, Carol Stream, IL 60197-8048 |
| 520547846 |   | ODP Business Solution, PO BOX 7241, Sioux Falls, SD 57117-7241 |
| 520548423 | + | ODP Business Solutions, LLC, 6600 N Military Trl, Boca Raton, FL 33496-2434 |
| 520547847 | + | Paul DeMartino, Esq., Brach Eichler LLC, 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| 520566222 | + | Pitney Bowes Global Financial, PO BOX 981022, Boston, MA 02298-1022 |
| 520547848 | + | Radiant Imaging Solutions, 163 E Main St. PMB 307, Little Falls, NJ 07424-1711 |
| 520547849 |   | RevSpring, 26988 Network Place, Chicago, IL 60673-1269 |
| 520566223 | + | Robert Palacios, 304 South Pascack Road, Nanuet, NY 10954-6514 |
| 520547850 | + | Sk Paper Shred, P.O. Box 201, Branchville, NJ 07826-0201 |
| 520547852 | + | TNTMAX, PO BOX 605, Wycokoff, NJ 07481-0605 |
| 520566224 | + | Tatiana Yascaribay, 398 Taylor Ave, Hackensack, NJ 07601-6569 |
| 520547851 | + | The Paul Revere, 1 Fountan Square,, Chattanooga, TN 37402-1306 |
| 520547853 | + | Tracey Goldstein, Esq.,, Goldstein Kelin LLC, 290 W. Mt. Pleasant Ave., Suite 1340, Livingston, NJ 07039-2763 |
| 520742291 | + | U.S. Department of Health & Human Services, David Weiner - OGC, 26 Federal Plaza, Rm 19-300, New York, NY 10278-0004 |
| 520547854 |   | Valley National Bank, PO BOX 950, Wayne, NJ 07474-0950 |
| 520547855 | + | Valley Partners, c/o Lota & Bernard, LLC, 6 Prospect St #3a,, Midland Park, NJ 07432-1634 |
| 520726133 | + | Valley Partners, LLC, c/o Manfredonia Law, LLC, 120 Piermont Road, Cresskill, NJ 07626-1536 |
| 520626440 |   | Valley Partners, LLC, John M. Manfredonia, Esq., Manfredonia Law, LLC, Cresskill, NJ 07626 |
| 520566226 |   | Verizon, P.O. Box 408, Trenton, NJ 08650-4830 |
| 520566227 | + | Wayne Fire Bureau, 475 Valley Road, Wayne, NJ 07470-3532 |
| 520566228 | + | Workeasy Software, 1200 SW 145th Ave Suite 200, Hollywood, FL 33027-6239 |
| 520566229 | + | Wyatt J Montferrante, 12 2nd Street, Butler, NJ 07405-1014 |
| 520566230 | + | Xaiomy Burgos, 425 Roe Street, Haledon, NJ 07508-1538 |

TOTAL: 84

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2025 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520547818 | + Email/Text: creditdept@allscripts.com | Jul 16 2025 20:47:00 | Allscripts Healthcare, LLC, 305 Church at North Hills Street, Raleigh, NC 27609-2667 |
| 520566216 | + Email/Text: bankruptcymail@leafnow.com | Jul 16 2025 20:47:00 | Leaf, PO BOX 5066, Hartford, CT 06102-5066 |
| 520609550 | Email/Text: BkNotice@McKesson.com | Jul 16 2025 20:47:00 | McKesson Medical-Surgical Inc., 9954 Mayland Drive, Suite 4000, Attn: Stephanie Hampton, |

Case 25-11370-JKS    Doc 101    Filed 07/18/25    Entered 07/19/25 00:13:11    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 147 | Total Noticed: 93 |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Hapeville, VA 23233 |
| 520547840 | | Email/Text: BkNotice@McKesson.com | Jul 16 2025 20:47:00 | McKesson Medical-Surgical, Inc, 9954 Mayland Dr, Suite 4000, Atlanta, GA 23233 |
| 520674383 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 16 2025 20:46:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520566225 | + | Email/Text: bankruptcy@unum.com | Jul 16 2025 20:46:00 | UNUM, 1 Fountain Square, Chattanooga, TN 37402-1306 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | * | Elementary Business Inc., 4275 Fox Sedge Ln., Denton, TX 76208 |
| 520550960 | *+ | Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346 |
| 520726134 | *+ | Valley Partners, LLC, c/o Manfredonia Law, LLC, 120 Piermont Road, Cresskill, NJ 07626-1536 |
| 520547843 | ##+ | Michael K Shindle, 11 Wisteria Court, Madison, NJ 07940-1469 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Creditor Michael Shindle astein@meyner.com |
| Bruce J. Wisotsky | on behalf of Creditor 622 Eagle Rock Avenue Realty  LLC bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Craig Wright  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor John Callaghan csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant John Callaghan  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor Anthony Scillia csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor Craig Wright csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Jul 16, 2025 | Form ID: 147 | Total Noticed: 93 |

| | |
|---|---|
| Carl J. Soranno | on behalf of Creditor Anthony Festa csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Craig Wright  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Anthony Scillia  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor Casey Pierce csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Anthony Scillia  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Academy Orthopaedics  LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Casey Pierce  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff Anthony Festa  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor Academy Orthopaedics  LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Casey Pierce  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Anthony Festa  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Defendant Academy Orthopaedics  LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor Academy Orthopaedics LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of 3rd Party Plaintiff John Callaghan  MD csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| John M. Manfredonia | on behalf of Attorney John Valley Partners  LLC jmm@manfredonialaw.com |
| Paul DeMartino | on behalf of Creditor Casey Pierce pdemartino@bracheichler.com |
| Paul DeMartino | on behalf of Creditor Anthony Scillia pdemartino@bracheichler.com |
| Paul DeMartino | on behalf of Creditor John Callaghan pdemartino@bracheichler.com |
| Paul DeMartino | on behalf of Creditor Academy Orthopaedics  LLC pdemartino@bracheichler.com |
| Paul DeMartino | on behalf of Creditor Anthony Festa pdemartino@bracheichler.com |
| Paul DeMartino | on behalf of Creditor Craig Wright pdemartino@bracheichler.com |
| Stephen B. Ravin | on behalf of Debtor Northlands Orthopaedic Institute LLC sravin@saul.com  jgillman@saul.com |
| Stephen B. Ravin | on behalf of Debtor New Jersey Orthopaedic Institute LLC sravin@saul.com  jgillman@saul.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 16, 2025 | Form ID: 147 | Total Noticed: 93 |

Stephen B. Ravin
    on behalf of Plaintiff Northlands Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Stephen B. Ravin
    on behalf of Plaintiff New Jersey Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Turner Falk
    on behalf of Debtor New Jersey Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Plaintiff New Jersey Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Plaintiff Northlands Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Debtor Northlands Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 37