# New Jersey Orthopaedic Institute LLC
## Balance Sheet
### As of June 30, 2025

|  |  | Total |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Bank Accounts | | |
| Cash in Bank VNB - 9931 | -3,615.69 | |
| Cash in Bank - Wells Fargo 5229 | 386.56 | |
| Cash in Bank - Wells PR - 5179 | 15,460.26 | |
| **Total for Bank Accounts** | | $12,231.13 |
| Accounts Receivable - Net | | $578,763.82 |
| Medical Supplies | | $ 75,000.00 |
| **Total Current Assets** | | $ 665,994.95 |
| Fixed Assets | | |
| Equipment | 24,555.16 | |
| Equipment - Valley | 60,195.63 | |
| Leasehold Improvements | 338,239.89 | |
| zAccum Amort - LI | -241,972.59 | |
| zAccum Deprec - Equip | -24,555.16 | |
| zAccum Deprec - Equip Valley | -60,195.63 | |
| **Total for Fixed Assets** | | $96,267.30 |
| **Other Assets:** | | |
| Escrow with Friar Levitt firm | | $ 875,000.00 |
| **TOTAL ASSETS** | | $ 1,637,262.25 |

# New Jersey Orthopaedic Institute LLC
## Balance Sheet
### As of June 30, 2025

|  |  |  |  | Total |
|---|---|---|---|---|
| **LIABILITIES & EQUITY** | | | | |
| Liabilities | | | | |
| Current Liabilities | | | | |
| Accounts Payable - Pre Petition | $ | 2,698,237.94 | | |
| Credit card payable - Post Petition | | 37,680.58 | | |
| 401 K Withheld/Pension | | 1,464.13 | | |
| PreTax Medical & Dental | | 2,973.20 | | |
| **Total for Current Liabilities** | | | $ | 2,740,355.85 |
| Intercompany - Due to Northlands | | 4,126,143.08 | | |
| Intercompany adjustment | $ | (4,126,143.08) | $ | - |
| Academy Orthopaedics LLC | | | $ | 7,782,152.73 |
| **Total Liabilities** | | | $ | 10,522,508.58 |
| **Equity** | | | | |
| Capital Account - AF | $ | 5,111.28 | | |
| Capital Account - AS | $ | 5,111.29 | | |
| Capital Account - CP | $ | 5,111.30 | | |
| Capital Account - CW | $ | 5,111.29 | | |
| Capital Account - JC | $ | 5,111.30 | | |
| Capital Account - VKM | $ | (33,949.62) | $ | (8,393.16) |
| Retained Earnings | | | $ | (2,803,829.54) |
| Liability Adjustment | | | $ | (7,782,152.73) |
| Accounts Receivable accrual adj | | | $ | (578,763.82) |
| Prior years adjustments | | | $ | (1,055,138.11) |
| Intercompany adjustment | | | $ | 4,126,143.08 |
| Net Income | | | $ | (783,112.05) |
| **Total for Equity** | | | | -$8,885,246.33 |
| **TOTAL LIABILITIES & EQUITY** | | | $ | 1,637,262.25 |