## New Jersey Orthopaedic Institute, LLC
## Summary of Cash Receipts and Disbursements
## For the month - June 2025

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Cash Disbursements | Transfers | Other | Closing Bal |
|---|---|---|---|---|---|---|---|
| Wells PR - 5179 - DIP | Opening cash balance | $ 18,891.89 | | | | | |
| Wells PR - 5179 - DIP | Cash Receipts | | $ 30,000.00 | | | | |
| Wells PR - 5179 - DIP | Expenses | | | $ (116,031.63) | | | |
| Wells PR - 5179 - DIP | Transfers | | | | $ 82,600.00 | | |
| Wells PR - 5179 - DIP | Intercompany | | | | | $ - | $ 15,460.26 |
| Wells Fargo 5229 - DIP | Opening cash balance | $ 6,895.12 | | | | | |
| Wells Fargo 5229 - DIP | Cash Receipts | | $ 55,649.39 | | | | |
| Wells Fargo 5229 - DIP | Expenses | | | $ 442.05 | | | |
| Wells Fargo 5229 - DIP | Transfers | | | | $ (62,600.00) | | $ 386.56 |
| VNB - 9931- DIP | Opening cash balance | $ 10,716.00 | | | | | |
| VNB - 9931- DIP | Cash Receipts | | $ 79,641.38 | | | | |
| VNB - 9931- DIP | Expenses | | | $ (123,973.07) | | | |
| VNB - 9931- DIP | Transfers | | | | $ (20,000.00) | | |
| VNB - 9931- DIP | From Escrow | | | | | $ 50,000.00 | $ (3,615.69) |
| **ENDING BALANCE** | | $ 36,503.01 | $ 165,290.77 | $ (239,562.65) | $ - | $ 50,000.00 | $ 12,231.13 |

$ 50,000.00  Intercompany
$ 215,290.77