# Profit and Loss
## New Jersey Orthopaedic Institute
### June 2025

| Distribution account | Total |
|---|---|
| Income | |
|    Patient Fees > 1/1/11 | 134,380.06 |
|    Refunds | 1,910.32 |
| **Total for Income** | **$136,290.38** |
| Cost of Goods Sold | |
| **Gross Profit** | **$136,290.38** |
| Expenses | |
|    Answering Service | 1,139.88 |
|    Auto Expenses | 0.00 |
|      Automobile Expense - VKM | 1,492.63 |
|    **Total for Auto Expenses** | **$1,492.63** |
|    Bank Service Charges | 529.56 |
|    Computer and Internet Expenses | 622.26 |
|    Copier Lease | 836.62 |
|    Credit Card Discount Fees | 1,257.00 |
|    Equipment Lease | 88.00 |
|    Health Insurance | 37,195.50 |
|      Insurance | 4,041.70 |
|    **Total for Health Insurance** | **$41,237.20** |
|    Insurance Exp - Med Malpractice | 1,073.70 |
|    Interest Expense | 552.69 |
|    Medical Records and Supplies | 0.00 |
|      Medical Supplies | 11,811.97 |
|    **Total for Medical Records and Supplies** | **$11,811.97** |
|    Medical Waste | 603.80 |
|    Payroll Expenses - Processing | 15,000.54 |
|    Payroll Tax Expenses | 0.00 |
|      FUTA Tax Expense | 51.78 |
|      Payroll Tax Expense - 941 | 6,243.93 |
|      Payroll Tax Expense - SUI | 296.15 |
|    **Total for Payroll Tax Expenses** | **$6,591.86** |
|    Rent Expense | 0.00 |
|      Rent - Morristown | 1,183.00 |
|    **Total for Rent Expense** | **$1,183.00** |
|    Salaries and Wages | 0.00 |
|      Administrative Salaries | 119,650.16 |
|      Benefits - 401K Match | 1,683.52 |
|      Physicians Salaries | 14,284.60 |
|    **Total for Salaries and Wages** | **$135,618.28** |

| | |
|---|---:|
| Shredding | 490.44 |
| Telephone Expense | 4,999.79 |
|   Cell Phone - RP | 102.09 |
|   Cell phone - VKM | 77.09 |
| **Total for Telephone Expense** | **$5,178.97** |
| **Total for Expenses** | **$225,308.40** |
| **Net Operating Income** | **-$89,018.02** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0.00** |
| **Net Income** | **-$89,018.02** |