## New Jersey Orthopaedic Institute

### Cash in Bank VNB - 9931, Period Ending 06/30/2025

### RECONCILIATION REPORT

Reconciled on: 07/11/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 35,741.51 |
| Checks and payments cleared (27) | -145,021.11 |
| Deposits and other credits cleared (116) | 129,939.42 |
| Statement ending balance | 20,659.82 |
|  |  |
| Uncleared transactions as of 06/30/2025 | -24,275.51 |
| Register balance as of 06/30/2025 | -3,615.69 |
| Cleared transactions after 06/30/2025 | 0.00 |
| Uncleared transactions after 06/30/2025 | 7,589.09 |
| Register balance as of 07/11/2025 | 3,973.40 |

### Details

Checks and payments cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/14/2025 | Check | 3716 | St.Joseph's Reg.M… | -750.00 |
| 06/03/2025 | Expense |  | PNC Bank | -102.89 |
| 06/03/2025 | Expense |  | PNC Bank | -1,066.73 |
| 06/04/2025 | Transfer |  |  | -20,000.00 |
| 06/05/2025 | Expense |  | Dragon | -79.00 |
| 06/06/2025 | Expense |  | Arthrex, Inc. | -1,626.03 |
| 06/06/2025 | Expense |  | Arthrex, Inc. | -20.68 |
| 06/09/2025 | Expense |  | NJOI | -50,010.00 |
| 06/11/2025 | Expense |  | Clover APP | -87.38 |
| 06/12/2025 | Expense |  | GF Genesis Finance | -1,492.63 |
| 06/13/2025 | Check | 3728 | Verizon Wireless | -252.79 |
| 06/13/2025 | Check | 3735 | Travelers CL Remit… | -1,073.70 |
| 06/13/2025 | Check | 3737 | leaf | -836.62 |
| 06/13/2025 | Check | 3747 | AHS Investment C… | -1,183.00 |
| 06/17/2025 | Expense |  | Valley National Bank | -298.04 |
| 06/20/2025 | Expense |  | Keystone Answerin… | -569.94 |
| 06/23/2025 | Expense |  | Optimum | -69.18 |
| 06/23/2025 | Expense |  | Arthrex, Inc. | -1,119.56 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/23/2025 | Expense | | Hilb Group of NJ | -4,041.70 |
| 06/23/2025 | Expense | | Arthrex, Inc. | -45.70 |
| 06/24/2025 | Expense | | Associatio Member… | -37,195.50 |
| 06/25/2025 | Expense | 3726 | Daniels Sharpsmar… | -603.80 |
| 06/25/2025 | Expense | | SK Paper Shred | -245.22 |
| 06/26/2025 | Expense | | Merrill Lynch Wealt… | -12,061.00 |
| 06/30/2025 | Expense | | Arthrex, Inc. | -9,000.00 |
| 06/30/2025 | Expense | | Dayforce, Inc. | -715.94 |
| 06/30/2025 | Check | 3721 | WAYSTAR | -474.08 |

Total                                                                                            -145,021.11

Deposits and other credits cleared (116)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2025 | Deposit | | NJOI | 822.00 |
| 06/02/2025 | Deposit | | NJOI | 55.00 |
| 06/02/2025 | Deposit | | Horizon Blue Cros… | 111.47 |
| 06/02/2025 | Deposit | | HC Claim Payment | 122.28 |
| 06/02/2025 | Deposit | | NJOI | 1,115.37 |
| 06/02/2025 | Deposit | | Horizon Blue Cros… | 337.49 |
| 06/03/2025 | Deposit | | Horizon Blue Cros… | 522.70 |
| 06/03/2025 | Deposit | | United Healthcare | 70.97 |
| 06/03/2025 | Deposit | | HC Claim Payment | 29.11 |
| 06/03/2025 | Deposit | | Clover Health | 478.93 |
| 06/03/2025 | Deposit | | Horizon Blue Cros… | 112.24 |
| 06/04/2025 | Deposit | | Clover Health | 298.55 |
| 06/04/2025 | Deposit | | NJ Am Better | 52.51 |
| 06/04/2025 | Deposit | | NJOI | 553.45 |
| 06/05/2025 | Deposit | | Clover Health | 3,428.83 |
| 06/05/2025 | Deposit | | Novitas Solutions, … | 794.66 |
| 06/05/2025 | Deposit | | NJOI | 305.00 |
| 06/05/2025 | Deposit | | Horizon Blue Cros… | 213.68 |
| 06/05/2025 | Deposit | | Horizon Blue Cros… | 93.30 |
| 06/05/2025 | Deposit | | Saul Ewing. LLP | 50,000.00 |
| 06/06/2025 | Deposit | | NJOI | 344.16 |
| 06/06/2025 | Deposit | | Horizon Blue Cros… | 392.04 |
| 06/06/2025 | Deposit | | Horizon Blue Cros… | 928.95 |
| 06/06/2025 | Deposit | | HC Claim Payment | 53.51 |
| 06/06/2025 | Deposit | | Novitas Solutions, … | 2,208.65 |
| 06/09/2025 | Deposit | | Horizon Blue Cros… | 245.68 |
| 06/09/2025 | Deposit | | NJOI | 1,366.10 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/09/2025 | Deposit | | Oxford Health Plans | 38.03 |
| 06/09/2025 | Deposit | | Novitas Solutions, … | 3,601.32 |
| 06/09/2025 | Deposit | | NJOI | 481.90 |
| 06/09/2025 | Deposit | | Clover Health | 1,448.32 |
| 06/10/2025 | Deposit | | Horizon Blue Cros… | 471.08 |
| 06/10/2025 | Deposit | | United Healthcare | 238.79 |
| 06/11/2025 | Deposit | | Oxford Health Plans | 107.52 |
| 06/11/2025 | Deposit | | Oxford Health Plans | 135.57 |
| 06/11/2025 | Deposit | | AARP | 173.16 |
| 06/11/2025 | Deposit | | Optum | 50.76 |
| 06/11/2025 | Deposit | | NJOI | 495.00 |
| 06/12/2025 | Deposit | | Horizon Blue Cros… | 149.79 |
| 06/12/2025 | Deposit | | NJOI | 3,490.00 |
| 06/12/2025 | Deposit | | United Healthcare | 85.38 |
| 06/12/2025 | Deposit | | Horizon Blue Cros… | 185.66 |
| 06/12/2025 | Deposit | | Clover Health | 167.85 |
| 06/13/2025 | Deposit | | NJOI | 147.00 |
| 06/13/2025 | Deposit | | Novitas Solutions, … | 587.66 |
| 06/13/2025 | Check | 3749 | Dayforce, Inc. | 0.00 |
| 06/13/2025 | Deposit | | Horizon Blue Cros… | 67.28 |
| 06/13/2025 | Deposit | | Clover Health | 495.79 |
| 06/13/2025 | Deposit | | HC Claim Payment | 57.90 |
| 06/13/2025 | Deposit | | Horizon Blue Cros… | 2.87 |
| 06/16/2025 | Deposit | | NJOI | 332.00 |
| 06/16/2025 | Deposit | | NJOI | 2,178.81 |
| 06/16/2025 | Deposit | | Clover Health | 395.90 |
| 06/16/2025 | Deposit | | HC Claim Payment | 57.35 |
| 06/16/2025 | Deposit | | NJOI | 767.37 |
| 06/16/2025 | Deposit | | Horizon Blue Cros… | 113.36 |
| 06/16/2025 | Deposit | | Novitas Solutions, … | 3,959.21 |
| 06/16/2025 | Deposit | | AARP | 155.29 |
| 06/17/2025 | Deposit | | HC Claim Payment | 27.87 |
| 06/17/2025 | Deposit | | AARP | 155.87 |
| 06/18/2025 | Deposit | | Clover Health | 1,546.94 |
| 06/18/2025 | Deposit | | Novitas Solutions, … | 11,071.14 |
| 06/18/2025 | Deposit | | NJOI | 457.89 |
| 06/20/2025 | Deposit | | NJOI | 850.08 |
| 06/20/2025 | Deposit | | AARP | 354.49 |
| 06/20/2025 | Deposit | | United Healthcare | 145.18 |
| 06/20/2025 | Deposit | | Horizon Blue Cros… | 71.41 |
| 06/20/2025 | Deposit | | NJOI | 3,090.00 |
| 06/23/2025 | Deposit | | Horizon Blue Cros… | 339.25 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/23/2025 | Deposit | | NJOI | 360.00 |
| 06/23/2025 | Deposit | | Novitas Solutions, … | 1,254.72 |
| 06/23/2025 | Deposit | | Valley National Bank | 836.62 |
| 06/23/2025 | Deposit | | HC Claim Payment | 82.62 |
| 06/23/2025 | Deposit | | HC Claim Payment | 27.87 |
| 06/23/2025 | Deposit | | NJOI | 75.00 |
| 06/23/2025 | Deposit | | HC Claim Payment | 29.11 |
| 06/23/2025 | Deposit | | Clover Health | 175.69 |
| 06/23/2025 | Deposit | | NJOI | 495.87 |
| 06/23/2025 | Deposit | | Clover Health | 401.78 |
| 06/23/2025 | Deposit | | Horizon Blue Cros… | 382.58 |
| 06/23/2025 | Deposit | | Horizon Blue Cros… | 717.95 |
| 06/24/2025 | Deposit | | Novitas Solutions, … | 4,304.17 |
| 06/24/2025 | Deposit | | United Healthcare | 414.64 |
| 06/24/2025 | Deposit | | Horizon Blue Cros… | 643.90 |
| 06/24/2025 | Deposit | | Horizon Blue Cros… | 178.93 |
| 06/24/2025 | Deposit | | Clover Health | 60.43 |
| 06/24/2025 | Deposit | | AARP | 78.50 |
| 06/25/2025 | Deposit | | Horizon Blue Cros… | 94.21 |
| 06/25/2025 | Deposit | | Healthier NJ | 2.11 |
| 06/25/2025 | Deposit | | NJOI | 330.00 |
| 06/25/2025 | Deposit | | Valley National Bank | 1,073.70 |
| 06/25/2025 | Deposit | | Clover Health | 860.57 |
| 06/26/2025 | Deposit | | Oxford Health Plans | 25.75 |
| 06/26/2025 | Deposit | | Clover Health | 126.74 |
| 06/26/2025 | Deposit | | Healthier NJ | 164.56 |
| 06/26/2025 | Deposit | | United Healthcare | 23.60 |
| 06/26/2025 | Deposit | | NJOI | 361.62 |
| 06/26/2025 | Deposit | | Oxford Health Plans | 149.42 |
| 06/26/2025 | Deposit | | Clover Health | 1,151.86 |
| 06/26/2025 | Deposit | | AARP | 151.11 |
| 06/26/2025 | Deposit | | Horizon Blue Cros… | 255.30 |
| 06/26/2025 | Deposit | | Oxford Health Plans | 95.14 |
| 06/26/2025 | Deposit | | Horizon Blue Cros… | 93.22 |
| 06/27/2025 | Deposit | | Clover Health | 480.78 |
| 06/27/2025 | Deposit | | Horizon Blue Cros… | 172.33 |
| 06/27/2025 | Deposit | | Novitas Solutions, … | 4,385.83 |
| 06/27/2025 | Deposit | | NJOI | 735.00 |
| 06/27/2025 | Deposit | | Horizon Blue Cros… | 8.61 |
| 06/30/2025 | Deposit | | NJOI | 125.00 |
| 06/30/2025 | Deposit | | NJOI | 442.00 |
| 06/30/2025 | Deposit | | Horizon Blue Cros… | 19.85 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/30/2025 | Deposit | | United Healthcare | 221.95 |
| 06/30/2025 | Deposit | | NJOI | 2,505.19 |
| 06/30/2025 | Deposit | | Novitas Solutions, … | 153.87 |
| 06/30/2025 | Deposit | | AARP | 936.69 |
| 06/30/2025 | Deposit | | Clover Health | 468.36 |

| Total | | | | 129,939.42 |
|-------|-|-|-|-----------|

## Additional Information

Uncleared checks and payments as of 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 10/07/2024 | Check | | MDAdvantage Ins. … | -3,584.84 |
| 10/11/2024 | Check | 3449 | Harsh H. Patel, M.D. | -300.00 |
| 11/15/2024 | Check | 3510 | Chase Card Services | -281.49 |
| 11/22/2024 | Check | 3520 | Mountainside Hos… | -400.00 |
| 12/31/2024 | Check | 3583 | Department of Fa… | -150.00 |
| 12/31/2024 | Check | 3588 | Waleska Claudio | -150.00 |
| 03/13/2025 | Check | 3661 | McKesson Medical… | -19,409.18 |

| Total | | | | -24,275.51 |
|-------|-|-|-|-----------|

Uncleared checks and payments after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/01/2025 | Check | 3738 | MEDENT | -1,999.60 |
| 07/01/2025 | Check | 3739 | RevSpring Inc. | -619.00 |
| 07/01/2025 | Check | 3740 | Henry Schein | -322.40 |
| 07/01/2025 | Check | | Tulpehocken Sprin… | -20.28 |
| 07/01/2025 | Check | 3693 | leaf | -836.62 |
| 07/01/2025 | Check | 3730 | Verizon Wireless | -226.09 |
| 07/01/2025 | Check | 3731 | AHS Investment C… | -1,183.00 |
| 07/01/2025 | Check | 3733 | SK Paper Shred | -122.61 |
| 07/01/2025 | Check | 3734 | MassMutual Finan… | -576.84 |
| 07/01/2025 | Check | 3691 | Travelers CL Remit… | -1,073.70 |
| 07/01/2025 | Check | 3736 | Pitney Bowes Glob… | -169.89 |
| 07/03/2025 | Expense | | PNC Bank | -762.88 |
| 07/03/2025 | Expense | | PNC Bank | -102.89 |
| 07/07/2025 | Expense | | Dragon | -79.00 |
| 07/07/2025 | Check | 3742 | Neil Patel, MD | -1,200.00 |
| 07/07/2025 | Check | 3743 | Issac Soliman, MD | -900.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/08/2025 | Check | 3700 | Valley Partners, LLC | -16,637.00 |
| 07/10/2025 | Check | 3702 | SK Paper Shred | -122.61 |
| 07/10/2025 | Check | 3745 | U.S. Trustee Paym… | -2,733.56 |

| Total | | | | -29,687.97 |
|---|---|---|---|---|

Uncleared deposits and other credits after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Deposit | | Horizon Blue Cros… | 29.11 |
| 07/01/2025 | Deposit | | Valley National Bank | 715.94 |
| 07/01/2025 | Deposit | | Valley National Bank | 474.08 |
| 07/01/2025 | Deposit | | Horizon Blue Cros… | 419.10 |
| 07/01/2025 | Deposit | | United Healthcare | 197.12 |
| 07/01/2025 | Deposit | | Novitas Solutions, … | 826.84 |
| 07/02/2025 | Deposit | | AARP | 378.12 |
| 07/02/2025 | Deposit | | Clover Health | 587.97 |
| 07/02/2025 | Deposit | | Novitas Solutions, … | 5,641.14 |
| 07/02/2025 | Deposit | | NJOI | 1,004.28 |
| 07/03/2025 | Deposit | | Novitas Solutions, … | 5,302.58 |
| 07/03/2025 | Deposit | | Clover Health | 572.40 |
| 07/03/2025 | Deposit | | Horizon Blue Cros… | 100.89 |
| 07/03/2025 | Deposit | | Optum | 181.98 |
| 07/03/2025 | Deposit | | NJOI | 498.49 |
| 07/03/2025 | Deposit | | Horizon Blue Cros… | 372.60 |
| 07/07/2025 | Deposit | | NJOI | 459.00 |
| 07/07/2025 | Deposit | | NJOI | 450.37 |
| 07/07/2025 | Deposit | | Horizon Blue Cros… | 27.87 |
| 07/08/2025 | Deposit | | HC Claim Payment | 27.87 |
| 07/08/2025 | Deposit | | Horizon Blue Cros… | 28.39 |
| 07/08/2025 | Deposit | | Clover Health | 998.57 |
| 07/08/2025 | Deposit | | Horizon Blue Cros… | 110.79 |
| 07/08/2025 | Deposit | | Horizon Blue Cros… | 39.25 |
| 07/08/2025 | Deposit | | Horizon Blue Cros… | 125.59 |
| 07/08/2025 | Deposit | | Novitas Solutions, … | 15,092.93 |
| 07/09/2025 | Deposit | | Oxford Health Plans | 78.75 |
| 07/09/2025 | Deposit | | United Healthcare | 34.55 |
| 07/09/2025 | Deposit | | AARP | 440.83 |
| 07/09/2025 | Deposit | | United Healthcare | 31.24 |
| 07/09/2025 | Deposit | | NJOI | 310.00 |
| 07/10/2025 | Deposit | | Merchant Deposit | 1,550.64 |
| 07/10/2025 | Deposit | | Clover Health | 167.78 |

about:blank

| Total | 37,277.06 |
| --- | --- |