## New Jersey Orthopaedic Institute

### Cash in Bank - Wells PR - 5179, Period Ending 06/30/2025

### RECONCILIATION REPORT

Reconciled on: 07/11/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---:|
| Statement beginning balance | 18,891.89 |
| Checks and payments cleared (13) | -160,290.29 |
| Deposits and other credits cleared (8) | 162,600.00 |
| Statement ending balance | 21,201.60 |
| | |
| Uncleared transactions as of 06/30/2025 | -8,508.25 |
| Register balance as of 06/30/2025 | 12,693.35 |
| Cleared transactions after 06/30/2025 | 0.00 |
| Uncleared transactions after 06/30/2025 | -3,626.44 |
| Register balance as of 07/11/2025 | 9,066.91 |

### Details

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/05/2025 | Check | 0241 | Dr. Vincent K. McIn… | -14,284.60 |
| 06/06/2025 | Expense | | Aidan Dunphy | -759.56 |
| 06/06/2025 | Expense | | Ceridian Small Bus… | -59,481.85 |
| 06/06/2025 | Expense | | Jake Dillon | -1,134.14 |
| 06/09/2025 | Expense | | Fidelity Investment… | -1,818.34 |
| 06/09/2025 | Expense | | Fidelity Investment… | -1,877.41 |
| 06/09/2025 | Expense | | Fidelity Investment… | -1,885.74 |
| 06/09/2025 | Expense | | Dr. Vincent K. McIn… | -1.00 |
| 06/09/2025 | Expense | | Dr. Vincent K. McIn… | -10.00 |
| 06/17/2025 | Expense | | Dr. Vincent K. McIn… | -14,284.60 |
| 06/18/2025 | Expense | | Fidelity Investment… | -2,331.34 |
| 06/20/2025 | Expense | | Ceridian Small Bus… | -60,577.40 |
| 06/24/2025 | Expense | | Fidelity Investment… | -1,844.31 |

Total -160,290.29

Deposits and other credits cleared (8)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2025 | Transfer | | | 6,000.00 |
| 06/04/2025 | Deposit | 200539477 | NOI | 30,000.00 |
| 06/04/2025 | Transfer | | | 20,000.00 |
| 06/04/2025 | Transfer | | | 2,000.00 |
| 06/06/2025 | Transfer | | | 4,600.00 |
| 06/09/2025 | Expense | | NJOI | 50,000.00 |
| 06/18/2025 | Transfer | | | 43,000.00 |
| 06/30/2025 | Transfer | | | 7,000.00 |
| Total | | | | 162,600.00 |

## Additional Information

Uncleared checks and payments as of 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/13/2025 | Check | 0242 | Cablevision Lightp… | -4,926.18 |
| 06/13/2025 | Check | 3737 | leaf | -836.62 |
| 06/13/2025 | Check | 3735 | Travelers CL Remit… | -1,073.70 |
| 06/13/2025 | Check | 0239 | SK Paper Shred | -245.22 |
| 06/13/2025 | Check | 0240 | Keystone Answerin… | -569.94 |
| 06/13/2025 | Check | 3726 | Daniels Sharpsmar… | -603.80 |
| 06/13/2025 | Check | 3728 | Verizon Wireless | -252.79 |
| Total | | | | -8,508.25 |

Uncleared checks and payments after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/09/2025 | Expense | | Wells Fargo | -0.50 |
| 07/09/2025 | Expense | | Wells Fargo | -10.00 |
| 07/10/2025 | Transfer | | | -10,800.00 |
| 07/10/2025 | Check | 3747 | Dayforce, Inc. | -715.94 |
| Total | | | | -11,526.44 |

Uncleared deposits and other credits after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2025 | Transfer | | | 3,300.00 |
| 07/03/2025 | Transfer | | | 3,000.00 |

| DATE       | TYPE     | REF NO. | PAYEE | AMOUNT (USD) |
|------------|----------|---------|-------|--------------|
| 07/07/2025 | Transfer |         |       | 1,600.00     |
| Total      |          |         |       | 7,900.00     |