# New Jersey Orthopaedic Institute

## Cash in Bank - Wells Fargo 5229, Period Ending 06/30/2025

### RECONCILIATION REPORT

Reconciled on: 07/11/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---:|
| Statement beginning balance | 6,895.12 |
| Checks and payments cleared (7) | -62,859.52 |
| Deposits and other credits cleared (40) | 56,350.96 |
| Statement ending balance | 386.56 |
| | |
| Uncleared transactions as of 06/30/2025 | 0.00 |
| Register balance as of 06/30/2025 | 386.56 |
| Cleared transactions after 06/30/2025 | 0.00 |
| Uncleared transactions after 06/30/2025 | 15,654.86 |
| Register balance as of 07/11/2025 | 16,041.42 |

## Details

### Checks and payments cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/02/2025 | Transfer | | | -6,000.00 |
| 06/04/2025 | Transfer | | | -2,000.00 |
| 06/06/2025 | Transfer | | | -4,600.00 |
| 06/09/2025 | Expense | | FDMS | -88.00 |
| 06/11/2025 | Expense | | Wells Fargo | -171.52 |
| 06/18/2025 | Transfer | | | -43,000.00 |
| 06/30/2025 | Transfer | | | -7,000.00 |
| **Total** | | | | **-62,859.52** |

### Deposits and other credits cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/02/2025 | Deposit | | Cigna Insurance Co. | 92.72 |
| 06/04/2025 | Deposit | | NJOI | 3,543.55 |
| 06/04/2025 | Deposit | | Aetna | 450.41 |
| 06/04/2025 | Deposit | | Aetna | 619.53 |
| 06/04/2025 | Deposit | | Aetna | 132.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/05/2025 | Deposit | | Aetna | 254.22 |
| 06/06/2025 | Deposit | | Aetna | 585.57 |
| 06/06/2025 | Deposit | | Aetna | 116.00 |
| 06/09/2025 | Deposit | | Cigna Insurance Co. | 3.00 |
| 06/09/2025 | Deposit | 216875978 | NJOI | 863.00 |
| 06/10/2025 | Deposit | | Aetna | 106.70 |
| 06/10/2025 | Deposit | | Aetna | 710.98 |
| 06/11/2025 | Deposit | | Aetna | 68.46 |
| 06/11/2025 | Deposit | | Aetna | 111.96 |
| 06/11/2025 | Deposit | | Aetna | 460.18 |
| 06/12/2025 | Deposit | | Treasurer-State of … | 27.87 |
| 06/12/2025 | Deposit | | Aetna | 385.19 |
| 06/13/2025 | Deposit | | Aetna | 215.36 |
| 06/16/2025 | Deposit | | NJOI | 26,833.32 |
| 06/16/2025 | Deposit | | Aetna | 139.25 |
| 06/17/2025 | Deposit | | NJOI | 13,800.00 |
| 06/17/2025 | Deposit | 999827782 | NJOI | 314.65 |
| 06/17/2025 | Deposit | | Treasurer-State of … | 27.87 |
| 06/18/2025 | Deposit | | Aetna | 63.10 |
| 06/23/2025 | Deposit | | Aetna | 219.90 |
| 06/23/2025 | Deposit | | Aetna | 106.32 |
| 06/23/2025 | Deposit | | Aetna | 864.29 |
| 06/23/2025 | Deposit | | Cigna Insurance Co. | 181.96 |
| 06/24/2025 | Deposit | | Aetna | 208.26 |
| 06/25/2025 | Deposit | | Aetna | 1,195.79 |
| 06/25/2025 | Deposit | | Cigna Insurance Co. | 86.22 |
| 06/25/2025 | Deposit | | Aetna | 1,028.03 |
| 06/25/2025 | Deposit | | Aetna | 243.64 |
| 06/25/2025 | Deposit | | Aetna | 81.90 |
| 06/26/2025 | Deposit | | Aetna | 120.90 |
| 06/26/2025 | Deposit | | NJOI | 1,146.47 |
| 06/27/2025 | Deposit | | Aetna | 682.90 |
| 06/27/2025 | Deposit | | Aetna | 177.86 |
| 06/27/2025 | Deposit | | Cigna Insurance Co. | 57.62 |
| 06/30/2025 | Deposit | | Aetna | 23.51 |
| Total | | | | 56,350.96 |

**Additional Information**

Uncleared checks and payments as of 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2019 | Check | 8337 | Boris Pesed | -60.00 |
| 09/09/2019 | Check | 8702 | Dr. Tom Novack | -300.00 |
| 10/04/2019 | Check | 8762 | Chase Card Services | -1,870.00 |
| 10/10/2019 | Check | 8785 | Dr. Thomas Lardner | -300.00 |
| 11/05/2019 | Check | 8841 | Anthony J. Scillia, … | -1,557.00 |
| 11/05/2019 | Check | 8853 | Dr. Thomas Lardner | -600.00 |
| 11/14/2019 | Check | 8867 | Alphagraphics | -156.05 |
| 11/25/2019 | Check | 8898 | Saint Barnabas Me… | -600.00 |
| 05/06/2020 | Check | 9263 | MEDENT | -683.33 |
| 06/25/2020 | Check | 9335 | 622 Eagle Rock Av… | -8,208.00 |
| 12/23/2020 | Check | 9703 | Stephanie Castella… | -50.00 |
| 01/15/2021 | Check | 9759 | Margeritte Carlson | -80.00 |
| 02/28/2021 | Check | ach | Exchange | -5,297.00 |
| 08/18/2021 | Check | 10183 | Morristown Medica… | -400.00 |
| 09/03/2021 | Check | 10210 | Simple Domain Host | -180.00 |
| 11/05/2021 | Check | 10337 | Daniels Sharpsmar… | -270.63 |
| 12/30/2021 | Check | 10448 | Delicato Transport,… | -43.66 |
| 02/03/2022 | Check | 10502 | SK Paper Shred | -245.23 |
| 02/18/2022 | Check | 10527 | Hackensack UMC-… | -300.00 |
| 03/02/2023 | Check | 10564 | Valley National Bank | -15,132.53 |
| Total | | | | -36,333.43 |

Uncleared deposits and other credits as of 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Deposit | | | 36,333.43 |
| Total | | | | 36,333.43 |

Uncleared checks and payments after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2025 | Transfer | | | -3,300.00 |
| 07/03/2025 | Transfer | | | -3,000.00 |
| 07/07/2025 | Transfer | | | -1,600.00 |
| 07/08/2025 | Expense | | FDMS | -88.00 |
| Total | | | | -7,988.00 |

Uncleared deposits and other credits after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Deposit | | NJOI | 864.22 |
| 07/02/2025 | Deposit | | Aetna | 258.52 |
| 07/02/2025 | Deposit | | NJOI | 3,011.78 |
| 07/02/2025 | Deposit | | Aetna | 149.90 |
| 07/02/2025 | Deposit | 1702865 | NJOI | 1,738.00 |
| 07/03/2025 | Deposit | | Aetna | 158.76 |
| 07/03/2025 | Deposit | | Aetna | 125.15 |
| 07/07/2025 | Deposit | | Cigna Insurance Co. | 73.95 |
| 07/07/2025 | Deposit | | Aetna | 1,152.99 |
| 07/07/2025 | Deposit | | Cigna Insurance Co. | 69.62 |
| 07/08/2025 | Deposit | | Aetna | 142.09 |
| 07/08/2025 | Deposit | | Aetna | 168.75 |
| 07/09/2025 | Deposit | 999827789 | NJOI | 4,103.65 |
| 07/09/2025 | Deposit | | Aetna | 129.38 |
| 07/09/2025 | Deposit | | Aetna | 144.11 |
| 07/10/2025 | Deposit | 999827791 | NJOI | 110.00 |
| 07/10/2025 | Deposit | | Aetna | 71.09 |
| 07/10/2025 | Deposit | | Aetna | 370.90 |
| 07/10/2025 | Transfer | | | 10,800.00 |
| Total | | | | 23,642.86 |