7/11/25, 12:07 PM

Case 25-11370-JKS    Doc 103-8    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details    Page 1 of 13

Account Details | Valley National Bank



Good Afternoon, Fred Tate

# NJOI Operating **9931

Last Updated: July 11, 2025 11:05 AM

| $29,304.00 | $27,127.95 |
| Available Balance | Ledger Balance |

**Transactions**  Details & Settings

🔍 Search transactions

**Start Date**                              **End Date**

06/01/2025            📅      to      06/30/2025


Help

7/11/25, 12:07 PM                                    Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-8    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc Valley National Bank Account Details    Page 2 of 13

**Description**

[                    ]

**Transaction Type**

[                  ⌄ ]

**Min Amount**

$ | 0.00    to    **Max Amount**    $ | 0.00

**Starting Check #**

[                    ]    to    **Ending Check #**    [                    ]

| Date | Description | Amount ⓘ | |
|---|---|---|---|
| JUN 30 2025 | 🧾 CHECK - 3718 | ($715.94) | ⋮ |
| JUN 30 2025 | 🧾 CHECK - 3721 | ($474.08) | ⋮ |
| JUN 30 2025 | ACH DEBIT TEL CMPY ID: 0008676239 ARTHREX | ($9,000.00) | ⋮ |

| Date | Description | Amount | |
|---|---|---|---|
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $442.00 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $125.00 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $2,505.19 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $468.36 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $936.69 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $221.95 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $153.87 | |
| JUN 30 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $19.85 | |
| JUN 27 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $735.00 | |

| Date | Description | Amount | |
|---|---|---|---|
| JUN 27 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $480.78 | |
| JUN 27 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $4,385.83 | |
| JUN 27 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $172.33 | |
| JUN 27 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $8.61 | |
| JUN 26 2025 | WIRE OUT GFT 202506260023552 MERRILL | ($12,061.00) | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $361.62 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $151.11 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $23.60 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $1,151.86 | |

| Date | Description | Amount | |
|---|---|---|---|
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 1152244375 Oxford Health Pl | $25.75 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $255.30 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 2843673030 HEALTHIER NJ CL | $164.56 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $149.42 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 1384057194 Clover HMO of Ne | $126.74 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 2522443751 OXFORD HEA PL LL | $95.14 | |
| JUN 26 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $93.22 | |
| JUN 25 2025 | CHECK - 3729 | ($1,183.00) | |
| JUN 25 2025 | CHECK - 3726 | ($603.80) | |

7/11/25, 12:07 PM    Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-8    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details    Page 6 of 13

| Date | Description | Amount | |
|---|---|---|---|
| JUN 25 2025 | CHECK - 3723 | ($245.22) | |
| JUN 25 2025 | RETURN ITEM NOT AUTHORIZED - 3720 | $1,073.70 | |
| JUN 25 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $330.00 | |
| JUN 25 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $860.57 | |
| JUN 25 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $94.21 | |
| JUN 25 2025 | ACH CREDIT CCD CMPY ID: 2843673030 HEALTHIER NJ CL | $2.11 | |
| JUN 25 2025 | PRENOTIFICATION CR CCD CMPY ID: 351840597H CMMI | $0.00 | |
| JUN 24 2025 | CHECK - 3720 | ($1,073.70) | |
| JUN 24 2025 | ACH DEBIT PPD CMPY ID: 1226315089 TDB-AMT INSUR | ($37,195.50) | |

7/11/25, 12:07 PM	Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-8    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details    Page 7 of 13

| JUN 24 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $4,304.17 |
| JUN 24 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $643.90 |
| JUN 24 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $414.64 |
| JUN 24 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $178.93 |
| JUN 24 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $78.50 |
| JUN 24 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $60.43 |
| JUN 23 2025 | ACH DEBIT CCD CMPY ID: 1472319830 THE HILB GROUP, | ($4,041.70) |
| JUN 23 2025 | ACH DEBIT TEL CMPY ID: 0008676239 ARTHREX | ($1,119.56) |
| JUN 23 2025 | ACH DEBIT PPD CMPY ID: 9078700001 OPTIMUM 7870 | ($69.18) |

7/11/25, 12:07 PM    Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-8    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc Valley National Bank Account Details    Page 8 of 13

| Date | Description | Amount |
|---|---|---|
| JUN 23 2025 | ACH DEBIT TEL CMPY ID: 0008676239 ARTHREX | ($45.70) |
| JUN 23 2025 | RETURN ITEM NOT AUTHORIZED - 3719 | $836.62 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $495.87 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $360.00 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $75.00 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $1,254.72 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $717.95 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $401.78 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $382.58 |

| Date | Description | Amount |
|---|---|---|
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $339.25 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $175.69 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 | $82.62 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 | $29.11 |
| JUN 23 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 | $27.87 |
| JUN 20 2025 | CHECK - 3719 | ($836.62) |
| JUN 20 2025 | CHECK - 3724 | ($569.94) |
| JUN 20 2025 | CHECK - 3728 | ($252.79) |
| JUN 20 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $3,090.00 |

| Date | Description | Amount |
|---|---|---|
| JUN 20 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $850.08 |
| JUN 20 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $354.49 |
| JUN 20 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $145.18 |
| JUN 20 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $71.41 |
| JUN 18 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $457.89 |
| JUN 18 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $11,071.14 |
| JUN 18 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $1,546.94 |
| JUN 17 2025 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY FOR 05/25 | ($298.04) |
| JUN 17 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $155.87 |

| Date | Description | Amount |
|---|---|---|
| JUN 17 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 | $27.87 |
| JUN 16 2025 | CHECK - 3716 | ($750.00) |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $2,178.81 |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $767.37 |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $332.00 |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $3,959.21 |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $395.90 |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $155.29 |
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $113.36 |

| Date | Description | Amount | |
|---|---|---|---|
| JUN 16 2025 | ACH CREDIT CCD CMPY ID: 7220999690 7220999690 | $57.35 | |
| JUN 13 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $147.00 | |
| JUN 13 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $587.66 | |
| JUN 13 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $495.79 | |
| JUN 13 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $67.28 | |
| JUN 13 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 | $57.90 | |
| JUN 13 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $2.87 | |
| JUN 12 2025 | ACH DEBIT PPD CMPY ID: 9200704262 GF Genesis Fi | ($1,492.63) | |
| JUN 12 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $3,490.00 | |

| Date | Description | Amount | |
|---|---|---|---|
| JUN 12 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $167.85 | |
| JUN 12 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare | $85.38 | |
| JUN 12 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $185.66 | |
| JUN 12 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $149.79 | |
| JUN 11 2025 | ACH DEBIT PPD CMPY ID: 1841128086 CLOVER APP | ($87.38) | |
| JUN 11 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $495.00 | |
| JUN 11 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa | $173.16 | |

**Page totals:** Credits: [80] **$58,309.50** | Debits: [20] **($72,115.78)**