

Good Afternoon, Fred Tate

# NJOI Operating **9931

Last Updated: July 11, 2025 11:05 AM

| $29,304.00 | $27,127.95 |
| Available Balance | Ledger Balance |

**Transactions**   Details & Settings

🔍 Search transactions

**Start Date**  
06/01/2025

to

**End Date**  
06/30/2025

Help

7/11/25, 12:09 PM                                          Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-9    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details (2)    Page 2 of 7

Description

Transaction Type

Min Amount

$ | 0.00

to

Max Amount

$ | 0.00

Starting Check #

to

Ending Check #

| Date | Description | Amount ⓘ | |
|---|---|---|---|
| JUN 11 2025 | ACH CREDIT CCD CMPY ID: 1152244375 Oxford Health Pl | $135.57 | ⋮ |
| JUN 11 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $107.52 | ⋮ |
| JUN 11 2025 | ACH CREDIT CCD CMPY ID: 1272337487 Optum | $50.76 | ⋮ |

| Date | Description | Amount |
|---|---|---|
| JUN 10 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $471.08 |
| JUN 10 2025 | ACH CREDIT CCD CMPY ID: 1411289245 | $238.79 |
| JUN 9 2025 | CHECKING WITHDRAWAL | ($50,010.00) |
| JUN 9 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $1,448.32 |
| JUN 9 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $1,366.10 |
| JUN 9 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $481.90 |
| JUN 9 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $3,601.32 |
| JUN 9 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $245.68 |
| JUN 9 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH | $38.03 |

| Date | Description | Amount |
|---|---|---|
| JUN 6 2025 | ACH DEBIT TEL CMPY ID: 0008676239 ARTHREX | ($1,626.03) |
| JUN 6 2025 | ACH DEBIT TEL CMPY ID: 0008676239 ARTHREX | ($20.68) |
| JUN 6 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $344.16 |
| JUN 6 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $2,208.65 |
| JUN 6 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $928.95 |
| JUN 6 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $392.04 |
| JUN 6 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 | $53.51 |
| JUN 5 2025 | ACH DEBIT CCD CMPY ID: 1800948598 DRAGON 201-642- | ($79.00) |
| JUN 5 2025 | WIRE IN GFT 202506050021649 SAUL EWING LLP SUB ACCOUNT | $50,000.00 |

7/11/25, 12:09 PM  Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-9    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details (2)    Page 5 of 7

| Date | Description | Amount | |
|---|---|---|---|
| JUN 5 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $305.00 | |
| JUN 5 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $3,428.83 | |
| JUN 5 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS | $794.66 | |
| JUN 5 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $213.68 | |
| JUN 5 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $93.30 | |
| JUN 4 2025 | CHECKING WITHDRAWAL | ($20,000.00) | |
| JUN 4 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $553.45 | |
| JUN 4 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $298.55 | |
| JUN 4 2025 | ACH CREDIT CCD CMPY ID: 6391864073 NJ AMBETTER CLAI | $52.51 | |

7/11/25, 12:09 PM
Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-9    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details (2)    Page 6 of 7

| Date | Description | Amount |
|---|---|---|
| JUN 3 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT | ($1,066.73) |
| JUN 3 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT | ($102.89) |
| JUN 3 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $522.70 |
| JUN 3 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In | $478.93 |
| JUN 3 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $112.24 |
| JUN 3 2025 | ACH CREDIT CCD CMPY ID: 1411289245 | $70.97 |
| JUN 3 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 | $29.11 |
| JUN 2 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $1,115.37 |
| JUN 2 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $822.00 |

7/11/25, 12:09 AM
Account Details | Valley National Bank

Case 25-11370-JKS    Doc 103-9    Filed 07/25/25    Entered 07/25/25 10:10:11    Desc
Valley National Bank Account Details (2)    Page 7 of 7

| Date | Description | Amount | |
|---|---|---|---|
| JUN 2 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT | $55.00 | ⋮ |
| JUN 2 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON | $337.49 | ⋮ |
| JUN 2 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 | $122.28 | ⋮ |
| JUN 2 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON | $111.47 | ⋮ |

**Page totals:** Credits: [36] **$71,629.92** | Debits: [7] **($72,905.33)**