

# Commercial Basic Checking

June 30, 2025 ■ Page 1 of 5

NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

## Questions?

Call your Customer Service Officer or Client Services

**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $18,891.89 |
| Deposits/Credits | 162,600.00 |
| Withdrawals/Debits | - 160,290.29 |
| **Ending balance on 6/30** | **$21,201.60** |

Account number: ▮▮▮▮ 5179  (primary account)

**NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)**

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮0025

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮0248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0SM27Pcf on 06/01/25 | 6,000.00 | | 24,891.89 |
| 6/4 | | Deposit Made In A Branch/Store | 30,000.00 | | |
| 6/4 | | Deposit Made In A Branch/Store | 20,000.00 | | |
| 6/4 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0Sn4C8Mx on 06/04/25 | 2,000.00 | | 76,891.89 |
| 6/5 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250604 P3887-003727463 NEW Jersey Orthopaedic | | 59,481.85 | 17,410.04 |
| 6/6 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0Snzvrmc on 06/06/25 | 4,600.00 | | |
| 6/6 | 235 | Deposited OR Cashed Check | | 14,284.60 | 7,725.44 |
| 6/9 | | Deposit Made In A Branch/Store | 50,000.00 | | |
| 6/9 | | Direct Pay Individual Pymt Trans | | 1.00 | |
| 6/9 | | Direct Pay Monthly Base | | 10.00 | |
| 6/9 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250606 1123H 003 Wells Fargo | | 1,818.34 | |
| 6/9 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250606 1123H 002 Wells Fargo | | 1,877.41 | |
| 6/9 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250606 1123H 001 Wells Fargo | | 1,885.74 | 52,132.95 |
| 6/10 | 1786 | Check | | 759.56 | 51,373.39 |
| 6/13 | 1785 | Check | | 1,134.14 | 50,239.25 |
| 6/17 | | WF Direct Pay-Payment- Payroll-Tran ID Dpaaaf4Tdm | | 14,284.60 | 35,954.65 |
| 6/18 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Sszpqj4 Commercial Business Checkin Payroll | 43,000.00 | | |
| 6/18 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250617 1123H 001 Wells Fargo | | 2,331.34 | 76,623.31 |
| 6/20 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250618 P3887-003756651 NEW Jersey Orthopaedic | | 60,577.40 | 16,045.91 |
| 6/24 | < | Business to Business ACH Debit - Fidelity 1123H C Fprs 250623 1123H 001 Wells Fargo | | 1,844.31 | 14,201.60 |
| 6/30 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0Sy4Z346 on 06/30/25 | 7,000.00 | | 21,201.60 |
| **Totals** | | | **$162,600.00** | **$160,290.29** | |



## Transaction History (continued)

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 235 | 6/6 | 14,284.60 | 1785 * | 6/13 | 1,134.14 | 1786 | 6/10 | 759.56 |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $7,500.00 | $31,772.00 ☑ |

DG/DG

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 14 | 200 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells



Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801