# Commercial Business Checking

Account number: ▮▮▮▮5229 ▪ June 1, 2025 - June 30, 2025 ▪ Page 1 of 3



NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮5229 | $6,895.12 | $56,350.96 | -$62,859.52 | $386.56 |

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/02 | 92.72 | Cigna Edge Trans Hcclaimpmt 601100768426 TRN*1*601100768426*1591031071~ |
| | 06/04 | 132.50 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892514901046306*1066033492\ |
| | 06/04 | 450.41 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882515001021178*1066033492\ |
| | 06/04 | 619.53 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882514901020647*1066033492\ |
| | 06/04 | 3,543.55 | Desktop Check Deposit |
| | 06/05 | 254.22 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882515101027798*1066033492\ |
| | 06/06 | 116.00 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882515301037962*1066033492\ |
| | 06/06 | 585.57 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825154000155001*1066033492\ |
| | 06/09 | 3.00 | Cigna Hcclaimpmt 060525 xxxxx3560 TRN*1*250605090005959*1591031071\ |
| | 06/09 | 863.00 | Deposit Made In A Branch/Store |
| | 06/10 | 106.70 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892515501068999*1066033492\ |
| | 06/10 | 710.98 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882515501017416*1066033492\ |
| | 06/11 | 68.46 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882515601070058*1066033492\ |
| | 06/11 | 111.96 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825158000001767*1066033492\ |
| | 06/11 | 460.18 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882515701026075*1066033492\ |
| | 06/12 | 27.87 | 36 Treas 310 Misc Pay 061225 xxxxx0012 SE*15*147329351\GE*1*104233551\Iea*1*104233517\ |
| | 06/12 | 385.19 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825160000215628*1066033492\ |
| | 06/13 | 215.36 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825161000021492*1066033492\ |
| | 06/16 | 139.25 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882516101054092*1066033492\ |
| | 06/16 | 26,833.32 | Desktop Check Deposit |
| | 06/17 | 27.87 | 36 Treas 310 Misc Pay 061725 xxxxx0012 SE*15*147408762\GE*1*104312962\Iea*1*104312928\ |
| | 06/17 | 314.65 | Deposit Made In A Branch/Store |



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 06/17 | 13,800.00 | Desktop Check Deposit |
| | 06/18 | 63.10 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825165000001274*1066033492\ |
| | 06/23 | 106.32 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882516701054036*1066033492\ |
| | 06/23 | 181.96 | Cigna Hcclaimpmt 061925 xxxxx3560 TRN*1*250619090006113*1591031071\ |
| | 06/23 | 219.90 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825168000184654*1066033492\ |
| | 06/23 | 864.29 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825168000184666*1066033492\ |
| | 06/24 | 208.26 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882516901037528*1066033492\ |
| | 06/25 | 81.90 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892517001042594*1066033492\ |
| | 06/25 | 86.22 | Cigna Hcclaimpmt 062125 xxxxx3560 TRN*1*250621090005846*1591031071\ |
| | 06/25 | 243.64 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825171000242117*1066033492\ |
| | 06/25 | 1,028.03 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825172000001187*1066033492\ |
| | 06/25 | 1,195.79 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882517001012190*1066033492\ |
| | 06/26 | 120.90 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882517201057202*1066033492\ |
| | 06/26 | 1,146.47 | Desktop Check Deposit |
| | 06/27 | 57.62 | Cigna Hcclaimpmt 062425 xxxxx3560 TRN*1*250624090004284*1591031071\ |
| | 06/27 | 177.86 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882517401032329*1066033492\ |
| | 06/27 | 682.90 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825175000004437*1066033492\ |
| | 06/30 | 23.51 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825176000170455*1066033492\ |
| | | **$56,350.96** | **Total electronic deposits/bank credits** |
| | | **$56,350.96** | **Total credits** |

## Debits

*Electronic debits/bank debits*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 06/02 | 6,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0SM27Pcf on 06/01/25 |
| | 06/04 | 2,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Sn4C8Mx on 06/04/25 |
| | 06/06 | 4,600.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Snzvrmc on 06/06/25 |
| | 06/09 | 88.00 < | Business to Business ACH Debit - Fdms Fdms Pymt 250609 052-1368366-000 McInerney Orthopaedic |
| | 06/11 | 171.52 | Client Analysis Srvc Chrg 250610 Svc Chge 0525 000009817165229 |
| | 06/18 | 43,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Sszpqj4 Commercial Basic Checking Payroll |
| | 06/30 | 7,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Sy4Z346 on 06/30/25 |
| | | **$62,859.52** | **Total electronic debits/bank debits** |
| | | **$62,859.52** | **Total debits** |

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05/31 | 6,895.12 | 06/11 | 2,154.38 | 06/23 | 2,333.46 |
| 06/02 | 987.84 | 06/12 | 2,567.44 | 06/24 | 2,541.72 |
| 06/04 | 3,733.83 | 06/13 | 2,782.80 | 06/25 | 5,177.30 |
| 06/05 | 3,988.05 | 06/16 | 29,755.37 | 06/26 | 6,444.67 |
| 06/06 | 89.62 | 06/17 | 43,897.89 | 06/27 | 7,363.05 |
| 06/09 | 867.62 | 06/18 | 960.99 | 06/30 | 386.56 |
| 06/10 | 1,685.30 | | | | |

Average daily ledger balance    $4,997.19

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.