## Summary of Cash Receipts and Disbursements
## For the Month of June 2025

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Escrow | Intercompany | Closing Balance |
|---|---|---|---|---|---|---|
| Wells Fargo - DIP Account - 2324 | Opening cash balance | $ 25,368.22 | | | | |
| Wells Fargo - DIP Account - 2324 | Cash Receipts | | $ 43,609.41 | | | |
| Wells Fargo - DIP Account - 2324 | Disbursements | | | $ - | | |
| Wells Fargo - DIP Account - 2324 | Intercompany | | | | $ (30,000.00) | $ 38,977.63 |
| Trustee's Account | Balance | $ 577,494.89 | | $ (50,000.00) | $ - | $ 527,494.89 |
| Cash - Frier & Levitt Trust A/C | Balance | $ 1,750,000.00 | | | | $ 1,750,000.00 |
| **ENDING BALANCE** | | **$ 2,352,863.11** | **$ 43,609.41** | **$ (50,000.00)** | **$ (30,000.00)** | **$ 2,316,472.52** |