# Profit and Loss
## Northlands Orthopaedic
### June 2025

| Distribution account | Total |
|---|---:|
| Income | |
|     Fee for Service Income | 43,609.23 |
|     Nonmedical Income | 0.00 |
|         Interest Income | 0.18 |
|     **Total for Nonmedical Income** | **$0.18** |
| **Total for Income** | **$43,609.41** |
| Cost of Goods Sold | |
| **Gross Profit** | **$43,609.41** |
| Expenses | |
| **Net Operating Income** | **$43,609.41** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0.00** |
| **Net Income** | **$43,609.41** |