# Northlands Orthopaedic Institute, LLC

## Cash - Wells Fargo (2324), Period Ending 06/30/2025

### RECONCILIATION REPORT

Reconciled on: 07/11/2025

Reconciled by: Wes Read

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 25,368.22 |
| Checks and payments cleared (1) | -30,000.00 |
| Deposits and other credits cleared (68) | 43,609.41 |
| Statement ending balance | 38,977.63 |
| | |
| Register balance as of 06/30/2025 | 38,977.63 |
| Cleared transactions after 06/30/2025 | 0.00 |
| Uncleared transactions after 06/30/2025 | -26,312.24 |
| Register balance as of 07/11/2025 | 12,665.39 |

## Details

### Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2025 | Expense | | New Jersey Orthop… | -30,000.00 |
| Total | | | | -30,000.00 |

### Deposits and other credits cleared (68)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2025 | Deposit | | United Healthcare | 4,114.78 |
| 06/03/2025 | Deposit | | Horizon Blue Cross | 332.15 |
| 06/03/2025 | Deposit | | Horizon Blue Cross | 263.66 |
| 06/04/2025 | Deposit | | Optum | 99.25 |
| 06/04/2025 | Deposit | | Aetna | 168.70 |
| 06/04/2025 | Deposit | | United Healthcare | 121.85 |
| 06/04/2025 | Deposit | | Aetna | 167.94 |
| 06/04/2025 | Deposit | 999827780 | Northlands Orthop… | 112.70 |
| 06/05/2025 | Deposit | | Horizon Blue Cross | 833.78 |
| 06/05/2025 | Deposit | | Aetna | 1,875.94 |
| 06/05/2025 | Deposit | | Aetna | 255.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/05/2025 | Deposit | | United Healthcare | 569.76 |
| 06/05/2025 | Deposit | | Horizon Blue Cross | 520.66 |
| 06/06/2025 | Deposit | | Aetna | 1,414.58 |
| 06/06/2025 | Deposit | | Horizon Blue Cross | 204.40 |
| 06/06/2025 | Deposit | | Horizon Blue Cross | 490.05 |
| 06/06/2025 | Deposit | | HC Claim Payment | 90.57 |
| 06/09/2025 | Deposit | | Healthier NJ | 199.58 |
| 06/09/2025 | Deposit | | Horizon Blue Cross | 285.12 |
| 06/09/2025 | Deposit | | Horizon Blue Cross | 358.42 |
| 06/09/2025 | Deposit | | United Healthcare | 116.30 |
| 06/10/2025 | Deposit | | HC Claim Payment | 90.57 |
| 06/10/2025 | Deposit | | Aetna | 4,342.90 |
| 06/10/2025 | Deposit | | Horizon Blue Cross | 839.76 |
| 06/10/2025 | Deposit | | Horizon Blue Cross | 301.98 |
| 06/10/2025 | Deposit | | Horizon Blue Cross | 204.40 |
| 06/11/2025 | Deposit | | Aetna | 152.99 |
| 06/11/2025 | Deposit | | Aetna | 381.30 |
| 06/11/2025 | Deposit | | Healthier NJ | 183.15 |
| 06/12/2025 | Deposit | | United Healthcare | 354.36 |
| 06/12/2025 | Deposit | | Aetna | 1,872.29 |
| 06/13/2025 | Deposit | | Horizon Blue Cross | 99.66 |
| 06/13/2025 | Deposit | | Aetna | 1,285.33 |
| 06/13/2025 | Deposit | | Horizon Blue Cross | 673.61 |
| 06/16/2025 | Deposit | | Aetna | 790.62 |
| 06/16/2025 | Deposit | | Horizon Blue Cross | 487.49 |
| 06/16/2025 | Deposit | | Horizon Blue Cross | 141.12 |
| 06/17/2025 | Deposit | 999827781 | Northlands Orthop… | 3,766.11 |
| 06/17/2025 | Deposit | | United Healthcare | 2,155.00 |
| 06/17/2025 | Deposit | | HC Claim Payment | 146.40 |
| 06/18/2025 | Deposit | | Aetna | 350.29 |
| 06/18/2025 | Deposit | | Aetna | 416.43 |
| 06/18/2025 | Deposit | | United Healthcare | 340.21 |
| 06/20/2025 | Deposit | | Aetna | 76.29 |
| 06/20/2025 | Deposit | | Aetna | 232.76 |
| 06/20/2025 | Deposit | | United Healthcare | 372.36 |
| 06/23/2025 | Deposit | | Aetna | 2,530.54 |
| 06/23/2025 | Deposit | | Aetna | 233.88 |
| 06/23/2025 | Deposit | | Horizon Blue Cross | 486.08 |
| 06/23/2025 | Deposit | | Horizon Blue Cross | 68.13 |
| 06/23/2025 | Deposit | | Horizon Blue Cross | 383.25 |
| 06/24/2025 | Deposit | | Aetna | 164.05 |
| 06/24/2025 | Deposit | | Horizon Blue Cross | 676.28 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2025 | Deposit | | United Healthcare | 121.85 |
| 06/25/2025 | Deposit | | Aetna | 542.31 |
| 06/25/2025 | Deposit | | Aetna | 388.23 |
| 06/25/2025 | Deposit | | Aetna | 91.98 |
| 06/26/2025 | Deposit | | United Healthcare | 58.15 |
| 06/26/2025 | Deposit | | Horizon Blue Cross | 60.28 |
| 06/26/2025 | Deposit | | Aetna | 2,433.00 |
| 06/27/2025 | Deposit | | Healthier NJ | 851.16 |
| 06/27/2025 | Deposit | | Horizon Blue Cross | 316.59 |
| 06/27/2025 | Deposit | | Aetna | 97.34 |
| 06/27/2025 | Deposit | | Aetna | 846.25 |
| 06/30/2025 | Deposit | | Aetna | 197.13 |
| 06/30/2025 | Deposit | | United Healthcare | 175.80 |
| 06/30/2025 | Deposit | | Wells-Fargo | 0.18 |
| 06/30/2025 | Deposit | | Healthier NJ | 233.88 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 43,609.41 |

## Additional Information

Uncleared checks and payments after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2025 | Expense | | New Jersey Orthop… | -45,000.00 |
| 07/09/2025 | Expense | | New Jersey Orthop… | -16,637.00 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -61,637.00 |

Uncleared deposits and other credits after 06/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Deposit | | United Healthcare | 107.28 |
| 07/01/2025 | Deposit | | Horizon Blue Cross | 219.00 |
| 07/01/2025 | Deposit | | Horizon Blue Cross | 2,953.66 |
| 07/01/2025 | Deposit | | Horizon Blue Cross | 613.67 |
| 07/01/2025 | Deposit | | United Healthcare | 58.08 |
| 07/01/2025 | Deposit | | Healthier NJ | 813.61 |
| 07/01/2025 | Deposit | | Aetna | 622.12 |
| 07/02/2025 | Deposit | | Healthier NJ | 587.97 |
| 07/02/2025 | Deposit | | Aetna | 232.76 |
| 07/02/2025 | Deposit | 999827786 | Northlands Orthop… | 7,399.52 |
| 07/03/2025 | Deposit | | Aetna | 280.99 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2025 | Deposit | | United Healthcare | 40.62 |
| 07/03/2025 | Deposit | 999827787 | Northlands Orthop… | 4,333.10 |
| 07/03/2025 | Deposit | | Optum | 112.82 |
| 07/07/2025 | Deposit | | Aetna | 3,764.75 |
| 07/07/2025 | Deposit | | Aetna | 424.00 |
| 07/07/2025 | Deposit | | Horizon Blue Cross | 1,402.06 |
| 07/07/2025 | Deposit | | United Healthcare | 58.15 |
| 07/07/2025 | Deposit | | Horizon Blue Cross | 745.48 |
| 07/07/2025 | Deposit | | Aetna | 126.74 |
| 07/08/2025 | Deposit | | Aetna | 121.84 |
| 07/08/2025 | Deposit | | Horizon Blue Cross | 347.69 |
| 07/08/2025 | Deposit | | HC Claim Payment | 146.38 |
| 07/08/2025 | Deposit | | Horizon Blue Cross | 5,370.00 |
| 07/08/2025 | Deposit | | HC Claim Payment | 176.38 |
| 07/08/2025 | Deposit | | Novitas | 593.60 |
| 07/08/2025 | Deposit | | Horizon Blue Cross | 204.40 |
| 07/08/2025 | Deposit | | Aetna | 71.79 |
| 07/09/2025 | Deposit | | Aetna | 87.19 |
| 07/09/2025 | Deposit | | Aetna | 1,387.38 |
| 07/09/2025 | Deposit | | Aetna | 329.00 |
| 07/09/2025 | Deposit | 999827788 | Northlands Orthop… | 1,157.91 |
| 07/09/2025 | Deposit | | United Healthcare | 227.89 |
| 07/09/2025 | Deposit | | Aetna | 206.93 |

| Total | | | | 35,324.76 |