---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
              turner.falk@saul.com

*Counsel to the Debtors and Debtors in Possession*

---

| | |
|---|---|
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

**FIRST AND FINAL ATTORNEY FEE APPLICATION COVER SHEET**
**FOR THE PERIOD OF FEBRUARY 1, 2025 THROUGH JULY 16, 2025**

| **Debtor:** In re New Jersey Orthopaedic Institute LLC, *et al.* | **Applicant:** Saul Ewing LLP |
|---|---|
| **Case No.:** 25-11370 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** February 10, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

**RETENTION ORDER ATTACHED.**

By: */s/ Stephen B. Ravin*        *August 8, 2025*
     Stephen B. Ravin, Esquire    Date

---

[3] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

## SECTION I
## FEE SUMMARY

___ **Interim Fee Application No.** ___ or **X** **Final Fee Application**

|  | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $0.00 | $0.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable) | $50,000.00 | $0.00 |
| Total Holdback (If Applicable) | $0.00 | $0.00 |
| Total Received by Applicant | $0.00 | $0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Stephen B. Ravin | 1979 | 106.4 | $860.00 | $91,504.00 |
| Turner N. Falk | 2014 | 193.6 | $485.00 | $93,896.00 |
| Maxwell M. Hanamirian | 2024 | 125.9 | $325.00 | $40,917.50 |
| **TOTALS** |  | 425.9 |  | $226,317.50 |

| Fee Totals | $226,317.50 |
|---|---|
| **Minus 50% for Non-Working Travel** | **$430.00** |
| **Grand Fee Total** | **$225,887.50** |
| **Expense Totals** | **$25,249.40** |
| **Total Fee Application** | **$251,136.90** |

[*Remainder of page left intentionally blank*]

2

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Disposition | 7.2 | $5,817.00 |
| 2. | Business Operations | 24.5 | $14,030.50 |
| 3. | Case Administration | 105.2 | $49,973.00 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 3.1 | $1,772.00 |
| 5. | Creditor Inquiries | 3.3 | $1,788.00 |
| 6. | Employee Benefits and Pensions | 0.9 | $436.50 |
| 7. | Executory Contracts & Unexpired Leases | 10.1 | $3,913.50 |
| 8. | Fee/Employment Applications (Saul Ewing) | 10.7 | $4,188.00 |
| 9. | Fee/Employment Applications (Other Professionals) | 15.2 | $6,521.50 |
| 10. | Financing and Cash Collateral | 2.1 | $1,018.50 |
| 11. | Litigation: Contested Matters and Adversary Proceedings | 106.9 | $61,306.50 |
| 12. | Non-Working Travel | 1 | $860.00 |
| 13. | Plan and Disclosure Statement | 70.5 | $37,976.00 |
| 14. | Preparation for and Attendance at Hearing | 13.9 | $9,871.00 |
| 15. | Statement & Schedules | 19.6 | $9,641.00 |
| 16. | UST Reports, Meetings and Issues | 27.5 | $15,663.50 |
| 17. | Utilities | 4.2 | $1,541.00 |
| | **Total:** | **425.9** | **$226,317.50** |
| | **Minus 50% for Non-Working Travel** | | **($430.00)** |
| | | **Grand Total** | **$225,887.50** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Cab Fare | $285.20 |
| Court Costs | $350.00 |
| Federal Express | $3,158.15 |
| Filing Fees | $3,944.00 |
| Mileage | $33.60 |
| Parking | $63.00 |
| Photocopying | $1,220.25 |
| Photocopying - Color | $13,743.00 |
| Postage | $554.44 |
| Transportation - Amtrak | $92.00 |
| Westlaw Legal Research | $1,805.76 |
| **Total:** | **$25,249.40** |

[*Remainder of page left intentionally blank*]

# SECTION IV
# CASE HISTORY

| | |
|---|---|
| **Date case filed:** | February 10, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | March 24, 2025, effective as of February 10, 2025 [D.I. 61]. *See* **Exhibit A** attached hereto. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[4] | *See* narrative portion of fee application. |
| **Anticipated distribution to creditors:** | Distributions are to be made in accordance with the *Debtors' First Amended Combined Disclosure Statement and Plan of Reorganization* [D.I. 85] (the "**Plan**"). |
| **Final disposition of case and percentage of dividend paid to creditors (if applicable):** | This is the first and final fee application. Distributions to creditors will be made in accordance with the Plan. |

[*Remainder of page left intentionally blank*]

---

[4] The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Saul Ewing LLP as counsel to the Debtors.

4