| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>             turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                      Debtors.[1] | HEARING DATE AND TIME:<br><br>**September 4, 2025 at 10:00 a.m. (EST)**<br><br>OBJECTION DEADLINE:<br><br>**August 28, 2025** |

**NOTICE OF FIRST AND FINAL FEE APPLICATION
OF FRIER & LEVITT, LLC, SPECIAL COUNSEL TO THE DEBTORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 10, 2025 THROUGH JULY 16, 2025**

**PLEASE TAKE NOTICE** that on **September 4, 2025 at 10:00 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, Frier & Levitt, LLC ("Frier Levitt"), special counsel to the above-captioned debtors (the "Debtors"), will move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55987590.1

Street, 3rd Floor, Newark, New Jersey 07102, Courtroom 3D,[2] for the Court's approval of its first and final fee application (the "Fee Application").

**PLEASE TAKE FURTHER NOTICE** that in support of the Fee Application, Frier Levitt shall rely upon the Fee Application submitted concurrently herewith and the declaration and exhibits thereto. Frier Levitt submits that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting Fee Application.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Fee Application shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-2 by **August 28, 2025**.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Fee Application shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

Dated: August 8, 2025            **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
    Stephen B. Ravin, Esquire
    Turner N. Falk, Esquire
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102-5426
    Telephone: (973) 286-6714
    E-mail: stephen.ravin@saul.com
            turner.falk@saul.com

*Counsel to the Debtors*

---

[2] Participants may also attend the hearing via Zoom at:
https://njb-uscourts.zoomgov.com/j/1602369362?pwd=ypFrt6YBez7L5yHaXySwFXdNa382gb.1#success