| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:  stephen.ravin@saul.com<br>              turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

| | |
|---|---|
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                                        Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

### FIRST AND FINAL FEE APPLICATION OF FRIER & LEVITT, LLC, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 10, 2025 THROUGH JULY 16, 2025

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Frier & Levitt, LLC ("**Frier Levitt**" or the "**Applicant**"), special counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its first and final fee application for professional services rendered and reimbursement of actual and necessary expenses incurred for the period February 10, 2025 through July 16, 2025 (the

---

[1]     The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55987590.1

"**Application Period**") with its retention as counsel to the Debtors. Frier Levitt requests authorization to be paid by the Debtors $31,028.00 and $0.00 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Frier Levitt as Special Counsel to the Debtors Effective as of February 10, 2025* [D.I. 74]. Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request. Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period. In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: BUSINESS OPERATIONS.

This category includes all matters relating to the general operation of the Debtors' businesses, including addressing employment issues, reviewing a lease agreement, and working on a potential deal. Frier Levitt spent 52.7 hours of attorney time on the foregoing services. Said services have a value of $31,028.00 for which Frier Levitt is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| C. Newman | Partner | 27.40 | $19,591.00 |
| C. Mayer | Partner | 9.4 | $5,875.00 |
| G. Beades | Partner | 0.3 | $180.00 |
| S. Green | Associate | 15.60 | $5,382.00 |
| **Total** | | **52.7** | **$31,028.00** |

**EXPENSES**.

Frier Levitt did not incur any expenses during the application period.

[remainder of page left intentionally blank]

55987590.1

WHEREFORE, Frier Levitt respectfully requests authorization to be paid by the Debtors $31,028.00 for legal services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $0.00 in expenses incurred during the Application Period

Dated: August 8, 2025　　　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　　　　　　　　　By:*/s/ Stephen B. Ravin*
　　　　　　　　　　　　　　　　　　　Stephen B. Ravin, Esquire
　　　　　　　　　　　　　　　　　　　Turner N. Falk, Esquire
　　　　　　　　　　　　　　　　　　　One Riverfront Plaza
　　　　　　　　　　　　　　　　　　　1037 Raymond Blvd., Suite 1520
　　　　　　　　　　　　　　　　　　　Newark, NJ 07102-5426
　　　　　　　　　　　　　　　　　　　Telephone: (973) 286-6714
　　　　　　　　　　　　　　　　　　　E-mail:stephen.ravin@saul.com
　　　　　　　　　　　　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　　　　　　　　　　　*Counsel for the Debtors*