## **EXHIBIT A**

**Retention Order**

55987590.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SAUL EWING LLP
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail: stephen.ravin@saul.com
turner.falk@saul.com

Proposed Counsel to the Debtors and Debtors in Possession

In Re:

NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, et al.

Debtors.

Order Filed on June 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-11370 (JKS)
Chapter: 11
Judge: John K. Sherwood

## ORDER AUTHORIZING RETENTION OF

FRIER LEVITT AS SPECIAL COUNSEL TO THE DEBTORS EFFECTIVE AS OF FEBRUARY 10, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: June 2, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Frier Levitt_____
as _____Special Counsel to the Debtors_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   84 Bloomfield Avenue
   Pine Brook, NJ 07058

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is February 10, 2025.

*rev.8/1/15*

2