# EXHIBIT C

## Detail Time Entries by Category

# FRIER LEVITT
### A T T O R N E Y S   A T   L A W

84 Bloomfield Avenue
Pine Brook, New Jersey 07058
(973) 618-1660

| | |
|---|---|
| **Vincent K. McInerney, M.D.** | **Date :** 5/1/2025 |
| Northlands Orthopaedic Institute, LLC dba New Jersey Orthopaedic Institute, LLC | **Invoice # :** 217705 |
| 504 Valley Road Suite 200 | **Due Date :** Upon Receipt |
| Wayne, NJ 07470 USA | |

Email: vmcinerneymd@gmail.com

**MATTER :** New Jersey Orthopaedic Institute, LLC

**Billing Partner:** Charlie Newman

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 2/12/2025 | CN | Review Board regulations regarding preparation of patient records; email correspondence with K. Dybas regarding Dr. Kooch's failure to sign charts. | 0.20 | $143.00 |
| 2/12/2025 | GJB | Communications with CHN re unsigned notes and potential leverage the practice could exert to former former provider to sign notes; review Board of Medical Examiner regulations re the same; update CHN re findings | 0.30 | $180.00 |
| 2/14/2025 | CSM | Confer with Charlie Newman re employee issue. | 0.20 | $125.00 |
| 2/14/2025 | CN | Review orders entered in bankruptcy case. | 0.20 | $143.00 |
| 2/14/2025 | CN | Telephone conference with K. Dybas regarding terminated employee; telephone conference with V. McInerney regarding possible deal with George Guariglia and/or Highland Medical Group. | 0.50 | $357.50 |
| 2/17/2025 | CN | Telephone conference with V. McInerney and K. Dybas regarding Marc Mortellaro; review Mortellaro contract re: termination provisions; | 0.40 | $286.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/20/2025 | CSM | Review employment agreement and communications with Charlie Newman whether there is cause to terminate employment. | 0.30 | $187.50 |
| 2/20/2025 | CN | Email correspondence with K. Dybas and conference with C. Mayer regarding Mortellaro. | 0.20 | $143.00 |
| 2/21/2025 | CSM | Call with Kinga Skalska-Dybas; draft letter terminating Marc Mortellaro; confer with Charlie Newman re: same. | 1.40 | $875.00 |
| 2/23/2025 | CSM | Revise termination letter and submit to client. | 0.30 | $187.50 |
| 2/24/2025 | CN | Review Shindle employment agreement; email correspondence regarding termination options; telephone conference with V. McInerney regarding termination of M. Mortellaro and Dr. Shjndle. | 0.50 | $357.50 |
| 2/24/2025 | CSM | Review email about Dr. Shindle's misconduct; confer with Charlie Newman re: same; review employment agreement and termination provisions; review response from Marc Mortellaro and related communications with Kinga Skalska-Dybas. | 1.50 | $937.50 |
| 2/25/2025 | CN | Email correspondence with K. Dybas and C. Mayer regarding Dr. Shindle; telephone conference with V. McInerney regarding same. | 0.40 | $286.00 |
| 2/25/2025 | CN | Telephone conference with K. Dybas and C. Mayer regarding Dr. Shindle and M. Mortellaro. | 0.50 | No Charge |
| 2/25/2025 | CSM | Communications with Kinga Skalska-Dybas re: Marc Mortellaro; confer with Charlie Newman re: developments with Dr. Shindle; call with client to discuss approach to both situations; prepare draft response to Dr. Mortellaro; prepare termination letter for Dr. Shindle; related communications with Mr. Newman and revise same; send to client. | 2.90 | $1,812.50 |
| 3/1/2025 | CN | Telephone conference with V. McInerney regarding departure of M. Shindle. | 0.60 | $429.00 |
| 3/3/2025 | CN | Telephone conference with K. Dybas regarding termination of Dr. Shindle. | 0.20 | $143.00 |
| 3/3/2025 | CN | Email correspondence with K. Dybas regarding departure of M. Shindle. | 0.50 | $357.50 |
| 3/3/2025 | CN | Email correspondence with C. Mayer regarding permissibility of employer accessing employee personal email located on employer provided computer. | 0.20 | $143.00 |
| 3/4/2025 | CSM | Review email re Dr. Shindle; exam company handbook policy and confer with Charlie Newman re approach to same; confer with Kinga Skalska re: how to respond to his unemployment application. | 0.50 | $312.50 |
| 3/4/2025 | CN | Telephone conference with N. Goldstein, consultant to S. Ravin, regarding projected fees in connection with NJOI bankruptcy budget preparation; review invoices and prepare projection; email correspondence with N. Goldstein regarding same. | 0.40 | No Charge |
| 3/10/2025 | CN | Review letter from Dr. Shindle's attorney; email correspondence with K. Dybas and S. Ravin regarding same. | 0.20 | $143.00 |
| 3/12/2025 | CN | Email correspondence with K. Dybas regarding tail coverage for Dr. Shindle. | 0.10 | $71.50 |
| 3/24/2025 | CN | Telephone conference with Neil Goldstein regarding billing information required to be produced in bankruptcy case; prepare billing information requested. | 0.70 | No Charge |
| 3/26/2025 | CN | Telephone conference with V. McInerney and K. Dybas regarding potential hospital affiliation. | 0.30 | $214.50 |

| | | | | |
|---|---|---|---|---|
| 3/27/2025 | CN | Conference call with Turner Falk and S. Ravin regarding ability to structure potential hospital affiliation in light of pending bankruptcy case. | 0.70 | $500.50 |
| 4/2/2025 | CN | Telephone conference with K. Dybas and V. McInerney regarding Dr. Shindle's violation of his non-solicitation covenant. | 0.40 | $286.00 |
| 4/3/2025 | CSM | Call with client to discuss background with Dr. Shindle; review employment agreement and prepare draft cease and desist letter to Dr. Shindle. | 1.90 | $1,187.50 |
| 4/3/2025 | CN | Conference with C. Mayer regarding proposed cease and desist letter to Dr. Shindle. | 0.10 | No Charge |
| 4/4/2025 | CSM | Finalize cease and desist letter and send draft to client. | 0.40 | $250.00 |
| 4/24/2025 | CN | Telephone conference with Steve Ravin regarding terms of settlement of bankruptcy case. | 0.30 | $214.50 |
| **Professional Services Subtotal** | | | **17.30** | **$10,273.50** |

We accept Visa, Master Card, American Express & Discover

# FRIER LEVITT
A T T O R N E Y S   A T   L A W

**84 Bloomfield Avenue**
**Pine Brook, New Jersey 07058**
**(973) 618-1660**

| | |
|---|---|
| **Vincent K. McInerney, M.D.** | **Date :** 6/19/2025 |
| Northlands Orthopaedic Institute, LLC dba New Jersey Orthopaedic Institute, LLC | **Invoice # :** 219172 |
| 504 Valley Road | **Due Date :** Upon Receipt |
| Suite 200 | |
| Wayne, NJ 07470 | |
| USA | |

Email: vmcinerneymd@gmail.com

**MATTER :** New Jersey Orthopaedic Institute, LLC

**Billing Partner:** Charlie Newman

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 5/20/2025 | CN | Email correspondence with S. Ravin, review demand letter from R. Ballard, and email correspondence with K. Dybas, regarding claim by former employees; telephone conferences with V. McInerney and K. Dybas regarding same; review EPLI insurance policy. | 0.80 | $572.00 |
| 5/21/2025 | CN | Telephone conference with K. Dybas regarding potential hospital affiliation and LOI for 502 Valley Road lease; prepare comments to LOI; email correspondence to K. Dybas regarding same. | 0.80 | $572.00 |
| 5/21/2025 | CN | Email correspondence with R. Ballard regarding allegations by former employees. | 0.10 | $71.50 |
| 5/21/2025 | CN | Telephone conference with S. Ravin, T. Falk and K. Dybas regarding potential hospital affiliation (0.5); telephone conference with hospital counsel regarding same (0.8). | 0.50 | $357.50 |
| 5/22/2025 | CN | Email correspondence with S. Ravin et al. regarding potential hospital affiliation. | 0.10 | $71.50 |
| 5/23/2025 | CN | Telephone conference with hospital counsel regarding structure of proposed hospital affiliation. | 0.60 | $429.00 |
| 5/23/2025 | CN | Telephone conference with K. Dybas and S. Ravin regarding proposed hospital affiliation. | 0.50 | $357.50 |
| 5/27/2025 | CN | Telephone conference with hospital counsel regarding proposed hospital affiliation terms (0.2); email correspondence with K. Dybas and S. Ravin regarding same (0.1). | 0.30 | $214.50 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 5/28/2025 | CN | Telephone conference with S. Ravin, Turner Falk and M. Hanamirian regarding structure and timing of potential transaction (0.5); email correspondence with hospital counsel regarding same; telephone conference with K. Dybas and V. McInerney regarding same. | 1.20 | $858.00 |
| 5/29/2025 | CN | Prepare for and participate in telephone conference with R. Ballard regarding employee claims (0.2); email correspondence with K. Dybas, S. Ravin et al. regarding same (.4); follow-up email correspondence with R. Ballard (0.1). | 0.80 | $572.00 |
| 5/29/2025 | CN | Telephone conference with S. Ravin regarding proposed accelerated timeframe for transaction. | 0.10 | $71.50 |
| 5/30/2025 | CN | Telephone conference with hospital counsel and S. Ravin regarding accelerated timeframe for transaction (0.5); follow up call with K. Dybas regarding information requested by hospital with respect to Dr. Siwares (0.2). | 0.70 | $500.50 |
| 5/30/2025 | CN | Review email correspondence and attachments regarding potential counterclaim in collection action by patient Leonard B. (0.2); telephone conference with K. Dybas regarding same (0.2). | 0.40 | $286.00 |
| **Professional Services Subtotal** | | | **6.90** | **$4,933.50** |

We accept Visa, Master Card, American Express & Discover

# FRIER LEVITT
### A T T O R N E Y S   A T   L A W

**84 Bloomfield Avenue**
**Pine Brook, New Jersey 07058**
**(973) 618-1660**

**Vincent K. McInerney, M.D.**
Northlands Orthopaedic Institute, LLC dba New
Jersey Orthopaedic Institute, LLC
504 Valley Road
Suite 200
Wayne, NJ 07470
USA

Email: vmcinerneymd@gmail.com

| | |
|---|---|
| **Date :** | 7/1/2025 |
| **Invoice # :** | 220625 |
| **Due Date :** | Upon Receipt |

**MATTER :** New Jersey Orthopaedic Institute, LLC

**Billing Partner:** Charlie Newman

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 6/3/2025 | CN | Email correspondence with C. Mayer regarding employee claims asserted in correspondence from attorney Ballard. | 0.20 | $143.00 |
| 6/3/2025 | CN | Email correspondence with K. Dybas and legal research regarding risk of not purchasing tail coverage for Dr. Shindle. | 0.40 | No Charge |
| 6/4/2025 | CN | Email correspondence and conference with C. Mayer regarding Ballard demand letter. | 0.30 | No Charge |
| 6/6/2025 | CN | Email correspondence with K. Dybas regarding production figures for Dr. Sawires (0.1); email correspondence with hospital counsel regarding information concerning lease expense and Dr. Sawires (0.3); review draft lease for 500 Valley Road space (1.2). | 1.60 | $1,144.00 |
| 6/9/2025 | CN | Conference with SFG regarding completion of review of draft lease for 500 Valley Road space (0.1); email correspondence with N. Goldstein regarding NJOI financial statements requested by hospital (0.3). | 0.40 | $286.00 |
| 6/9/2025 | SFG | Conferenced with CHN regarding review of the Lease Agreement for 502 Valley Road, Wayne; began reviewing Lease Agreement. | 2.80 | $966.00 |
| 6/10/2025 | SFG | Continued reviewing Lease Agreement. | 1.30 | $448.50 |
| 6/10/2025 | CN | Telephone conference with Neil Goldstein regarding financial presentation to hospital (0.4); telephone conference with K. Dybas regarding financial information requested by hospital (0.2); email correspondence with hospital counsel and S. Ravin regarding same (0.2). | 0.80 | $572.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/12/2025 | SFG | Continued reviewing and revising Lease Agreement. | 3.10 | $1,069.50 |
| 6/12/2025 | CN | Email correspondence with hospital counsel et al. regarding proposed hospital affiliation | 0.40 | $286.00 |
| 6/13/2025 | CN | Telephone conference and email correspondence with K. Dybas, email correspondence with hospital counsel regarding proposed meeting with hospital representatives. | 0.20 | $143.00 |
| 6/16/2025 | CN | Email correspondence with N. Goldstein regarding financials requested by hospital counsel (0.1); telephone conference with N. Goldstein and email correspondence with K. Dybas regarding preparation of expense report (0.2). | 0.30 | $214.50 |
| 6/17/2025 | CN | Email correspondence with S. Ravin and K. Dybas regarding updated expense report (0.1); telephone conference with hospital counsel and email correspondence with N. Goldberg, S. Ravin and K. Dybas regarding status update (0.2). | 0.30 | $214.50 |
| 6/18/2025 | CN | Telephone conference with V. McInerney regarding deal structure and potential in-person meeting with hospital representatives. | 0.40 | $286.00 |
| 6/19/2025 | CN | Email correspondence with N. Goldstein et al. regarding draft financial projections (0.1); conference call with S. Ravin, N. Goldstein and K. Dybas regarding same (0.5); review revised draft projections (0.2). | 0.80 | $572.00 |
| 6/23/2025 | CN | Telephone conference with V. McInerney regarding strategy for upcoming meeting with hospital representatives. | 0.30 | $214.50 |
| 6/23/2025 | SFG | Completed review and revisions to Lease Agreement; email correspondence with CHN regarding the same. (No Charge - 1.2 = $414.00) | 1.90 | $655.50 |
| 6/24/2025 | CN | Prepare agenda for meeting with hospital; email correspondence with K. Dybas regarding same (0.2); participate in meeting with hospital business team regarding negotiation of deal terms for employment of NJOI physicians and related transactions (2.0). | 2.20 | $1,573.00 |
| 6/25/2025 | SFG | Conferenced with CHN regarding preparation of Equipment Sale Agreement; began drafting Equipment Sale Agreement. | 0.50 | $172.50 |
| 6/26/2025 | CN | Email correspondence with hospital counsel regarding lease review (0.4); conference with SFG regarding preparation of Equipment Purchase Agreement (0.3). | 0.70 | $500.50 |
| 6/26/2025 | SFG | Began drafting Equipment Sale Agreement. | 0.60 | $207.00 |
| 6/27/2025 | SFG | Reviewed and revised draft lease. | 2.20 | $759.00 |
| 6/27/2025 | SFG | Completed draft Equipment Sale Agreement and Equipment Bill of Sale; email correspondence with CHN regarding the same. | 0.90 | $310.50 |
| 6/27/2025 | CN | Conference with SFG regarding further revisions to draft lease. | 0.10 | $71.50 |
| 6/30/2025 | SFG | Revised Equipment Sale Agreement pursuant to CHN comments. | 0.60 | $207.00 |
| 6/30/2025 | CN | Review and revise draft Equipment Sale Agreement. | 0.50 | $357.50 |
| **Professional Services Subtotal** | | | **23.80** | **$11,373.50** |

**No payments**



# FRIER LEVITT
### ATTORNEYS AT LAW

84 Bloomfield Avenue
Pine Brook, New Jersey 07058
(973) 618-1660

| | |
|---|---|
| **Vincent K. McInerney, M.D.** | **Date :** 7/28/2025 |
| Northlands Orthopaedic Institute, LLC dba New Jersey Orthopaedic Institute, LLC | **Invoice # :** 221469 |
| 504 Valley Road | **Due Date :** Upon Receipt |
| Suite 200 | |
| Wayne, NJ 07470 | |
| USA | |

Email: vmcinerneymd@gmail.com

**MATTER :** New Jersey Orthopaedic Institute, LLC

**Billing Partner:** Charlie Newman

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 7/1/2025 | CN | Email correspondence with S. Ravin regarding hospital transaction status. | 0.10 | No Charge |
| 7/1/2025 | CN | Review and revise draft edits to proposed lease for 500 Valley Road. | 2.10 | $1,501.50 |
| 7/1/2025 | SFG | Conferenced with CHN regarding comments to Lease Agreement; reviewed CHN revisions. | 0.40 | $138.00 |
| 7/7/2025 | CN | Telephone conference with S. Reisman regarding lease review (0.2); telephone conference with K. Dybas regarding Petnic lease; email correspondence with S. Reisman regarding same (0.1); email correspondence with hospital counsel regarding follow-up information for proposed transaction with hospital affiliate (0.1); telephone conference with S. Reisman regarding lease review (0.6). | 1.00 | $715.00 |
| 7/8/2025 | CN | Review and revise draft lease with Petnic Realty. | 1.50 | $1,072.50 |
| 7/8/2025 | CN | Telephone conference with S. Ravin regarding status (0.1); email correspondence with hospital counsel regarding Asset Sale Agreement and transition issues (0.5). | 0.60 | $429.00 |
| 7/9/2025 | SFG | Conferenced with CHN regarding status of Equipment Sale Agreement and other transaction agreements. | 0.10 | $34.50 |
| 7/9/2025 | CN | Telephone conference with S. Reisman regarding review of Petnic lease. | 0.10 | $71.50 |
| 7/10/2025 | SFG | Conferenced with CHN regarding status of lease agreement. | 0.10 | $34.50 |

| | | | |
|---|---|---:|---:|
| 7/10/2025 | CN | Telephone conference with R. Ballard regarding settlement offer on behalf of D. Lopez et al. | 0.10 | $71.50 |
| 7/15/2025 | SFG | Reviewed S. Resiman revisions to Lease Agreement; email correspondence with CHN regarding summary of the same. | 1.10 | $379.50 |

| | | |
|---|---:|---:|
| **Professional Services Subtotal** | **7.20** | **$4,447.50** |

We accept Visa, Master Card, American Express & Discover