| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>             turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

| | |
|---|---|
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

**FIRST AND FINAL FEE APPLICATION OF ELEMENTARY BUSINESS INC., AS THE DEBTORS' ACCOUNTING CONSULTANT, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 10, 2025 THROUGH JULY 16, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), Elementary Business Inc ("**Elementary Business**" or the "**Applicant**"), accounting consultant to the debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for its first and final fee application for professional services rendered

---

[1]   The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

and reimbursement of actual and necessary expenses incurred for the period February 10, 2025 through July 16, 2025 (the "**Application Period**") with its retention as counsel to the Debtors. Elementary Business requests authorization to be paid by the Debtors $41,492.50 and $16,350.24 in expenses incurred during the Application Period.

Attached hereto as **Exhibit A** is the *Order Authorizing Retention of Elementary Business Inc. as the Debtors' Accounting Consultant Effective as of February 10, 2025* [D.I. 62]. Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation request. Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by the Applicant with respect to these matters during the Application Period. In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category.

## CATEGORY 1: LITIGATION: CONTESTED MATTERS AND ADVERSE PROCEEDINGS.

This category includes all matters related to litigation. Time in this category includes creating cash flow projections, updating a personal financial statement, and drafting a liquidation analysis report. Elementary Business spent 55.8 hours of time on the foregoing services. Said services have a value of $19,530.00 for which Elementary Business is seeking compensation.

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| N. Goldstein | Principal | 55.8 | $19,530.00 |
| **Total** | | **55.8** | **$19,530.00** |

## CATEGORY 2: PLAN AND DISCLOSURE STATEMENT.

This category includes time related to plan and disclosure statement issues. Time in this category includes corresponding on financial statements, updating financial projections, and updating a liquidation analysis report. Elementary Business spent 14 hours of time on the foregoing services. Said services have a value of $4,900.00 for which Elementary Business is seeking compensation.

2

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| N. Goldstein | Principal | 14 | $4,900.00 |
| **Total** | | **14** | **$4,900.00** |

**CATEGORY 3: UST REPORTS, MEETINGS AND ISSUES.**

This category includes time related to the preparation of operating reports and other information required by the UST or the Court. Time in this category includes the 341 meeting and preparing monthly operating reports. Elementary Business spent 48.75 hours of time on the foregoing services. Said services have a value of $17,062.50 for which Elementary Business is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| N. Goldstein | Principal | 48.75 | $1,7062.50 |
| **Total** | | **48.75** | **$17,062.50** |

[remainder of page left intentionally blank]

3

**EXPENSES**.

Elementary Business seeks $16,350.24 in expenses incurred during the Application Period. Expenses included Adobe software and various bookkeeping services throughout the Application Period.

WHEREFORE, Elementary Business respectfully requests authorization to be paid by the Debtors $41,492.50 for services rendered on behalf of the Debtors during the Application Period, together with reimbursement of $16,350.24 in expenses incurred during the Application Period

Dated: August 8, 2025  **SAUL EWING LLP**

By: */s/ Stephen B. Ravin*
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
turner.falk@saul.com

*Counsel for the Debtors*

4