| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                   Debtors.[3] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

# FIRST AND FINAL FEE APPLICATION OF ELEMENTARY BUSINESS INC. COVER SHEET FOR THE PERIOD OF FEBRUARY 10, 2025 THROUGH JULY 16, 2025

| **Debtor:** In re New Jersey Orthopaedic Institute LLC, *et al.* | **Applicant:** Elementary Business Inc. |
|---|---|
| **Case No.:** 25-11370 (JKS) | **Client:** Debtors and Debtors in Possession |
| **Chapter:** 11 | **Case Filed:** February 10, 2025 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

**RETENTION ORDER ATTACHED.**

By:/s/ *Stephen B. Ravin*          *August 8, 2025*
      Stephen B. Ravin, Esquire     Date

---

[3]  The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

## SECTION I
## FEE SUMMARY

___ **Interim Fee Application No.** ___ or  **X** **Final Fee Application**

|  | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | $0.00 | $0.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable) | $0.00 | $0.00 |
| Total Holdback (If Applicable) | $0.00 | $0.00 |
| Total Received by Applicant | $0.00 | $0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Neil Goldstein | 20 years | 118.55 | $350.00 | $41,492.50 |
| **TOTALS** |  | 118.55 |  | $41,492.50 |

| **Fee Totals** | $41,492.50 |
|---|---|
| **Expense Totals** | $16,350.24 |
| **Total Fee Application** | $57,842.74 |

[*Remainder of page left intentionally blank*]

## SECTION II
## SUMMARY OF SERVICES

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Litigation: Contested Matters and Adversary Proceedings | 55.8 | $19,530.00 |
| 2. | Plan and Disclosure Statement | 48.75 | $17,062.50 |
| 3. | UST Reports, Meetings and Issues | 14 | $4,900.00 |
|  | **Total:** | **118.55** | **$41,492.50** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Adobe Software | $19.95 |
| Walter Loeffler, CPA – Bookkeeping Service | $5,287.50 |
| CFO Shield – Bookkeeping Service | $9,042.79 |
| Conversion from Desktop QuickBooks | $2,000.00 |
| **Total:** | $16,350.24 |

[*Remainder of page left intentionally blank*]

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| **Date case filed:** | February 10, 2025 |
| **Chapter under which case commenced:** | Chapter 11 |
| **Date of Retention:** | April 9, 2025, effective as of February 10, 2025 [D.I. 62]. *See* **Exhibit A** attached hereto. |
| **Summarize in brief the benefits to the estate and attach supplements as needed:**[4] | *See* narrative portion of fee application. |
| **Anticipated distribution to creditors:** | Distributions are to be made in accordance with the *Debtors' First Amended Combined Disclosure Statement and Plan of Reorganization* [D.I. 85] (the "**Plan**"). |
| **Final disposition of case and percentage of dividend paid to creditors (if applicable):** | This is the first and final fee application. Distributions to creditors will be made in accordance with the Plan. |

[*Remainder of page left intentionally blank*]

---

[4] The invoices submitted hereto as **Exhibit C** include detailed time entries summarizing the professional services rendered by Elementary Business Inc. as counsel to the Debtors.

4