## **EXHIBIT C**

**Detail Time Entries by Category**

# Elementary Business Inc.

**P.O. Box 50301**
**Denton, TX 76205**

| Bill To |
|---|
| New Jersey Orthopaedic Institute LLC 504 Valley Rd #200 Wayne, NJ 07470 |

| Engagement # |
|---|
| **Chapter 11 - Plan and Disclosure Statement** |

| Date | Consultant | Ty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/9/2025 | Neil | W | Telephone calls - KInga, Steve Ravin on recasting financial statements. Emails with Charles Newman on financials and compiling 3 years of P & L for his review and a combination of the Balance Sheets for both companies | 4 | 350.00 | 1,400.00 |
| 6/10/2025 | Neil | Tele | Telephone call Charles Newman on financial statement preparation | 0.5 | 350.00 | 175.00 |
| 6/17/2025 | Neil | W | Projected income and expenses. Telephone calls with Kinga and review of revenue schedule with recasted income | 2.5 | 350.00 | 875.00 |
| 6/18/2025 | Neil | W | Updated financial projection, call with Kinga. | 1 | 350.00 | 350.00 |
| 6/19/2025 | Neil | W | Telephone calls: Charles Newman, Steve Ravin and Kinga. Telephone call with Kinga. Updates to financial projectionper Charlie. Worked with Kinga to update the amounts | 1.5 | 350.00 | 525.00 |
| 6/20/2025 | Neil | W | Update Liquidation Analysis Report - Used Balance Sheet from June 20th - comparison with 3% payout for Unsecured Creditors. | 2 | 350.00 | 700.00 |
| 6/23/2025 | Neil | W | Update Liquidation Analysis Report and 12-month projectionwith new information from Turner Falk. Updated | 1 | 350.00 | 350.00 |
| 6/28/2025 | Neil | W | Updated 12 month projection and Liquidation Analysis | 1.5 | 350.00 | 525.00 |
| | | | | | **Total** | **$4,900.00** |

# Elementary Business Inc.

P.O. Box 50301
Denton, TX 76205

Bill To: New Jersey Orthopaedic Institute LLC 504 Valley Rd #200 Wayne, NJ 07470

Engagement #: Chapter 11 - Litigation

| Date | Consultant | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/27/2025 | Neil | Tele | Telephone calls - Steve Ravin of Saul Ewing, Kings Skalska-Dybas off NJOI - financial requirements | 0.3 | 350.00 | 105.00 |
| 2/28/2025 | Neil | W | Diagnostic review of NJOI and NOI books. Download and reconciliation of cash accounts. Prepared 13 week cash flow for a combined NJOI and Northlands Orthopeadic Institute, LLC (NOI). Telephone calls with Steve Ravin (3) and KInga (3) | 5.5 | 350.00 | 1,925.00 |
| 3/1/2025 | Neil | W | Continued 13-week cash flow | 4.5 | 350.00 | 1,575.00 |
| 3/2/2025 | Neil | W | Kinga (3), Steve Ravin - Cash accounts | 1.0 | 350.00 | 350.00 |
| 3/3/2025 | Neil | W | Compiled questions to complete the 13-week flow/ Prepared 12 month projection, 6 month projection | 3.5 | 350.00 | 1,225.00 |
| 3/4/2025 | Neil | W | Prepared financial statements - Profit and Loss, Trial Balance, Balance sheets for both companies | 2.5 | 350.00 | 875.00 |
| 3/4/2025 | Neil | W | Multiple calls with Steve Ravin, Turner Falk, Kinga, on revisions to financial statements. | 3.5 | 350.00 | 1,225.00 |
| 3/4/2025 | Neil | Tele | Telephone calls with Charles Newman of Frier Levitt to get an estimate of their legal fees and Walter Loeffler, former CPA of NJOI for his review of the 13-week cash flow | 1 | 350.00 | 350.00 |
| 3/4/2025 | Neil | W | Revised financial statements to accrual basis from cash. | 2 | 350.00 | 700.00 |
| 3/5/2025 | Neil | W | Final revision of financial statements before submission to Trustee | 1 | 350.00 | 350.00 |
| 3/8/2025 | Neil | W | Set up schedules for MOR report 02-10-25 to 02-28-25 | 0.5 | 350.00 | 175.00 |
| 3/10/2025 | Neil | W | Worked with TNT - IT to set up QuickBooks for me to work. Called Kinga-Walter Loeffler CPA - Debra Nappi - CPA SaxLLP to enter data for February transactions. | 1.5 | 350.00 | 525.00 |
| 3/17/2025 | Neil | O | Downloaded bank details into Quickbooks | 3 | 350.00 | 1,050.00 |
| 3/17/2025 | Neil | W | Northern - Profit and Loss statement, Balance sheet and Cash Transactions downloaded and reconciled from QB NJ. | 2 | 350.00 | 700.00 |
| 3/20/2025 | Neil | W | Compiled listing of all payments to Mcinerney from the years 2022 to February 2025 | 1.5 | 350.00 | 525.00 |
| 3/21/2025 | Neil | W | Analyzed Dr. Mcinerney's capital account transactions 2022 to February 2025. | 1 | 350.00 | 350.00 |
| 3/22/2025 | Neil | W | Completed report on Dr. Mcinerney's draw and capital accounts for both NJOI and Northlands | 1.5 | 350.00 | 525.00 |
| 3/24/2025 | Neil | W | Intercompany transfer report Northern, NJOI - update Dr. Mcinerney and family compensation report. Communication with Charlie Newman of Friar Levitt to get their fees for February and March to date | 2.5 | 350.00 | 875.00 |
| 4/7/2025 | Neil | W | Reconciliation of Dr McInerney's K-1's 2021 - 2025, emails to Turner, Steve about reporting Dr. M's total compensation and distributions. | 1.5 | 350.00 | 525.00 |
| 4/7/2025 | Neil | Tele | Telephone call: Fred Tate of CFO Shield and KInga to | 0.5 | 350.00 | 175.00 |

# Elementary Business Inc.

**P.O. Box 50301**
**Denton, TX 76205**

Bill To

New Jersey Orthopaedic Institute LLC 504 Valley Rd #200 Wayne, NJ 07470

Engagement #

Chapter 11 - Litigation

| Date | Consultant | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | explore changes to the existing QB system | | | |
| 4/8/2025 | Neil | W | Updated Dr. McInerney's compensation with his wife and daughter. Phone call Walter Loeffler | 1.5 | 350.00 | 525.00 |
| 4/10/2025 | Neil | Tele | Telephone call: Fred Tate, KInga on converting to QuickBooks online, testing downloads from Valley National Bank and Wells Fargo. Review of payroll download information in financial statement requirements and discussion on whether to download credit card transactions, presently done from month end statements, one at a time | 1.5 | 350.00 | 525.00 |
| 4/15/2025 | Neil | W | For NJOI and NOI - MOR Report for March 2025, and supporting reports - Profit and Loss Statement, Balance sheet, Cash Transactions reconciliation, Cash Transactions Summary, compile bank statements and bank reconciliations | 3 | 350.00 | 1,050.00 |
| 5/6/2025 | Neil | W | Update Dr. McInerney's personal financial statement - half accommodation given. | 2 | 350.00 | 700.00 |
| 5/12/2025 | Neil | W | Update Dr. McInereney's PFS | 1.5 | 350.00 | 525.00 |
| 5/16/2025 | Neil | Tele | Telephone call - Steve Ravin, Kinga, updates on Dr. McInerney's personal financial statement | 0.5 | 350.00 | 175.00 |
| 5/21/2025 | Neil | W | Updated Dr. Mcinerney's personal financial statement with new information. Phone calls with Kinga, and Steve Ravin | 1.5 | 350.00 | 525.00 |
| 5/27/2025 | Neil | W | Updated Dr. Mcinerney's personal financial statement. | 0.5 | 350.00 | 175.00 |
| 5/28/2025 | Neil | W | 13-week cash flow for NJOI and Northlands, Liquidation Analysis report - combined | 2.5 | 350.00 | 875.00 |
| 5/29/2025 | Neil | W | Complete first draft of Liquidation Analysis Report, sent to Ravin, Falk, Hanamirian | 1 | 350.00 | 350.00 |
| | | | | | **Total** | **$19,530.00** |

# Elementary Business Inc.

**P.O. Box 50301**
**Denton, TX 76205**

| Bill To |
|---|
| New Jersey Orthopaedic Institute LLC 504 Valley Rd #200 Wayne, NJ 07470 |

**Engagement #**

**Chapter 11 - UST Reports**

| Date | Consultant | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/6/2025 | Neil | Tele | Telephone call with Trustee's office - Peter.J.D'Auria,Daniel.C.Kropiewnicki, 3 attorneys from Saul Ewing and King | 1.50 | 350.00 | 525.00 |
| 3/12/2025 | Neil | Tele | Telephone call - 341 Meeting | 2.00 | 350.00 | 700.00 |
| 3/18/2025 | Neil | W | Northern P & L update, MOR report - February | 2.00 | 350.00 | 700.00 |
| 3/18/2025 | Neil | W | NJOI - compile information from NJOI QuickBooks for P & L, Balance sheet and Cash Transactions. Reconciled accounts with bank statements. Created Financial statements - P & L, Balance Sheet and Cash Transactions. | 3.00 | 350.00 | 1,050.00 |
| 3/19/2025 | Neil | W | Downloaded and converted CVS files to xlsx files to pdf for NJOI Trial Balances and Profit and Loss statements. Same for Northern. Reviewed and files and sent to legal team | 2.50 | 350.00 | 875.00 |
| 3/19/2025 | Neil | W | Bank reconciliations, Reconciliations of account balances | 3.50 | 350.00 | 1,225.00 |
| 3/20/2025 | Neil | W | Completed the MOR reports for NJOI and Northlands with accompany reports and bank statements. | 4.50 | 350.00 | 1,575.00 |
| 3/21/2025 | Neil | W | Revise MOR report and supporting schedules. Research on cash to accrual accounting methodology | 1.00 | 350.00 | 350.00 |
| 4/16/2025 | Neil | W | Transactions reconciliation, Cash Transactions Summary, compile bank statements and bank reconciliations for NJOI and NOI - continued work on -MOR Report for March 2025, and supporting reports - Profit and Loss Statement, Balance sheet, Cash Transactions reconciliation, Cash Transactions Summary, compile bank statements and bank reconciliations | 3.00 | 350.00 | 1,050.00 |
| 4/17/2025 | Neil | W | for NJOI and NOI - continued work on -MOR Report for March 2025, and supporting reports - Profit and Loss Statement, Balance sheet, Cash Transactions reconciliation, Cash Transactions Summary, compile bank statements and bank reconciliations | 2.50 | 350.00 | 875.00 |
| 4/18/2025 | Neil | W | Review and submit MOR reports to Saul Ewing and Kinga for review | 1.50 | 350.00 | 525.00 |
| 5/13/2025 | Neil | Tele | Telephone call - KInga and Fred Tate of CFO Shield to review the company's financial statements and cash report for the month of April - in preparation of the April MOR reports | 0.75 | 350.00 | 262.50 |
| 5/14/2025 | Neil | W | MOR report - Northlands - download information from Quickbooks, recast financial statements, start MOR report waiting for Accounts Receivable again | 1.50 | 350.00 | 525.00 |
| 5/15/2025 | Neil | W | MOR report - complete Northlands. Download NJOI Balance Sheet, P & L, Cash Transactions. Reconcile Cash report, and Balance sheet | 3.00 | 350.00 | 1,050.00 |

# Elementary Business Inc.

**P.O. Box 50301**
**Denton, TX 76205**

| Bill To | | | | | | |
|---|---|---|---|---|---|---|
| New Jersey Orthopaedic Institute LLC 504 Valley Rd #200 Wayne, NJ 07470 | | | | **Engagement #** <br> **Chapter 11 - UST Reports** | | |
| Date | Consultant | Type | Description | Hours | Rate | Amount |
| 5/17/2025 | Neil | W | Continue MOR for Northlands and NJOI. Recast MOR for additional Accounts Receivable and liabilities | 5.00 | 350.00 | 1,750.00 |
| 5/19/2025 | Neil | W | Complete and review MOR for Northland and NJOI | 2.00 | 350.00 | 700.00 |
| 6/9/2025 | Neil | W | MORs for NJOI and Northlands for May 2025. Downloaded data for Cash Transactions Report, Balance Sheet and P & L. Recasted Balance Sheet and P & L, spoke with Kinga about certain transactions. | 2.50 | 350.00 | 875.00 |
| 6/11/2025 | Neil | W | Complete MORs for NJOI and Northern | 1.50 | 350.00 | 525.00 |
| 7/11/2025 | Neil | W | MORs for NJOI and Northern | 3.50 | 350.00 | 1225.00 |
| 7/15/2025 | Neil | W | Complete MORs for NJOI and Northern with sub schedules accounts receivable, insider payments, payroll taxes number of employees, and review of MOR | 2.00 | 350.00 | 700.00 |
| | | | | | Total | $ 17,062.50 |

# Elementary Business Inc.

**P.O. Box 50301**
**Denton, TX 76205**

| Bill To | | | | | |
|---|---|---|---|---|---|
| New Jersey Orthopaedic Institute LLC 504 Valley Rd #200 Wayne, NJ 07470 | | | | Engagement # | |
| | | | | Chapter 11 - Expenses | |
| Date | Consultant | Type | Description | Amount | |
| 3/19/2025 | Neil | O | Adobe software | $ | 19.95 |
| 3/31/2025 | Neil | O | Walter Loeffler, CPA - bookkeeping | $ | 2,000.00 |
| 4/9/2025 | Neil | O | Conversion from Desktop QuickBooks | $ | 2,000.00 |
| 4/23/2025 | Neil | O | CFO Shield - bookkeeping service for | $ | 2,000.00 |
| 5/13/2025 | Neil | O | CFO Shield invoice for QuickBooks and May 2025 | $ | 399.77 |
| 5/13/2025 | Neil | O | CFO Shield invoice for - April 2025 plus QB license and sales was $2,000 | $ | 2,214.34 |
| 5/14/2025 | Neil | O | Professional fee - Walter Loeffler - bookkeeping work and Dr. McInerney's Financial Statement | $ | 3,287.50 |
| 6/10/2025 | Neil | O | Other: CFO Shield Bookkeeping Service | $ | 2,214.34 |
| 6/30/2025 | Neil | O | Other: CFO Shield Bookkeeping Service | $ | 2,214.34 |
| | | | | $ | 16,350.24 |