UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____, I sent a copy of the following pleadings and/or documents the

parties on the attached service list.

    1.  First and Final Fee Application of Saul Ewing LLP, Counsel to the Debtors and proposed Order
    2.  First and Final Fee Application of Elementary Business Inc., Accounting Consultant to the Debtors and proposed Order
    3.  First and Final Fee Application of Frier & Levitt, LLC, Special Counsel to the Debtors and proposed Order

3.  I certify under penalty of perjury that the above documents were sent via Regular Mail.

Date: _____        _____

                                                          Signature

# SERVICE LIST

State of New Jersey
Division of Taxation
Bankruptcy
PO Box 245
Trenton, NJ 08695

AHS Investment Corporation
200 American Rd
Morristown, NJ 07960

Elizabeth Hawruk, MD
N. Jersey Center for Arthritis and Osteo
45 Carey Avenue
Butler, NJ 07405

MJD Realty
1900 Union Valley Road, Ste 303
Hewitt, NJ 07421

ATTN: Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

Gramercy Pain Center, LLC
2520 John F. Kennedy Blvd
Suite C1-Office 2
Jersey City, NJ 07304

Academy Orthopaedics LLC, et als.
c/o Carl J. Soranno, Esq.
Paul DeMartino, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

Anthony Festa, M.D.
32 Condit Rd
Mountain Lakes, NJ 07046

Anthony Scillia, M.D
1125 Maxwell Lane
Unit 600
Hoboken, NJ 07030

Casey Pierce, M.D.
105 Andover Rd
Wayne, NJ 07470

Craig Wright, M.D.
3 Briar Hill Rd
Montclair, NJ 07042

John Callaghan, M.D.
107 Upper Mountain Avenue
Montclair, NJ 07042

Aetna Inc.
PO Box 639715
Cincinnati, OH 45263

Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

MAG Mutual Insurance Company
3535 Piedmont Rd NE
Bldg 14-1000
Atlanta, GA 30305

Lynch, Lynch, Held and Rosenberg PC
440 Route 17 North
Hasbrouck Heights, NJ 07604

Cablevision LightPath, LLC
PO BOX 788632
Philadelphia, PA 19178-8632

Internal Revenue Service
PO Box 7346
Philadelphia, Pa 19101

622 Eagle Rock Ave. Realty, LLC
c/o Bruce J. Wisotsky
Norris McLaughlin, P.A.
400 Crossing Boulevard
Ste 8th Floor
Bridgewater, NJ 08807

622 Eagle Rock Avenue Realty, LLC
The Progressive Companies
c/o Richard Di
2 Sylvan Way, Suite 304
Parsippany, NJ 07054

Allscripts Healthcare, LLC
305 Church at North Hills Street
Raleigh, NC 27609

Andrew Sawires
2 2nd st. Apartment 3704
Jersey City, NJ
07302Angela Reyes
79 Maple Ave 1st FL
Little Falls, NJ 07424

Arthrex Inc.
14550 Plantation Rd
Fort Meyers, FL 33912

Ashley Minetti
38 Benham Way
Sparta, NJ 07871

Association Member Trust 636
Morris Turnpike, Suite 2A
Short Hills, NJ 07078

Barbara J Davis
22 Hilton Street
Pequannock, NJ 07440

Barbara M Orlos 370
High Crest Dr
West Milford, NJ 07480

Charles Newman, Esq.
Frier Levitt
84 Bloomfield Ave
Pine Brook, NJ 07058

Christina Cavero
479 East 31st
Paterson, NJ 07504

CNA
151 North Franklin Street
Chicago, IL 60606

CNA
184 Liberty Corner Road, 4th Floor
Suite 402
Warren, NJ 07059

Daniels Sharpsmart, Inc
PO BOX 735290
Dallas, TX 75373-5290

Dayforce Inc.
PO BOX 772830
Chicago, IL 60677

Deborah M Lopez
56 Newark Place
Belleville, NJ 07109

Dictation Source
PO BOX 12835
Pittsburgh, PA 15241

Freshbooks
225 King St W, Ste 1200
Toronto, Ontario M5V 3M2
Canada

Frier Levitt
84 Bloomfield Ave
Pine Brook, NJ 0705

Future Plan by Ascensus
23693 Network Place
Chicago, IL 60673-1236

Jason E Kooch
250 W. 27th St.
New York, NY 10001

Jennifer Cruz
184 Lily Street
Paterson, NJ 07522

Jissel Valerio
332 Trenton Ave
Paterson, NJ 07503

Johnson & Johnson Health Care Systems
4301 West Boy Scout Boulevard
Tampa, FL 33607

Keystone Answering Service
141 Friends Lane, Ste. 200
Newtown, PA 18940

Kinga Skalska-Dybas
16 Trafalgar Court
Hackettstown, NJ 07840

Laurelle A. McInerney
P.O. Box 479
New Vernon, NJ 07976

Law Office of Robert M. Fields, PLLC
6 Captain Lawrence Drive
South Salem, NY 10590

Leaf
PO BOX 5066 Hartford,
CT 06102

Lisa McInerney
10 Boxwood Dr
Morristown, NJ 07960

Lynch, Lynch, Held and Rosenberg PC
440 Route 17 North
Hasbrouck Heights, NJ 07604


Marc Mortellaro
209 Broadway
Keyport, NJ 07735


McKesson Medical-Surgical Inc. 9954
Mayland Drive, Suite 4000 Attn:
Stephanie Hampton
Hapeville, VA 23233


Medent
15 Hulbert Street
Auburn, NY 13021


Melissa Ellis
82 Randolph Place
West Orange, NJ 07052


Merrill Lynch Pierce Fenner & Smith
Two Bala Plaza, Suite 601
Bala Cynwyd, PA 19004


MICHAEL SHINDLE
35 MEADOW LANE
MORRISTOWN, NJ 07960


Mindware Connections
144 Village Landing #310
Fairport, NY 14450


National Fire Insurance Company of
Hartford 500 Colonial Center Company
Lake Mary, FL 32746


Navinet, Inc.
PO Box 8048
Carol Stream, IL 60197

NJBIA
10 West Lafayette Street
Trenton, NJ 08608-2002

ODP Business Solutions, LLC
6600 N Military Trl
Boca Raton, FL 33487

Pitney Bowes Global Financial
PO BOX 981022
Boston, MA 02298

Radiant Imaging Solutions
163 E Main St. PMB 307
Little Falls, NJ 07424

RevSpring
26988 Network Place
Chicago, IL 60673-1269

Robert Palacios
304 South Pascack Road
Nanuet, NY 10954

Sk Paper Shred
P.O. Box 201
Branchville, NJ 07826

Tatiana Yascaribay
398 Taylor Ave
Hackensack, NJ 07601

The Paul Revere
1 Fountan Square,
Chattanooga, TN 37402

TNTMAX
PO BOX 605
Wycokoff, NJ 07481

Tracey Goldstein, Esq.
Goldstein Kelin LLC
290 W. Mt. Pleasant Ave., Suite 1340
Livingston, NJ 07039

UNUM
1 Fountain Square
Chattanooga, TN 37402

Valley National Bank
PO BOX 950
Wayne, NJ 07474-0950

Valley Partners
c/o Lota & Bernard, LLC
6 Prospect St #3a,
Midland Park, NJ 07432

Valley Partners, LLC
John M. Manfredonia, Esq.
Manfredonia Law, LLC
Cresskill, NJ 07626

Verizon
P.O. Box 408
Trenton, NJ 08650-4830

Wayne Fire Bureau
475 Valley Road
Wayne, NJ 07470

Workeasy Software
1200 SW 145th Ave Suite 200
Hollywood, FL 33027

Wyatt J Montferrante
12 2nd Street
Butler, NJ 07405

Xaiomy Burgos
425 Roe Street
Haledon, NJ 07508

Michael Shindle
c/o Meyner and Landis LLP
One Gateway Center,
Suite 2500
Newark, NJ 07102

Meyner and Landis LLP
Oner Gateway Center
Suite 2500
Newark, NJ 07102

Bruce J. Wisotsky
Norris McLaughlin, P.A.
400 Crossing Boulevard
Ste 8th Floor
Bridgewater, NJ 08807

UnitedHealthcare Insurance
Company ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103

U.S. Department of Health &
Human Services
David Weiner - OGC
26 Federal Plaza, Rm 19-300
New York, NY 10278