| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:  stephen.ravin@saul.com <br>             turner.falk@saul.com <br><br> *Counsel to the Debtors* | |
| In re: <br><br> NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-11370 (JKS) <br><br> (Jointly Administered) |

## ORDER GRANTING DEBTORS' MOTION OBJECTING TO THE CLAIMS OF MICHAEL SHINDLE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55916580.6

**Page 2**
**Debtor:** New Jersey Orthopaedic Institute LLC, et. al.
**Case No:** Case No. 25-11370 (JKS)
**Caption of Order:** Order Granting Debtors' Objection to Claims of Michael Shindle

---

AND NOW, upon consideration of the motion of the above-captioned debtors objecting to the claims of Michael Shindle (the "Motion"), and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1. The Motion is GRANTED to the extent set forth herein.

2. Proof of Claim number 5 filed by Michael Shindle is DISALLOWED.

55916580.6