**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**SAUL EWING LLP**
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:   stephen.ravin@saul.com
          turner.falk@saul.com

*Counsel to the Debtors*

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, | Case No. 25-11370 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Turner N. Falk:

   ☒ represent the Debtors in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On August 27, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Motion Objecting to Claim
   2. Declaration in Support of Motion
   3. Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: August 28, 2025              /s/ *Turner N. Falk*
                                       Signature

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

55916580.6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Michael Shindle<br>35 Meadow Lane<br>Morristown NJ 07960 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| MEYNER AND LANDIS LLP<br>c/o Angela Nascondiglio Stein, Esq.<br>One Gateway Center, Suite 2500<br>Newark, New Jersey 07102 | Counsel to Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| All Parties That Have Entered an Appearance | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

55916580.6