| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Doc. No. 107** |

### CERTIFICATE OF NO OBJECTION TO FIRST AND FINAL FEE APPLICATION OF ELEMENTARY BUSINESS INC., AS THE DEBTORS' ACCOUNTING CONSULTANT, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>FEBRUARY 10, 2025 THROUGH JULY 16, 2025</u>

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies that:

1.  On August 8, 2025, the *First and Final Fee Application of Elementary Business, Inc., as the Debtors' Accounting Consultant, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 10, 2025 Through July 16, 2025* [D.I. 107] (the "**Application**") was filed with the Court.

---

[1]   The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

2. Pursuant to the Notice of Application [D.I. 107], objections, if any, to the Application were required to have been filed with the Court and served on the undersigned so as to be received on or before August 28, 2025 (the "**Objection Deadline**")

3. The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Application may be approved.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form submitted to the Court with the Application and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 29, 2025                    **SAUL EWING LLP**

By: /s/ *Turner N. Falk*
Stephen B. Ravin, Esquire
Turner N. Falk, Esquire
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6714
E-mail:stephen.ravin@saul.com
           turner.falk@saul.com

*Counsel for Debtors and Debtors in Possession*

# **EXHIBIT A**

**Proposed Order**