# New Jersey Orthopaedic Institute
## Balance Sheet
### As of July 16, 2025

|  |  | Total |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
|   Bank Accounts | | |
|     Cash in Bank VNB - 9931 | 87,271.94 | |
|     Cash in Bank - Wells Fargo 5229 | 81.69 | |
|     Cash in Bank - Wells PR - 5179 | 734.24 | |
|   **Total for Bank Accounts** | | $88,087.87 |
|   Accounts Receivable - Net | | $578,763.82 |
|   Medical Supplies | | $ 75,000.00 |
|   **Total Current Assets** | | $ 741,851.69 |
|   Fixed Assets | | |
|     Equipment | 24,555.16 | |
|     Equipment - Valley | 60,195.63 | |
|     Leasehold Improvements | 338,239.89 | |
|     zAccum Amort - LI | -241,972.59 | |
|     zAccum Deprec - Equip | -24,555.16 | |
|     zAccum Deprec - Equip Valley | -60,195.63 | |
|   **Total for Fixed Assets** | | $96,267.30 |
| **Other Assets:** | | |
|   Escrow with Friar Levitt firm | | $ 875,000.00 |
| **TOTAL ASSETS** | | $ 1,713,118.99 |
| **LIABILITIES & EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable - Pre Petition | $ 2,698,237.94 | |
|       Credit card payable - Post Petition | 37,680.58 | |
|       401 K Withheld/Pension | 4,204.57 | |
|       PreTax Medical & Dental | 3,286.41 | |
|     **Total for Current Liabilities** | | $ 2,743,409.50 |
|     Intercompany - Due to Northlands | 4,231,143.08 | |
|     Intercompany adjustment | $ (4,231,143.08) | $ - |
|   Academy Orthopaedics LLC | | $ 7,782,152.73 |
|   **Total Liabilities** | | $ 10,525,562.23 |
| **Equity** | | |
|   Capital Account - AF | $ 5,111.28 | |
|   Capital Account - AS | $ 5,111.29 | |
|   Capital Account - CP | $ 5,111.30 | |
|   Capital Account - CW | $ 5,111.29 | |
|   Capital Account - JC | $ 5,111.30 | |
|   Capital Account - VKM | $ (33,949.62) | $ (8,393.16) |
|     Retained Earnings | | $ (2,767,979.54) |
|   Liability Adjustment | | $ (7,782,152.73) |
|   Accounts Receivable accrual adj | | $ (578,763.82) |
|   Prior years adjustments | | $ (1,090,988.11) |
|   Intercompany adjustment | | $ 4,231,143.08 |
|   Net Income | | $ (815,308.96) |
|   **Total for Equity** | | -$8,812,443.24 |
| **TOTAL LIABILITIES & EQUITY** | | $ 1,713,118.99 |