## New Jersey Orthopaedic Institute, LLC
## Summary of Cash Receipts and Disbursements
## For the period July 1 to July 16, 2025

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Cash Disbursements | Transfers | Other | Closing Bal |
|---|---|---|---|---|---|---|---|
| Wells PR - 5179 - DIP | Opening cash balance | $ 15,460.26 | | | | | |
| Wells PR - 5179 - DIP | Cash Receipts | | | | | | |
| Wells PR - 5179 - DIP | Expenses | | | $ (65,026.02) | | | |
| Wells PR - 5179 - DIP | Transfers | | | | $ 5,300.00 | | |
| Wells PR - 5179 - DIP | Intercompany | | | | | $ 45,000.00 | $ 734.24 |
| Wells Fargo 5229 - DIP | Opening cash balance | $ 386.56 | | | | | |
| Wells Fargo 5229 - DIP | Cash Receipts | | $ 32,571.16 | | | | |
| Wells Fargo 5229 - DIP | Expenses | | | $ (27,576.03) | | | |
| Wells Fargo 5229 - DIP | Transfers | | | | $ (5,300.00) | | $ 81.69 |
| VNB - 9931- DIP | Opening cash balance | $ (3,615.69) | | | | | |
| VNB - 9931- DIP | Cash Receipts | | $ 88,907.53 | | | | |
| VNB - 9931- DIP | Expenses | | | $ (58,019.90) | | | |
| VNB - 9931- DIP | Transfers | | | | $ - | | |
| VNB - 9931- DIP | From Escrow | | | | | $ 60,000.00 | $ 87,271.94 |
| **ENDING BALANCE** | | **$ 12,231.13** | **$ 121,478.69** | **$ (150,621.95)** | **$ -** | **$ 105,000.00** | **$ 88,087.87** |