**New Jersey Orthopaedic Institute, LLC**
**Insiders Compensation**
**July 1 to 16, 2025**

| | | | |
|---|---|---|---:|
| June | Laurelle McInerney | Payroll - July 1 to 16, 2025 | 1,175.20 |