# Profit and Loss

## New Jersey Orthopaedic Institute

### July 1-16, 2025

| Distribution account | Total |
|---|---:|
| Income | |
|   Fee for Service Income | 14,000.00 |
|   Patient Fees > 1/1/11 | 106,288.67 |
|   Refunds | 1,190.02 |
| **Total for Income** | **$121,478.69** |
| Cost of Goods Sold | |
| **Gross Profit** | **$121,478.69** |
| Expenses | |
|     Automobile Expense - VKM | 1,492.63 |
| **Total for Auto Expenses** | **$1,492.63** |
|   Bank Service Charges | 540.43 |
|   Computer and Internet Expenses | 1,052.16 |
|   Copier Lease | 836.62 |
|   Credit Card Discount Fees | 953.15 |
|   Equipment Lease | 88.00 |
|   Football Coverage | 2,100.00 |
|   Health Insurance | 20,481.68 |
|     Disability Insurance-RP | 576.84 |
| **Total for Health Insurance** | **$21,058.52** |
|   Medent | 1,999.60 |
|   Medical Records and Supplies | 0.00 |
|     Medical Supplies | 322.40 |
| **Total for Medical Records and Supplies** | **$322.40** |
|   Office Supplies | 20.28 |
|   Payroll Expenses - Processing | 715.94 |
|   Payroll Tax Expenses | 0.00 |
|     FUTA Tax Expense | 33.19 |
|     Payroll Tax Expense - 941 | 3,181.42 |
|     Payroll Tax Expense - SUI | 177.50 |
| **Total for Payroll Tax Expenses** | **$3,392.11** |
|   Postage | 169.89 |
|   Professional Fees | 3,352.56 |
|     Rent - Morristown | 1,183.00 |
|     Rent - Wayne | 43,966.00 |
| **Total for Rent Expense** | **$45,149.00** |
|     Administrative Salaries | 63,096.91 |
|     Benefits - 401K Match | 864.21 |
| **Total for Salaries and Wages** | **$63,961.12** |
|   Shredding | 245.22 |
|   Telephone Expense | 46.91 |
|     Cell Phone - RP | 102.09 |
|     Cell phone - VKM | 77.09 |
|     Telephone | 4,926.18 |
| **Total for Telephone Expense** | **$5,152.27** |
| **Total for Expenses** | **$152,601.90** |
| **Net Operating Income** | **-$31,123.21** |
| Other Income | |
| Other Expenses | |
|   Ask My Accountant | 1,073.70 |
| **Total for Other Expenses** | **$1,073.70** |
| **Net Other Income** | **-$1,073.70** |
| **Net Income** | **-$32,196.91** |