New Jersey Orthopaedic Institute LLC

July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 1 | ST. JOSEPH'S WAYNE HOSPITAL | OVER 365 (1 Yr) | $1,549.08 | $0.00 | $0.00 | $1,549.08 | 100.00% |
| **1** | **ST. JOSEPH'S WAYNE HOSPITAL** | **Total** | **$1,549.08** | **$0.00** | **$0.00** | **$1,549.08** | **100.00%** |
| 2 | ELITE SURGICAL CENTER, LLC | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 90 to 119 | $239.98 | $0.00 | $0.00 | $239.98 | 0.18% |
| 2 | ELITE SURGICAL CENTER, LLC | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | OVER 365 (1 Yr) | $256,952.25 | $126,151.48 | $0.00 | $130,800.77 | 99.82% |
| **2** | **ELITE SURGICAL CENTER, LLC** | **Total** | **$257,192.23** | **$126,151.48** | **$0.00** | **$131,040.75** | **100.00%** |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 90 to 119 | $178,223.96 | $0.00 | $0.00 | $178,223.96 | 19.91% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 120 to 179 | $53,287.38 | $0.00 | $0.00 | $53,287.38 | 5.95% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | 180 to 365 (6 Mos) | $119,589.01 | $0.00 | $0.00 | $119,589.01 | 13.36% |
| 3 | ST. JOSEPH'S HOSPITAL   MEDICA | OVER 365 (1 Yr) | $592,790.94 | $48,693.52 | $0.00 | $544,097.42 | 60.78% |
| **3** | **ST. JOSEPH'S HOSPITAL   MEDICA** | **Total** | **$943,891.29** | **$48,693.52** | **$0.00** | **$895,197.77** | **100.00%** |
| 4 | MORRISTOWN MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 4 | MORRISTOWN MEDICAL CENTER | OVER 365 (1 Yr) | $6,683.85 | $1,491.03 | $0.00 | $5,192.82 | 100.00% |
| **4** | **MORRISTOWN MEDICAL CENTER** | **Total** | **$6,683.85** | **$1,491.03** | **$0.00** | **$5,192.82** | **100.00%** |

New Jersey Orthopaedic Institute LLC

July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 6 | MORRISTOWN AMBULATORY SURGICAL | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6 | MORRISTOWN AMBULATORY SURGICAL | OVER 365 (1 Yr) | $6,218.45 | $1,748.00 | $0.00 | $4,470.45 | 100.00% |
| 6 | **MORRISTOWN AMBULATORY SURGICAL** | **Total** | **$6,218.45** | **$1,748.00** | **$0.00** | **$4,470.45** | **100.00%** |
| 7 | WAYNE SURGICAL CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 30 to 59 | $13,901.00 | $0.00 | $0.00 | $13,901.00 | 88.49% |
| 7 | WAYNE SURGICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7 | WAYNE SURGICAL CENTER | OVER 365 (1 Yr) | $4,040.93 | $2,233.21 | $0.00 | $1,807.72 | 11.51% |
| 7 | **WAYNE SURGICAL CENTER** | **Total** | **$17,941.93** | **$2,233.21** | **$0.00** | **$15,708.72** | **100.00%** |
| 12 | MOUNTAINSIDE MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 12 | MOUNTAINSIDE MEDICAL CENTER | OVER 365 (1 Yr) | $1.41 | $0.00 | $0.00 | $1.41 | 100.00% |
| 12 | **MOUNTAINSIDE MEDICAL CENTER** | **Total** | **$1.41** | **$0.00** | **$0.00** | **$1.41** | **100.00%** |
| 15 | HACKETTSTOWN MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 15 | HACKETTSTOWN MEDICAL CENTER | OVER 365 (1 Yr) | $3,858.47 | $0.00 | $0.00 | $3,858.47 | 100.00% |

New Jersey Orthopaedic Institute LLC

July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 15 | **HACKETTSTOWN MEDICAL CENTER** | **Total** | **$3,858.47** | **$0.00** | **$0.00** | **$3,858.47** | **100.00%** |
| 16 | NEWTON MEDICAL CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 16 | NEWTON MEDICAL CENTER | OVER 365 (1 Yr) | $303.16 | $0.00 | $0.00 | $303.16 | 100.00% |
| 16 | **NEWTON MEDICAL CENTER** | **Total** | **$303.16** | **$0.00** | **$0.00** | **$303.16** | **100.00%** |
| 17 | EMMAUS SURGICAL CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | EMMAUS SURGICAL CENTER | 30 to 59 | $78,810.25 | $0.00 | $0.00 | $78,810.25 | 78.35% |
| 17 | EMMAUS SURGICAL CENTER | 60 to 89 | $21,000.00 | $0.00 | $0.00 | $21,000.00 | 20.88% |
| 17 | EMMAUS SURGICAL CENTER | 90 to 119 | $170.27 | $0.00 | $0.00 | $170.27 | 0.17% |
| 17 | EMMAUS SURGICAL CENTER | 120 to 179 | $313.99 | $0.00 | $0.00 | $313.99 | 0.31% |
| 17 | EMMAUS SURGICAL CENTER | 180 to 365 (6 Mos) | $296.96 | $0.00 | $0.00 | $296.96 | 0.30% |
| 17 | EMMAUS SURGICAL CENTER | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 17 | **EMMAUS SURGICAL CENTER** | **Total** | **$100,591.47** | **$0.00** | **$0.00** | **$100,591.47** | **100.00%** |
| 18 | MILLENNIUM HEALTHCARE | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 180 to 365 (6 Mos) | $10,082.88 | $0.00 | $0.00 | $10,082.88 | 99.83% |
| 18 | MILLENNIUM HEALTHCARE | OVER 365 (1 Yr) | $16.93 | $0.00 | $0.00 | $16.93 | 0.17% |
| 18 | **MILLENNIUM HEALTHCARE** | **Total** | **$10,099.81** | **$0.00** | **$0.00** | **$10,099.81** | **100.00%** |
| 22 | TEAMMD SURGERY CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 180 to 365 (6 Mos) | $60.93 | $0.00 | $0.00 | $60.93 | 100.00% |

New Jersey Orthopaedic Institute LLC

July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 22 | TEAMMD SURGERY CENTER | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **22** | **TEAMMD SURGERY CENTER** | **Total** | **$60.93** | **$0.00** | **$0.00** | **$60.93** | **100.00%** |
|  |  |  |  |  |  |  |  |
| 24 | HUDSON REGIONAL HOSPITAL | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 120 to 179 | $197,488.00 | $0.00 | $0.00 | $197,488.00 | 100.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **24** | **HUDSON REGIONAL HOSPITAL** | **Total** | **$197,488.00** | **$0.00** | **$0.00** | **$197,488.00** | **100.00%** |
|  |  |  |  |  |  |  |  |
| 51 | Office | Current | $146,442.10 | $0.00 | $27,151.21 | $119,290.89 | 10.26% |
| 51 | Office | 30 to 59 | $247,267.70 | $0.00 | $27,151.06 | $220,116.64 | 18.93% |
| 51 | Office | 60 to 89 | $205,043.44 | $0.00 | $2,738.13 | $202,305.31 | 17.40% |
| 51 | Office | 90 to 119 | $173,552.10 | $0.00 | $63,739.85 | $109,812.25 | 9.44% |
| 51 | Office | 120 to 179 | $236,285.76 | $0.00 | $4,188.21 | $232,097.55 | 19.96% |
| 51 | Office | 180 to 365 (6 Mos) | $147,482.01 | $90.00 | $9,595.29 | $137,796.72 | 11.85% |
| 51 | Office | OVER 365 (1 Yr) | $334,499.04 | $54,173.92 | $139,043.41 | $141,281.71 | 12.15% |
| **51** | **Office** | **Total** | **$1,490,572.15** | **$54,263.92** | **$273,607.16** | **$1,162,701.07** | **100.00%** |
|  |  |  |  |  |  |  |  |
| All |  | Current | $146,442.10 | $0.00 | $27,151.21 | $119,290.89 | 4.72% |
| All |  | 30 to 59 | $339,978.95 | $0.00 | $27,151.06 | $312,827.89 | 12.37% |
| All |  | 60 to 89 | $226,043.44 | $0.00 | $2,738.13 | $223,305.31 | 8.83% |
| All |  | 90 to 119 | $352,186.31 | $0.00 | $63,739.85 | $288,446.46 | 11.41% |
| All |  | 120 to 179 | $487,375.13 | $0.00 | $4,188.21 | $483,186.92 | 19.11% |
| All |  | 180 to 365 (6 Mos) | $277,511.79 | $90.00 | $9,595.29 | $267,826.50 | 10.59% |
| All |  | OVER 365 (1 Yr) | $1,206,914.51 | $234,491.16 | $139,043.41 | $833,379.94 | 32.96% |
| **All** |  | **Total** | **$3,036,452.23** | **$234,581.16** | **$273,607.16** | **$2,528,263.91** | **100.00%** |

| | | |
|---|---|---|
| | Less: over 89 | $1,872,839.82 |
| July | Net | $655,424.09 |
| | **Collectable 50%** | **$327,712.05** |