

Good Afternoon, Fred Tate

# NJOI Operating **9931

Last Updated: August 18, 2025 3:44 PM

**$51,130.06**
Available Balance

**$50,115.72**
Ledger Balance

## Transactions          Details & Settings



8/18/25, 2:47 PM

Case 25-11370-JKS    Doc 116-6    Filed 09/08/25    Entered 09/08/25 14:20:52    Desc
Valley National Bank Account Details    Page 2 of 15

## Start Date

| 07/01/2025 | 📅 |

to

## End Date

| 07/16/2025 | 📅 |

## Description

## Transaction Type

## Min Amount

| $ | 0.00 |

to

## Max Amount

| $ | 0.00 |

## Starting Check #

to

## Ending Check #

| Date | Description | Amount ⓘ | |
| --- | --- | --- | --- |
| JUL 16 2025 | WIRE IN GFT 202507160018714 SAUL EWING LLP SUBACCOUNT 390703. 00001 | **$60,000.00** | ⋮ |
| JUL 16 2025 | ACH CREDIT CCD CMPY ID: 9038136067 WELLCARENEWJERSE HCCLAIMPMT | **$112.04** | ⋮ |
| JUL 16 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250716 447202026889 | **$41,192.25** | ⋮ |
| JUL 16 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0029056355*1220999 690\ | **$166.44** | ⋮ |
| JUL 15 2025 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY FOR 06/25 | **($370.90)** | ⋮ |
| JUL 15 2025 | ✉ CHECK - 3734 | **($576.84)** | ⋮ |

| JUL 15 2025 | ✏ CHECK - 3736 | ($169.89) | ⋮ |
|---|---|---|---|
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898926950*12052961 37~ | $3,795.77 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11282263161*136273 | $628.05 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 1111187726 UnitedHealthcare HCCLAIMPMT | $347.24 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0029049128*1220999 690\ | $312.96 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 HCCLAIMPMT 0075128286*1220999 690\ | $86.39 | ⋮ |

| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 HCCLAIMPMT 0085246989*1220999 690\ | $52.65 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 1272337487 Optum HCCLAIMPMT 3062279804*1300029 | $45.32 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0029039362*1220999 690\ | $113.54 | ⋮ |
| JUL 15 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0076014495*1220999 690\ | $109.57 | ⋮ |
| JUL 14 2025 | ✉ CHECK - 3742 | ($1,200.00) | ⋮ |
| JUL 14 2025 | ✉ CHECK - 3741 | ($20.28) | ⋮ |
| JUL 14 2025 | ACH DEBIT PPD CMPY ID: 9200704262 GF Genesis Fi 250714 | ($1,492.63) | ⋮ |

| JUL 14 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250714 447202026889 | $439.11 | ⋮ |
| JUL 14 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250714 447202026889 | $282.22 | ⋮ |
| JUL 14 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250714 447202026889 | $4.85 | ⋮ |
| JUL 14 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898922940*12052961 37~ | $1,223.66 | ⋮ |
| JUL 14 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11281928112*136273 | $301.32 | ⋮ |
| JUL 14 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0076009209*1220999 690\ | $90.00 | ⋮ |

| JUL 11 2025 | ✉ CHECK - 3737 | ($836.62) | ⋮ |
|---|---|---|---|
| JUL 11 2025 | ACH DEBIT CCD CMPY ID: 1841128086 CLOVER FEES CLOVER FEE 250711 1512095 | ($87.38) | ⋮ |
| JUL 11 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250711 447202026889 | $760.00 | ⋮ |
| JUL 11 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898918791*12052961 37~ | $1,141.50 | ⋮ |
| JUL 11 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3933122*1310522223 | $167.78 | ⋮ |
| JUL 11 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11280866256*136273 | $135.36 | ⋮ |

| JUL 11 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0029022596*1220999 690\ | $58.79 | ⋮ |
| JUL 10 2025 | ✉ CHECK - 3731 | ($1,183.00) | ⋮ |
| JUL 10 2025 | ✉ CHECK - 3740 | ($322.40) | ⋮ |
| JUL 10 2025 | ✉ CHECK - 3733 | ($122.61) | ⋮ |
| JUL 10 2025 | ACH DEBIT WEB CMPY ID: 0010160210 Waystar, Inc 8445929782 250710 | ($499.08) | ⋮ |
| JUL 10 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250710 447202026889 | $1,550.64 | ⋮ |
| JUL 10 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3929345*1310522223 | $167.78 | ⋮ |

| JUL 10 2025 | ACH CREDIT CCD CMPY ID: 4220999690 4220999690 HCCLAIMPMT 0085240737*1220999 690\ | $19.11 | ⋮ |
| JUL 9 2025 | ✎ CHECK - 3732 | ($474.08) | ⋮ |
| JUL 9 2025 | ✎ CHECK - 3730 | ($226.09) | ⋮ |
| JUL 9 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250709 447202026889 | $310.00 | ⋮ |
| JUL 9 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11278869425*136273 | $440.83 | ⋮ |
| JUL 9 2025 | ACH CREDIT CCD CMPY ID: 2222797560 OXFORD HEALTH IN HCCLAIMPMT 41454105*106111851 | $78.75 | ⋮ |
| JUL 9 2025 | ACH CREDIT CCD CMPY ID: 1999999100 UMR HCCLAIMPMT CN9143016527395518 | $44.55 | ⋮ |

8/18/25, 2:47 PM

Case 25-11370-JKS    Doc 116-6    Filed 09/08/25    Entered 09/08/25 14:20:52    Desc
Valley National Bank Account Details    Page 10 of 15

| JUL 9<br>2025 | ACH CREDIT CCD CMPY ID: 1411289245<br>UNITEDHEALTHCARE HCCLAIMPMT | $34.55 | ⋮ |
| JUL 9<br>2025 | ACH CREDIT CCD CMPY ID: 1111187726<br>UnitedHealthcare HCCLAIMPMT | $31.24 | ⋮ |
| JUL 8<br>2025 | ✏ CHECK - 3722 | ($4,926.18) | ⋮ |
| JUL 8<br>2025 | ✏ CHECK - 3735 | ($1,073.70) | ⋮ |
| JUL 8<br>2025 | ✏ CHECK - 3739 | ($619.00) | ⋮ |
| JUL 8<br>2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS<br>HCCLAIMPMT 898904515*12052961 37~ | $15,092.93 | ⋮ |
| JUL 8<br>2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover<br>Health In HCCLAIMPMT 3919353*1310522223 | $998.57 | ⋮ |

| JUL 8 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075995879*1220999 690\ | $125.59 | ⋮ |
| JUL 8 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028998704*1220999 690\ | $110.79 | ⋮ |
| JUL 8 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075990872*1220999 690\ | $39.25 | ⋮ |
| JUL 8 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028981630*1220999 690\ | $28.39 | ⋮ |
| JUL 8 2025 | ACH CREDIT CCD CMPY ID: 9220999690 9220999690 HCCLAIMPMT 0075122508*1220999 690\ | $27.87 | ⋮ |
| JUL 7 2025 | ACH DEBIT CCD CMPY ID: 1800948598 DRAGON 201-642-2 DRAGON 201 250707 ST-U7F7Q6M2O6R2 | ($79.00) | ⋮ |

| JUL 7 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250707 447202026889 | $459.00 | ⋮ |
| JUL 7 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250707 447202026889 | $450.37 | ⋮ |
| JUL 7 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028972538*1220999 690\ | $27.87 | ⋮ |
| JUL 3 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT BANKCD DISCOUNT 250703 447202026889 | ($762.88) | ⋮ |
| JUL 3 2025 | ACH DEBIT CCD CMPY ID: H592126793 MERCHANT BANKCD FEE 250703 447202026889 | ($102.89) | ⋮ |
| JUL 3 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250703 447202026889 | $498.49 | ⋮ |

| JUL 3 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898899084*12052961 37~ | $5,302.58 | ⋮ |
| JUL 3 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3915287*1310522223 | $572.40 | ⋮ |
| JUL 3 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028962316*1220999 690\ | $372.60 | ⋮ |
| JUL 3 2025 | ACH CREDIT CCD CMPY ID: 1272337487 Optum HCCLAIMPMT 3042325682*1300029 | $181.98 | ⋮ |
| JUL 3 2025 | ACH CREDIT CCD CMPY ID: 1220999690 HORIZON HCCLAIMPMT 0075974665*1220999 690\ | $100.89 | ⋮ |
| JUL 2 2025 | ACH DEBIT PPD CMPY ID: 1226315089 TDB-AMT INSUR PREM 250702 | ($20,481.68) | ⋮ |

| JUL 2 2025 | ACH CREDIT CCD CMPY ID: H592126793 MERCHANT BANKCD DEPOSIT 250702 447202026889 | $1,004.28 | ⋮ |
| JUL 2 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898894923*12052961 37~ | $5,641.14 | ⋮ |
| JUL 2 2025 | ACH CREDIT CCD CMPY ID: 1310522223 Clover Health In HCCLAIMPMT 3909357*1310522223 | $587.97 | ⋮ |
| JUL 2 2025 | ACH CREDIT CCD CMPY ID: 1362739571 AARP Supplementa HCCLAIMPMT 11275776108*136273 | $378.12 | ⋮ |
| JUL 1 2025 | RETURN ITEM NOT AUTHORIZED - 3721 | $474.08 | ⋮ |
| JUL 1 2025 | RETURN ITEM NOT AUTHORIZED - 3718 | $715.94 | ⋮ |
| JUL 1 2025 | ACH CREDIT CCD CMPY ID: 1240200004 NOVITAS HCCLAIMPMT 898890399*12052961 37~ | $826.84 | ⋮ |

8/18/25, 2:47 PM

Case 25-11370-JKS    Doc 116-6    Filed 09/08/25    Entered 09/08/25 14:20:52    Desc
Valley National Bank Account Details    Page 15 of 15

| JUL 1 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028946220*1220999 690\ | $419.10 | ⋮ |
| JUL 1 2025 | ACH CREDIT CCD CMPY ID: 1411289245 UNITEDHEALTHCARE HCCLAIMPMT | $197.12 | ⋮ |
| JUL 1 2025 | ACH CREDIT CCD CMPY ID: 3220999690 HORIZON HCCLAIMPMT 0028936297*1220999 690\ | $29.11 | ⋮ |

**Page totals:** Credits: [59] **$148,907.53** | Debits: [21] **($35,627.13)**