# Commercial Basic Checking

July 31, 2025 ■ Page 1 of 4

**WELLS FARGO**

NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

## Questions?

Call your Customer Service Officer or Client Services

**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs that you're speaking to a scammer posing as Wells Fargo:

1. You're asked to provide your online banking password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. You're told you need to return your card, wire money, make a cash withdrawal, purchase a cashier's check, or deposit money at a crypto or bank ATM. Wells Fargo will never ask you to move or send money in any form to another account or a person to protect it.
3. You're advised to keep the conversation secret due to an "investigation" or for your protection.
4. The person you're talking to will not allow you to end the call or text. A real Wells Fargo employee would not pressure you to continue a conversation.
5. You're given exact steps for how to complete a transaction, including how to respond to any bank employee questions.

When in doubt, check it out. Contact us to verify any transactions or suspicious contact. You're in charge when it comes to your money. Learn more at wellsfargo.com/nophishing.

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $21,201.60 |
| Deposits/Credits | 261,100.00 |
| Withdrawals/Debits | - 222,817.99 |
| **Ending balance on 7/31** | **$59,483.61** |

Account number: ▇▇▇▇ 5179 **(primary account)**

NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▇▇▇▇0025

For Wire Transfers use
Routing Number (RTN): ▇▇▇▇0248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/2 | | Deposit Made In A Branch/Store | 45,000.00 | | |
| 7/2 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Sz45T2V Commercial Business Checkin for Payroll 7/4 | 3,300.00 | | 69,501.60 |
| 7/3 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0Szmh224 on 07/03/25 | 3,000.00 | | |
| 7/3 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250702 P3887-003785067 NEW Jersey Orthopaedic | | 63,288.95 | 9,212.65 |
| 7/7 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0T2Rqm5K on 07/07/25 | 1,600.00 | | 10,812.65 |
| 7/9 | | Direct Pay Individual Pymt Trans | | 0.50 | |
| 7/9 | | Direct Pay Monthly Base | | 10.00 | 10,802.15 |
| 7/10 | | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0T3Y4Nld on 07/10/25 | | 10,800.00 | 2.15 |
| 7/14 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0T4Mvmsn on 07/12/25 | 7,000.00 | | |
| 7/14 | 1787 | Check | | 1,010.63 | 5,991.52 |
| 7/16 | | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Business Checking xxxxxx5229 Ref #Ib0T5Yn6Yl on 07/16/25 | 1,200.00 | | 7,191.52 |
| 7/17 | | Deposit Made In A Branch/Store | 100,000.00 | | |
| 7/17 | | WT Fed#01F00 Valley National Ba /Org=NEW Jersey Orthopaedic Institute Ll Srf# 202507170010690 Trn#250717140971 Rfb# 202507170010690 | 100,000.00 | | |
| 7/17 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250716 P3887-003804257 NEW Jersey Orthopaedic | | 58,642.52 | 148,549.00 |
| 7/24 | 231 | Deposited OR Cashed Check | | 14,284.60 | 134,264.40 |
| 7/30 | | WF Direct Pay-Payment- Payroll-Tran ID Dpaaag98Ck | | 14,284.60 | 119,979.80 |
| 7/31 | < | Business to Business ACH Debit - Tax Service 702 Pmt Impnd 250730 P3887-003828771 NEW Jersey Orthopaedic | | 60,496.19 | 59,483.61 |
| **Totals** | | | **$261,100.00** | **$222,817.99** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

**WELLS FARGO**

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 231 | 7/24 | 14,284.60 | 1787 * | 7/14 | 1,010.63 |

  \* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2025 - 07/31/2025 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $7,500.00 | $71,099.00 ✓ |

DG/DG

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 200 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                     + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801