# Commercial Business Checking



Account number: ███████5229 ■ July 1, 2025 - July 31, 2025 ■ Page 1 of 3

NEW JERSEY ORTHOPAEDIC INSTITUTE,LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11370 (NJ)
ATTN: KINGA SKALSKA-DYBAS / CFO
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███5229 | $386.56 | $49,396.00 | -$43,676.03 | $6,106.53 |

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/01 | 864.22 | Desktop Check Deposit |
| | 07/02 | 149.90 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882517701058298*1066033492\ |
| | 07/02 | 258.52 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825179000019337*1066033492\ |
| | 07/02 | 1,738.00 | Deposit Made In A Branch/Store |
| | 07/02 | 3,011.78 | Desktop Check Deposit |
| | 07/03 | 125.15 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825181000153539*1066033492\ |
| | 07/03 | 158.76 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882517901050282*1066033492\ |
| | 07/07 | 69.62 | Cigna Hcclaimpmt 070125 xxxxx3560 TRN*1*250701090003302*1591031071\ |
| | 07/07 | 73.95 | Cigna Edge Trans Hcclaimpmt 603001111792 TRN*1*603001111792*1591031071~ |
| | 07/07 | 1,152.99 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825182000217661*1066033492\ |
| | 07/08 | 142.09 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825183000215458*1066033492\ |
| | 07/08 | 168.75 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882518201036005*1066033492\ |
| | 07/09 | 129.38 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882518401063550*1066033492\ |
| | 07/09 | 144.11 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825186000010427*1066033492\ |
| | 07/09 | 4,103.65 | Deposit Made In A Branch/Store |
| | 07/10 | 71.09 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892518601065998*1066033492\ |
| | 07/10 | 110.00 | Deposit Made In A Branch/Store |
| | 07/10 | 370.90 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882518601022655*1066033492\ |
| | 07/10 | 2,731.38 | Desktop Check Deposit |
| | 07/10 | 14,000.00 | eDeposit IN Branch 07/10/25 05:28:59 PM 501 Union Blvd Totowa NJ |
| | 07/10 | 10,800.00 | Online Transfer From NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0T3Y4Nld on 07/10/25 |
| | 07/11 | 29.86 | Aetna A04 Hcclaimpmt 1821224429 TRN*1*825189000045759*1066033492\ |
| | 07/11 | 2,623.86 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825189000045809*1066033492\ |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/14 | 18.51 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825190000446480*1066033492\ |
| | 07/16 | 68.98 | Cigna Edge Trans Hcclaimpmt 600601145672 TRN*1*600601145672*1591031071~ |
| | 07/16 | 255.71 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882519201047274*1066033492\ |
| | 07/18 | 52.72 | Cigna Hcclaimpmt 071525 xxxxx3560 TRN*1*250715090004888*1591031071\ |
| | 07/18 | 59.67 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825196000239257*1066033492\ |
| | 07/18 | 79.22 | Cigna Edge Trans Hcclaimpmt 602400769938 TRN*1*602400769938*1591031071~ |
| | 07/18 | 134.19 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892519501048608*1066033492\ |
| | 07/18 | 421.48 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882519501024217*1066033492\ |
| | 07/21 | 84.62 | Cigna Hcclaimpmt 071725 xxxxx3560 TRN*1*250717090005779*1591031071\ |
| | 07/21 | 386.86 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*892519601019104*1066033492\ |
| | 07/21 | 765.24 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882519601012692*1066033492\ |
| | 07/21 | 2,104.84 | Desktop Check Deposit |
| | 07/22 | 160.47 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882519701043262*1066033492\ |
| | 07/23 | 52.44 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882519901082385*1066033492\ |
| | 07/25 | 117.86 | Cigna Hcclaimpmt 072225 xxxxx3560 TRN*1*250722090004859*1591031071\ |
| | 07/25 | 347.32 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825203000230379*1066033492\ |
| | 07/29 | 546.73 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882520401020884*1066033492\ |
| | 07/30 | 26.50 | Cigna Hcclaimpmt 072625 xxxxx3560 TRN*1*250726090006001*1591031071\ |
| | 07/30 | 108.03 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882520501058662*1066033492\ |
| | 07/30 | 497.31 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*882520601017851*1066033492\ |
| | 07/31 | 0.35 | 36 Treas 310 Misc Pay 073125 xxxxx0012 5*148912625\GE*1*105816825\Iea*1*105816791\ |
| | 07/31 | 78.99 | Aetna AS01 Hcclaimpmt 1821224429 TRN*1*825209000448041*1066033492\ |
| | | $49,396.00 | Total electronic deposits/bank credits |
| | | $49,396.00 | Total credits |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/02 | 3,300.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Ref #Ib0Sz45T2V Commercial Basic Checking for Payroll 7/4 |
| | 07/03 | 3,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0Szmh224 on 07/03/25 |
| | 07/07 | 1,600.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0T2Rqm5K on 07/07/25 |
| | 07/08 | 88.00 < | Business to Business ACH Debit - Fdms Fdms Pymt 250708 052-1368366-000 McInerney Orthopaedic |
| | 07/10 | 27,329.00 | Withdrawal Made In A Branch/Store |
| | 07/11 | 159.03 | Client Analysis Srvc Chrg 250710 Svc Chge 0625 000009817165229 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: 5229 ■ July 1, 2025 - August 1, 2025 ■ Page 3 of 3



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/14 | 7,000.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0T4Mvmsn on 07/12/25 |
| | 07/16 | 1,200.00 | Online Transfer to NEW Jersey Orthopaedic Institute, LLC Commercial Basic Checking xxxxxx5179 Ref #Ib0T5Yn6Yl on 07/16/25 |
| | | $43,676.03 | Total electronic debits/bank debits |
| | | $43,676.03 | Total debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 386.56 | 07/10 | 5,443.80 | 07/22 | 4,331.00 |
| 07/01 | 1,250.78 | 07/11 | 7,938.49 | 07/23 | 4,383.44 |
| 07/02 | 3,108.98 | 07/14 | 957.00 | 07/25 | 4,848.62 |
| 07/03 | 392.89 | 07/16 | 81.69 | 07/29 | 5,395.35 |
| 07/07 | 89.45 | 07/18 | 828.97 | 07/30 | 6,027.19 |
| 07/08 | 312.29 | 07/21 | 4,170.53 | 07/31 | 6,106.53 |
| 07/09 | 4,689.43 | | | | |

Average daily ledger balance    $3,194.77

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.