**Northlands Orthopaedic Institute LLC**
**Summary of Cash Receipts and Disbursements**
**For the period July 1 to 16,  2025**

| Bank or other | Transaction type | Opening Balance | Cash Receipts | Escrow | Intercompany | Closing Balance |
|---|---|---|---|---|---|---|
| Wells Fargo - DIP Account - 2324 | Opening  cash balance | $       38,977.63 | | | | |
| Wells Fargo - DIP Account - 2324 | Cash Receipts | | $  15,506.44 | | | |
| Wells Fargo - DIP Account - 2324 | Disbursements | | | | | |
| Wells Fargo - DIP Account - 2324 | Intercompany | | | | $      (45,000.00) | $        9,484.07 |
| Trustee's Account | Balance | $       527,494.89 | | $          - | $          - | $    527,494.89 |
| Cash - Frier & Levitt Trust A/C | Balance | $    1,750,000.00 | | | | $1,750,000.00 |
| **ENDING BALANCE** | | **$      2,316,472.52** | **$   15,506.44** | **$          -** | **$      (45,000.00)** | **$  2,286,978.96** |