# Profit and Loss
## Northlands Orthopaedic
### July 1-16, 2025

| Distribution account | Total |
|---|---|
| Income | |
|     Fee for Service Income | 46,143.44 |
| **Total for Income** | **$46,143.44** |
| Cost of Goods Sold | |
| **Gross Profit** | **$46,143.44** |
| Expenses | |
| **Net Operating Income** | **$46,143.44** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0.00** |
| **Net Income** | **$46,143.44** |