Northlands Orthopaedic Institute, LLC                                                                                                      July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 2 | ELITE SURGICAL CENTER, LLC | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2 | ELITE SURGICAL CENTER, LLC | 90 to 119 | $5,995.60 | $0.00 | $0.00 | $5,995.60 | 0.39% |
| 2 | ELITE SURGICAL CENTER, LLC | 120 to 179 | $108,028.43 | $0.00 | $0.00 | $108,028.43 | 6.97% |
| 2 | ELITE SURGICAL CENTER, LLC | 180 to 365 (6 Mos) | $852,310.43 | $3,900.00 | $0.00 | $848,410.43 | 54.72% |
| 2 | ELITE SURGICAL CENTER, LLC | OVER 365 (1 Yr) | $724,006.42 | $135,917.32 | $80.00 | $588,009.10 | 37.93% |
| **2** | **ELITE SURGICAL CENTER, LLC** | **Total** | **$1,690,340.88** | **$139,817.32** | **$80.00** | **$1,550,443.56** | **100.00%** |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | 60 to 89 | $70,955.00 | $0.00 | $0.00 | $70,955.00 | 8.09% |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | 90 to 119 | $237,410.00 | $0.00 | $0.00 | $237,410.00 | 27.07% |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | 120 to 179 | $210,510.24 | $0.00 | $0.00 | $210,510.24 | 24.00% |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | 180 to 365 (6 Mos) | $61,071.54 | $0.00 | $0.00 | $61,071.54 | 6.96% |
| 3 | ST. JOSEPH'S HOSPITAL  MEDICA | OVER 365 (1 Yr) | $297,064.86 | $0.00 | $0.00 | $297,064.86 | 33.87% |
| **3** | **ST. JOSEPH'S HOSPITAL  MEDICA** | **Total** | **$877,011.64** | **$0.00** | **$0.00** | **$877,011.64** | **100.00%** |
| 7 | WAYNE SURGICAL CENTER | Current | $81,762.00 | $0.00 | $0.00 | $81,762.00 | 13.52% |
| 7 | WAYNE SURGICAL CENTER | 30 to 59 | $149,583.00 | $0.00 | $0.00 | $149,583.00 | 24.74% |
| 7 | WAYNE SURGICAL CENTER | 60 to 89 | $27,590.55 | $0.00 | $0.00 | $27,590.55 | 4.56% |
| 7 | WAYNE SURGICAL CENTER | 90 to 119 | $146,314.40 | $0.00 | $0.00 | $146,314.40 | 24.20% |
| 7 | WAYNE SURGICAL CENTER | 120 to 179 | $87,127.54 | $0.00 | $0.00 | $87,127.54 | 14.41% |
| 7 | WAYNE SURGICAL CENTER | 180 to 365 (6 Mos) | $89,719.49 | $0.00 | $0.00 | $89,719.49 | 14.84% |
| 7 | WAYNE SURGICAL CENTER | OVER 365 (1 Yr) | $22,613.50 | $0.00 | $0.00 | $22,613.50 | 3.74% |
| **7** | **WAYNE SURGICAL CENTER** | **Total** | **$604,710.48** | **$0.00** | **$0.00** | **$604,710.48** | **100.00%** |
| 17 | EMMAUS SURGICAL CENTER | Current | $70,955.00 | $0.00 | $0.00 | $70,955.00 | 3.68% |
| 17 | EMMAUS SURGICAL CENTER | 30 to 59 | $108,156.00 | $0.00 | $0.00 | $108,156.00 | 5.61% |
| 17 | EMMAUS SURGICAL CENTER | 60 to 89 | $120,656.01 | $0.00 | $0.00 | $120,656.01 | 6.26% |
| 17 | EMMAUS SURGICAL CENTER | 90 to 119 | $353,558.00 | $0.00 | $0.00 | $353,558.00 | 18.35% |
| 17 | EMMAUS SURGICAL CENTER | 120 to 179 | $824,931.60 | $0.00 | $0.00 | $824,931.60 | 42.81% |
| 17 | EMMAUS SURGICAL CENTER | 180 to 365 (6 Mos) | $446,748.35 | $0.00 | $0.00 | $446,748.35 | 23.18% |
| 17 | EMMAUS SURGICAL CENTER | OVER 365 (1 Yr) | $1,885.99 | $0.00 | $0.00 | $1,885.99 | 0.10% |
| **17** | **EMMAUS SURGICAL CENTER** | **Total** | **$1,926,890.95** | **$0.00** | **$0.00** | **$1,926,890.95** | **100.00%** |

Northlands Orthopaedic Institute, LLC                                              July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 18 | MILLENNIUM HEALTHCARE | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 30 to 59 | $131,312.56 | $0.00 | $0.00 | $131,312.56 | 30.82% |
| 18 | MILLENNIUM HEALTHCARE | 60 to 89 | $41,000.00 | $0.00 | $0.00 | $41,000.00 | 9.62% |
| 18 | MILLENNIUM HEALTHCARE | 90 to 119 | $24,600.00 | $0.00 | $0.00 | $24,600.00 | 5.77% |
| 18 | MILLENNIUM HEALTHCARE | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 18 | MILLENNIUM HEALTHCARE | 180 to 365 (6 Mos) | $93,136.93 | $0.00 | $0.00 | $93,136.93 | 21.86% |
| 18 | MILLENNIUM HEALTHCARE | OVER 365 (1 Yr) | $263,947.84 | $127,997.86 | $0.00 | $135,949.98 | 31.91% |
| 18 | **MILLENNIUM HEALTHCARE** | **Total** | **$553,997.33** | **$127,997.86** | **$0.00** | **$425,999.47** | **100.00%** |
| 19 | ROCKLAND   BERGEN SURGERY CENT | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | 180 to 365 (6 Mos) | $66,349.39 | $0.00 | $0.00 | $66,349.39 | 13.74% |
| 19 | ROCKLAND   BERGEN SURGERY CENT | OVER 365 (1 Yr) | $439,872.69 | $23,255.93 | $0.00 | $416,616.76 | 86.26% |
| 19 | **ROCKLAND   BERGEN SURGERY CENT** | **Total** | **$506,222.08** | **$23,255.93** | **$0.00** | **$482,966.15** | **100.00%** |
| 22 | TEAMMD SURGERY CENTER | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 30 to 59 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 22 | TEAMMD SURGERY CENTER | 180 to 365 (6 Mos) | $18,760.00 | $0.00 | $0.00 | $18,760.00 | 27.77% |
| 22 | TEAMMD SURGERY CENTER | OVER 365 (1 Yr) | $66,655.49 | $17,851.26 | $0.00 | $48,804.23 | 72.23% |
| 22 | **TEAMMD SURGERY CENTER** | **Total** | **$85,415.49** | **$17,851.26** | **$0.00** | **$67,564.23** | **100.00%** |
| 24 | HUDSON REGIONAL HOSPITAL | Current | $126,000.00 | $0.00 | $0.00 | $126,000.00 | 12.65% |
| 24 | HUDSON REGIONAL HOSPITAL | 30 to 59 | $461,364.00 | $0.00 | $0.00 | $461,364.00 | 46.33% |
| 24 | HUDSON REGIONAL HOSPITAL | 60 to 89 | $133,891.26 | $0.00 | $0.00 | $133,891.26 | 13.44% |
| 24 | HUDSON REGIONAL HOSPITAL | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 24 | HUDSON REGIONAL HOSPITAL | 180 to 365 (6 Mos) | $274,618.00 | $0.00 | $0.00 | $274,618.00 | 27.58% |
| 24 | HUDSON REGIONAL HOSPITAL | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |

Northlands Orthopaedic Institute, LLC                                                                July 31, 2025

| Facility | Facility Name | As Of 07/31/25 | Open A/R | Minus Collections | Minus Unapplied Pay | Net A/R | % of Net A/R |
|---|---|---|---|---|---|---|---|
| 24 | **HUDSON REGIONAL HOSPITAL** | **Total** | **$995,873.26** | **$0.00** | **$0.00** | **$995,873.26** | **100.00%** |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | Current | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | 30 to 59 | $46,188.00 | $0.00 | $0.00 | $46,188.00 | 100.00% |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | 60 to 89 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | 90 to 119 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | 120 to 179 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | 180 to 365 (6 Mos) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 25 | SPECIALTY SURGERYOF MIDDLETOWN | OVER 365 (1 Yr) | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 25 | **SPECIALTY SURGERYOF MIDDLETOWN** | **Total** | **$46,188.00** | **$0.00** | **$0.00** | **$46,188.00** | **100.00%** |
| 51 | Office | Current | $82,816.08 | $0.00 | $0.00 | $82,816.08 | 3.83% |
| 51 | Office | 30 to 59 | $184,399.76 | $0.00 | $0.00 | $184,399.76 | 8.52% |
| 51 | Office | 60 to 89 | $165,874.96 | $0.00 | $0.00 | $165,874.96 | 7.67% |
| 51 | Office | 90 to 119 | $151,583.84 | $0.00 | $0.00 | $151,583.84 | 7.01% |
| 51 | Office | 120 to 179 | $314,330.90 | $0.00 | $95.00 | $314,235.90 | 14.52% |
| 51 | Office | 180 to 365 (6 Mos) | $798,805.70 | $0.00 | $6,431.49 | $792,374.21 | 36.62% |
| 51 | Office | OVER 365 (1 Yr) | $601,927.22 | $93,156.68 | $36,213.26 | $472,557.28 | 21.84% |
| 51 | **Office** | **Total** | **$2,299,738.46** | **$93,156.68** | **$42,739.75** | **$2,163,842.03** | **100.00%** |
| All | | Current | $361,533.08 | $0.00 | $0.00 | $361,533.08 | 3.95% |
| All | | 30 to 59 | $1,081,003.32 | $0.00 | $0.00 | $1,081,003.32 | 11.83% |
| All | | 60 to 89 | $559,967.78 | $0.00 | $0.00 | $559,967.78 | 6.13% |
| All | | 90 to 119 | $919,461.84 | $0.00 | $0.00 | $919,461.84 | 10.06% |
| All | | 120 to 179 | $1,544,928.71 | $0.00 | $95.00 | $1,544,833.71 | 16.90% |
| All | | 180 to 365 (6 Mos) | $2,701,519.83 | $3,900.00 | $6,431.49 | $2,691,188.34 | 29.44% |
| All | | OVER 365 (1 Yr) | $2,417,974.01 | $398,179.05 | $36,293.26 | $1,983,501.70 | 21.70% |
| **All** | | **Total** | **$9,586,388.57** | **$402,079.05** | **$42,819.75** | **$9,141,489.77** | **100.00%** |

| | | |
|---|---|---|
| | Less: over 89 | $7,138,985.59 |
| July | Net | $2,002,504.18 |
| | **Collectable 30%** | **$600,751.25** |