# Navigate Business Checking

July 31, 2025 ■ Page 1 of 7



NORTHLANDS ORTHOPAEDIC INSTITUTE LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11372 (NJ)
504 VALLEY RD STE 200
WAYNE NJ 07470-3534

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs that you're speaking to a scammer posing as Wells Fargo:

1. You're asked to provide your online banking password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. You're told you need to return your card, wire money, make a cash withdrawal, purchase a cashier's check, or deposit money at a crypto or bank ATM. Wells Fargo will never ask you to move or send money in any form to another account or a person to protect it.
3. You're advised to keep the conversation secret due to an "investigation" or for your protection.
4. The person you're talking to will not allow you to end the call or text. A real Wells Fargo employee would not pressure you to continue a conversation.
5. You're given exact steps for how to complete a transaction, including how to respond to any bank employee questions.

When in doubt, check it out. Contact us to verify any transactions or suspicious contact. You're in charge when it comes to your money. Learn more at wellsfargo.com/nophishing.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $38,977.63 |
| Deposits/Credits | 155,622.80 |
| Withdrawals/Debits | - 75,637.00 |
| **Ending balance on 7/31** | **$118,963.43** |

Account number: ███ 2324  (primary account)

NORTHLANDS ORTHOPAEDIC INSTITUTE LLC
DEBTOR IN POSSESSION
CH11 CASE #25-11372 (NJ)

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███ 0025

For Wire Transfers use
Routing Number (RTN): ███ 0248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.34 |
| Average collected balance | $39,477.76 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.34 |
| Interest paid this year | $8.12 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/1 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T5195787*1411289245*000087726\ | 58.08 | | |
| 7/1 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*W327452782*1411289245*000087726\ | 107.28 | | |
| 7/1 | | Horizon Hcclaimpmt 000000 ACH040075969412 TRN*1*0075969412*1220999690\ | 219.00 | | |
| 7/1 | | Horizon Hcclaimpmt 000000 ACH010028936940 TRN*1*0028936940*1220999690\ | 613.67 | | |
| 7/1 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882517601025443*1066033492\ | 622.12 | | |
| 7/1 | | Healthier NJ CI Healthier 000000 ACH030001445625 TRN*1*0001445625*2843673030\ | 813.61 | | |
| 7/1 | | Horizon Hcclaimpmt 000000 ACH010028947057 TRN*1*0028947057*1220999690\ | 2,953.66 | | 44,365.05 |
| 7/2 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882517701051715*1066033492\ | 232.76 | | |
| 7/2 | | Healthier NJ CI Healthier 000000 ACH030001447644 TRN*1*0001447644*2843673030\ | 587.97 | | |
| 7/2 | | Deposit Made In A Branch/Store | 7,399.52 | | |
| 7/2 | | Withdrawal Made In A Branch/Store | | 45,000.00 | 7,585.30 |
| 7/3 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T5361958*1411289245*000087726\ | 40.62 | | |
| 7/3 | | Optum Hcclaimpmt xxxxx9828 TRN*1*3042278690*1300029448*0000Life1\ | 112.82 | | |
| 7/3 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882517901042916*1066033492\ | 280.99 | | |
| 7/3 | | Deposit Made In A Branch/Store | 4,333.10 | | 12,352.83 |
| 7/7 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T5441719*1411289245*000087726\ | 58.15 | | |
| 7/7 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882518101051833*1066033492\ | 126.74 | | |
| 7/7 | | Aetna A04 Hcclaimpmt xxxxx9828 TRN*1*825182000298816*1066033492\ | 424.00 | | |

Case 25-11370-JKS    Doc 117-5    Filed 09/08/25    Entered 09/08/25 14:25:38    Desc
July 31, 2025 ■ Page 3 of 7                Wells Fargo Statement    Page 3 of 7

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|------|------|------|
| 7/7 | | Horizon Hcclaimpmt 000000 ACH010028973333 TRN*1*0028973333*1220999690\ | 745.48 | | |
| 7/7 | | Horizon Hcclaimpmt 000000 ACH040075980719 TRN*1*0075980719*1220999690\ | 1,402.06 | | |
| 7/7 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*825182000298819*1066033492\ | 3,764.75 | | 18,874.01 |
| 7/8 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*825183000230292*1066033492\ | 71.79 | | |
| 7/8 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882518201053619*1066033492\ | 121.84 | | |
| 7/8 | | 4220999690 Hcclaimpmt 000000 ACH080085236772 TRN*1*0085236772*1220999690\ | 146.38 | | |
| 7/8 | | 9220999690 Hcclaimpmt 000000 ACH070075122580 TRN*1*0075122580*1220999690\ | 176.38 | | |
| 7/8 | | Horizon Hcclaimpmt 000000 ACH040075991241 TRN*1*0075991241*1220999690\ | 204.40 | | |
| 7/8 | | Horizon Hcclaimpmt 000000 ACH010028999515 TRN*1*0028999515*1220999690\ | 347.69 | | |
| 7/8 | | Novitas Hcclaimpmt 250703 1194218008 TRN*1*898904516*1205296137~ | 593.60 | | |
| 7/8 | | Horizon Hcclaimpmt 000000 ACH010028982298 TRN*1*0028982298*1220999690\ | 5,370.00 | | 25,906.09 |
| 7/9 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*825186000019076*1066033492\ | 87.19 | | |
| 7/9 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882518501052947*1066033492\ | 206.93 | | |
| 7/9 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T5669510*1411289245*000087726\ | 227.89 | | |
| 7/9 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882518301035072*1066033492\ | 329.00 | | |
| 7/9 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882518401052230*1066033492\ | 1,387.38 | | |
| 7/9 | | Deposit Made In A Branch/Store | 1,157.91 | | |
| 7/9 | | Withdrawal Made In A Branch/Store | | 16,637.00 | 12,665.39 |
| 7/10 | | Horizon Hcclaimpmt 000000 ACH010029013648 TRN*1*0029013648*1220999690\ | 120.56 | | |
| 7/10 | | Horizon Hcclaimpmt 000000 ACH010029013647 TRN*1*0029013647*1220999690\ | 196.54 | | |
| 7/10 | | Horizon Hcclaimpmt 000000 ACH040076000178 TRN*1*0076000178*1220999690\ | 252.56 | | |
| 7/10 | | Healthier NJ Cl Healthier 000000 ACH030001459066 TRN*1*0001459066*2843673030\ | 1,402.30 | | |
| 7/10 | | Deposit Made In A Branch/Store | 1,271.89 | | |
| 7/10 | | Withdrawal Made In A Branch/Store | | 14,000.00 | 1,909.24 |
| 7/11 | | Horizon Hcclaimpmt 000000 ACH010029023374 TRN*1*0029023374*1220999690\ | 730.02 | | |
| 7/11 | | Aetna A04 Hcclaimpmt xxxxx9828 TRN*1*825189000093466*1066033492\ | 797.94 | | |
| 7/11 | | Horizon Hcclaimpmt 000000 ACH040076004459 TRN*1*0076004459*1220999690\ | 930.79 | | |
| 7/11 | | Horizon Hcclaimpmt 000000 ACH010029023373 TRN*1*0029023373*1220999690\ | 1,473.86 | | |
| 7/11 | | Horizon Hcclaimpmt 000000 ACH010029023372 TRN*1*0029023372*1220999690\ | 1,510.31 | | |
| 7/11 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*825189000093467*1066033492\ | 1,629.27 | | 8,981.43 |
| 7/14 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T5845864*1411289245*000087726\ | 58.15 | | 9,039.58 |
| 7/15 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*W328953699*1411289245*000087726\ | 292.00 | | 9,331.58 |
| 7/16 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*W329088262*1411289245*000087726\ | 152.49 | | 9,484.07 |
| 7/17 | | Healthier NJ Cl Healthier 000000 ACH030001467834 TRN*1*0001467834*2843673030\ | 110.39 | | |

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|--------------------|
| 7/17 | | Oxford Health IN Hcclaimpmt xxxxx9828 TRN*1*41806572*1061118515*000006111\ | 176.40 | | |
| 7/17 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T6072464*1411289245*000087726\ | 1,915.31 | | |
| 7/17 | | Horizon Hcclaimpmt 000000 ACH010029066070 TRN*1*0029066070*1220999690\ | 13,510.80 | | 25,196.97 |
| 7/18 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T6147368*1411289245*000087726\ | 26.78 | | |
| 7/18 | | Horizon Hcclaimpmt 000000 ACH010029076153 TRN*1*0029076153*1220999690\ | 377.79 | | |
| 7/18 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882519501033156*1066033492\ | 392.81 | | 25,994.35 |
| 7/21 | | Horizon Hcclaimpmt 000000 ACH010029084465 TRN*1*0029084465*1220999690\ | 175.20 | | |
| 7/21 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882519601089886*1066033492\ | 177.65 | | |
| 7/21 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882519601011424*1066033492\ | 991.09 | | 27,338.29 |
| 7/22 | | Horizon Hcclaimpmt 000000 ACH040076048796 TRN*1*0076048796*1220999690\ | 4.48 | | |
| 7/22 | | Healthier NJ CI Healthier 000000 ACH030001473596 TRN*1*0001473596*2843673030\ | 68.09 | | |
| 7/22 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*825198000268848*1066033492\ | 157.50 | | |
| 7/22 | | Deposit Made In A Branch/Store | 61,155.81 | | |
| 7/22 | | eDeposit IN Branch 07/22/25 12:35:04 PM 2000 Route 57 Hackettstown NJ | 402.00 | | 89,126.17 |
| 7/24 | | Horizon Hcclaimpmt 000000 ACH040076054381 TRN*1*0076054381*1220999690\ | 123.48 | | |
| 7/24 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T6430083*1411289245*000087726\ | 183.98 | | |
| 7/24 | | Horizon Hcclaimpmt 000000 ACH010029118401 TRN*1*0029118401*1220999690\ | 249.42 | | 89,683.05 |
| 7/25 | | Unitedhealthcare Hcclaimpmt xxxxx9828 TRN*1*T6501205*1411289245*000087726\ | 108.10 | | |
| 7/25 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*825203000243420*1066033492\ | 167.19 | | |
| 7/25 | | Horizon Hcclaimpmt 000000 ACH040076059511 TRN*1*0076059511*1220999690\ | 216.58 | | |
| 7/25 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882520201035897*1066033492\ | 314.19 | | |
| 7/25 | | Healthier NJ CI Healthier 000000 ACH030001479482 TRN*1*0001479482*2843673030\ | 719.91 | | 91,209.02 |
| 7/28 | | Horizon Hcclaimpmt 000000 ACH040076064880 TRN*1*0076064880*1220999690\ | 189.25 | | 91,398.27 |
| 7/29 | | 9220999690 Hcclaimpmt 000000 ACH070075140714 TRN*1*0075140714*1220999690\ | 64.52 | | |
| 7/29 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882520401052362*1066033492\ | 815.61 | | 92,278.40 |
| 7/30 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882520501029455*1066033492\ | 566.43 | | |
| 7/30 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882520601018719*1066033492\ | 1,282.07 | | |
| 7/30 | | Horizon Hcclaimpmt 000000 ACH010029161291 TRN*1*0029161291*1220999690\ | 24,423.28 | | 118,550.18 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/31 | | Horizon Hcclaimpmt 000000 ACH010029170639 TRN*1*0029170639*1220999690\ | 40.34 | | |
| 7/31 | | Healthier NJ CI Healthier 000000 ACH030001487034 TRN*1*0001487034*2843673030\ | 97.34 | | |
| 7/31 | | Aetna AS01 Hcclaimpmt xxxxx9828 TRN*1*882520701057703*1066033492\ | 106.02 | | |
| 7/31 | | Optum Hcclaimpmt xxxxx9828 TRN*1*3088751215*1300029448*0000Life1\ | 169.21 | | |
| 7/31 | | Interest Payment | 0.34 | | 118,963.43 |
| Totals | | | $155,622.80 | $75,637.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2025 - 07/31/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $10,000.00 | $1,909.24 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $39,660.78 ☐+ |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|    - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|    - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 400 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 43 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✔ IMPORTANT ACCOUNT INFORMATION

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your              $ _____
   register or transfers into               $ _____
   your account which are not               $ _____
   shown on your statement.               + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801