| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors* |

| | |
|---|---|
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

## DECLARATION OF KINGA SKALSKA-DYBAS
## CHIEF FINANCIAL OFFICER OF THE DEBTORS

I, Kinga Skalska-Dybas, hereby declare as follows:

1. I am the Chief Financial officer of the above-captioned debtors and debtors in possession (collectively, the "Debtors").[2] I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

2. Collectively, the Debtors form an orthopaedic and sports medicine practice that provides medical and surgical services to patients. The practice also offers services to numerous

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

56196085.1

local schools, as well as medical coverage during high school football games. As of the Petition Date, the practice had four doctors and one mid-level provider.

3. Further information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of the Chapter 11 Cases is set forth in the *Declaration of Kinga Skalska-Dybas in Support of First Day Relief* [D.I. 7] (the "First Day Declaration").

4. The Court entered the *Finding of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis, (II) Confirming the Debtors' First Amended Combined Disclosure Statement and Plan of Reorganization, and (III) Granting Related Relief* [D.I. 99] (the "Confirmation Order") on July 16, 2025, confirming the Debtors' First Amended Combined Disclosure Statement and Plan of Reorganization (the "Plan").

5. The Confirmation Order was not appealed, and is now a final order.

6. Pursuant to the Confirmation Order, the Plan is effective immediately upon entry of the Confirmation Order.

7. The Debtors, as reorganized debtors, have continued the business operations of the Debtors pursuant to the Plan.

8. Following the entry of the Confirmation Order, the Debtors commenced distributions of money and property under the Plan. The Plan has been substantially consummated.

9. One motion – a claims objection – is pending and will be heard on the same date as the instant Motion.

[*Remainder of page left intentionally blank*]

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 8, 2025            Respectfully submitted,

*/s/ Kinga Skalska-Dybas*
Kinga Skalska-Dybas
Chief Financial Officer