## EXHIBIT A

Proposed Order

56196085.1

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **SAUL EWING LLP** <br> Stephen B. Ravin, Esquire <br> Turner N. Falk, Esquire <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 1520 <br> Newark, NJ 07102-5426 <br> Telephone: (973) 286-6714 <br> E-mail:   stephen.ravin@saul.com <br>             turner.falk@saul.com <br><br> *Counsel to the Debtors* | |
| In re: <br><br> NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*, <br><br> <div align="center">Debtors.[1]</div> | Chapter 11 <br><br> Case No. 25-11370 (JKS) <br><br> (Jointly Administered) |

**FINAL DECREE AND ORDER (I) CLOSING CHAPTER 11 CASES OF THE DEBTORS AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED.**

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

56196085.1

Page 2
Debtors:     New Jersey Orthopaedic Institute LLC, *et al.*
Case No.    25-11370 (JKS)
Caption:    FINAL DECREE AND ORDER (I) CLOSING CHAPTER 11 CASES OF THE DEBTORS AND (II) GRANTING RELATED RELIEF

AND NOW, upon consideration of the Debtors' Motion (the "Motion")[2] for an order issuing a final decree and closing the above-captioned Chapter 11 Cases and granting related relief; and this Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion, and at any hearing on the Motion, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is GRANTED as set forth herein.

2. The Debtors' Chapter 11 Cases shall be, and hereby are, CLOSED, effective as of the entry of this Order, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1.

3. This Court retains jurisdiction to hear and determine any manner or disputes arising in or related to these Chapter 11 Cases, including without limitation any matters or disputes relating to the effect of the discharge contained in the Plan or the Confirmation Order, the enforcement of terms and conditions of the Plan or any orders entered in these Chapter 11 Cases, and the consideration of any proper requests to reopen the case under section 350(b) of the Bankruptcy Code.

---

[2]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

56196085.1

Page 3
Debtors: New Jersey Orthopaedic Institute LLC, *et al.*
Case No. 25-11370 (JKS)
Caption: FINAL DECREE AND ORDER (I) CLOSING CHAPTER 11 CASES OF THE DEBTORS AND (II) GRANTING RELATED RELIEF

4. The entry of this Order is without prejudice to any party's right, if any, to seek to reopen the Chapter 11 Cases.

5. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

56196085.1