| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>           turner.falk@saul.com<br><br>*Counsel to the Debtors* | Order Filed on September 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

# ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FRIER & LEVITT, LLC, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 10, 2025 THROUGH JULY 16, 2025

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

**Page 2**
**Debtor:** New Jersey Orthopaedic Institute LLC, et. al.
**Case No:** Case No. 25-11370 (JKS)
**Caption of Order:** Order Granting First and Final Fee Application of Frier & Levitt, LLC, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 10, 2025 Through July 16, 2025

---

AND NOW, upon consideration of first and final fee application of Frier & Levitt, LLC (the "Fee Application") and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1. The Fee Application is GRANTED to the extent set forth herein.

2. Frier & Levitt LLC is ALLOWED an administrative claim pursuant to 11 U.S.C. § 330 in the amount of $31,028.00, representing $31,028.00 owed as compensation for professional services and $0.00 in expenses.