| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>               turner.falk@saul.com<br><br>*Counsel to the Debtors* |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>                              Debtors.[1] |

Order Filed on September 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-11370 (JKS)

(Jointly Administered)

# ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FRIER & LEVITT, LLC, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 10, 2025 THROUGH JULY 16, 2025

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1]    The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

Page 2

| | |
|---|---|
| **Debtor:** | **New Jersey Orthopaedic Institute LLC, et. al.** |
| **Case No:** | **Case No. 25-11370 (JKS)** |
| **Caption of Order:** | **Order Granting First and Final Fee Application of Frier & Levitt, LLC, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 10, 2025 Through July 16, 2025** |

---

AND NOW, upon consideration of first and final fee application of Frier & Levitt, LLC (the "Fee Application") and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1. The Fee Application is GRANTED to the extent set forth herein.

2. Frier & Levitt LLC is ALLOWED an administrative claim pursuant to 11 U.S.C. § 330 in the amount of $31,028.00, representing $31,028.00 owed as compensation for professional services and $0.00 in expenses.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 25-11370-JKS
New Jersey Orthopaedic Institute LLC                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                    Page 1 of 3
Date Rcvd: Sep 08, 2025                 Form ID: pdf903                                Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | New Jersey Orthopaedic Institute LLC, 504 Valley Road, Suite 200, Wayne, NJ 07470-3534 |
| aty | + | Saul Ewing LLP, One Riverfront Plaza, 1037 Raymond Boulevard, Suite 1520, Newark, NJ 07102-5423 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025                      Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Creditor Michael Shindle astein@meyner.com |
| Bruce J. Wisotsky | on behalf of Creditor 622 Eagle Rock Avenue Realty LLC bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com |
| Carl J. Soranno | on behalf of Creditor Anthony Scillia csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Carl J. Soranno | on behalf of Creditor Craig Wright csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |

Carl J. Soranno
　　　　on behalf of Creditor Anthony Festa csoranno@bracheichler.com
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Defendant Craig Wright MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of 3rd Party Plaintiff Anthony Scillia MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Creditor Casey Pierce csoranno@bracheichler.com
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Defendant Anthony Scillia MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of 3rd Party Plaintiff Academy Orthopaedics LLC csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of 3rd Party Plaintiff Casey Pierce MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of 3rd Party Plaintiff Anthony Festa MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Creditor Academy Orthopaedics LLC csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Defendant Casey Pierce MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Defendant Anthony Festa MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Defendant Academy Orthopaedics LLC csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Creditor Academy Orthopaedics LLC csoranno@bracheichler.com
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of 3rd Party Plaintiff John Callaghan MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of 3rd Party Plaintiff Craig Wright MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Creditor John Callaghan csoranno@bracheichler.com
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
　　　　on behalf of Defendant John Callaghan MD csoranno@bracheichler.com,
　　　　dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

John M. Manfredonia
　　　　on behalf of Attorney John Valley Partners LLC jmm@manfredonialaw.com

Paul DeMartino
　　　　on behalf of Creditor Anthony Scillia pdemartino@bracheichler.com

Paul DeMartino
　　　　on behalf of Creditor John Callaghan pdemartino@bracheichler.com

Paul DeMartino
　　　　on behalf of Creditor Academy Orthopaedics LLC pdemartino@bracheichler.com

Paul DeMartino
　　　　on behalf of Creditor Anthony Festa pdemartino@bracheichler.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 08, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Paul DeMartino
    on behalf of Creditor Craig Wright pdemartino@bracheichler.com

Paul DeMartino
    on behalf of Creditor Casey Pierce pdemartino@bracheichler.com

Stephen B. Ravin
    on behalf of Debtor New Jersey Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Stephen B. Ravin
    on behalf of Plaintiff Northlands Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Stephen B. Ravin
    on behalf of Plaintiff New Jersey Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Stephen B. Ravin
    on behalf of Debtor Northlands Orthopaedic Institute LLC sravin@saul.com jgillman@saul.com

Turner Falk
    on behalf of Debtor New Jersey Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Plaintiff New Jersey Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Plaintiff Northlands Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Debtor Northlands Orthopaedic Institute LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 37