| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Stephen B. Ravin, Esquire<br>Turner N. Falk, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102-5426<br>Telephone: (973) 286-6714<br>E-mail:   stephen.ravin@saul.com<br>            turner.falk@saul.com<br><br>*Counsel to the Debtors* | Order Filed on October 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW JERSEY ORTHOPAEDIC INSTITUTE LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11370 (JKS)<br><br>(Jointly Administered) |

### ORDER RESOLVING DEBTORS' MOTION OBJECTING TO THE CLAIMS OF MICHAEL SHINDLE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 3, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The last four digits of Debtor New Jersey Orthopaedic Institute LLC's tax identification number are 3560; the last four digits of Debtor Northlands Orthopaedic Institute LLC's tax identification number are 9828. The location of both Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is 504 Valley Road, Suite 200, Wayne NJ 07470.

AND NOW, upon consideration of the motion of the above-captioned debtors objecting to the claims of Michael Shindle (the "Motion"), and in consideration of any responses thereto, and after the parties have agreed to resolve the Motion as set forth below, it is hereby ORDERED:

1. Proof of Claim number 5 ("Claim 5") filed by Michael Shindle is to be reduced and allowed as a general unsecured claim in the amount of $208,562.68.

2. Any amounts as to Claim 5 exceeding $208,562.68 are disallowed.