| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re: | Case No.:    _____<br><br>Chapter:    11<br><br>Judge:    _____ |

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: _____    Date Plan Confirmed: _____

Check one:    ☐ Initial Distribution

☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☐ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses

☐ Secured claims

☐ Priority secured claims

☐ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

Paid in this distribution:    _____ %

Paid to date:    _____ %

To be paid after all distributions made under Plan:    _____ %

**Summary of Payments Made in This Distribution:**

$ _____ Administrative fees and expenses

$ _____ Secured claims

$ _____ Priority unsecured claims

$ _____ General unsecured claims

$ _____ Equity security holders

$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: _____

I certify under penalty of perjury that the above is true.

Date:   _____            _____
                                            Disbursing Agent

*rev.8/1/15*